| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
|   | Post Montgomery Center |
| 3 | One Montgomery Street, Suite 1800 |
|   | San Francisco, CA  94104 |
| 4 | Telephone: 415/288-4545 |
|   | 415/288-4534 (fax) |
| 5 | shawnw@rgrdlaw.com |
|   |     – and – |
| 6 | DAVID C. WALTON (167268) |
|   | DANIEL S. DROSMAN (200643) |
| 7 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101-8498 |
| 8 | Telephone: 619/231-1058 |
| 9 | 619/231-7423 (fax) |
|   | davew@rgrdlaw.com |
| 10 | dand@rgrdlaw.com |
| 11 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORIS SHENWICK, as Trustee for the DORIS SHENWICK TRUST, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 3:16-cv-05314 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| vs. | ) ) | |
| TWITTER, INC., RICHARD COSTOLO and ANTHONY NOTO, | ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

*s/ Shawn A. Williams*
ATTORNEY OF RECORD FOR PLAINTIFF
DORIS SHENWICK