JONATHAN K. YOUNGWOOD (*pro hac vice* pending)
jyoungwood@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Telephone: (212) 455-2000
Facsimile:  (212) 455-2502

JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
SIMONA G. STRAUSS (Bar No. 203062)
sstrauss@stblaw.com
STEPHEN P. BLAKE (Bar No. 260069)
sblake@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

*Attorneys for Defendants*
*Twitter, Inc., Richard Costolo and Anthony Noto*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIS SHENWICK, as Trustee for the DORIS SHENWICK TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., RICHARD COSTOLO and ANTHONY NOTO,<br><br>Defendants. | Case No. 03:16-CV-05314-JST<br><br>**TWITTER, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FRCP 7.1 AND CIVIL L.R. 3-15**<br><br>**Judge:  Jon S. Tigar**<br>**Courtroom 9 – 19th Floor** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Twitter, Inc. ("Twitter"), by its undersigned counsel, states as follows:

Twitter is a publicly held corporation. Twitter does not have any parent corporation. No publicly held corporation owns 10 percent or more of Twitter's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 19, 2016                    SIMPSON THACHER & BARTLETT LLP

                                           By:   /s/ Simona G. Strauss
                                                 SIMONA G. STRAUSS

                                                 Attorneys for Defendants
                                                 Twitter, Inc., Richard Costolo and
                                                 Anthony Noto