# EXHIBIT C

Case 3:16-cv-05314-JST   Document 49-3   Filed 11/15/16   Page 1 of 2

**TWITTER, INC (TWTR)**
**CLASS PERIOD: FEB 6 2015 to JUL 28 2015**
**(Include 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $28.0933 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AlMukhaizeem, Zeyad | | | | | | | | | | | |
| Common Stock | 4/24/2015 | 4,900 | $51.4400 | ($252,056) | 8/24/2015 | (1,716) | $28.6058 | $49,088 | | | |
| Common Stock | 4/24/2015 | 100 | $54.4350 | ($5,444) | 8/24/2015 | (8,284) | $28.6058 | $236,970 | | | |
| Common Stock | 4/24/2015 | 5,000 | $39.4000 | ($197,000) | | | | | | | |
| **Common Stock** | | 10,000 | | ($454,500) | | (10,000) | | $286,058 | 10,000 | | ($168,442) |
| TWTR Feb 13 2015 $50.00 Call | 2/6/2015 | 500 | $0.2000 | ($10,000) | 2/13/2015 | (500) | $0.0200 | $1,000 | 0 | | ($9,000) |
| **AlMukhaizeem, Zeyad** | | 10,000 | | ($464,500) | | (10,000) | | $287,058 | 10,000 | | ($177,442) |
| Cheatham, Charles Anthony | 4/17/2015 | 5,129 | $50.9000 | ($261,066) | | | | | | | |
| Cheatham, Charles Anthony | 5/15/2015 | 5,900 | $37.2300 | ($219,657) | | | | | | | |
| **Cheatham, Charles Anthony** | | 11,029 | | ($480,723) | | | | | 11,029 | $309,841 | ($170,882) |
| Cwiertniewicz, Joseph | 5/4/2015 | 6,000 | $38.7000 | ($232,200) | | | | | | | |
| Cwiertniewicz, Joseph | 5/7/2015 | 2,500 | $37.1900 | ($92,975) | | | | | | | |
| Cwiertniewicz, Joseph | 7/1/2015 | 7,000 | $35.8800 | ($251,160) | | | | | | | |
| **Cwiertniewicz, Joseph** | | 15,500 | | ($576,335) | | | | | 15,500 | $435,447 | ($140,888) |
| **SNS Holding Co.** | 5/8/2015 | 13,245 | $37.7500 | ($499,999) | | | | | 13,245 | $372,096 | ($127,903) |
| Summary | | | | | | | | | | | |
| AlMukhaizeem, Zeyad | | 10,000 | | ($464,500) | | (10,000) | | $287,058 | 10,000 | | ($177,442) |
| Cheatham, Charles Anthony | | 11,029 | | ($480,723) | | | | | 11,029 | | ($170,882) |
| Cwiertniewicz, Joseph | | 15,500 | | ($576,335) | | | | | 15,500 | | ($140,888) |
| SNS Holding Co. | | 13,245 | | ($499,999) | | | | | 13,245 | | ($127,903) |
| **Total** | | 49,774 | | ($2,021,556) | | (10,000) | | $287,058 | 49,774 | | ($617,114) |

*Avg Closing Prices from July 29 to Oct 26 2015