| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **MOTLEY RICE LLC** |
| LESLEY E. WEAVER | GREGG S. LEVIN (admitted *pro hac vice*) |
| 1999 Harrison Street, Suite 670 | 28 Bridgeside Blvd. |
| Oakland, CA  94612 | Mt. Pleasant, SC  29464 |
| Telephone:   (415) 445-4003 | Telephone:   (843) 216-9000 |
| Facsimile:    (415) 445-4020 | Facsimile:    (843) 216-9450 |
| Email:          lweaver@bfalaw.com | Email:          glevin@motleyrice.com |
| *Liaison Counsel* | *Lead Counsel for the Class* |

[*Additional counsel appear on signature page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIS SHENWICK, et al., | Case No. 3:16-cv-05314-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] SCHEDULING ORDER AND REQUEST TO ASSOCIATE ADDITIONAL COUNSEL** |
| v. | |
| TWITTER, INC., et al., | |
| Defendants. | |
| CLAIRE DEGENHARDT, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:16-cv-05439-JST |
| Plaintiff, | |
| v. | |
| TWITTER, INC., RICHARD COSTOLO and ANTHONY NOTO, | |
| Defendants. | |

Pursuant to Civil Local Rule 7-12, the parties, lead plaintiff KBC Asset Management NV ("KBC" or "Lead Plaintiff") and defendants Twitter, Inc., Richard Costolo, and Anthony Noto (collectively, "Defendants"), by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on December 22, 2016, the Court held a hearing on pending motions to appoint Lead Plaintiff and Lead Counsel and to consolidate two related securities fraud cases, ECF No. 71;

WHEREAS, on the same day, the Court issued a written order granting KBC's motion for appointment as Lead Plaintiff, approving its selection of Motley Rice LLC ("Motley Rice") as Lead Counsel and Bleichmar Fonti & Auld LLP as liaison counsel, and consolidating *Shenwick v. Twitter*, No. 3:16-cv-05314, with *Degenhardt v. Twitter*, No. 3:16-cv-05439, ECF No. 72;

WHEREAS, during the December 22, 2016 hearing, the Court ordered the parties to submit by January 13, 2017 a stipulated or competing proposed case schedule(s), said schedule(s) to include a date for an initial case management conference ("CMC"), and to address Lead Plaintiff's intent to associate certain counsel, ECF No. 71;

WHEREAS, the parties have met, conferred, and agreed on a proposed schedule;

NOW THEREFORE, the parties hereby agree and stipulate to the following:

1. Lead Plaintiff shall file a Consolidated Amended Complaint no later than March 2, 2017;

2. An initial CMC shall be scheduled for April 19, 2017 at 2:00 p.m.;

3. Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint ("Motion to Dismiss") shall be filed on or before May 2, 2017;

4. Lead Plaintiff's opposition to Defendants' Motion to Dismiss shall be filed on or before June 21, 2017;

5. Defendants' Reply Memorandum in support of their Motion to Dismiss shall be filed on or before August 7, 2017; and

6. The hearing on Defendants' anticipated Motion to Dismiss shall be scheduled for Thursday, September 14, 2017 at 2:00 p.m.

**OTHER MATTERS**

During the December 22, 2016 hearing, Lead Counsel mentioned its intent to associate Robbins Geller Rudman & Dowd LLP ("Robbins Geller") in this case to work at Lead Plaintiff and Lead Counsel's direction in light of Robbins Geller's extensive investigation and development of the case which work product would be needlessly duplicative and expensive to replicate. Lead Counsel's association of additional counsel will not increase fees or costs potentially borne by the putative class.

Defendants take no position on Lead Counsel's request to associate Robbins Geller.

Dated:  January 13, 2017   Respectfully submitted,

BLEICHMAR FONTI & AULD LLP

By: */s/ Lesley E. Weaver*
Lesley E. Weaver
1999 Harrison Street, Suite 670
Oakland, CA  94612
Telephone:  (415) 445-4003
Facsimile:  (415) 445-4020
Email:       lweaver@bfalaw.com

Joseph A. Fonti (*admitted pro hac vice*)
7 Times Square, 27th Floor
New York, NY  10036
Telephone:  (212) 789-1340
Facsimile:  (212) 205-3960
Email:       jfonti@bfalaw.com

*Liaison Counsel*

MOTLEY RICE LLC

Gregg S. Levin (*admitted pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
Email:       glevin@motleyrice.com

*Lead Counsel for the Class*

Dated: January 13, 2017   SIMPSON THACHER & BARTLETT LLP

By: */s/ Simona G. Strauss*
Simona G. Strauss

|   |   |
|---|---|
| 1 | 2475 Hanover Street |
| 2 | Palo Alto, CA 94304 |
|   | Telephone: (650) 251-5000 |
| 3 | Facsimile: (650) 251-5002 |
|   | Email: sstrauss@stblaw.com |

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (admitted *pro hac vice*)
425 Lexington Ave
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: jyoungwood@stblaw.com

*Attorneys for Defendants Twitter, Inc., Anthony Noto, and Richard Costolo*

I, Lesley E. Weaver, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Scheduling Order and Request to Associate Additional Counsel.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Simona G. Strauss has concurred in this filing.

/s/ Lesley E. Weaver
Lesley E. Weaver

Pursuant to Stipulation, the foregoing schedule is adopted by the Court.  In addition, the Court approves Lead Counsel's association of Robbins Geller Rudman & Dowd LLP.

**IT IS SO ORDERED.**

DATED: January 18, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE