1  JAMES G. KREISSMAN (Bar No. 206740)
   jkreissman@stblaw.com
2  SIMONA G. STRAUSS (Bar No. 203062)
   sstrauss@stblaw.com
3  SIMPSON THACHER & BARTLETT LLP
   2475 Hanover Street
4  Palo Alto, California  94304
   Telephone: (650) 251-5000
5  Facsimile:  (650) 251-5002

6  JONATHAN K. YOUNGWOOD (admitted *pro hac vice*)
   jyoungwood@stblaw.com
7  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
8  New York, New York  10017
   Telephone: (212) 455-2000
9  Facsimile:  (212) 455-2502

10 *Attorneys for Defendants*
   *Twitter, Inc., Richard Costolo and Anthony Noto*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIS SHENWICK, as Trustee for the DORIS SHENWICK TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>TWITTER, INC., RICHARD COSTOLO and ANTHONY NOTO,<br><br>                    Defendants. | Case No. 3:16-CV-05314-JST<br><br>(Consolidated with 3:16-cv-05439-JST)<br><br><u>CLASS ACTION</u><br><br>**THE TWITTER DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED COMPLAINT**<br><br>**Judge:  Jon S. Tigar**<br>**Courtroom:  9**<br>**Hearing Date: Sept. 14, 2017**<br>**Hearing Time:  2:00 P.M.**<br>**Date Action Filed:  Sept. 16, 2016**<br><br>Filed Jointly With:  Memorandum of Points and Authorities; Request for Judicial Notice; [Proposed] Order |

**NOTICE OF MOTION AND MOTION**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 14, 2017 at 2:00 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Jon S. Tigar, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 9, 19th Floor, Defendants Twitter, Inc., Richard Costolo and Anthony Noto (collectively, the "Twitter Defendants") will, and hereby do, move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, to dismiss Lead Plaintiff's Consolidated Amended Complaint For Violations Of The Federal Securities Laws.

The Twitter Defendants' Motion is based on this Notice, the supporting Memorandum of Points and Authorities, Defendants' Request for Judicial Notice and the exhibits attached thereto, and such other argument and other materials as may be presented to the Court.

May 2, 2017                           SIMPSON THACHER & BARTLETT LLP

/s/ James G. Kreissman
James G. Kreissman (Bar No. 206740)

*Attorneys for Defendants*
*Twitter, Inc., Richard Costolo and Anthony Noto*