BLEICHMAR FONTI & AULD LLP
LESLEY E. WEAVER (191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
Email: lweaver@bfalaw.com

Liaison Counsel for Lead Plaintiff and the Class

MOTLEY RICE LLC
GREGG S. LEVIN (admitted *pro hac vice*)
MEGHAN S. B. OLIVER (admitted *pro hac vice*)
MAX N. GRUETZMACHER (admitted *pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Emails: glevin@motleyrice.com
moliver@motleyrice.com
mgruetzmacher@motleyrice.com

Lead Counsel for Lead Plaintiff and the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TWITTER, INC. SECURITIES LITIGATION | Case No. 3:16-cv-05314-JST<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF PAGE LIMIT FOR JOINT DISCOVERY BRIEF** |

| | |
|---|---|
| 1 | WHEREAS, at the January 17, 2018 Case Management Conference, the Court directed Lead Plaintiff KBC Asset Management NV ("Plaintiff") and Defendants Twitter, Inc., Richard Costolo, and Anthony Noto ("Defendants", and collectively with Plaintiff, the "Parties") to further meet and confer, and to submit a joint five-page brief by February 2, 2018, that outlines any remaining disagreements concerning discovery issues; |

WHEREAS, at the January 17, 2018 Case Management Conference, the Court directed Lead Plaintiff KBC Asset Management NV ("Plaintiff") and Defendants Twitter, Inc., Richard Costolo, and Anthony Noto ("Defendants", and collectively with Plaintiff, the "Parties") to further meet and confer, and to submit a joint five-page brief by February 2, 2018, that outlines any remaining disagreements concerning discovery issues;

WHEREAS, since January 17, 2018 the Parties have met and conferred telephonically on multiple occasions and exchanged numerous written proposals concerning such disputes;

WHEREAS, the scope of these extensive meet and confer sessions has ranged from particularized search terms to detailed discussions of whose custodial files will be searched, as well as many other discrete and complex matters relating to the production of electronic documents and how most efficiently to search for responsive materials;

WHEREAS, despite their best efforts, the Parties have been unable to resolve all of the issues upon which they disagree; and

WHEREAS, the Parties agree that enumerating and addressing their respective positions will require more than the five pages allocated by the Court and respectfully seek leave of Court for an extension of an additional five pages;

IT IS HEREBY STIPULATED AND AGREED: that the Parties may have ten pages to address their respective positions, five for Plaintiff and five for Defendants.

DATED: January 31, 2018　　　　　　　BLEICHMAR FONTI & AULD LLP

By:　*/s/ Lesley E. Weaver*
　　　LESLEY E. WEAVER (191305)
　　　555 12th Street, Suite 1600
　　　Oakland, CA 94607
　　　Telephone: (415) 445-4003
　　　Facsimile:　(415) 445-4020

　　　*Liaison Counsel for Lead Plaintiff and the Class*

| | | |
|---|---|---|
| 1 | | MOTLEY RICE LLC |
| 2 | | GREGG S. LEVIN (admitted *pro hac vice*) |
| | | 28 Bridgeside Blvd. |
| 3 | | Mt. Pleasant, SC 29464 |
| | | Telephone: (843) 216-9000 |
| 4 | | Facsimile: (843) 216-9450 |
| 5 | | *Lead Counsel for Lead Plaintiff and the Class* |
| 6 | | ROBBINS GELLER RUDMAN & DOWD LLP |
| 7 | | DANIEL S. DROSMAN (200643) |
| | | SUSANNAH R. CONN (205085) |
| 8 | | 655 West Broadway, Suite 1900 |
| | | San Diego, CA 92101-8498 |
| 9 | | Telephone: (619) 231-1058 |
| | | Facsimile: (619) 231-7423 |
| 10 | | |
| 11 | | *Additional Counsel for the Class* |
| 12 | DATED: January 31, 2018 | SIMPSON THACHER & BARTLETT LLP |
| 13 | | By: */s/ Alexis Coll-Very* |
| 14 | | ALEXIS COLL-VERY |
| 15 | | James G. Kreissman (Bar No. 206740) |
| | | Alexis Coll-Very (Bar No. 212735) |
| 16 | | Simona G. Strauss (Bar No. 203062) |
| | | 2475 Hanover Street |
| 17 | | Palo Alto, CA 94304 |
| | | Telephone: (650) 251-5000 |
| 18 | | Facsimile: (650) 251-5002 |
| | | Email: acoll-very@stblaw.com |
| 19 | | |
| 20 | | Jonathan K. Youngwood (admitted *pro hac vice*) |
| | | 425 Lexington Ave. |
| 21 | | New York, NY 10017-3954 |
| | | Telephone: (212) 455-2000 |
| 22 | | Facsimile: (212) 455-2502 |
| | | Email: jyoungwood@stblaw.com |
| 23 | | |
| 24 | | *Attorneys for Defendants Twitter, Inc., Anthony Noto, and Richard Costolo* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: February 2, 2018

_____
Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE