BLEICHMAR FONTI & AULD LLP
LESLEY E. WEAVER (191305)
MATTHEW S. WEILER (236052)
555 12th Street, Suite 1600
Oakland, CA  94607
Telephone:  415/445-4003
415/445-4020 (fax)
Email: lweaver@bfalaw.com
          mweiler@bfalaw.com

*Liaison Counsel for Lead Plaintiff and the Class*

MOTLEY RICE LLC
GREGG S. LEVIN (admitted *pro hac vice*)
MEGHAN S.B. OLIVER (admitted *pro hac vice*)
MAX N. GRUETZMACHER (admitted *pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  843/216-9000
843/216-9450 (fax)
Email: glevin@motleyrice.com
          moliver@motleyrice.com
          mgruetzmacher@motleyrice.com

*Lead Counsel for Lead Plaintiff and the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TWITTER INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 3:16-cv-05314-JST (SK)<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

1423375_1

1  WHEREAS the hearing on Plaintiff's motion for class certification is currently set to be
2  heard on June 14, 2018 at 2:00 p.m.;
3  WHEREAS counsel for Plaintiff has requested to move the hearing date to July 12, 2018 at
4  2:00 p.m. and counsel for Defendants have consented to Plaintiff's request;
5  The parties hereby request that the Court continue the hearing on Plaintiff's Motion for Class
6  Certification until July 12, 2018 at 2:00 p.m.

7  DATED:  April 27, 2018

ROBBINS GELLER RUDMAN & DOWD LLP
DANIEL S. DROSMAN (200643)
SCOTT H. SAHAM (188355)
NATHAN R. LINDELL (248668)
SUSANNAH R. CONN (205085)
CHRISTOPHER R. KINNON (316850)

       s/ Scott H. Saham       
SCOTT H. SAHAM

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Additional Counsel for the Class

MOTLEY RICE LLC
GREGG S. LEVIN (admitted *pro hac vice*)
MEGHAN S.B. OLIVER (admitted *pro hac vice*)
MAX N. GRUETZMACHER (admitted *pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  843/216-9000
843/216-9450 (fax)

Lead Counsel for the Class

BLEICHMAR FONTI & AULD LLP
LESLEY E. WEAVER (191305)
MATTHEW S. WEILER (236052)
555 12th Street, Suite 1600
Oakland, CA  94607
Telephone:  415/445-4003
415/445-4020 (fax)

Liaison Counsel for the Class

1423375_1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 3:16-cv-05314-JST (SK)  - 1 -

DATED:  April 27, 2018            SIMPSON THACHER & BARTLETT LLP
JAMES G. KREISSMAN (206740)
ALEXIS COLL-VERY (212735)
SIMONA G. STRAUSS (203062)

                                           s/ Alexis Coll-Very
                                               ALEXIS COLL-VERY

2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Jonathan K. Youngwood (admitted *pro hac vice*)
425 Lexington Ave.
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Defendants Twitter, Inc.,
Anthony Noto, and Richard Costolo

## ATTESTATION

I, SCOTT H. SAHAM, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing Date for Plaintiff's Motion for Class Certification. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Alexis Coll-Very has concurred in this filing.

                                             s/ Scott H. Saham
                                             SCOTT H. SAHAM

\*  \*  \*

## [PROPOSED] O R D E R

PURSUANT TO STIPULATION, it is hereby ordered that the hearing on Plaintiff's Motion for Class Certification is continued to July 12, 2018 at 2:00 p.m.

IT IS SO ORDERED.

DATED:  April 30, 2018                                 
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1423375_1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 3:16-cv-05314-JST (SK)    - 2 -