# EXHIBIT 1

| | |
|---|---|
| From: | Johanna Boyce |
| To: | Leslie Carroll |
| CC: | Dick Costolo; Libby Laveson; Gabriel Stricker |
| Sent: | 4/3/2015 12:56:41 PM |
| Subject: | Re: ridiculous request |

Hi All,

Please find the transcript of Dick's Twitter Republic from the 4/2 Global Tea Time here.

Let me know if you need anything else; thanks!

Sincerely,
Johanna

On Fri, Apr 3, 2015 at 11:38 AM, Leslie Carroll <lcarroll@twitter.com> wrote:

Johanna has kindly agreed to transcribe for you. :)

Should have by EOD.

On Apr 3, 2015 9:56 AM, "Dick Costolo" <dick@twitter.com> wrote:
i actually liked the talk i gave yesterday at tea time BETTER than the way i had it scripted.

Can somebody have my twitter republic transcribed and emailed to me? I want to use it as the basis for some of my Quarterly earnings script.

Thanks. I know this is a pain, if we can outsource it, that's fine as long as it's secure.

I need it early next week.

dick

--
Johanna Boyce | Administrative Assistant, Offices of the CEO & CFO
Twitter | 1355 Market Street, Suite 900 | San Francisco, CA 94103 | 831-419-5766
Follow me @johannaKboyce

CONFIDENTIAL

TWTR_SHEN_00152315