# EXHIBIT 3

| | |
|---|---|
| From: | Jill Silver (via Google Docs) |
| To: | kbessinger@twitter.com |
| CC: | anthony.noto@twitter.com; luca@twitter.com; drivinus@twitter.com; cvalenzuela@twitter.com; mirei@twitter.com; toddt@twitter.com |
| Sent: | 1/26/2015 6:02:24 PM |
| Subject: | Q4'14 Earnings Financial Q&A - Invitation to edit |

jsilver@twitter.com has invited you to **edit** the following document:

 Q4'14 Earnings Financial Q&A

Open in Docs

Google Docs: Create and edit documents online.

