# EXHIBIT 4

**From:** Camilla Boyer
**To:** execstaff; Ecomm
**CC:** Libby Laveson
**Sent:** 1/27/2015 12:06:40 PM
**Subject:** Falquora questions for Tea Time

Hi all,

Here are the top 5 questions for this Thursday's Tea Time (at 4:30pm, social start at 4pm). As always, please click on the links and read the additional context, and let me know who will answer each. Apologies in advance for the profanity...

1) Tweetstorms, photos of text – some prominent users are working very hard to get beyond the 140-character limit. Productizing user hacks has served us well before. What is our current thinking around natively supporting longer-form text?

2) Twitter for Mac: Can we shit or get off the pot please?

3) How are we thinking about our video products a year or 5 years from now? Do we have an "x" year plan for how we do or don't want to differentiate them from each other externally?

4) What's our long-term strategy for making our platform free from abuse? We have a perceived (and real) abuse problem like no other social network. What about changing who can reply publicly, and when?

5) A previous Falquora answer said that there would be a plan to allow users to reclaim inactive usernames presented in October. Do we know yet if fixing this would have enough of an impact on new user retention to justify building?

Thanks,
Camilla

@camillab | Internal Comms | Twitter Inc

--

CONFIDENTIAL

TWTR_SHEN_00101551