# EXHIBIT 5

| | |
|---|---|
| From: | Shariq Rizvi |
| To: | Ads MAP Eng; Ads DR Eng |
| Sent: | 1/20/2015 6:46:23 PM |
| Subject: | Highly recommended: last week's tea time |

Team,

For those of you who could not attend in person, I highly recommend watching the recorded version: https://video.twitter.biz/videos/video/3993/

There is a lot of terrific content: upcoming product changes, company OKRs for Q1, etc.

A great way to stay connected with the larger vision of our company!

Shariq

--
You received this message because you are subscribed to the Google Groups "Ads DR Eng" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ads-dr-eng+unsubscribe@twitter.com.
To post to this group, send email to ads-dr-eng@twitter.com.
To view this discussion on the web visit https://groups.google.com/a/twitter.com/d/msgid/ads-dr-eng/CAHLPkERWLgvKHi-%3DAZYGtj_uj56XawXLUrauCyX9hjpuXaLtNA%40mail.gmail.com.

CONFIDENTIAL
TWTR_SHEN_00117841