# EXHIBIT 1

| No. | Bates Number (Start) | Family ID (ProdBegAtt) | Date | Date Created | Title | Author | Last Author | Email From | Email To | Email CC | Redacted/Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1202 | TWTR_SHEN_00326946 | TWTR_SHEN_00326945 | 04/07/15 | 4/7/2015 | 2015 Q1 Pre-announcement Release v.5.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1203 | TWTR_SHEN_00326947 | TWTR_SHEN_00326947 | 04/07/15 | | RE: Twitter project doc edits, and one more q | George Sard <gsard@sardverb.com> | | George Sard <gsard@sardverb.com> | Jim Prosser <jprosser@twitter.com>; Paul Kranhold <pkranhold@sardverb.com>; John Christiansen <jchristiansen@sardverb.com> | Sean Edgett* <sedgett@twitter.com>; Gabriel Stricker <gabriel@twitter.com>; Krista Bessinger <kbessinger@twitter.com>; Twitter-SVC <twitter-svc@sardverb.com> | Withheld | Attorney Client Communication | Email seeking legal advice of S. Edgett re: earnings release |
| 1204 | TWTR_SHEN_00326948 | TWTR_SHEN_00326947 | 04/07/15 | 4/7/2015 | 2015 Q1 Pre-announcement Release v 5 PK REDLINE.docx | Krista Bessinger | | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: earnings release |
| 1205 | TWTR_SHEN_00326949 | TWTR_SHEN_00326949 | 04/07/15 | | RE: Twitter project doc edits, and one more q | George Sard <gsard@sardverb.com> | | George Sard <gsard@sardverb.com> | Krista Bessinger <kbessinger@twitter.com> | Jim Prosser <jprosser@twitter.com>; Paul Kranhold <pkranhold@sardverb.com>; John Christiansen <jchristiansen@sardverb.com>; Sean Edgett* <sedgett@twitter.com>; Gabriel Stricker <gabriel@twitter.com>; Twitter-SVC <twitter-svc@sardverb.com> | Withheld | Attorney Client Communication | Email seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1206 | TWTR_SHEN_00326951 | TWTR_SHEN_00326950 | 04/07/15 | 4/7/2015 | 2015 Q1 Pre-announcement Release v.9.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document reflecting legal advice of S. Edgett re: Q1 2015 earnings release |
| 1207 | TWTR_SHEN_00326952 | TWTR_SHEN_00326952 | 04/07/15 | | SVC comments on latest release | Paul Kranhold <pkranhold@sardverb.com> | | Paul Kranhold <pkranhold@sardverb.com> | Jim Prosser (jprosser@twitter.com) <jprosser@twitter.com>; Gabriel Stricker <gabriel@twitter.com>; kbessinger@twitter.com, sedgett@twitter.com | Twitter-SVC <twitter-svc@sardverb.com> | Withheld | Attorney Client Communication | Email seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1208 | TWTR_SHEN_00326953 | TWTR_SHEN_00326952 | 04/07/15 | 4/7/2015 | 2015 Q1 Pre-announcement Release v 9 (SVC v2 Comments).docx | Krista Bessinger | George Sard | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1227 | TWTR_SHEN_00326984 | TWTR_SHEN_00326984 | 04/18/15 | | Re: Not pre-announcing today | Krista Bessinger <kbessinger@twitter.com> | | Krista Bessinger <kbessinger@twitter.com> | Paul Kranhold <pkranhold@sardverb.com> | Jim Prosser <jprosser@twitter.com>; George Sard <gsard@sardverb.com>; Twitter-SVC <twitter-svc@sardverb.com>; Sean Edgett* <sedgett@twitter.com>; Gabriel Stricker <gabriel@twitter.com>; David Rivinus <drivinus@twitter.com>; Cherryl Valenzuela <cvalenzuela@twitter.com>; Natalie Miyake <nmiyake@twitter.com> | Withheld | Attorney Client Communication | Email seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1228 | TWTR_SHEN_00326985 | TWTR_SHEN_00326984 | 04/18/15 | 4/18/2015 | Dick script v.2.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1229 | TWTR_SHEN_00326986 | TWTR_SHEN_00326984 | 04/18/15 | 4/18/2015 | AnthonyNotoQ115EarningsScript v.10.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1231 | TWTR_SHEN_00326988 | TWTR_SHEN_00326984 | 04/18/15 | 4/18/2015 | Hot Topics Q&A v.5.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document reflecting legal advice of S. Edgett re: Q1 2015 earnings release |

Exhibit 1

| No. | Bates Number (Start) | Family ID (ProdBegAtt) | Date | Date Created | Title | Author | Last Author | Email From | Email To | Email CC | Redacted/Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1234 | TWTR_SHEN_00326994 | TWTR_SHEN_00326994 | 04/23/15 | | Re: Not pre-announcing today | Krista Bessinger <kbessinger@twitter.com> | | Krista Bessinger <kbessinger@twitter.com> | John Christiansen <jchristiansen@sardverb.com> | Paul Kranhold <pkranhold@sardverb.com>; Jim Prosser <jprosser@twitter.com>; George Sard <gsard@sardverb.com>; Twitter-SVC <twitter-svc@sardverb.com>; Sean Edgett* <sedgett@twitter.com>; Gabriel Stricker <gabriel@twitter.com>; David Rivinus <drivinus@twitter.com>; Cherryl Valenzuela <cvalenzuela@twitter.com>; Natalie Miyake <nmiyake@twitter.com> | Withheld | Attorney Client Communication | Email seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1235 | TWTR_SHEN_00326995 | TWTR_SHEN_00326994 | 04/23/15 | 4/23/2015 | Dick script v.5.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1236 | TWTR_SHEN_00326996 | TWTR_SHEN_00326994 | 04/23/15 | 4/23/2015 | AnthonyNotoQ115EarningsScript-Draft v.13.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1237 | TWTR_SHEN_00326997 | TWTR_SHEN_00326994 | 04/23/15 | 4/23/2015 | 2015 Q1 Earnings Release v.19 - WITH TRINIDAD.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1238 | TWTR_SHEN_00326998 | TWTR_SHEN_00326994 | 04/23/15 | 4/23/2015 | 2015 Q1 Earnings Release v.19 - WITHOUT TRINIDAD.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1239 | TWTR_SHEN_00326999 | TWTR_SHEN_00326999 | 04/24/15 | | RE: Not pre-announcing today | John Christiansen <jchristiansen@sardverb.com> | | John Christiansen <jchristiansen@sardverb.com> | Krista Bessinger <kbessinger@twitter.com> | Paul Kranhold <pkranhold@sardverb.com>; Jim Prosser <jprosser@twitter.com>; George Sard <gsard@sardverb.com>; Twitter-SVC <twitter-svc@sardverb.com>; Sean Edgett* <sedgett@twitter.com>; Gabriel Stricker <gabriel@twitter.com>; David Rivinus <drivinus@twitter.com>; Cherryl Valenzuela <cvalenzuela@twitter.com>; Natalie Miyake <nmiyake@twitter.com> | Withheld | Attorney Client Communication | Email seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1240 | TWTR_SHEN_00327000 | TWTR_SHEN_00326999 | 04/24/15 | 4/23/2015 | 2015 Q1 Earnings Release v 19 - WITH TRINIDAD (SVC Comments).docx | Krista Bessinger | SVC | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1241 | TWTR_SHEN_00327001 | TWTR_SHEN_00326999 | 04/24/15 | 4/23/2015 | 2015 Q1 Earnings Release v.19 - WITHOUT TRINIDAD (SVC Comments).docx | Krista Bessinger | SVC | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1242 | TWTR_SHEN_00327002 | TWTR_SHEN_00327002 | 04/24/15 | | RE: Not pre-announcing today | John Christiansen <jchristiansen@sardverb.com> | | John Christiansen <jchristiansen@sardverb.com> | Krista Bessinger <kbessinger@twitter.com> | Paul Kranhold <pkranhold@sardverb.com>; Jim Prosser <jprosser@twitter.com>; George Sard <gsard@sardverb.com>; Twitter-SVC <twitter-svc@sardverb.com>; Sean Edgett* <sedgett@twitter.com>; Gabriel Stricker <gabriel@twitter.com>; David Rivinus <drivinus@twitter.com>; Cherryl Valenzuela <cvalenzuela@twitter.com>; Natalie Miyake <nmiyake@twitter.com> | Withheld | Attorney Client Communication | Email seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 1243 | TWTR_SHEN_00327003 | TWTR_SHEN_00327002 | 04/24/15 | 4/24/2015 | AnthonyNotoQ115EarningsScript-Draft v 13 (SVC comments).docx | Leah Polito | SVC | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q1 2015 earnings release |

| No. | Bates Number (Start) | Family ID (ProdBegAtt) | Date | Date Created | Title | Author | Last Author | Email From | Email To | Email CC | Redacted/Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1244 | TWTR_SHEN_00327004 | TWTR_SHEN_00327002 | 04/24/15 | 4/24/2015 | Dick script v.5 (SVC Comments).docx | Leah Polito | SVC | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q1 2015 earnings release |
| 3003 | TWTR_SHEN_00330220 | TWTR_SHEN_00330220 | 04/07/15 | | Sard comments on the release | Krista Bessinger <kbessinger@twitter.com> | | Krista Bessinger <kbessinger@twitter.com> | Anthony Noto <noto@twitter.com> | | Redacted | Attorney Client Communication | Email reflecting legal advice from V. Gadde re: draft Q1 2015 pre-announcement release |
| 3004 | TWTR_SHEN_00330221 | TWTR_SHEN_00330220 | 04/07/15 | 4/7/2015 | SARD comments 2015 Q1 Pre-announcement Release v 5 PK REDLINE.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document reflecting counsel's edits and/or comments from V. Gadde re: draft Q1 2015 pre-announcement release |
| 3005 | TWTR_SHEN_00330222 | TWTR_SHEN_00330222 | 04/07/15 | | Re: Sard comments on the release | Anthony Noto <anthony.noto@twitter.com> | | Anthony Noto <anthony.noto@twitter.com> | Krista Bessinger <kbessinger@twitter.com> | | Redacted | Attorney Client Communication | Email reflecting legal advice from V. Gadde re: draft Q1 2015 pre-announcement release |
| 3006 | TWTR_SHEN_00330223 | TWTR_SHEN_00330223 | 04/07/15 | | Re: Sard comments on the release | Krista Bessinger <kbessinger@twitter.com> | | Krista Bessinger <kbessinger@twitter.com> | Anthony Noto <anthony.noto@twitter.com> | | Redacted | Attorney Client Communication | Email reflecting legal advice from V. Gadde re: draft Q1 2015 pre-announcement release |
| 3007 | TWTR_SHEN_00330224 | TWTR_SHEN_00330224 | 04/07/15 | | Re: Sard comments on the release | Anthony Noto <anthony.noto@twitter.com> | | Anthony Noto <anthony.noto@twitter.com> | Krista Bessinger <kbessinger@twitter.com> | | Redacted | Attorney Client Communication | Email reflecting legal advice from V. Gadde re: draft Q1 2015 pre-announcement release |
| 3008 | TWTR_SHEN_00330225 | TWTR_SHEN_00330224 | 04/07/15 | 4/7/2015 | NOTO - SARD comments 2015 Q1 Pre-announcement Release v 5 PK REDLINE.docx | Krista Bessinger | Anthony Noto | | | | Withheld | Attorney Client Communication | Draft document reflecting counsel's edits and/or comments from V. Gadde re: draft Q1 2015 pre-announcement release |
| 3009 | TWTR_SHEN_00330226 | TWTR_SHEN_00330226 | 04/07/15 | | Re: Sard comments on the release | Anthony Noto <anthony.noto@twitter.com> | | Anthony Noto <anthony.noto@twitter.com> | Krista Bessinger <kbessinger@twitter.com> | | Redacted | Attorney Client Communication | Email reflecting legal advice from V. Gadde re: draft Q1 2015 pre-announcement release |
| 3010 | TWTR_SHEN_00330228 | TWTR_SHEN_00330228 | 04/07/15 | | Re: Sard comments on the release | Anthony Noto <anthony.noto@twitter.com> | | Anthony Noto <anthony.noto@twitter.com> | Krista Bessinger <kbessinger@twitter.com> | | Redacted | Attorney Client Communication | Email reflecting legal advice from V. Gadde re: draft Q1 2015 pre-announcement release |
| 4934 | TWTR_SHEN_00341797 | TWTR_SHEN_00341796 | 7/16/2015 | 7/16/2015 | AnthonyNotoQ215EarningsScript 7-16-15 (SVC comments).docx | Leah Polito | Sard Verbinnen | | | | Withheld | Attorney Client Communication | Draft document reflecting counsel's edits and/or comments re: draft 2015 Q2 earnings call script |
| 4935 | TWTR_SHEN_00341798 | TWTR_SHEN_00341796 | 7/16/2015 | 7/16/2015 | JackQ215earningsscriptv.3 (SVC comments).docx | Leah Polito | Sard Verbinnen | | | | Withheld | Attorney Client Communication | Draft document reflecting counsel's edits and/or comments re: draft 2015 Q2 earnings call script |
| 4939 | TWTR_SHEN_00341803 | TWTR_SHEN_00341802 | 7/20/2015 | 7/20/2015 | Jack script v.4 Sunday night [SVC comments].docx | Krista Bessinger | Kevin Sellers | | | | Withheld | Attorney Client Communication | Draft document reflecting counsel's edits and/or comments re: draft 2015 Q2 earnings call script |
| 4940 | TWTR_SHEN_00341804 | TWTR_SHEN_00341802 | 7/20/2015 | 7/20/2015 | AnthonyNotoQ215EarningsScript - Sunday night [SVC comments].docx | John Christiansen | Kevin Sellers | | | | Withheld | Attorney Client Communication | Draft document reflecting counsel's edits and/or comments re: draft 2015 Q2 earnings call script |
| 4941 | TWTR_SHEN_00341810 | TWTR_SHEN_00341809 | 7/20/2015 | 7/20/2015 | Q215 Earnings Jack and Anthony QA - SVC Comments.docx | Scott Lindlaw | Kevin Sellers | | | | Withheld | Attorney Client Communication | Draft document reflecting counsel's edits and/or comments re: draft 2015 Q2 earnings call Q&A |
| 4959 | TWTR_SHEN_00341829 | TWTR_SHEN_00341828 | 7/24/2015 | 7/24/2015 | AnthonyNotoQ215EarningsScript 724 (SVC Comments).docx | Scott Lindlaw | Sard Verbinnen | | | | Withheld | Attorney Client Communication | Draft document reflecting counsel's edits and/or comments re: draft 2015 Q2 earnings call materials |
| 4960 | TWTR_SHEN_00341830 | TWTR_SHEN_00341828 | 7/24/2015 | 7/24/2015 | JackQ215earningsscriptmaster (SVC comments).docx | Scott Lindlaw | Sard Verbinnen | | | | Withheld | Attorney Client Communication | Draft document reflecting counsel's edits and/or comments re: draft 2015 Q2 earnings call materials |

Exhibit 1

| No. | Bates Number (Start) | Family ID (ProdBegAtt) | Date | Date Created | Title | Author | Last Author | Email From | Email To | Email CC | Redacted/Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4961 | TWTR_SHEN_00341831 | TWTR_SHEN_00341828 | 7/24/2015 | 7/24/2015 | Q2'15 Earnings Jack and Anthony Q&A (3) (SVC Comments).docx | Scott Lindlaw | Sard Verbinnen | | | | Withheld | Attorney Client Communication | Draft document reflecting counsel's edits and/or comments re: draft 2015 Q2 earnings call materials |
| 5116 | TWTR_SHEN_00342310 | TWTR_SHEN_00342309 | 04/21/15 | 4/21/2015 | Dick script v.3.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document reflecting legal advice of in-house counsel re: draft Q1 2015 earnings materials |
| 5202 | TWTR_SHEN_00342439 | TWTR_SHEN_00342439 | 6/29/2015 | | Fwd: earnings date announcement - PLEASE review | Krista Bessinger <kbessinger@twitter.com> | | Krista Bessinger <kbessinger@twitter.com> | Paul Kranhold <pkranhold@sardverb.com>; John Christiansen <jchristiansen@sardverb.com> | | Withheld | Attorney Client Communication | Email seeking legal advice of S. Edgett re: Q2 2015 earnings press release |
| 5203 | TWTR_SHEN_00342440 | TWTR_SHEN_00342439 | 6/29/2015 | 6/29/2015 | 2015 Q2 Earnings Date Announcement v1.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of S. Edgett re: Q2 2015 earnings press release |
| 5231 | TWTR_SHEN_00342496 | TWTR_SHEN_00342495 | 7/19/2015 | 7/19/2015 | AnthonyNotoQ215EarningsScript - Sunday night.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document reflecting legal advice of in-house counsel re: Q2 2015 earnings press release |
| 5232 | TWTR_SHEN_00342497 | TWTR_SHEN_00342495 | 7/19/2015 | 7/19/2015 | Jack script v.4 Sunday night.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document reflecting legal advice of in-house counsel re: Q2 2015 earnings press release |
| 5233 | TWTR_SHEN_00342498 | TWTR_SHEN_00342498 | 7/19/2015 | | Re: update | Krista Bessinger <kbessinger@twitter.com> | | Krista Bessinger <kbessinger@twitter.com> | Paul Kranhold <pkranhold@sardverb.com> | John Christiansen <jchristiansen@sardverb.com>; Twitter-SVC <twitter- svc@sardverb.com> | Redacted | Attorney Client Communication | Email reflecting legal advice of in-house counsel re: Q2 2015 earnings press release |
| 5234 | TWTR_SHEN_00342501 | TWTR_SHEN_00342501 | 7/19/2015 | | Re: update | Krista Bessinger <kbessinger@twitter.com> | | Krista Bessinger <kbessinger@twitter.com> | John Christiansen <jchristiansen@sardverb.com> | Paul Kranhold <pkranhold@sardverb.com>; Twitter-SVC <twitter- svc@sardverb.com> | Redacted | Attorney Client Communication | Email reflecting legal advice of in-house counsel re: Q2 2015 earnings press release |
| 5239 | TWTR_SHEN_00342510 | TWTR_SHEN_00342509 | 7/20/2015 | 7/20/2015 | Q2'15 Earnings Jack and Anthony Q&A - Sard.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document reflecting legal advice of in-house counsel re: Q2 2015 earnings press release |
| 5782 | TWTR_SHEN_00343606 | TWTR_SHEN_00343605 | 01/29/15 | 1/28/2015 | Dick script v 3 - JF EDITS (00656482.DOCX;5) | Krista Bessinger | Zachary Graham | | | | Withheld | Attorney Client Communication | Draft document providing info/facilitating provision of legal advice of S. Edgett re: Q4 2014 earnings call |
| 5783 | TWTR_SHEN_00343607 | TWTR_SHEN_00343605 | 01/28/15 | 1/28/2015 | DRAFT TWTR CFO Earnings Script - JF EDITS  (for Joele 1.28.15 - 5 PM PT) (00656684.PDF;1) | Krista Bessinger | Arielle Rothstein | | | | Withheld | Attorney Client Communication | Draft document providing info/facilitating provision of legal advice of S. Edgett re: Q4 2014 earnings call |
| 5818 | TWTR_SHEN_00343648 | TWTR_SHEN_00343647 | 2/6/2015 | 2/6/2015 | BreifingDocument-GoldmanSachsConferenceFeb 2015 - JF EDITS (00658982.DOCX;5) | Ryan Nolan | | | | | Withheld | Attorney Client Communication | Draft agenda reflecting legal advice re: Goldman Sachs technology conference script and preparation |
| 6020 | TWTR_SHEN_00344032 | TWTR_SHEN_00344029 | 04/26/15 | 4/26/2015 | Q115EarningsTop20DickAnthonyQA for Sard (SVC Comments).docx | Paul Kranhold | | | | | Withheld | Attorney Client Communication | Draft document reflecting counsel's edits and/or comments to draft earnings call Q&A |
| 6287 | TWTR_SHEN_00344405 | TWTR_SHEN_00344405 | 1/8/2015 | | earnings / analyst day logs | Krista Bessinger <kbessinger@twitter.com> | | Krista Bessinger <kbessinger@twitter.com> | twitter-jf@joelefrank.com, Sean Edgett* <sedgett@twitter.com>; Meredith Cole <mcole@innisfreema.com>; David Rivinus <drivinus@twitter.com> | | Withheld | Attorney Client Communication | Email providing info/facilitating provision of legal advice of S. Edgett re: earnings call and Analyst Day participants |
| 6288 | TWTR_SHEN_00344406 | TWTR_SHEN_00344405 | | | Guestbook_Q2.xls | | | | | | Withheld | Attorney Client Communication | Spreadsheet providing info/facilitating provision of legal advice of S. Edgett re: earnings call and Analyst Day participants |

| No. | Bates Number (Start) | Family ID (ProdBegAtt) | Date | Date Created | Title | Author | Last Author | Email From | Email To | Email CC | Redacted/Withheld | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6289 | TWTR_SHEN_00344407 | TWTR_SHEN_00344405 | | | TWTR-live-Q2 earnings.csv | | | | | | Withheld | Attorney Client Communication | Document providing info/facilitating provision of legal advice of S. Edgett re: earnings call and Analyst Day participants |
| 6290 | TWTR_SHEN_00344408 | TWTR_SHEN_00344405 | | | Guestbook_Q3.xls | | | | | | Withheld | Attorney Client Communication | Spreadsheet providing info/facilitating provision of legal advice of S. Edgett re: earnings call and Analyst Day participants |
| 6291 | TWTR_SHEN_00344409 | TWTR_SHEN_00344405 | | | TWTR-live-Q3 earnings.csv | | | | | | Withheld | Attorney Client Communication | Document providing info/facilitating provision of legal advice of S. Edgett re: earnings call and Analyst Day participants |
| 6292 | TWTR_SHEN_00344410 | TWTR_SHEN_00344405 | | | Guestbook_AnalystDay.xls | | | | | | Withheld | Attorney Client Communication | Spreadsheet providing info/facilitating provision of legal advice of S. Edgett re: earnings call and Analyst Day participants |
| 6368 | TWTR_SHEN_00344526 | TWTR_SHEN_00344525 | 01/27/15 | 1/27/2015 | Dick script v.3.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of outside counsel N. Giovanni (Goldman Sachs) re: Q4 2014 draft earnings call |
| 6369 | TWTR_SHEN_00344527 | TWTR_SHEN_00344525 | 01/27/15 | 1/27/2015 | Anthony script v.10.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document seeking legal advice of outside counsel N. Giovanni (Goldman Sachs) re: Q4 2014 draft earnings call |
| 6371 | TWTR_SHEN_00344529 | TWTR_SHEN_00344528 | 01/27/15 | 1/27/2015 | Dick script v.3.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document reflecting legal advice of in-house counsel re: Q4 2014 earnings call draft script |
| 6372 | TWTR_SHEN_00344530 | TWTR_SHEN_00344528 | 01/27/15 | 1/27/2015 | Anthony script v.10.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document reflecting legal advice of in-house counsel re: Q4 2014 earnings call draft script |
| 6389 | TWTR_SHEN_00344566 | TWTR_SHEN_00344565 | 2/5/2015 | 2/5/2015 | Briefing Document - Goldman Sachs Conference Feb. 2015 .docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft agenda reflecting and seeking legal advice re: Goldman Sachs technology conference script and preparation |
| 6471 | TWTR_SHEN_00344702 | TWTR_SHEN_00344701 | 04/18/15 | 4/18/2015 | Dick script v.2.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document reflecting legal advice of in-house counsel re: draft Q1 2015 earnings materials |
| 6472 | TWTR_SHEN_00344703 | TWTR_SHEN_00344701 | 04/18/15 | 4/18/2015 | AnthonyNotoQ115EarningsScript v.10.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document reflecting legal advice of in-house counsel re: draft Q1 2015 earnings materials |
| 6475 | TWTR_SHEN_00344717 | TWTR_SHEN_00344715 | 04/25/15 | 4/25/2015 | Q115EarningsTop20DickAnthonyQA for Sard.docx | Krista Bessinger | Krista Bessinger | | | | Withheld | Attorney Client Communication | Draft document reflecting legal advice of in-house counsel re: draft Q1 2015 earnings materials |

Exhibit 1