# EXHIBIT 3

| | |
|---|---|
| **From:** | Todd Morgenfeld |
| **To:** | kbessinger@twitter.com; David Rivinus |
| **Sent:** | 7/12/2015 11:35:09 AM |
| **Subject:** | Invitation: Review v1 of earnings script @ Mon Jul 13, 2015 1pm - 1:30pm (kbessinger@twitter.com) |
| **Attachments:** | invite.ics |

## Review v1 of earnings script

**more details »**

| | |
|---|---|
| When | Mon Jul 13, 2015 1pm – 1:30pm Pacific Time |
| Where | SFTenth-8 Sacramento St (4,Phone) (map) |
| Video call | https://plus.google.com/hangouts/_/twitter.com/review-v1-of |
| Calendar | kbessinger@twitter.com |
| Who | • Todd Morgenfeld - organizer<br>• Shelby Johnson-Sapp - creator<br>• David Rivinus<br>• Krista Bessinger |

Going?  **Yes**  -  **Maybe**  -  **No**   more options »

Invitation from Google Calendar

You are receiving this email at the account kbessinger@twitter.com because you are subscribed for invitations on calendar kbessinger@twitter.com.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn more at https://support.google.com/calendar/answer/37135#forwarding

CONFIDENTIAL
TWTR_SHEN_00033628