# EXHIBIT 4

| | |
|---|---|
| **From:** | Emily Lanfear |
| **To:** | Krista Bessinger |
| **Sent:** | 4/10/2015 12:37:37 PM |
| **Subject:** | Re: Data Pack for Q1 earnings |

Cool, thanks.

Emily Lanfear | Office of the CFO | Twitter, Inc.
1355 Market Street, Suite 900 San Francisco CA 94103 | @elanfear | elanfear@twitter.com | 425.260.8182

On Thu, Apr 9, 2015 at 6:19 PM, Krista Bessinger <kbessinger@twitter.com> wrote:
FYI

Sent from my iPhone

Begin forwarded message:

**From:** Krista Bessinger <kbessinger@twitter.com>
**Date:** April 9, 2015 at 6:18:41 PM PDT
**To:** Carolyn Penner <carolyn@twitter.com>, Krista Bessinger <kbessinger@twitter.com>
**Subject: Re: Data Pack for Q1 earnings**

Totally understood. Btw - second script review is on Wednesday then Dick is OOO on Thursday and Friday


Sent from my iPhone

On Apr 9, 2015, at 6:01 PM, Carolyn Penner <carolyn@twitter.com> wrote:

Hi Krista,
Yeah, this timing is pretty tough. I am with you on keeping the meeting on Monday and I'll see what I can do to have *something*. But a script will not be ready by then given only one business day with the data pack.

On Thursday, April 9, 2015, Krista Bessinger <kbessinger@twitter.com> wrote:
Hi Carolyn,

Apologies for shipping the data pack later than expected. Our first script review with Dick is on Monday. I realize that is a tight timeframe for you to turn something around, so let me know if you think it's not feasible to have even a very rough draft by then.

If not, I still think we should still keep the meeting with Dick on Monday. We'll be just 2 weeks out from earnings and since he's been OOO this week, I think it would be good to meet on Monday just to go through the level set and hot topics and get any initial thoughts he has on script direction if there is no draft to review.

Our timeframe is really tight this quarter given his OOO time and earnings date of April 28. He also has other OOO dates coming up between now and earnings, so each meeting on calendar is precious and I think we can make good use of the time.

LMK your thoughts and thanks as always for your help on this.

-k

---------- Forwarded message ----------
From: **Krista Bessinger** <kbessinger@twitter.com>
Date: Thu, Apr 9, 2015 at 5:00 PM
Subject: Data Pack for Q1 earnings
To: Dick Costolo <dick@twitter.com>, "anoto@twitter.com" <anoto@twitter.com>, Gabriel Stricker <gabriel@twitter.com>, David Rivinus <drivinus@twitter.com>, Cherryl Valenzuela <cvalenzuela@twitter.com>, Amir Movafaghi <amir@twitter.com>, Carolyn Penner <cpen@twitter.com>, Leslie Carroll <lcarroll@twitter.com>, Sean Edgett <sedgett@twitter.com>, Vijaya Gadde <vijaya@twitter.com>, Selena Yao <syao@twitter.com>, Jim Prosser <jprosser@twitter.com>, Krista Bessinger <kbessinger@twitter.com>



--
Krista Bessinger
Sr. Director, IR
Twitter
cell: 510-246-0769


--
Krista Bessinger
Sr. Director, IR
Twitter
cell: 510-246-0769


--
Carolyn Penner
Head of Communications and Marketing, Vine
Twitter: @cpen | Vine: @cpen
*A Vine I like, from me to you*

CONFIDENTIAL                                                                                           TWTR_SHEN_00344164

| | |
|---|---|
| **From:** | Todd Morgenfeld |
| **To:** | kbessinger@twitter.com; David Rivinus |
| **Sent:** | 7/12/2015 11:35:09 AM |
| **Subject:** | Invitation: Review v1 of earnings script @ Mon Jul 13, 2015 1pm - 1:30pm (kbessinger@twitter.com) |
| **Attachments:** | invite.ics |

## Review v1 of earnings script

**more details »**

| | |
|---|---|
| When | Mon Jul 13, 2015 1pm – 1:30pm Pacific Time |
| Where | SFTenth-8 Sacramento St (4,Phone) (map) |
| Video call | https://plus.google.com/hangouts/_/twitter.com/review-v1-of |
| Calendar | kbessinger@twitter.com |
| Who | • Todd Morgenfeld - organizer<br>• Shelby Johnson-Sapp - creator<br>• David Rivinus<br>• Krista Bessinger |

Going?  **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar

You are receiving this email at the account kbessinger@twitter.com because you are subscribed for invitations on calendar kbessinger@twitter.com.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn more at https://support.google.com/calendar/answer/37135#forwarding