# EXHIBIT 6

**From:** Theresa Lam
**To:** Jill Silver
**CC:** Crystal Lee; John Wenman; Corporate Finance; Kenney Deng
**Sent:** 4/22/2015 3:57:20 PM
**Subject:** Re: Fwd: Second round - finance / legal review - Q1'15 earnings - attorney client privileged

LGTM  Thanks!

Be Rigorous.  Do it Right.
It is in giving that we receive.

On Wed, Apr 22, 2015 at 3:29 PM, Jill Silver <jsilver@twitter.com> wrote:
Theresa,

Please give me your blessing and then I will send to IR.

Thanks!
Jill

On Wed, Apr 22, 2015 at 3:27 PM, Crystal Lee <crystallee@twitter.com> wrote:
Hi Theresa,

Good catch! It is now updated.

Thanks,

Crystal

On Wed, Apr 22, 2015 at 3:21 PM, Theresa Lam <theresal@twitter.com> wrote:
Thanks!  Looks good except for pg 3 the reconciliation of net loss to adjusted EBITDA, the line "interest expense" should read
"Interest and other expense (income)"

Theresa

Be Rigorous.  Do it Right.
It is in giving that we receive.

On Wed, Apr 22, 2015 at 3:07 PM, Crystal Lee <crystallee@twitter.com> wrote:
Hi Theresa and John,

Here is the updated selected financials to reflect the re-class between cash and short term investments.

Cheers,

Crystal

On Tue, Apr 21, 2015 at 2:10 PM, Kenney Deng <kdeng@twitter.com> wrote:
Hi Theresa and John,

Sorry, we have to un-round the MAUs including SMS Followers in the US, too. Updated in the attached.

CONFIDENTIAL

TWTR_SHEN_00327328

Best,

Kenney

On Tue, Apr 21, 2015 at 11:10 AM, Crystal Lee <crystallee@twitter.com> wrote:
Hi John and Theresa,

We updated are selected financials. Please see attached and let us know if you have any additional comments.

Thanks,
Crystal

On Sun, Apr 19, 2015 at 3:59 PM, Jill Silver <jsilver@twitter.com> wrote:

Thanks,  we will update

On Apr 19, 2015 3:58 PM, "Theresa Lam" <theresal@twitter.com> wrote:
See John's comments on the operational metrics.
Theresa
Be Rigorous.  Do it Right.
It is in giving that we receive.

---------- Forwarded message ----------
From: **John Wenman** <jwenman@twitter.com>
Date: Sat, Apr 18, 2015 at 8:15 PM
Subject: RE: Second round - finance / legal review - Q1'15 earnings - attorney client privileged
To: Theresa Lam <theresal@twitter.com>


Hi Theresa,

I went through the press release and the metrics file and here are my comments:


Press Release

• Formatting of the table on the 1st page – in all previous releases, we have had the $ signs lined up on the left side of each column. I think keeping a consistent look is preferable.

• Page 3, "Webcast…" paragraph: I think connecting the 5:00 on the 1st line to the pm on the 2nd line is preferred.

• Page 3, "About…" paragraph: Here we say "more than 35 languages", however, on our website we say "Twitter supports 33 languages."

Maybe "supports" is different than "available in"?  Link is here in case anyone wishes to see:  https://about.twitter.com/company


Metrics File

• page1.  Is there a new support file from Kenney yet?  I don't believe I have it so I'm not able to tie the MAUs incl. SMS Followers rows. Also the Ad Engagements and CPE growth percentages for Q1'15 do not tie to the metrics file that I have.

CONFIDENTIAL                                                                                                                                          TWTR_SHEN_00327329


• page 2.  Certain balances under Selected Balance Sheet Data need to be updated to match the latest financials

Working Capital change from 3,796,238 to 3,799,796

Ppty and Equipt, net change from 598,575 to 599,751

Total SH Equity (Def) change from 3,685,922 to 3,687,097

Thank you,

John

**From:** Theresa Lam [mailto:theresal@twitter.com]
**Sent:** Saturday, April 18, 2015 12:04 PM
**To:** John Wenman
**Subject:** Fwd: Second round - finance / legal review - Q1'15 earnings - attorney client privileged

Please help tie out and let me know if you have any comments/changes.  Thanks!

Theresa

Be Rigorous.  Do it Right.
It is in giving that we receive.

---------- Forwarded message ----------
From: **Krista Bessinger** <kbessinger@twitter.com>
Date: Sat, Apr 18, 2015 at 11:49 AM
Subject: Second round - finance / legal review - Q1'15 earnings - attorney client privileged
To: David Rivinus <drivinus@twitter.com>, Sean Edgett <sedgett@twitter.com>, Selena Yao <syao@twitter.com>, Vijaya Gadde <vijaya@twitter.com>, Jim Prosser <jprosser@twitter.com>, Celia Poon <cpoon@twitter.com>, Theresa Lam <theresal@twitter.com>, Gordon Lee <gordon@twitter.com>, Jeff Dejelo <jlo@twitter.com>, Jonathan Liu <jonathanl@twitter.com>, Ethan Yeh <eyeh@twitter.com>, Amir Movafaghi <amir@twitter.com>, Natalie Miyake <nmiyake@twitter.com>, Krista Bessinger <kbessinger@twitter.com>, Cherryl Valenzuela <cvalenzuela@twitter.com>, Carolyn Penner <cpen@twitter.com>, Jill Silver <jsilver@twitter.com>

[redacted]

CONFIDENTIAL
TWTR_SHEN_00327330



Thanks


--

Krista Bessinger

Sr. Director, IR

Twitter

cell: 510-246-0769




--

Crystal Lee
Corporate FP&A




--

Crystal Lee
Corporate FP&A




--

Crystal Lee
Corporate FP&A

CONFIDENTIAL  TWTR_SHEN_00327331

--
Jill Silver | Finance | Twitter, Inc.
jsilver@twitter.com | @swingingsilver

CONFIDENTIAL

TWTR_SHEN_00327332