# EXHIBIT 7

| | |
|---|---|
| **From:** | Emily Lanfear |
| **To:** | Krista Bessinger |
| **Sent:** | 7/2/2015 1:30:03 PM |
| **Subject:** | Earnings Prep Meetings |

K -

After reviewing the earnings prep schedule, it looks like there were a few meetings scheduled to happen this week, however with PTO schedules and the fact that Sard is now working with us and you've been doing calls with them, I'm not sure we need all/any of these.

I've copied them below w/ my notes in yellow so you can evaluate. Whatever you do still want to do we can front load them into early next week. Thanks!

**June 22 (Mon)**

*Draft first version of Q1 Data pack* -- provide level set, story arc, best product examples, data pack + Dick deliverable timeline

**June 29 (Mon) -- Jim on PTO entire week of 6/29**

MORNING: 30 min. – CEO story whiteboard session

Agenda – cover level set + develop POV for Dick script outline

*Attendees: Jim, Krista*

**June 30 (Tues) -- Krista and Todd syncing ad hoc all week**

AFTERNOON:  30 min – Krista / Todd meeting to discuss earnings strategy

Agenda – review level set + discuss strategy

*Attendees: Krista, Todd*

**July 1 (Wed) -- all execs OOO week of July 1. Do you want to schedule early week of 7/6?**

45 min. – Exec thoughts on script direction

Agenda – cover level set, get thoughts on story arc / best product examples for Dick's script, goal is to email Dick an outline by Friday EOD

*Attendees: Adam B., Kevin W., Anthony, Jim, Gabriel, Krista, Todd*

CONFIDENTIAL
TWTR_SHEN_00341775

45 min – Logistics meeting -- **will schedule for Monday 7/6**

*Attendees: Krista, Emily, Dave R.*

*Share Data pack + Hot Topics for Dick in Google Docs with Q&A team -- 48 hours in advance of meeting*

**July 2 (Thurs)**



Sean,

Emily Lanfear | Office of the CFO | Twitter, Inc.
1355 Market Street, Suite 900 San Francisco CA 94103 | @elanfear | elanfear@twitter.com | 425.260.8182

|||
|---|---|
| **From:** | Krista Bessinger |
| **To:** | Emily Lanfear |
| **Sent:** | 7/2/2015 1:59:10 PM |
| **Subject:** | Re: Earnings Prep Meetings |

agreed - I think we are good just to schedule logistics meeting early next week. please include Cherryl and Selena too. thanks

On Thu, Jul 2, 2015 at 1:30 PM, Emily Lanfear <elanfear@twitter.com> wrote:
K -

After reviewing the earnings prep schedule, it looks like there were a few meetings scheduled to happen this week, however with PTO schedules and the fact that Sard is now working with us and you've been doing calls with them, I'm not sure we need all/any of these.

I've copied them below w/ my notes in yellow so you can evaluate. Whatever you do still want to do we can front load them into early next week. Thanks!

**June 22 (Mon)**

*Draft first version of Q1 Data pack* -- provide level set, story arc, best product examples, data pack + Dick deliverable timeline

**June 29 (Mon) -- Jim on PTO entire week of 6/29**

MORNING: 30 min. – CEO story whiteboard session

Agenda – cover level set + develop POV for Dick script outline

*Attendees: Jim, Krista*

**June 30 (Tues) -- Krista and Todd syncing ad hoc all week**

AFTERNOON:  30 min – Krista / Todd meeting to discuss earnings strategy

Agenda – review level set + discuss strategy

*Attendees: Krista, Todd*

**July 1 (Wed) -- all execs OOO week of July 1. Do you want to schedule early week of 7/6?**

45 min. – Exec thoughts on script direction

Agenda – cover level set, get thoughts on story arc / best product examples for Dick's script, goal is to email Dick an outline by Friday EOD

*Attendees: Adam B., Kevin W., Anthony, Jim, Gabriel, Krista, Todd*

45 min – Logistics meeting <mark>-- will schedule for Monday 7/6</mark>

*Attendees: Krista, Emily, Dave R.*

*Share Data pack + Hot Topics for Dick in Google Docs with Q&A team – 48 hours in advance of meeting*

**July 2 (Thurs)**

*Provide Q2 earnings data pack to Dick for him to write first version of his script – first draft due from Dick Tues July 14 – provide level set, story arc, best product examples, data pack + Dick deliverable timeline*

90 min. – Dick coaching team alignment meeting to discuss IR / Comms earnings strategy <mark>-- do you still want to do this? I think this is already being done w/ Sard</mark>

Agenda – discuss deliverables, owners and strategy for prep documents, review current draft of Q2 data pack + narrative for Dick, get alignment on how to coach Dick on hot topics before first meeting with Dick on 7/13

*Attendees: Krista, Dave, Gabriel, Jim, Sean, Todd, Cherryl*

Emily Lanfear | Office of the CFO | Twitter, Inc.
1355 Market Street, Suite 900 San Francisco CA 94103 | @elanfear | elanfear@twitter.com | 425.260.8182

--
Krista Bessinger
Sr. Director, IR
Twitter
cell: 510-246-0769