# EXHIBIT 8



630 Third Avenue  New York, NY 10017
T 212.687.8080  F 212.687.8344

Page | 1

April 3, 2015

Ms. Vijaya Gadde
General Counsel
Twitter, Inc.
1355 Market Street, Suite 900
San Francisco, CA 94103

Dear Ms. Gadde:

The following constitutes our mutual understanding with respect to your retention of Sard Verbinnen & Co. LLC ("SVC") as communications consultant to Twitter, Inc. ("Twitter").



B.  SVC will perform these services in accordance with the following terms:





630 Third Avenue   New York, NY 10017
T 212.687.8080   F 212.687.8344



7) Unless otherwise directed by Twitter, SVC will keep confidential all non-public information provided to SVC by Twitter in connection with this assignment.

[Redacted]

Page | 2

CONFIDENTIAL
SVC_0002258



630 Third Avenue  New York, NY 10017
T 212.687.8080  F 212.687.8344

If the above correctly sets forth Twitter's understanding of our agreement, kindly sign and return a copy of this letter. We appreciate the confidence that you have placed in Sard Verbinnen & Co.

Very truly yours,

SARD VERBINNEN & CO. LLC

By: _____
George Sard
Chairman & CEO


ACCEPTED AND AGREED UPON

TWITTER, INC.

By: _____
Vijaya Gadde
General Counsel

CONFIDENTIAL                                                                                                           SVC_0002259



630 Third Avenue   New York, NY 10017
T 212.687.8080   F 212.687.8344

April 3, 2015

Client #:  2993
Invoice #:  22490-2993

Ms. Vijaya Gadde
General Counsel
Twitter, Inc.
1355 Market Street, Suite 900
San Francisco, CA 94103

INVOICE

Retainer for public relations services to be rendered in accordance with the letter of agreement between Sard Verbinnen & Co. LLC and Twitter, Inc. dated April 3, 2015.

Redacted

Please remit to:
Sard Verbinnen & Co., LLC
630 Third Avenue, 9th floor, New York, NY 10017
or wire to

Redacted

Page | 4



630 Third Avenue  New York, NY 10017
T 212.687.8080  F 212.687.8344

Schedule A

SVC Billing Rates as of April 3, 2015

| Name | Title | Hourly Rate |
|---|---|---|
| George Sard | Chairman & CEO | Redacted |
| Paul Kranhold | Managing Director | |
| John Christiansen | | |
| | Principal | |
| | Vice President | |
| | Directors: Digital Communications Group, Research | |
| Reze Wong | Senior Associate | |
| | Associate Design Director, Digital Comm. Group | |
| Leah Polito | Associate | |
| | Associate, Digital Communications Group | |
| Miles Radcliffe-Trenner | Junior Associate | |
| | Administrative | |

Page | 5



630 Third Avenue   New York, NY 10017
T 212.687.8080   F 212.687.8344

---

**Form W-9** (Rev. December 2014)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Give Form to the requester. Do not send to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
SARD VERBINNEN & CO., LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only **one** of the following seven boxes:
☐ Individual/sole proprietor or single-member LLC
☐ C Corporation
☐ S Corporation
☐ Partnership
☐ Trust/estate
☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ **P**
Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.
☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____
(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.)
630 THIRD AVENUE, 9TH FLOOR

**6** City, state, and ZIP code
NEW YORK, NY  10017

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

**Part I** Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number: ☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number: Redacted 5 4 1 1

---

**Part II** Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**   Signature of U.S. person ▶ [signature]   Date ▶

---

**General Instructions**

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at www.irs.gov/fw9.

**Purpose of Form**

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)
• Form 1099-DIV (dividends, including those from stocks or mutual funds)
• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
• Form 1099-S (proceeds from real estate transactions)
• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
• Form 1099-C (canceled debt)
• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Cat. No. 10231X   Form **W-9** (Rev. 12-2014)

Page | 6

CONFIDENTIAL