# EXHIBIT 9

| | |
|---|---|
| **From:** | Paul Kranhold |
| **To:** | Krista Bessinger |
| **CC:** | John Christiansen |
| **Sent:** | 7/16/2015 6:19:23 PM |
| **Subject:** | scripts |
| **Attachments:** | AnthonyNotoQ215EarningsScript 7-16-15 (SVC comments).docx; JackQ215earningsscriptv.3 (SVC comments).docx |

Some redlines on the scripts for your consideration.  Happy to discuss.  Holding off on sending you the quote for the press release until we see how Jack's thinking on script tone evolves over the next 24 hours or so…

**Paul Kranhold | Sard Verbinnen & Co**
New York | Chicago | San Francisco | Los Angeles | London
T: 415.618.8750 | F: 415.568.9580

Sard Verbinnen & Co

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or individuals to whom the e-mail is addressed. This e-mail and any files transmitted with it may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient of this e-mail, please immediately notify the sender and delete and/or destroy the e-mail (along with any files transmitted with it) and all electronic or hard copies from your system. You should not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.

**From:** Krista Bessinger
**To:** Paul Kranhold
**CC:** Twitter-SVC
**Sent:** 7/8/2015 8:39:19 AM
**Subject:** Re: follow-up on Jack script
**Attachments:** Big Picture - Exec Earnings Timeline Q2'14 v.2.docx

thanks. all key dates attached. happy to sync this week. the draft you sent is with Anthony right now. waiting for his feedback before it goes to Jack.

On Wed, Jul 8, 2015 at 7:14 AM, Paul Kranhold <pkranhold@sardverb.com> wrote:
Krista - can we synch up again this week on earnings process? Would like to get a sense of deliverables, preps sessions and key dates. Would also like to see if you and jack had any reactions to the script we sent. Let us know what works for you.
Best,
Paul


Sent from a mobile device. Please excuse any typos or false spell corrections.

On Jul 6, 2015, at 8:31 PM, Krista Bessinger <kbessinger@twitter.com> wrote:

Got it. Thanks


Sent from my iPhone

On Jul 6, 2015, at 6:50 PM, George Sard <GSard@SARDVERB.com> wrote:

Krista - please disregard and review attached updated draft

---

**From:** Paul Kranhold
**Sent:** Monday, July 06, 2015 9:30 PM
**To:** Krista Bessinger
**Cc:** Twitter-SVC
**Subject:** RE: follow-up on Jack script


Krista – here is a first draft. Look forward to your feedback.



Paul Kranhold | Sard Verbinnen & Co
New York | Chicago | San Francisco | Los Angeles | London
T: 415.618.8750 | F: 415.568.9580

**From:** Krista Bessinger [mailto:kbessinger@twitter.com]
**Sent:** Monday, July 06, 2015 5:54 PM
**To:** Paul Kranhold
**Cc:** John Christiansen; George Sard
**Subject:** Re: follow-up on Jack script

Thanks

Sent from my iPhone

On Jul 6, 2015, at 5:42 PM, Paul Kranhold <pkranhold@sardverb.com> wrote:

Sending you a first draft shortly.

**Paul Kranhold | Sard Verbinnen & Co**
New York | Chicago | San Francisco | Los Angeles | London
T: 415.618.8750 | F: 415.568.9580

**From:** Krista Bessinger [mailto:kbessinger@twitter.com]
**Sent:** Thursday, July 02, 2015 2:33 PM
**To:** John Christiansen
**Cc:** Paul Kranhold; George Sard
**Subject:** Re: follow-up on Jack script

thank you - hope you have a good 4th.

On Thu, Jul 2, 2015 at 2:18 PM, John Christiansen <JChristiansen@sardverb.com> wrote:

You bet.

**John Christiansen | Sard Verbinnen & Co**

New York | Chicago | San Francisco | Los Angeles | London

O: 415.618.8750 | F: 415.568.9580

On Jul 2, 2015, at 2:13 PM, Krista Bessinger <kbessinger@twitter.com> wrote:

CONFIDENTIAL
TWTR_SHEN_00342461

Hi Guys,

I spoke with Jack and he would like us to take a first stab at his script. Wondering if you guys could take the very first stab using the high level structure Anthony laid out on the call today.

If yes, would love to get a draft back from you by EOD on Monday, if possible. PLMK if that seems doable.

Thanks,

-k

--

Krista Bessinger

Sr. Director, IR

Twitter

cell: 510-246-0769

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

Sard Verbinnen & Co

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or individuals to whom the e-mail is addressed. This e-mail and any files transmitted with it may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient of this e-mail, please immediately notify the sender and delete and/or destroy the e-mail (along with any files transmitted with it) and all electronic or hard copies from your system. You should not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.

--

Krista Bessinger

Sr. Director, IR

Twitter

cell: 510-246-0769

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

Sard Verbinnen & Co

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or individuals to whom the e-mail is addressed. This e-mail and any files transmitted with it may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient of this e-mail, please immediately notify the sender and delete and/or destroy the e-mail (along with any files transmitted with it) and all electronic or hard copies from your system. You should not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

Sard Verbinnen & Co

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or individuals to whom the e-mail is addressed. This e-mail and any files transmitted with it may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient of this e-mail, please immediately notify the sender and delete and/or destroy the e-mail (along with any files transmitted with it) and all electronic or hard copies from your system. You should not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.
<Jack Script DRAFT 7-6-15 530 PM PT (clean).docx>

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

Sard Verbinnen & Co

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or individuals to whom the e-mail is addressed. This e-mail and any files transmitted with it may contain confidential,

proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient of this e-mail, please immediately notify the sender and delete and/or destroy the e-mail (along with any files transmitted with it) and all electronic or hard copies from your system. You should not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.


--
Krista Bessinger
Sr. Director, IR
Twitter
cell: 510-246-0769

CONFIDENTIAL

**From:** Krista Bessinger
**To:** John Christiansen
**Sent:** 6/9/2015 7:22:45 PM
**Subject:** Fwd: Q&A docs

apologies - list was truncated - here are a few additional:

What characteristics are you looking for in CEO?
Are there any other senior management changes that need to be made or is this it?
Is there a risk that you lose a couple of the most senior executives because of the transition?
Does this hurt your ability to fill key executive positions like CMO or key engineer hires given the uncertainty of who will be the new CEO?
Jack Twitter is a very large and complex company. How much time will you allocate to Twitter vs Square?
When will Square go public and does this cause you to delay that decision?


---------- Forwarded message ----------
From: **Krista Bessinger** <kbessinger@twitter.com>
Date: Tue, Jun 9, 2015 at 7:14 PM
Subject: Q&A docs
To: John Christiansen <JChristiansen@sardverb.com>


Hi John,

I know you and the team are working on internal and external Q&A docs - just wanted to lob in a short list of possible hot topics (many of which you probably already have, but sending just in case). Look forward to seeing the docs.

Thanks
-k



jack do you want to be permanent CEO?
What internal candidates are there?
What characteristics are you looking for in CEO?
How long do you think it will take to find someone?
Are you considering internal candidates? Who?
Any timing changes on product roadmap?
Jack what do you want to accomplish in the first 100 days?
Do you support the Company's strategy and priorities?
What do you think you can do better that Dick did not do?
Is this just way to say you are the new CEO but you aren't saying that until you find a new CEO at Square?
Is the board hoping someone buys the company?


--
Krista Bessinger
Sr. Director, IR
Twitter
cell: 510-246-0769



--

Krista Bessinger
Sr. Director, IR
Twitter
cell: 510-246-0769

CONFIDENTIAL

TWTR_SHEN_00182452