# EXHIBIT 10

| | |
|---|---|
| **From:** | Emily Lanfear |
| **To:** | kbessinger@twitter.com; nick.giovanni@gs.com; Anthony Noto; ryan.nolan@gs.com; David Rivinus |
| **Sent:** | 1/28/2015 12:27:28 AM |
| **Subject:** | Updated Invitation: Earnings Prep Call: Script Review w/ Goldman @ Wed Jan 28, 2015 5pm - 5:30pm (Krista Bessinger) |
| **Attachments:** | invite.ics |

**This event has been changed.**

### Changed: Earnings Prep Call: Script Review w/ Goldman

more details »

USA /Canada (toll free): 1-877-860-3058
    (Twitter) Host Passcode: 646-477-9136
    Guest Passcode: 265-538-5406

| | |
|---|---|
| When | Wed Jan 28, 2015 5pm – 5:30pm Pacific Time |
| Where | SF-9 Magpie (6,Poly,LCD) (map) |
| Calendar | Krista Bessinger |
| Who | • Anthony Noto - organizer |
| | • Emily Lanfear - creator |
| | • Krista Bessinger |
| | • nick.giovanni@gs.com |
| | • ryan.nolan@gs.com |
| | • David Rivinus |

Going?  **Yes**  -  **Maybe**  -  **No**    more options »

Invitation from Google Calendar

You are receiving this email at the account kbessinger@twitter.com because you are subscribed for updated invitations on calendar Krista Bessinger.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

CONFIDENTIAL

TWTR_SHEN_00035234

| | |
|---|---|
| **From:** | Emily Lanfear |
| **To:** | kbessinger@twitter.com; Anthony Noto; Repko, Jed; David Rivinus; Beugelmans, Jennifer L. |
| **Sent:** | 1/27/2015 9:56:25 AM |
| **Subject:** | Updated Invitation: Earnings Prep Call: Script review with JF @ Thu Jan 29, 2015 9:30am - 10am (Krista Bessinger) |
| **Attachments:** | invite.ics |

**This event has been changed.**

**Changed: Earnings Prep Call: Script review with JF**                                 more details »

USA /Canada (toll free): 1-877-860-3058
   (Anthony) Host Passcode: 646-477-9136
   Guest Passcode: 265-538-5406

| | |
|---|---|
| When | Thu Jan 29, 2015 9:30am – 10am Pacific Time |
| Where | SF-9 Magpie (6,Poly,LCD) (map) |
| Calendar | Krista Bessinger |
| Who | • Anthony Noto - organizer |
| | • Emily Lanfear - creator |
| | • Repko, Jed |
| | • David Rivinus |
| | • Beugelmans, Jennifer L. |
| | • Krista Bessinger |

Going?   **Yes**  -  **Maybe**  -  **No**    more options »

Invitation from Google Calendar

You are receiving this email at the account kbessinger@twitter.com because you are subscribed for updated invitations on calendar Krista Bessinger.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

CONFIDENTIAL                                                                                                         TWTR_SHEN_00035226