# Exhibit 11

| | |
|---|---|
| **From:** | Krista Bessinger |
| **To:** | Carolyn Penner |
| **Sent:** | 1/28/2015 6:23:39 PM |
| **Subject:** | Goldman Sachs comments on Dick's script |
| **Attachments:** | Goldman Comments - Dick script.docx |

Carolyn,

Please see the attached comments from Goldman on Dick's script and let me know if you have questions.

Thanks,
Krista


--
Krista Bessinger
Sr. Director, IR
Twitter
cell: 510-246-0769

CONFIDENTIAL

Hi everyone. Thanks for joining us.

I'll be giving you an overview of our financial results, and then I'd like to spend some time following up on the product initiatives we discussed at our Analyst Day in November regarding the work we are doing to grow our audience and our business.

Before we jump into the financial results, I want to point out that our pace of execution across the company, which I noted as an area of focus in our Q3 call, is already improved, and I'm delighted about that and about the results I'm seeing from the team. You already see evidence of this improvement in our recent cadence of product launches that make Twitter better for current users, people who are new to Twitter, developers and marketers.

> **Comment [KB1]:** Replace the word "concern"

Financially, we had another great quarter, with strong revenue growth and very strong profit.
- Total revenue was $479 million, up 97% year/year.
- Adjusted EBITDA was $141 million, more than doubling since last quarter when it was $68 million and up 216% year/year.
- Our adjusted EBITDA reached 30% margins, up significantly from 18% margins in Q4 of 2013.

This quarter closed out a very strong year of financial results for us.
- In 2014, we had $1.4 billion in revenue, up 111% year/year.
- Our revenue growth accelerated in 2014 compared to 2013, which was itself a year of significant growth for us.
- **In fact, as of Q3, we are growing revenue faster than any company in the S&P 500.** [DELETE]
- So, I want to publicly congratulate everybody involved in building the business engine at Twitter. It's a remarkable collection of people doing tremendous work.

> **Comment [KB2]:** GS recommends deleting this sentence. They feel it sounds too much like chest pounding and opens us up to snarky comments

Ok, moving on to operating metrics. We ended the quarter with 288 million monthly active users. We added 4 million users this quarter and 47 million across 2014. There are quarter-specific factors that impacted our net adds in **Q4, which include seasonality and the launch of iOS 8. Anthony will discuss this** in more detail later in the call. Importantly, I want to highlight that the user numbers we saw in January indicate that **our MAU trend has already turned around** and our Q1 trend is likely to be back in the range of absolute net adds that we saw during the first three quarters of 2014.

> **Comment [KB3]:** They feel it's important to quickly tell listeners here what the 2 things are and not leave them hanging indefinitely until much later in Anthony's script.

> **Comment [KB4]:** Designed to drive the simple soundbite "Twitter CEO says MAU trend has already turned around"

We have a number of projects underway to grow our user base and provide a compelling, valuable experience to anyone in the world -- whether they have a Twitter account or not. I'd like to give you an update on a number of those improvements we've made recently that serve the three objectives I discussed with you at Analyst Day and on our Q3 call.
- 1: Strengthen the core
- 2: Remove barriers to consumption
- 3: Build new applications and services

> **Comment [KB5]:** Somewhere in this section, they suggest saying that we talked about 9 product initiatives at analyst day. Of those 2 are now being tested in the wild and 6 are in production (as of Feb. 5).

CONFIDENTIAL

***Strengthen the core: Video + Group DMs + NUX***
When I talk about strengthening the core, what I mean is making Twitter more engaging, valuable and easy to use for logged-in users.

On our Q3 earnings call and at our analyst day, we outlined the work we would do in this area-- specifically: (a) introduce better media creation and consumption experiences, (b) enhance private messaging between users and groups, and (c) improve the new user experience and make it easier for people to immediately get value out of Twitter the moment they sign up.  We launched or have begun testing in the wild products in each of these areas.

I'll talk first about native mobile video. We're clearly at the very beginning of mobile video sharing, and we'll see with video what we've seen with photos – an abundance of creation and consumption happening from the device we have with us all the time. We started our foray into video with Vine, which continues to do quite well and is experiencing significant growth in consumption — they're now seeing more than 1.5 billion loops a day. We've also been bringing video to Twitter through publishers and advertisers over the last several months via our Amplify program and our rollout of video.twitter.com tools to professional publishers. The data tell us that people love watching video on Twitter, and marketers are seeing great engagement along with tons of earned media.

Just last week, we brought native mobile video to all Twitter users. Now, anyone can capture, import and share videos right within the Twitter app. In expanding video to more people, we wanted to develop experiences that make video fast and easy. The simple video editor now in the tweet composer makes it super easy to capture moments as they happen with video on Twitter. We have a lot more coming on the mobile video front, and I'm personally investing a good deal of time in this area.

**Group DMs**
Next I'll talk about private messaging, which we've long made available through Direct Messages, or DMs for short. You've heard me talk before about taking public conversations private, and we've launched a number of new features and improvements to make that easier. Just last week, we introduced group DMs. Now, people can have private conversations with a group of people on Twitter, in addition to having one-on-one discussions. When you couple this release with the ability to share Tweets via DM, which we shipped in Q4, you can see some of the work we're doing to move fluidly between public and private conversations.
Direct Messages give people a way to reach and talk to people they're connected to -- in some cases, *only* on Twitter.

**NUX**
Finally, for the new users who sign up for Twitter every day, we're experimenting with instant timelines as a new way to help people get started more quickly. We discussed the instant timeline capability at our analyst day, and I'm excited that we've already launched instant timeline experiments in our mobile app. The idea behind this capability is to remove the friction of finding a large set of accounts to follow when you first sign up, and with Instant Timeline, a new user gets a rich

> **Comment [KB6]:** They are concerned that without making it clear that tests are running "in the wild" it may sound like we are only doing internal testing still at this point

TWTR_SHEN_00133402

timeline the moment they sign up. By immediately dropping users into a high quality timeline of great content, we believe we will be better able to convert new sign-ups into healthy long-term users.

### *Remove barriers to consumption: Organizing content + Logged out experiment + While you were away*

The second objective I've discussed with you is to remove barriers to consumption. From our most active users to someone visiting twitter for the first time to making it really simple for publishers that want to embed Tweets and Twitter timelines in their websites or apps, we want people to immediately get value out of Twitter and always see content that is meaningful and relevant to them.

There are more than 6,000 Tweets a minute every day. What any one person sees on Twitter is a very narrow slice of all of the amazing content on the platform, and we have an obligation to better organize content to deliver great experiences to our total audience.

As we've discussed before with you, every month more than 500 million unique visitors come to Twitter but don't log in. I want to now give you three examples of removing barriers to consumption, two of which are already out to users and another that's coming in the next couple weeks.

We've been working hard on a compelling experience for logged-out users, and just this week we launched early experiments of a logged-out homepage. We are going to learn a lot from these experiments, and I expect us to iterate quickly based on what we learn here. The experience will combine curation and algorithms to deliver the best possible experiences to users.

It has to be just as easy for logged-in users who follow a large number of accounts to quickly catch up. A couple weeks ago, we introduced a new feature called "While you were away". The name is fairly self-explanatory -- it shows you a few Tweets you might be interested in that you missed if you haven't been logged into Twitter for a few hours or more. We've been testing this for some time internally, and I think it's an elegant way of delivering compelling and engaging tweets to users the moment they come back to the platform.

Finally, in a couple weeks for the Cricket World Cup, we are providing cricket fans with an immersive experience, similar to what we provided for the FIFA World Cup last summer. The difference will be that this time, anyone with a feature phone or smartphone will just as easily be able to see and enjoy this experience -- even people without Twitter accounts. You may recall we recently announced our acquisition of ZipDial. We'll be working with them to bring the Cricket World Cup experience on Twitter, including key moments and commentary, to a larger audience.

### *Build new apps and services*

Our third objective is to build an ecosystem of new applications and services.

We closed out 2014 with the introduction of Fabric, our new mobile software development platform that makes it easy for developers to build great apps. I believe

TWTR_SHEN_00133403

Fabric can become the infrastructure software layer of the mobile application ecosystem.

This is a significant opportunity because Fabric helps us build the largest audience in the world and creates new monetization opportunities. Fabric makes it easy for applications to integrate Tweets and Twitter timelines with just one line of code, and as more and more mobile apps make Twitter content part of their experience, like X and Y, the Twitter audience grows. Furthermore, with Fabric, Twitter can be the monetization engine for mobile apps. We have the technology in place to easily bring ads to apps that embed Twitter experiences *in* their apps.

Fabric is a sophisticated and comprehensive cross-platform software development kit for mobile app developers, and we will continue to invest in its success.

### Monetization
As I've highlighted on this call, we've launched or have public experiments out for nearly all of the new features we talked about at our Analyst Day in November. Across our three objectives -- strengthen the core, remove barriers to consumption and build an ecosystem of new apps and services -- we will leverage the power of our monetization engine, and I have some exciting business updates to discuss with you today on this front as well.

Because our primary ad unit is a Tweet, the ads can go wherever Tweets go, and our monetization engine can follow our content on sites across the web or in other mobile apps. We recently announced that we've started syndicating ads, starting with Flipboard, which launched Promoted Tweets in its Twitter section on February 1. And just last week we signed an agreement with Yahoo! Japan to monetize our syndicated Twitter timeline on their web properties, which we expect to launch in XX.

By syndicating ads the same way we syndicate Tweets, the audience that our marketers can reach obviously extends far beyond our owned and operated mobile apps and websites.

These ads leverage the same rich data and targeting that marketers have access to through Twitter today, and ultimately the same measurement -- only now we are bringing this advertising technology to the rest of the mobile ecosystem. That we are beginning to realize the potential for our ad product by showing relevant, timely ads wherever there is Twitter content is a huge accomplishment.

### Conclusion
To wrap up, our product updates introduce improvements that make Twitter better for existing users; they make it easier for new users to get started and get immediate value out of Twitter; they provide important tools to developers and make it easy for them to build great apps; and they give marketers more channels through which they can take their messages to consumers. I expect to see the impact of these releases, from a growth and revenue perspective, over the coming quarters.

To close out, let me just take a minute to acknowledge that 2014 brought with it a lot of change for the company, particularly at the executive level. Those changes have brought us where we are today: we have a great team, and our pace and quality of

TWTR_SHEN_00133404

execution is the best it's ever been. I'm proud of the way the company has embraced and been fueled by these changes, and I couldn't be more excited about where we're going and the profound impact we will have along the way.

With that, I'll turn it over to Anthony to go deeper into our financials.

CONFIDENTIAL

TWTR_SHEN_00133405

| | |
|---|---|
| **From:** | Beers, Katherine |
| **To:** | Krista Bessinger |
| **CC:** | twitter-jf; gs-dispatchteam@ny.email.gs.com |
| **Sent:** | 2/6/2015 10:20:39 AM |
| **Subject:** | JF Suggestions - Briefing Document for GS Conference |
| **Attachments:** | BreifingDocument-GoldmanSachsConferenceFeb 2015 - JF EDITS (00658982-5xA26CA).docx |

Krista –

Thanks for sharing this with us, we thought this was in great shape. Attached you'll find some minor suggestions from our team for consideration.

Best,
Kate and JF Team

**From:** Krista Bessinger [mailto:kbessinger@twitter.com]
**Sent:** Thursday, February 05, 2015 5:10 PM
**To:** twitter-jf; gs-dispatchteam@ny.email.gs.com
**Subject:** briefing document for GS conference

GS / JF teams,

The Q&A for the Goldman Sachs conference is attached. Open to any and all feedback. Our first prep with Dick is tomorrow.

Thanks,
Krista


--
Krista Bessinger
Sr. Director, IR
Twitter
cell: 510-246-0769

CONFIDENTIAL

**Goldman Sachs Technology & Internet Conference**
Thursday, February 11, 2015
Presenting Executives: Dick (on stage), Anthony (1x1s)

**Agenda**
10:30am   Anthony and IR team depart for The Palace Hotel (via Uber)
10:45am   Arrive at the Palace (check-in, etc)
11:00am   1x1 meeting (Oppenheimer Funds)
11:40am   1x1 meeting (GSAM)
12:20pm   Group Meeting (Alliance, Andor, Lone Pine, Partner Fund, Union Point, Och-Ziff, Generation Investment Mgmt)
1:00pm    20 min break – quick lunch
1:20pm    1x1 meeting (Jennison)
2:00pm    1x1 meeting (Artisan)
2:40pm    1x1 meeting (JP Morgan Asset)
3:20pm    1x1 meeting (Primecap)
4:00pm    hard stop
4:20pm    Dick arrives at the Palace (meet Krista, check-in, get mic'ed up, meet Heath)
4:40pm    Fireside chat with Heath Terry (45 min. on stage)
5:25pm    On stage session ends
5:30pm    1x1 meeting - Dick joining (Wellington)
6:00pm    (all execs depart via Uber to OpComm Dinner)

**Location:**
The Palace Hotel
2 New Montgomery Street, SF

**Format:**
On stage session will be a "fireside chat" with Heath Terry (webcast)
Heath will open to questions from the audience in the last 10-15 min.
Press will also be in attendance, but are discouraged from asking questions.

**Contact info:**
Krista cell: 510-246-0769
Dave cell: 415-533-0300
Cherryl cell: 650-704-8812

_____

**Questions for Fireside Chat (sent by Heath Terry): -- JF EDITS**

NOTE: these questions were submitted before earnings. Heath is expected to follow up with additional questions (post earnings) by EOD on Monday.

1.        Dick, in the past you defined Twitter as a communications platform that is public, social, conversational, and real time. How has that answer changed?  How is the definition of what Twitter is different to a user than advertiser? What's your definition of Twitter for an investor?  How do you view your role as CEO of Twitter as the organization has changed – what is your most important responsibility?

- [Dick will have his own POV, but here a few thoughts on approach]
- We continue to say Twitter is live, public, conversational, and distributed.
- The answer doesn't change for each audience, but the facets of each of those four does fluctuate in importance. For instance, a publisher may care more about the public and distributed part of our platform, an advertiser the real-time and social parts, etc.
- But you can't eliminate any one of those in theits entirety -- the whole of itTwitter is more than the sum of the parts. That's what makes the platform so great.                                          **Formatted: Not Highlight**
- As for my most important responsibility as CEO, it's to makeensure that we are successfully pursuing our total audience strategy and making sure information flows properly throughout the company and that we removeare removing barriers so that people can execute. It's that simple.

2.      What is the user problem at Twitter?  Who is Twitter's audience at maturity from a profile or use case perspective, and also from a size perspective?

- [analyst day]
- We'veAs you know, we are expecting to see a return to organic growth in Q1 – this is based on what we've seen so far in January as well as the product and growth initiatives we've recently launched.
- And in the context of pursuing our total audience strategy, we've talked to people who don't use Twitter and asked them why. And their responses fall into two key categories. First they say they're not sure why to use it, and second thing they say they don't know how to use it. People know Twitter the brand, but they don't know what Twitter can do.
- As we've previously stated, we have 3 key priorities: strengthen the core, reduce barriers to consumption and deliver new apps and services.
- And one of the ways we will reduce barriers to consumption is by showcasing the great content on Twitter to both our logged in users and logged out visitors and. We view the logged out experience as a way to show them how great the platform is and, hopefully, as they engage with it they'll want to become logged in users.
- We're also working to build education into the onboard process to teach everyone on our platform how to get the most out of Twitter. .
- At the same time, We also want to ensure users understand the basics, and we want to build education programs so that we can get users the basics and so that they can get more out of their Twitter experience
- Ourto address thisOur goal has not changed and that's to reach every person on the planet and build the world's largest daily audience.

3.      You've had three different heads of product at Twitter since you were here last year.  How do you feel about the product organization now?  What are your top three priorities for it?  How much of what needs to happen in product at Twitter are visible changes like While you were away versus improvements to algorithmic results like the discover tab or the who you should follow recommendations?  How do you distinguish between the time and investment that each of those require?

- [Kevin Weil answer]
- We have an excellent team and you can see that in our pace of execution, which has significantly increased
- weAs I said on our earnings call, 2014 brought with it a lot of change for the company, and those changes have brought us where we are today: we have a great time, our pace of execution is the best it's ever been, and additionally, how we've been able to grow revenue and margins is staggering.
- We have 3 key priorities: strengthen the core, reduce barriers to consumption, and deliver new apps and services
- withinWithin that, organizing content in familiar ways (by geo, events, while you were away, instant timelines, etc) — is a key underlying theme and video is another important priority that cuts across all 3 of our audience segments.
- weWe will make many visible changes like rolling out instant timelines and a logged out experience and improve our algorithms behind the scenes to improve the user experience.
- Algorithms drive everything from who to follow to search to email to the #nfl timeline, and improvements we make there behind the scenes lead to the improvement of the whole product.
- We try to get better every single day. I continue to be impressed by the way this company embraces and is motivated by change.

4.      What happened in the 4th quarter that drove the slowdown in net MAU additions from the 2nd and 3rd quarters of last year?  How do you prioritize user growth as defined by MAU's versus growing the broader ecosystem of Twitter usage?

- [earnings]
- Two specific factors that negatively impacted net additions in Q4.
- (1) we lost 4 million net users, due to the rollout of the iOS 8 integration
  - Auto mechanism for pulling tweets for about 3 million users went away
  - bug related to the way Twitter is integrated into ios
  - there is no one size fits all fix for these and so we are working hard  to fix the bug and restore the tightly integrated experience on iOS to those users
- (2) seasonal headwinds
- inIn terms of prioritizing growth in MAU vs. the broader ecosystem, both are high priorities

5.      How should this audience view Twitter's user base?  What's the difference to you between an MAU, a logged out user, and the billion people that happen to engage with Twitter somewhere else on the web?  How do you think about the value of each of those?  How does an advertiser?

- [analyst day]
- weWe think there is significant value in all segments of our total audience and again, we pursuing a total audience strategy.

- theThe widely distributed nature of Twitter is unique and makes us extremely valuable to publishers and advertisers alike.
- in terms of monetization, we think we can monetize each audience segment very well
- Q4 ARPU for logged in users is $4.36 and we don't see any structural reason we can't get to at least $10 ARPU
- for logged out users, at analyst day we said that see an ARPU potential of ~$2.50, which represents a $1.3B annual revenue opportunity given our 500M+ logged out visitors
- andAnd lastly we've just started monetizing our syndicated audience. it's still very early days, but we think this is a significant opportunity

6.      It's clear from your financial results that you have incredible momentum with advertisers.  What's the profile of the advertisers that are driving Twitter's growth (brand/direct response, global/local, large/small, CPG/Travel/Auto/media, etc?) What is it these advertisers have found at Twitter that's working for them?

- [earnings]
- What's exciting is we're seeing strong growth across all geographies, advertiser types and channels.
- inIn Q4, our Direct Sales channel for brand advertisers was the largest contributor and we saw particular strength in the US, Japan, and Canada.
- Our expansion efforts in the Mid Market and Small and Medium Business channels also continue to pay off, as growth rates in these channels significantly outperformed the overall growth rate of our ad business.
- In fact, yoy growth in SMB revenue accelerated for the second quarter in a row, benefitting from new markets, growth in advertisers, and an increase in average revenue per advertiser.
- Importantly, we're also seeing strength, broadly speaking, across verticals. the. The strongest verticals in Q4 were tech, telco, media and entertainment, retail, CPG and financial services.

7.      How have innovations like video, the buy button, tailored audiences, etc impacted advertisers?  What role is MoPub playing in your efforts to grow off Twitter monetization?  What advantages can Twitter offer network advertisers that they can't get via one of the other ad platforms like Google's AdEx or FBX/FAN? How are you helping your advertisers with measurement?  What are they seeing in terms of return on investment?  What do they want from you that you don't currently offer?

- [Kevin Weil answer]
- Video, Buy Now and tailored audiences are very different. Buy now is early, tailored audiences is a critical element of a marketers' arsenal on twitter, and video is a rapidly growing business for us, one that users and advertisers alike love.
- MoPub is a key piece of our strategy in connecting marketers and users, on and off Twitter.
- One piece where we're different is MoPub's stack—we are the leading mobile ad exchange and supply side platform, publishers love us because they can do 1st party ad serving, ad network mediation, and the exchange, to maximize revenue for the publisher. (DCLK doesn't do mobile well, FB doesn't (yet) do anything other than own their ad network.) One differentiator for us is that our content is already public and already goes off of Twitter, so extending our ad platform in this way is a natural thing for marketers and for users.
- We look at measurement differently depending on the marketer's objectives. For brand measurement, we do brand surveys, to measure how our advertisements change brand favorability, purchase intent, etc. We have these brand survey results analyzed and verified by a 3rd party, Nielsen in this case. For CPG marketers, we work with folks like Datalogix to understand how Twitter ads actually increase purchase behavior in store purchasing. We're starting to do this in other verticals, such as auto, as well. For direct response marketers, we do conversion tracking for retail/e-commerce, finance, and other verticals.
- With all of these, we bring our cross-device footprint. Our users use Twitter on multiple devices, and as a result we can tie together common cross-device use cases like (1) user sees an ad for a flight on the mobile phone (2) user saves it, opens it on their laptop at night, and buys the flight. Only a handful of companies can tie those actions together, and we are at the top of the list.
- We take great pride in our ability to listen to our marketers, understand their goals, and build solutions that meet their needs. Many of our unique capabilities, such as cross-device measurement and our new ability to syndicate tweets, came to us initially as challenges from marketers. We're proud of the platform we've built, and we continue to improve it every day.
- The data all tell us that people love watching video on Twitter. And marketers are seeing great engagement, along with tons of earned media.
- We have a lot more coming on the mobile video front, and I'm personally investing a good deal of time in this area.

8.      How do you benchmark monetization at Twitter versus other advertising platforms?  Where is Twitter now relative to those other platforms and where should it be when you reach a steady state of monetization?

- [analyst day]
- Q4 ARPU for logged in users is $4.36 and we don't see any structural reason we can't get to at least $10 ARPU
- we think there is significant value in all segments of our total audience
- for logged out users, we see an ARPU potential of ~$2.50

- andAnd we've just started monetizing our syndicated audience. it's still very early days, but we think this is a significant opportunity.

9.   Where does television factor in?  How broadly have Amplify and other TV conversation targeting services been adopted? With major events like the Super Bowl, the Oscars, the Winter Olympics in Q1, what are you seeing in changes to advertiser behavior versus last year?  How does the weakness that we're seeing in the traditional television ad market impact Twitter?

- [Glenn Brown answer]
- *Where does television factor in?*
  - (1) Second Screen. Twitter is the de facto second screen for TV viewing, and not just for live events like sports and awards shows. Our research and those of third parties shows time and time again that Twitter enhances the viewing experience, whether measuring by engagement, affinity,
  - (2) On-TV Tweet integrations. We've now all come to take for granted that Twitter integrations will be part of the viewing experience, whether the deep editorial integrations of tweets into shows like Sports Center or the two-screen interaction invited by some of the best Super Bowl ads, including the now famous TMobile / Kim Kardashian spot. This trend will only increase going forward. Twitter's early innovation paved the way and our newest products will blaze the trail further.
  - (3) In-tweet video, in real-time. Over the last two years, we're also brought television into the Tweet: With both Twitter Amplify and SnappyTV, a cloud-based live video editor we acquired last year, today over 130 partners around the world are publishing clips in real-time from the television into users' phones via Twitter.
- *How broadly have Amplify and other TV conversation targeting services been adopted?*
  - Coverage: Almost 140 Amplify partners worldwide in 15 countries.
  - Specific Examples: All major US TV Networks and Cable Nets, and all major US sports leagues (NFL, NBA, MLB, NHL) are going into their second and third years with Twitter Amplify. Other sports like UFC, MotoGP, all the Grand Slam tennis opens, Cricket World Cup, Rugby, and others have also become Snappy and Amplify partners and are running both sponsored and organic video daily.
  - International: Over 50% of our partners are now ex-US. 15 countries covered, including US, UK, FR, Brazil, Spain, US, Canada, Mexico, Japan, Korea, India, Turkey, Finland, Ireland, Italy.
  - Diversity of Content: In Q4, TV and Entertainment programs rivaled Sports in Amplify for the first time (in terms of video volume and revenue). This is significant because Amplify started as a sports program and conventional wisdom (the press) thought of Amplify as something that might not extend to non-sports content, even as recently as summer 2014. Even beyond TV/Entertainment, Amplify has extended to music (Billboard-Twitter Music charts, sponsored by McDonald's), news (NYTimes, Now This News, Vice, HLN, and others), and events.
  - TV Conversation Targeting: Used for all TV-based Amplify programs, and directly by a large percentage of our advertising clients for Promoted Tweet generally.
- *With major events like the Super Bowl, the Oscars, the Winter Olympics in Q1, what are you seeing in changes to advertiser behavior versus last year?*
  - The addition of 6-second ads to the mix of traditional 15- and 30-second spots. Most Amplify programs now run 6-second pre-rolls to get users to clips faster, and advertiser either create original 6-second creative or turn to professional Viners to create custom creative that we commission. 6-second prerolls could well become the standard for mobile video pre-rolls.
  - Frequently updated creative ads: Particularly for longer always-on programs (like season-long NFL and NBA programs), advertisers are updating their creative spots regularly to provide fresh messages to users who may be power consumers of the underlying premium content.
  - Real-time marketing: Once a novelty, real-time marketing "war rooms" and real-time readiness have become more and more prevalent due to Twitter's influence. Note how advertisers responded in real-time to various Super Bowl memes both planned (McDonald's product giveaways during the Super Bowl and unplanned (e.g. "Left Shark" during the Katy Perry halftime show)
- *How does the weakness that we're seeing in the traditional television ad market impact Twitter?*
  - We see Amplify and all our TV ad products as complementary to TV: the extend brands' investments on the first screen into social and mobile with a synchronicity that was not available before. Amplify also provides partners with a new revenue stream to help them extend and even profit from investing more in social extensions for their audience and brands.

10.   What kind of adoption have you seen for Fabric?  How does it fit into what you want Twitter to become?  What role could Digits ultimately have in the Twitter ecosystem?

- [Jeff Siebert answer]
- *Fabric Adoption:*

- ○ We've been incredibly pleased with the market response to Fabric.
- ○ ~~Developers are signing up in droves and we've already seen great experiences built on top of TwitterKit,~~
- ○ such as Drop by Jambox, which let's you tweet songs into a shared playlist for a party, and Spotify and WSJ just to name a few.
- *How Fabric fits:*
  - ○ Twitter has always been a mobile-first company.
  - ○ Fabric is the first step in Twitter's transformation from just a consumer platform, to a broader, mobile services company.
  - ○ These products directly reinforce each other. The strength of our consumer network enables us to provide industry-leading, rock-solid infrastructure to developers - the MoPub mobile ad exchange, crash reporting, analytics, and now, simple, reliable phone number signup with Digits.
  - ○ As developers build on top of these services, they create great experiences and great content that is easily shared back to Twitter, strengthening the network further.
- *Role of Digits:*
  - ○ Digits is an invaluable service for nearly all mobile developers.
  - ○ It's easy to use, it's privacy-safe for consumers, and the phone number as identity is universally relevant in every country.
  - ○ We provide these mobile services because they are difficult for developers to build on their own. We believe that as developers incorporate services like Digits and others we will announce over time, Fabric will be an indispensable component of every app.

11.   What does programmatic buying mean for you, both with your MoPub efforts but more Twitter in particular?  What kind of an impact do you anticipate from making Twitter inventory available in MoPub?  Does it become your FBX?
- [Kevin Weil answer]
- Making Twitter inventory available via MoPub, is a potential future opportunity.
- Our focus right now is on extending our demand across MoPub and allowing marketers to reach users on and off Twitter, leveraging Twitter data/targeting, Twitter creative, Twitter measurement.
- We're seeing strong results and hearing good feedback from our partners as we test this, and we're focusing on this because we believe this is the most unique/differentiated opportunity.

12.   We mentioned the buy button before, but what does ecommerce on Twitter look like?  Is there a PLA type opportunity that exists for Twitter or can transactions happen in card?  What were you able to test with ecommerce advertisers during the 4th quarter and what impact did you see?
- [Nathan answer]
- we're encouraged by the results of our initial testing of our Buy Now and Offer functionality, and continue to test a variety of products across various verticals.
- worked in Q4 with VITs from Britney Spears to Glenn Beck, and brands like Home Depot and Burberry.
- What we learned above all else is that there is an enormous amount of purchase interest and intent expressed every day on the platform.
- As you're seeing us do in other areas of the product, we are working on discovery experiences in commerce to help structure all of the real-time information about products, businesses and services that exists on Twitter today.
- From those experiences we see both new advertising opportunities (akin to the PLA concept presented in the question) and opportunities for transactions directly on the platform.
- We think distributed commerce through transactional advertising units will absolutely become a reality, but it is still early innings, as is our commerce initiative as a whole.
- Publishers like Twitter are out ahead of traditional ecommerce platforms in this area, as these enterprise software platforms are still working to build out the technical capabilities to bring this to reality.
- We are working closely with both large and small players to help accelerate this capability on Twitter.

13.   When you look at the broadening social landscape, where do you see Twitter fitting among Facebook, Instagram, WhatsApp, SnapChat, etc?  How do you believe that social landscape evolves over the coming years?  How different is that internationally where you have such growth in messaging related products like WeChat and Line?  What kind of traction does Twitter have in Asia and what kind of opportunities exist for you there?
- [earnings]
- ~~Rapid~~With rapid secular migration to mobile, of course there are lots of apps competing for attention.
- Our four characteristics are unique: public, real-time, conversational and distributed
- excellent growth in Asia despite the growth of WeChat and Line
- we are fundamentally unique / a different use case

14.     Internationally, you've talked about messaging apps with significant installed bases as competitive threats, for example WeChat, Line, and K Talk. Can you talk about your success in building your user and advertiser base in large markets such as Japan and Korea, and what the opportunity is for Twitter against incumbent messaging apps?

- [earnings]
- Rapid With rapid secular migration to mobile, of course there are lots of apps competing for attention.
- Our four characteristics are unique: public, real-time, conversational and distributed
- excellent growth in Asia despite the growth of WeChat and Line.
- we are fundamentally unique / a different use case.

15.     What are some early results and lessons you can share following the roll out of the international self-serve ad platform? What are the ad products that resonate with particular markets and how do you view the growth trajectory of advertiser adoption in these markets?

- [Richard Alfonsi]
- *Results + Growth Trajectory*
    - Business is under 2 years old (launched April 2013)
    - >>9M business leads on Twitter right now
    - Strong results, still a huge opportunity
    - Twitter revenue in Q3 outpaced every company in S&P 500, and SMB is growing much faster than overall Twitter Ads
    - y/y growth accelerated 2nd quarter in a row
    - Driven by increase in advertisers, increase in ARPA, and new markets
        - The y/y growth in ARPA in Q4 is highest we've ever seen
        - live in 28 markets, will continue to grow in Q1

- *Lessons + Products*
    - Most important lesson is that the business scales well
    - SMBs exhibit strong demand for DR products and building audience on Twitter
        - Huge demand for Website clicks
        - strong demand for MAP
        - PAC - SMBs have account discovery challenges that larger brands do not have, so strong demand for generating relevant followers
    - Working on drop dead simple advertising products, such as Quick Promote, and
    - making big improvements in Twitter tools for SMBs (ie Account home, register your business)

- *New Announcements in Q1:*
    - Quick Promote
    - Launched the SMB platform in Germany, Austria, and Switzerland (collectively known as "DACH"), bringing the total number of live SMB markets to 31

16.     With all of the management changes over the last 6 months, as well as the attrition that comes after an IPO, where do you see Twitter hitting a steady state where investors can judge the results of this management team?

- [Dick will have his own POV, but here a few thoughts on approach]
- 2014 brought with it a lot of change for the company, particularly at the executive level. Those changes have brought us where we are today: we have a great team, our pace and quality of execution is the best it's ever been.
- Recent pace of product innovation, introductions and new exciting partnerships underscore the energy level and leadership of our team
- I'm proud of the way the company has embraced and been fueled by these changes, and I couldn't be more excited about where we're going and the profound impact we will have along the way.

_____

**New developments / announcements to highlight:**

- **SMG renewal [approved language]**

- With a renewed partnership in place, SMG and Twitter are intensifying their collaboration and will continue to pursue their shared ambition to innovate in the area of mobile and "real time" marketing, globally.
- Twitter & SMG's unique assets will enable the co-creation of solutions that drive innovation, facilitate insights, deliver cost and operational efficiencies, and provide unique benefits for SMG clients.

- **Nelson acquisition [approved language]**
  - INSERT

**Formatted:** Font: 11 pt, Font color: Black, Not Highlight

TWTR_SHEN_00146848