1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re TWITTER INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 3:16-cv-05314-JST (SK) <u>CLASS ACTION</u> |
|---|---|---|
| This Document Relates To: ALL ACTIONS. | ) ) ) ) | ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR RELIEF UNDER LOCAL RULE 7-11 |

1  Good cause appearing, the Court GRANTS Plaintiffs' Administrative Motion for Relief
2  Under Local Rule 7-11.  Plaintiffs may submit one exhibit with the joint letter containing excerpts
3  from defendants' privilege log showing the specific entries at issue in the discovery letter.
4  IT IS SO ORDERED.
5  DATED:  December 6, 2018_____ _____
6  THE HONORABLE SALLIE KIM
   UNITED STATES MAGISTRATE JUDGE