1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Defendant Exhibit C

**[Deng Deposition]**

# Redacted Version of Document Sought to be Sealed

In re Twitter Inc. Securities Litigation

Videotaped Deposition of
KENNETH DENG
December 12, 2018



www.aptusCR.com / 866.999.8310

**Kenneth Deng**                                          **In re Twitter Inc. Securities Litigation**



**www.aptusCR.com**

**Kenneth Deng**                                    **In re Twitter Inc. Securities Litigation**



**www.aptusCR.com**







**Kenneth Deng**                                    **In re Twitter Inc. Securities Litigation**



**www.aptusCR.com**

**Kenneth Deng**                                    **In re Twitter Inc. Securities Litigation**



**www.aptusCR.com**

**Kenneth Deng**                              **In re Twitter Inc. Securities Litigation**

```
 1    STATE OF CALIFORNIA        )
                                 ) ss.
 2    COUNTY OF LOS ANGELES      )

 3       I, NIKKI ROY, Certified Shorthand Reporter,

 4    certificate number 3052, for the State of

 5    California, hereby certify:

 6          The foregoing proceedings were taken before me

 7    at the time and place therein set forth, at which

 8    time the deponent was placed under oath by me;

 9          The testimony of the deponent and all

10    objections at the time of the examination were

11    recorded stenographically by me and were thereafter

12    transcribed;

13          The foregoing transcript is a true and correct

14    transcript of my shorthand notes so taken;

15          I further certify that I am neither counsel for

16    nor related to any party to said action nor in any

17    way interested in the outcome thereof.

18          Further, that if the foregoing pertains to the

19    original transcript of a deposition in a federal case,

20    before completion of the proceedings, review of the

21    transcript [X] was [ ] was not requested.

22          In witness whereof I have hereunto subscribed

23    my name this 17th day of December, 2018.

24          _____

25                NIKKI ROY, CSR No. 3052
```

**Page 359**