1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Defendant Exhibit D

**[Poon Deposition]**

# Redacted Version of Document Sought to be Sealed

In re Twitter Inc. Securities Litigation

Videotaped Deposition of

CELIA POON

February 01, 2019

***CONFIDENTIAL***

Volume I



www.aptusCR.com / 866.999.8310



**Volume I**  
**Celia Poon**  
**Confidential**  
**In re Twitter Inc. Securities Litigation**



25

| | |
|---|---|
| **Volume I**<br>**Celia Poon** | **Confidential**<br>**In re Twitter Inc. Securities Litigation** |

```
 1                    CERTIFICATE OF REPORTER
 2              I, JOHNNA PIPER, a Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   foregoing deposition was by me duly sworn to tell
 5   the truth, the whole truth, and nothing but the
 6   truth in the within-entitled cause;
 7              That said deposition was taken in shorthand
 8   by me, a disinterested person, at the time and place
 9   therein stated, and that the testimony of the said
10   witness was thereafter reduced to typewriting, by
11   computer, under my direction and supervision;
12              That before completion of the deposition,
13   review of the transcript [X]was [ ]was not
14   requested.  If requested, any changes made by the
15   deponent (and provided to the reporter) during the
16   period allowed are appended hereto.
17              I further certify that I am not of counsel
18   or attorney for either or any of the parties to the
19   said deposition, nor in any way interested in the
20   event of this cause, and that I am not related to
21   any of the parties thereto.
22   DATED: FEBRUARY 18TH, 2019
23
24                              _____
25                              JOHNNA PIPER, CSR NO. 11268
```