**Defendant Exhibit E**

**[Roetter Deposition]**

# In re Twitter Inc. Securities Litigation

## Videotaped Deposition of
## ALEX ROETTER
## January 31, 2019
## ***CONFIDENTIAL***



www.aptusCR.com / 866.999.8310

1      Q.   (BY MS. OLIVER)  If you look down a

2  little bit further, about halfway down, it says,

3  "Problem:  Lack of teamwork and shared goals."  "The

4  consumer pillars (consumption, growth, et cetera) do

5  not operate as a single consumer team."

6          Did I read that correctly?

7      A.   Yes.

8      Q.   What did "pillar" mean?

9      A.   I believe it just meant a -- a set of

10 people.  I think it's a figure of speech; set of

11 people working on something.

12     Q.   Would a pillar have been within a team,

13 or would it have been a team?

14          MS. GOODHART:  Objection, calls for

15 speculation.

16     A.   I don't -- I don't know.  I think

17 neither of them are well-defined.

18     Q.   (BY MS. OLIVER)  What does "et cetera"

19 refer to in that parenthetical that I just read?

20 "Consumer growth, et cetera."

21          MS. GOODHART:  Objection, form.

22     A.   It refers to other pillars.  It's a --

23 it's hard to know exactly.

24     Q.   (BY MS. OLIVER)  Another consumer

25 pillar, presumably?

1    the document.

2            A.    I'm sorry.  Can you repeat the question?

3            Q.    (BY MS. OLIVER)  I'm going to ask a

4    different question instead.

5                  So the document next says "What we are

6    doing/have done about it, making the consumer leads

7    write joint OKRs together that they all sign up for,

8    which will directly shape the work of all pillars.  In

9    particular, driving DAUs by minimizing user churn will

10   be the number one priority for all efforts.  We are

11   emphasizing over and over that everyone should be

12   focused on user churn and driving DAUs, nothing else."

13                  Did I read that correctly?

14           A.    I believe so.

15           Q.    What are OKRs?

16           A.    It's an acronym.

17           Q.    What does OKR stand for?

18           A.    It stands for objectives and key

19   results.

20           Q.    When you wrote this, you believed that

21   driving DAUs by minimizing user churn will be the

22   number one priority for all efforts.  Correct?

23                  MS. GOODHART:  Objection, vague.

24           A.    I don't remember.

25           Q.    (BY MS. OLIVER)  Would you have written

1          A.    Correct.

2          Q.    Q2 OKRs would be second quarter OKRs?

3          A.    Correct.

4          Q.    In 2015?

5                MS. GOODHART:  Objection, vague.

6          A.    I can't tell the year.

7          Q.    (BY MS. OLIVER)  The e-mail chain is

8    from March of 2015.  Does that help you understand

9    whether this was the second quarter of 2015 or a

10   different year?

11         A.    It does.

12         Q.    Was it the second quarter of 2015?

13         A.    It looks like it.

14         Q.    So the first comment, starting at the

15   top -- actually, let me go back to the process.

16               Were the comments displayed as e-mails

17   where the oldest one is on the bottom, or was the

18   oldest one on the top?

19         A.    I believe the oldest one is on the top.

20         Q.    Okay.  So the top e-mail -- or the top

21   comment is yours.  And it says, "Top-level company OKR

22   is churn.  See that page.  Can we add a goal here on

23   reducing churn?"

24               Did I read that correctly?

25         A.    Yes, you read that correctly.

**Confidential**

1   Q.   You're seeking to add a KR for the C&D

2   pillar OKRs related to reducing churn.   Correct?

3          MS. GOODHART:   Objection, form.

4   A.   I think what I'm saying here is one of

5   the top-level company OKRs is churn, so could we

6   reflect that here.

7   Q.   (BY MS. OLIVER)   In the C&D pillar OKRs.

8   A.   Correct.

9   Q.   And Mr. Srivastava says, "I don't think

10  churn is a good KR for us."   Correct?

11         MS. GOODHART:   Objection, the document

12  speaks for itself.

13  A.   He does say that.

14  Q.   (BY MS. OLIVER)   And your response to

15  him is, "Yeah, the idea is the whole company should be

16  reducing churn."   Correct?

17         MS. GOODHART:   Objection, the document

18  speaks for itself.

19  A.   I see that I typed that, yes.

20  Q.   (BY MS. OLIVER)   And in the first

21  exhibit we looked at today, Building the Execution

22  Engine, which was Exhibit 184, it states, "In

23  particular, driving DAUs by minimizing user churn will

24  be the number one priority for all our efforts."

25  Correct?

```
 1              MS. GOODHART:  Objection,

 2    mischaracterizes the documents and the witness's

 3    testimony.

 4         Q.   (BY MS. OLIVER)  If you want to pull it

 5    out and confirm that I actually read it correctly,

 6    feel free to do so.

 7              That's in that second-to-last paragraph

 8    on the first page.  Did I read that correctly?

 9              MS. GOODHART:  I'm going to object.

10    Vague and ambiguous.

11         A.   What's the -- what's the phrase you want

12    me to --

13         Q.   (BY MS. OLIVER)  "In particular, driving

14    DAUs by minimizing user churn will be the number one

15    priority for all efforts."

16              MS. GOODHART:  Objection, vague and

17    ambiguous.

18         A.   So these documents don't seem linked to

19    me.

20         Q.   (BY MS. OLIVER)  Did I read that

21    statement correctly?

22              MS. GOODHART:  Objection, the document

23    speaks for itself on that statement.

24         A.   That particular sentence, you read

25    correctly, yes.
```

1              REPORTER'S CERTIFICATE

2   STATE OF COLORADO          )
                               )   ss.
3   CITY AND COUNTY OF DENVER  )

4

5              I, SHERRY WALLIN, Certified Realtime
    Reporter, Registered Merit Reporter and Notary Public
    ID 19874212873, State of Colorado, do hereby certify
6   that previous to the commencement of the examination,
    the said ALEX ROETTER was duly sworn or affirmed by me
7   to testify to the truth in relation to the matters in
    controversy between the parties hereto; that the said
8   deposition was taken in machine shorthand by me at the
    time and place aforesaid and was thereafter reduced to
9   typewritten form; that the foregoing is a true
    transcript of the questions asked, testimony given,
10  and proceedings had.

11             I further certify that I am not employed
    by, related to, nor of counsel for any of the parties
12  herein, nor otherwise interested in the outcome of
    this litigation.

13

14             IN WITNESS WHEREOF, I have affixed my
    signature this 11th day of February, 2019.

15             My commission expires May 14, 2019.

16

17  __X__ Reading and Signing was requested.

    _____ Reading and Signing was waived.
18
    _____ Reading and Signing was not required.
19

20

21  _____
    Sherry Wallin
22  Certified Realtime Reporter
    Registered Merit Reporter
23

24

25