UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TWITTER, INC. SECURITIES LITIGATION | Case No. 16-cv-05314-JST<br><br>**ORDER RESETTING HEARING ON MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE AND ORDER TO SHOW CAUSE**<br><br>Re: ECF Nos. 270, 271, 277 |

Plaintiffs have filed a motion for relief from a non-dispositive pretrial order issued by Magistrate Judge Sallie Kim, pursuant to Federal Rule of Civil Procedure 72(a), 28 U.S.C. § 636(b)(1)(A), and Civil Local Rule 72-2. ECF No. 270.

The Court set the motion for hearing on May 23, 2019, with a response due by April 26, 2019, and any reply due by May 3, 2019. ECF No. 271. The parties have filed a stipulated request to change the hearing date to May 16, 2019 due to availability of defense counsel. ECF No. 277. The request is granted. The motion hearing is hereby reset for May 16, 2019 at 2:00 P.M. Defendants are ordered to file a response of no longer than 5 pages, not counting declarations or exhibits, by April 26, 2019. Plaintiffs may file an optional reply of no longer than 3 pages by May 3, 2019.

Additionally, the parties, as well as non-party Gabriel Stricker, are hereby ordered to show cause by no later than April 30, 2019 as to why Stricker should not be ordered to file on the public record the declaration that was submitted to Judge Kim for *in camera* review pursuant to her order at ECF No. 264. *See* ECF No. 266 at 1 (referencing this declaration in the order Plaintiffs now challenge). If no party or third party objects to the public filing of that declaration, Stricker is ordered to file the declaration by May 2, 2019. However, if any party does assert that the

declaration should not be filed publicly, the Court will take the matter under submission. The Court is unlikely to read the declaration as part of deciding the motion for relief if the declaration has not been filed publicly.

**IT IS SO ORDERED.**

Dated: April 24, 2019



JON S. TIGAR
United States District Judge