ROBBINS GELLER RUDMAN & DOWD LLP
DANIEL S. DROSMAN (200643)
SCOTT H. SAHAM (188355)
NATHAN R. LINDELL (248668)
SUSANNAH R. CONN (205085)
CHRISTOPHER R. KINNON (316850)
HEATHER G. SCHLESIER (322937)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

MOTLEY RICE LLC
GREGG S. LEVIN (admitted *pro hac vice*)
MEGHAN S.B. OLIVER (admitted *pro hac vice*)
MAX N. GRUETZMACHER (admitted *pro hac vice*)
CHRISTOPHER F. MORIARTY (admitted *pro hac vice*)
MEREDITH M. WEATHERBY (admitted *pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

*Co-Class Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TWITTER INC. SECURITIES LITIGATION | Case No. 3:16-cv-05314-JST (SK) |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REQUESTING ORDER CHANGING TIME |
| ALL ACTIONS. | |

1557331.v2

Pursuant to California Civil Local Rule 6-2, the parties, Class Representatives KBC Asset Management NV ("KBC") and National Elevator Industry Pension Fund ("NEIPF") (collectively, "Plaintiffs") and defendants Twitter, Inc., Richard Costolo, and Anthony Noto (collectively, "Defendants"), by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on April 3, 2019, the Parties served discovery on Defendants, pursuant to Federal Rules of Civil Procedure Rules 33 and 36, respectively (Declaration of Daniel S. Drosman in Support of Stipulated Request for Order Changing Time ("Drosman Decl."), ¶2):

- Plaintiffs' First Set of Requests for Admission to Defendants;
- Plaintiffs' Second Set of Requests for Admission to Defendants;
- NEIPF's Fifth Set of Interrogatories to Defendant Twitter, Inc.;
- KBC's Fifth Set of Interrogatories to Defendant Anthony Noto;
- KBC's Fifth Set of Interrogatories to Defendant Richard Costolo;
- KBC's Fifth Set of Interrogatories to Defendant Twitter, Inc.

WHEREAS, on April 3, 2019, Defendants served the following discovery on Plaintiffs, pursuant to Federal Rules of Civil Procedure Rules 33, 34 and 36 (*id.*):

- Defendant Twitter, Inc.'s Second Set of Interrogatories to KBC and NEIPF;
- Defendant Twitter, Inc.'s Second Set of Interrogatories to NEIPF;
- Defendant Twitter, Inc.'s Third Set of Requests for Production of Documents to KBC;
- Defendant Twitter, Inc.'s Third Set of Requests for Production of Documents to NEIPF;
- Defendant Twitter, Inc.'s First Set of Requests for Admission to KBC;
- Defendant Twitter, Inc.'s First Set of Requests for Admission to NEIPF.

WHEREAS, the fact discovery deadline is May 3, 2019 (ECF No. 214);

WHEREAS, prior to the deadline to serve responses and objections to the April 3, 2019 discovery, the Parties, through their counsel, met and conferred and agreed to a reciprocal extension of 21 days for service of the responses to this discovery, such that those responses would be due on May 24, 2019 (Drosman Decl., ¶¶3-4);

1 WHEREAS, the Parties further agree that any disputes regarding the responses to the April 3, 2019 Discovery must be filed with this Court within 14 days following service of the discovery responses (*id.*, ¶5);

WHEREAS, absent a Stipulation by the Parties, the responses and objections to the above April 3, 2019 discovery requests would be due on May 3, 2019, the same day as the fact discovery deadline;

WHEREAS, the Parties are attempting to resolve certain disputes pertaining to the aforementioned discovery (collectively, "April 3, 2019 Discovery") and avoid burdening the Court with such issues (*id*., ¶6);

WHEREAS, the Parties have taken or defended eight depositions during April 2019 and will take or defend an additional four depositions prior to the fact discovery deadline on May 3, 2019 (*id.*, ¶8);

WHEREAS, the Parties believe that extending the deadline to respond to discovery served on April 3, 2019 to May 24, 2019 (and allowing the parties until June 7, 2019 to meet and confer and move to compel if necessary) is necessary and appropriate in light of the volume of discovery served in this matter and the numerous depositions that are scheduled before the May 3, 2019 fact discovery deadline (*id.*, ¶8);

WHEREAS, the Parties further agree to extend the deadline for the Rule 30(b)(6) Deposition of Defendant Twitter, Inc., which is currently noticed for May 2, 2019, until May 17, 2019, to allow the Defendants adequate time to prepare their corporate designee for the deposition in light of the Court's recent order regarding Defendant Twitter, Inc.'s Motion for a Protective Order (ECF No. 280) (Drosman Decl., ¶7), and to extend the deadline for any motion to compel further testimony in the event Twitter's corporate designee is unprepared to testify to and including May 28, 2019;

WHEREAS, extending the deadline to respond to all discovery served by any party on any other party on April 3, 2019 to May 24, 2019, and extending the deadline to complete Defendant Twitter, Inc.'s Rule 30(b)(6) Deposition will not alter the date of any other event or deadline currently scheduled in this matter besides the fact discovery deadline previously set by the Court; and

| | |
|---|---|
| 1 | WHEREAS, the Parties previously have stipulated to modify time seven times in this matter |
| 2 | (*id*., ¶9). |

NOW, THEREFORE, the Parties hereby jointly request the Court enter an order: (i) extending the deadline for the Rule 30(b)(6) Deposition of Defendant Twitter, Inc. to May 17, 2019; (ii) extending the time for the Parties to respond to all discovery served on April 3, 2019 to May 24, 2019; (iii) extending the deadline for Plaintiffs to move to compel additional Rule 30(b)(6) testimony, if necessary, to and including May 28, 2019; and (iv) allowing the Parties up to and including June 7, 2019 to meet and confer and move to compel if necessary on the discovery served on April 3, 2019.

IT IS SO STIPULATED.

DATED: April 29, 2019

ROBBINS GELLER RUDMAN & DOWD LLP
DANIEL S. DROSMAN
SCOTT H. SAHAM
NATHAN R. LINDELL
SUSANNAH R. CONN
CHRISTOPHER R. KINNON
HEATHER G. SCHLESIER

s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
scotts@rgrdlaw.com
nlindell@rgrdlaw.com
sconn@rgrdlaw.com
ckinnon@rgrdlaw.com
hschlesier@rgrdlaw.com

MOTLEY RICE LLC
GREGG S. LEVIN
MEGHAN S.B. OLIVER
MAX N. GRUETZMACHER
CHRISTOPHER F. MORIARTY
MEREDITH M. WEATHERBY
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
glevin@motleyrice.com
moliver@motleyrice.com
mgruetzmacher@motleyrice.com
cmoriarty@motleyrice.com
mweatherby@motleyrice.com

*Co-Class Counsel for the Class*

BLEICHMAR FONTI & AULD LLP
LESLEY E. WEAVER
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: 415/445-4003
415/445-4020 (fax)
lweaver@bfalaw.com

*Liaison Counsel*

DATED: April 29, 2019     COOLEY LLP
STEPHEN C. NEAL
JOHN C. DWYER
JESSICA VALENZUELA SANTAMARIA
BRETT DE JARNETTE


s/ JESSICA VALENZUELA SANTAMARIA
JESSICA VALENZUELA SANTAMARIA

3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: 650/843-5000
650/849-7400(fax)
nealsc@cooley.com
dwyerjc@cooley.com
jvs@cooley.com
bdejarnette@cooley.com

*Attorneys for Defendant Twitter, Inc.*

**ATTESTATION OF SIGNATURES**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

DATED: April 29, 2019

                                              s/ DANIEL S. DROSMAN
                                              DANIEL S. DROSMAN

                                      \*      \*      \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____May 1, 2019_____         _____
                                              THE HONORABLE JON S. TIGAR
                                              UNITED STATES DISTRICT JUDGE