UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TWITTER INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | Case No. 16-cv-05314-JST<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE DECLARATIONS AND EXHIBITS**<br><br>Re: ECF No. 360 |

Plaintiffs have filed a motion to strike declarations and exhibits submitted in support of Defendants' motion for summary judgment. ECF No. 360. Defendants are ordered to file an opposition of no longer than 5 pages in response to Section II of Plaintiffs' motion to strike, ECF No. 360 at 4-9. The opposition shall be filed no later than November 8, 2019. No reply shall be filed.

The Court will conduct a telephonic hearing on this matter on Wednesday, November 13, 2019, at 9:30 a.m. Please email to the Courtroom Deputy Clerk (jstcrd@cand.uscourts.gov) one number at which all attorneys appearing by telephone can be reached. Each participant in the call must use a landline.

**IT IS SO ORDERED.**

Dated: November 6, 2019



JON S. TIGAR
United States District Judge