UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DORIS SHENWICK, et al., | Case No. 16-cv-05314-JST |
|---|---|
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| TWITTER, INC., et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties, ECF No. 565, and the case management conference held this morning, the Court hereby sets the following additional or amended case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Updated joint case management statement due | January 22, 2021 |
| Case management conference | January 29, 2021 at 2:00 p.m. |
| Pretrial conference statement due | June 14, 2021 |
| Pretrial conference | June 21, 2021 at 9:00 a.m. |
| Trial | September 20, 2021 at 8:00 a.m. |
| Estimate of trial length (in days) | 20 |

This case will be tried to a jury.

1   Counsel may not modify these dates without leave of court.  The parties shall comply with
2   the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.
3   Trial dates set by this Court should be regarded as firm.  Requests for continuance are
4   disfavored.  The Court will not consider any event subsequently scheduled by a party, party-
5   controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
6   a continuance.  The Court will not consider the pendency of settlement discussions as good cause
7   to grant a continuance.

**IT IS SO ORDERED.**

Dated:  September 9, 2020



JON S. TIGAR
United States District Judge