Sonal N. Mehta (SBN 222086)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
sonal.mehta@wilmerhale.com

*Attorney for Interested Party*
GABRIEL STRICKER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TWITTER INC. SECURITIES LITIGATION | Case No. 4:16-cv-05314-JST (SK) <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

Case No. 4:16-cv-05314-JST (SK)                                    NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that attorney Alejandro N. Mayorkas, previously of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, is no longer counsel in this matter, and is hereby withdrawn as counsel of record for Gabriel Stricker.  Wilmer Cutler Pickering Hale and Dorr LLP will continue to serve as counsel for Mr. Stricker.

The Clerk of this Court is hereby requested to withdraw and remove Alejandro N. Mayorkas (SBN 122447) from ECF/service on this case.

DATED: February 18, 2021

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:   /s/  Sonal N. Mehta
Sonal N. Mehta
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
sonal.mehta@wilmerhale.com

*Attorney for Interested Party*
GABRIEL STRICKER

Case No.  4:16-cv-05314-JST (SK)    2    NOTICE OF WITHDRAWAL OF COUNSEL