| | |
|---|---|
| COOLEY LLP<br>JOHN C. DWYER (136533)<br>(dwyerjc@cooley.com)<br>JESSICA VALENZUELA SANTAMARIA (220934)<br>(jvs@cooley.com)<br>BRETT DE JARNETTE (292919)<br>(bdejarnette@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:  (650) 843-5000<br>Facsimile:  (650) 849-7400<br><br>KATHLEEN GOODHART (165659)<br>(kgoodhart@cooley.com)<br>AARTI REDDY (274889)<br>(areddy@cooley.com)<br>LAURA ELLIOTT (286702)<br>(lelliott@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 693-2000<br>Facsimile:  (415) 693-2222<br><br>Attorneys for Defendants<br>TWITTER, INC., RICHARD COSTOLO AND ANTHONY NOTO | ROBBINS GELLER RUDMAN & DOWD LLP<br>DANIEL S. DROSMAN (200643)<br>(ddrosman@rgrdlaw.com)<br>TOR GRONBORG (179109)<br>(torg@rgrdlaw.com)<br>LUCAS F. OLTS (234843)<br>J. MARCO JANOSKI GRAY (306547)<br>CHRISTOPHER R. KINNON (316850)<br>HEATHER G. SCHLESIER (322937)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-8498<br>Telephone:  (619) 231-1058<br>Facsimile:  (619) 231-7423<br><br>MOTLEY RICE LLC<br>GREGG S. LEVIN (*pro hac vice*)<br>(glevin@motleyrice.com)<br>LANCE OLIVER (*pro hac vice*)<br>(loliver@motleyrice.com)<br>MEGHAN S.B. OLIVER (*pro hac vice*)<br>MAX N. GRUETZMACHER (*pro hac vice*)<br>CHRISTOPHER F. MORIARTY (*pro hac vice*)<br>MEREDITH B. WEATHERBY (*pro hac vice*)<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC  29464<br>Telephone:  (843) 216-9000<br>Facsimile:  (843) 216-9450<br><br>Co-Class Counsel for the Class |

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re TWITTER INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 4:16-cv-05314-JST (SK)<br><br>CLASS ACTION<br><br>JOINT SUBMISSION OF BELLWETHER EXHIBITS AND THE PARTIES' UPDATED EXHIBIT LISTS |

4818-8618-6480.v1

1	Pursuant to the Court's request at the June 21, 2021 Joint Pre-Trial Conference, the parties
2	jointly submit the following exhibits for the Court's consideration:
3	      EXHIBIT A.   Plaintiffs' List of 40 Bellwether Exhibits
4	      EXHIBIT B.   Defendants' List of 40 Bellwether Exhibits
5	      EXHIBIT C.   Plaintiffs' Trial Exhibit List
6	      EXHIBIT D.   Defendants' Trial Exhibit List
7	DATED: June 30, 2021              Respectfully submitted,
8	                                  ROBBINS GELLER RUDMAN & DOWD LLP
                                  DANIEL S. DROSMAN
9	                                  TOR GRONBORG
                                  LUCAS F. OLTS
10	                                  J. MARCO JANOSKI GRAY
                                  CHRISTOPHER R. KINNON
11	                                  HEATHER G. SCHLESIER
12
13	                                    s/ Heather G. Schlesier
                                    HEATHER G. SCHLESIER
14
15	                                655 West Broadway, Suite 1900
                                San Diego, CA  92101-8498
                                Telephone:  (619) 231-1058
16	                                Facsimile:  (619) 231-7423
                                ddrosman@rgrdlaw.com
17	                                torg@rgrdlaw.com
                                lolts@rgrdlaw.com
18	                                mjanoski@rgrdlaw.com
                                ckinnon@rgrdlaw.com
19	                                hschlesier@rgrdlaw.com
20
21
22
23
24
25
26
27
28

ROBBINS GELLER RUDMAN & DOWD LLP
MAUREEN E. MUELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364
mmueller@rgrdlaw.com

MOTLEY RICE LLC
GREGG S. LEVIN
LANCE V. OLIVER
MEGHAN S.B. OLIVER
MAX N. GRUETZMACHER
CHRISTOPHER F. MORIARTY
MEREDITH B. WEATHERBY
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
glevin@motleyrice.com
loliver@motleyrice.com
moliver@motleyrice.com
mgruetzmacher@motleyrice.com
cmoriarty@motleyrice.com
mweatherby@motleyrice.com

*Co-Class Counsel for the Class*

BLEICHMAR FONTI & AULD LLP
LESLEY E. WEAVER
555 12th Street, Suite 1600
Oakland, CA  94607
Telephone:  (415) 445-4003
Facsimile:  (415) 445-4020
lweaver@bfalaw.com

*Liaison Counsel*

DATED: June 30, 2021                COOLEY LLP


                                                                     s/ Brett De Jarnette
                                                                     BRETT De JARNETTE

| | |
|---|---|
| 1 | |
| 2 | KATHLEEN GOODHART<br>AARTI REDDY |
| 3 | LAURA ELLIOTT<br>3 Embarcadero Center, 20th Floor |
| 4 | San Francisco, CA  94111<br>Telephone:  (415) 693-2000 |
| 5 | Facsimile:  (415) 693-2222<br>kgoodhart@cooley.com |
| 6 | areddy@cooley.com<br>lelliott@cooley.com |
| 7 | COOLEY LLP |
| 8 | JOHN C. DWYER<br>JESSICA VALENZUELA SANTAMARIA |
| 9 | BRETT DE JARNETTE<br>3175 Hanover Street |
| 10 | Palo Alto, CA  94304-1130<br>Telephone:  (650) 843-5000 |
| 11 | Facsimile:  (650) 849-7400<br>dwyerjc@cooley.com |
| 12 | jvs@cooley.com<br>bdejarnette@cooley.com |
| 13 | SIMPSON THACHER & BARTLETT LLP |
| 14 | JAMES G. KREISSMAN (206740)<br>2475 Hanover Street |
| 15 | Palo Alto, CA  94304<br>Telephone:  (650) 251-5000 |
| 16 | Facsimile:  (6500 251-5002<br>jkreissman@stblaw.com |
| 17 | JONATHAN K. YOUNGWOOD (*pro hac vice*) |
| 18 | JANET A. GOCHMAN (*pro hac vice*)<br>JOHN A. ROBINSON (*pro hac vice*) |
| 19 | 425 Lexington Avenue<br>New York, NY  10017 |
| 20 | Telephone:  (212) 455-2000<br>Facsimile:  (212) 455-2502 |
| 21 | jyoungwood@stblaw.com<br>jgochman@stblaw.com |
| 22 | jrobinson@stblaw.com |
| 23 | *Counsel for Defendants Twitter, Inc., Richard Costolo and Anthony Noto* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT SUBMISSION OF BELLWETHER EXHIBITS & THE PARTIES' UPDATED EXHIBIT LISTS -
4:16-cv-05314-JST (SK)
4818-8618-6480.v1

- 3 -

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, HEATHER G. SCHLESIER, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

                                                          s/ Heather G. Schlesier
                                                        HEATHER G. SCHLESIER

4818-8618-6480.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 30, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    **s/** Heather G. Schlesier
HEATHER G. SCHLESIER
ROBBINS GELLER RUDMAN
    &amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  hschlesier@rgrdlaw.com

4818-8618-6480.v1

# Mailing Information for a Case 4:16-cv-05314-JST In re Twitter Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,Ashley.Errington@ksfcounsel.com

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com

- **Peretz Bronstein**
  peretz@bgandg.com

- **Alexis Susan Coll-Very**
  acollvery@goodwinlaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Anne Kathleen Davis**
  adavis@bfalaw.com

- **Brett Hom De Jarnette**
  bdejarnette@cooley.com,galancr@cooley.com

- **Daniel S. Drosman**
  DanD@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com,tkoelbl@rgrdlaw.com,DanD@ecf.courtdrive.com,e_file_sf@rgrdlaw.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com,eFilingNotice@cooley.com,efiling-notice@ecf.pacerpro.com

- **Laura Marie Elliott**
  lelliott@cooley.com,dfoster@cooley.com,efiling-notice@ecf.pacerpro.com

- **Joseph A. Fonti**
  jfonti@bfalaw.com,ecfnotifications@bfalaw.com,ndennany@bfalaw.com

- **Janet A Gochman**
  jgochman@stblaw.com,3892155420@filings.docketbird.com,cterricone@stblaw.com

- **Kathleen Howard Goodhart**
  kgoodhart@cooley.com,eFilingNotice@cooley.com,efiling-notice@ecf.pacerpro.com,jpalaganas@cooley.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Max Nikolaus Gruetzmacher**
  mgruetzmacher@motleyrice.com,vdavis@motleyrice.com,kquillin@motleyrice.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **James Michael Hughes**
  jhughes@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Joseph Marco Janoski Gray**
  mjanoski@rgrdlaw.com,cbarrett@rgrdlaw.com,msonney@rgrdlaw.com,tdevries@rgrdlaw.com

- **Lewis S. Kahn**
  lewis.kahn@ksfcounsel.com

- **Christopher J. Keller**
  ckeller@labaton.com,5497918420@filings.docketbird.com,lpina@labaton.com,drogers@labaton.com,electroniccasefiling@labaton.com

- **Christopher Ryan Kinnon**
  ckinnon@rgrdlaw.com,CKinnon@ecf.courtdrive.com

- **James Glenn Kreissman**
  jkreissman@stblaw.com,kourtney.kinsel@stblaw.com,justin.calderon@stblaw.com,eric.mccaffree@stblaw.com,abigail.dugan@stblaw.com,1058725420@filings.docke

- **Gregg S. Levin**
  glevin@motleyrice.com,sturman@sturman.ch,lmclaughlin@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Nathan R. Lindell**
  nlindell@rgrdlaw.com,Nlindell@ecf.courtdrive.com,MKuwashima@rgrdlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Dean Michael McGee**
  dean.mcgee@stblaw.com

- **Sonal N. Mehta**
  sonal.mehta@wilmerhale.com,Nathan.Aspinall@wilmerhale.com,Felicia.Roy@wilmerhale.com,whdocketing@wilmerhale.com,Leizel.Galon@wilmerhale.com,Claire

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com

- **Christopher Francis Moriarty**
  cmoriarty@motleyrice.com

- **Maureen Elizabeth Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **William H. Narwold**
  bnarwold@motleyrice.com,mjasinski@motleyrice.com,ajanelle@motleyrice.com

- **Stephen Cassidy Neal**
  sneal@cooley.com,wilsonla@cooley.com

- **Lance V. Oliver**
  loliver@motleyrice.com

- **Meghan Shea Blaszak Oliver**
  moliver@motleyrice.com

- **Lucas F. Olts**
  Lolts@rgrdlaw.com,morgank@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,LOlts@ecf.courtdrive.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,asoto@pomlaw.c

- **Michael J Pendell**
  mpendell@motleyrice.com

- **Charles J. Piven**
  piven@browerpiven.com

- **Aarti G. Reddy**
  areddy@cooley.com,dfoster@cooley.com,efiling-notice@ecf.pacerpro.com

- **Rosemary M. Rivas**
  rmr@classlawgroup.com,2746730420@filings.docketbird.com

- **Quentin Alexandre Roberts**
  quentin.roberts@diamondmccarthy.com

- **John Alexander Robinson**
  jrobinson@stblaw.com,1629454420@filings.docketbird.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,ScottS@ecf.courtdrive.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Shane Palmesano Sanders**
  ssanders@robbinsllp.com,notice@robbinsllp.com

- **Jessica Valenzuela Santamaria**
  jsantamaria@cooley.com,galancr@cooley.com,jfernandes@cooley.com

- **Heather G. Schlesier**
  hschlesier@rgrdlaw.com,cbarrett@rgrdlaw.com,HSchlesier@ecf.courtdrive.com

- **Simona Gurevich Strauss**
  sstrauss@stblaw.com,janie.franklin@stblaw.com,sblake@stblaw.com

- **Phong L. Tran**
  phongt@johnsonfistel.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Meredith B. Weatherby**
  mbmiller@motleyrice.com

- **Lesley Elizabeth Weaver**
  lweaver@bfalaw.com,emily-aldridge-5965@ecf.pacerpro.com,lesley-weaver-4669@ecf.pacerpro.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jonathan K. Youngwood**
  jyoungwood@stblaw.com,7448332420@filings.docketbird.com,ManagingClerk@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`