KELLI L. SAGER (CA State Bar No. 120162)
  kellisager@dwt.com
ERIC M. STAHL (CA State Bar No. 292637)
  ericstahl@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:    (213) 633-6800
Facsimile:    (213) 633-6899

Attorneys for Non-Party Journalist
NICK BILTON

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE: TWITTER INC. SECURITIES LITIGATION | Case No. 4:16-CV-05314-JST (SK) |
|---|---|
| | **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR MOTION OF NON-PARTY JOURNALIST NICK BILTON TO QUASH SUBPOENA; [PROPOSED] ORDER** |
| | [Declaration of Eric M. Stahl Concurrently Filed] |
| | Judge:  Hon. Jon S. Tigar<br>Location:  Courtroom 6, 2nd Floor |

DAVIS WRIGHT TREMAINE LLP

1   Pursuant to Civil Local Rule 6-2, lead Plaintiff KBC Asset Management NV ("Plaintiff"),

2   Defendants Twitter, Inc., Richard Costolo, and Anthony Noto ("Defendants"), and non-party

3   journalist Nick Bilton, by and through their respective counsel of record, stipulate and request as

4   follows:

5   1.   Plaintiff served a subpoena (the "Subpoena") on Nick Bilton, a journalist who works

6   as a correspondent for Vanity Fair, directing Mr. Bilton to appear and testify at trial in this matter

7   on September 22, 2021.

8   2.   Mr. Bilton objects to the Subpoena on the ground that any testimony he could offer

9   in this matter is protected under the First Amendment's qualified reporter's privilege.

10  3.   Counsel for Plaintiff and for Mr. Bilton have met and conferred in good faith since

11  the Subpoena was served on July 29, 2021, but have been unable to resolve the matter.

12  Accordingly, Mr. Bilton intends to file a Motion To Quash Subpoena ("Motion").

13  4.   There is insufficient time to schedule a hearing on the Motion on the 35 days' notice

14  required under Civil Local Rule 7-2(a).  It also appears that this Court does not have any available

15  dates on its civil motion calendar that would allow the Motion to be heard before the start of trial on

16  September 20, 2021.

17  5.   The parties and Mr. Bilton have conferred and stipulate to the following briefing

18  schedule for Mr. Bilton's pending Motion to Quash:

19  • Mr. Bilton will file the Motion by August 27, 2021.

20  • Any Opposition or response to the Motion will be filed by September 3, 2021.

21  • Mr. Bilton may file a Reply by September 9, 2021.

22  6.   The parties and Mr. Bilton respectfully request that the Court hear argument on the

23  Motion on September 17, 2021, or at such other time as the Court may direct.

24  //

25  //

26  //

27

28

DAVIS WRIGHT TREMAINE LLP

2

1    Dated:  August 23, 2021          DAVIS WRIGHT TREMAINE LLP

2                                          KELLI L. SAGER
                                         ERIC M. STAHL

3

4                                          By: */s/Eric M. Stahl*
                                                       Eric M. Stahl

5                                          Attorneys for Non-Party Journalist
                                         Nick Bilton

6

7    Dated:  August 23, 2021          ROBBINS GELLER RUDMAN & DOWD LLP
                                         DANIEL S. DROSMAN

8                                          TOR GRONBORG
                                         LUCAS F. OLTS

9                                          J. MARCO JANOSKI GRAY
                                         CHRISTOPHER R. KINNON

10                                        HEATHER G. SCHLESIER
                                         655 West Broadway, Suite 1900

11                                        San Diego, California 92101
                                         Telephone: (619) 231-1058

12                                        Facsimile: (619) 231-7423

13                                        MAUREEN E. MUELLER
                                         120 East Palmetto Park Road, Suite 500

14                                        Boca Raton, Florida 33432
                                         Telephone: (561) 750-3000

15                                        Facsimile: (561) 750-3364

16                                        MOTLEY RICE LLP
                                         GREGG S. LEVIN

17                                        LANCE V. OLIVER
                                         MEGAN S.B. OLIVER

18                                        MAX N. GRUETZMACHER
                                       CHRISTOPHER F. MORIARTY

19                                        MEREDITH B. WEATHERBY
                                       28 Bridgeside Blvd.

20                                        Mt. Pleasant, South Carolina 29464
                                         Telephone: (843) 216-9000

21                                        Facsimile: (843) 216-9450

22                                        Co-Class Counsel for the Class

23                                        By: */s/ Max N. Gruetzmacher*
                                       Attorneys for Plaintiff Class

24

25

26

27

28

STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER
4834-8524-4407v.6 0050033-000508

*(left margin, vertical)* DAVIS WRIGHT TREMAINE LLP

1 | Dated:  August 23, 2021

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

SIMPSON THACHER & BARTLETT LLP
JAMES G. KREISSMAN
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

JONATHAN K. YOUNGWOOD
JANET A. GOCHMAN
JOHN ROBINSON
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

COOLEY LLP
STEPHEN C. NEAL
JOHN C. DWYER
JESSICA VALENZUELA SANTAMARIA
BRETT DE JARNETTE
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

KATHLEEN GOODHART
AARTI REDDY
LAURA ELLIOTT
101 California Street, 5th Floor
San Francisco, California 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

By: */s/ John C. Dwyer*
Attorneys for Defendants

STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER
4834-8524-4407v.6 0050033-000508

1

**[PROPOSED] ORDER**

2      The Court, having considered the parties' stipulated request and finding good cause, hereby

3  ORDERS that:

4          1.   The Court adopts the briefing schedule stipulated to by the parties and Non-Party

5               Journalist Nick Bilton, with respect to Mr. Bilton's Motion To Quash Subpoena.

6          2.   The Motion To Quash Subpoena shall be heard [on September 17, 2021] / [on

7               _____].

8

9  Dated: _____

10

11

12                                          _____
                                            The Honorable Jon S. Tigar
13                                          United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_DAVIS WRIGHT TREMAINE LLP_

STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER
4834-8524-4407v.6 0050033-000508