# EXHIBIT A

COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jvs@cooley.com)
BRETT DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

KATHLEEN GOODHART (165659)
(kgoodhart@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
LAURA ELLIOTT (286702)
(lelliott@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

SIMPSON THACHER & BARTLETT LLP
JAMES G. KREISSMAN (206740)
jkreissman@stblaw.com
2475 Hanover Street
Palo Alto, CA  94304
Telephone:   (650) 251-5000
Facsimile:   (650) 251-5002

JONATHAN K. YOUNGWOOD
(admitted *pro hac vice*)
jyoungwood@stblaw.com
JANET A. GOCHMAN
(admitted pro hac vice)
(jgochman@stblaw.com)
JOHN A. ROBINSON
(admitted *pro hac vice*)
(jrobinson@stblaw.com)
425 Lexington Avenue
New York, NY  10017
Telephone:   (212) 455-2000
Facsimile:   (212) 455-2502

Attorneys for Defendants
TWITTER, INC., RICHARD COSTOLO and ANTHONY NOTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re TWITTER, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.  4:16-cv-05314-JST (SK)<br><br>(Consolidated with 4:16-cv-05439-JST)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KRISTA BESSINGER CERTIFYING RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)** |

I, Krista Bessinger, hereby declare:

1.     I served as the Senior Director of Investor Relations in Twitter, Inc. from 2013 to 2018. In that role, I oversaw Twitter's communications and interactions with analysts and investors. I currently serve as Vice President, Investor Relations at Twitter, in which I perform substantially identical duties. I have personal knowledge of all facts stated in this declaration and would testify competently thereto if called upon as a witness.

2.     As described in detail herein, the trial exhibits referred to in this Declaration constitute writings maintained, taken, or made in the regular or ordinary course of business of Twitter at or near the time of the act, condition, event, or opinion to which they relate by—or from information transmitted by—persons employed by Twitter who had (1) knowledge of the act, condition, event, or opinion; and (2) a business duty to Twitter to accurately and completely take, make, and maintain such records and documents in the regular practice of the regularly-conducted activities required by their positions.

3.     Trial Exhibit 2002[1] is a document titled "Analyst Day Hot Topics." The timeline was prepared as a regular practice in connection with my and Twitter's regularly-conducted activity of preparing for investor events—in this case, Twitter's November 2014 Analyst Day—by compiling information to be discussed on those calls and holding meetings with key stakeholders within the Company. My team and I prepared this list of topics based on our personal knowledge of Twitter's preparation needs, at or near the time we determined those topics.

4.     Trial Exhibit 2651 is a document outlining anticipated questions and responses in advance of Twitter's Q1 2015 earnings call. Twitter employees drafted this set of questions and answers as a regular practice of preparing for Twitter's earnings calls, which the Company regularly conducted on a quarterly basis. The Twitter employees who prepared this list of did so based on their personal knowledge of Twitter's preparation needs and potential questions from investors, at or near the time they determined those topics.

5.     Trial Exhibit 2743 is an email from me to Linus Lee, a data scientist at Twitter. My

---

[1] All references to Trial Exhibits correspond to the exhibit numbers in Defendants' operative trial exhibit list, ECF No. 594-4, filed on June 30, 2021.

email contains a question regarding Twitter's user growth, which was sent in connection with my and Twitter's routine practice of preparing for quarterly earnings calls by researching information to be discussed on those calls. The email attaches a document known as a "bridge," which Twitter prepared on monthly and quarterly basis to summarize trends in various non-financial metrics as part of its regular practice of tracking those metrics. Mr. Lee prepared the bridge based on his personal knowledge of the data underlying it at that time, and he circulated it to the individuals copied on this emails as part of his and Twitter's regular practice of distributing bridges to relevant personnel on a monthly basis and in conjunction with quarterly earnings preparations.

6. Trial Exhibit 2745 is an email dated January 29, 2015 that Twitter employee Linus Lee sent to me, Ankit Gupta, Kenney Deng, Anthony Noto, Celia Poon, Yvonne Leung, and Amir Movafaghi regarding Twitter's user growth at that time. Mr. Lee sent this email as a regular practice of his and Twitter's regularly-conducted activity of reporting on and discussing information regarding Twitter's user growth and strategy. Specifically, Mr. Lee's email was in response to an inquiry I sent as my regular practice of confirming important information about Twitter in advance of the Company's regularly-conducted earnings calls. The contents of Mr. Lee's email and other emails contained in this exchange are based on their authors' personal knowledge and were prepared at or near the time of the events described therein.

7. Trial Exhibit 3240 is a document containing minutes from regular meetings of Twitter's Metrics Task Force. I attended meetings of the Metrics Task Force, which met on a roughly biweekly basis. These minutes were prepared as a regular practice of maintaining notes and minutes at the Metrics Task Force's regularly-conducted meetings, and they were prepared at or near the time of the meetings described therein by a Twitter employee who attended those meetings and had personal knowledge of their contents.

Cooley LLP
Attorneys At Law
San Francisco

2.

Bessinger Decl. Certifying Records
Case No. 4:16-CV-05314-JST

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on September 10,
2  2021 in ___Oakland___, California.

_____
Krista Bessinger