# EXHIBIT 1

# FIRM RESUME



# FIRM OVERVIEW



Motley Rice attorneys have been at the forefront of some of the most significant and monumental civil actions over the last 30 years. Our experience in complex trial litigation includes class actions and individual cases involving securities and consumer fraud, occupational disease and toxic tort, medical drugs and devices, environmental damage, terrorist attacks and human rights abuses.

## Tobacco Master Settlement Agreement

In the 1990s, Motley Rice attorneys and more than half of the states' attorneys general took on the tobacco industry. Armed with evidence acquired from whistleblowers, individual smokers' cases and tobacco liability class actions, the attorneys led the campaign in the courtroom and at the negotiation table to recoup state healthcare funds and exact marketing restrictions from cigarette manufacturers. The effort resulted in significant restrictions on cigarette marketing to children and culminated in the $246 billion Master Settlement Agreement, the largest civil settlement in U.S. history.

## Asbestos Litigation

From the beginning, our lawyers were integral to the story of how "a few trial lawyers and their asbestos-afflicted clients came out . . . to challenge giant asbestos corporations and uncover the greatest and longest business cover-up of an epidemic disease, caused by a product, in American history."[1] In addition to representing thousands of workers and family members impacted by asbestos, Motley Rice has represented numerous public entities, and litigated claims alleging various insurers of asbestos defendants engaged in unfair settlement practices in connection with the resolution of underlying asbestos personal injury claims. This litigation resulted in, among other things, an eleven-state settlement with Travelers Insurance Company.

## Anti-Terrorism and Human Rights

In *In re Terrorist Attacks on September 11, 2001,* Motley Rice attorneys brought a landmark lawsuit against the alleged private and state sponsors of al Qaeda and Osama bin Laden in an action filed on behalf of more than 6,600 family members, survivors, and those killed on 9/11—including the representation of more than 900 firefighters and their families. In prosecuting this action, Motley Rice has undertaken a global investigation into terrorism financing.

Our attorneys also initiated the *In re September 11 Litigation* and negotiated settlements for 56 families that opted out of the Victim Compensation Fund that far exceeded existing precedents at the time for wrongful death cases against the airline industry.

## BP PLC Oil Spill Litigation

In April 2010, the Deepwater Horizon disaster spilled approximately 4.9 million gallons of oil into the water, killed 11 oil rig workers, devastated the Gulf's natural resources and profoundly harmed the economic and emotional well-being of hundreds of thousands of people. The Deepwater Horizon Economic and Property Damages Settlement is the largest civil class action settlement in U.S. history. Motley Rice co-founder Joseph Rice is a Plaintiffs' Steering Committee member and served as one of the primary negotiators of that Settlement and the Medical Benefits Settlement. In addition, Rice led negotiations in the $1.028 billion settlement between the PSC and Halliburton Energy Services for its alleged role in the oil spill. Motley Rice attorneys continue to hold leadership roles in the litigation and are currently working to ensure that all qualifying oil spill victims are fairly compensated.

## Volkswagen 'Clean Diesel' Litigation

In 2015, Volkswagen Group's admission that it had programmed more than 11 million vehicles to cheat emissions tests and bypass standards sparked worldwide outrage. Motley Rice co-founder Joe Rice served as one of the lead negotiators in the nearly $15 billion settlement deal reached in 2016 for U.S. owners and lessees of 2.0-liter TDI vehicles, the largest auto-related consumer class action settlement in U.S. history. Rice and other Motley Rice attorneys also helped recover up to $4.4 billion with regards to affected 3.0-liter vehicles.

## Transvaginal Mesh Litigation

Motley Rice attorneys represent thousands of women and have played a leading role in litigation alleging debilitating and life-altering complications caused by defective transvaginal mesh devices. In 2014, Joe Rice, with co-counsel, negotiated the original settlement deal reached in *In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation* that numerous subsequent settlements with the manufacturer were modeled after.

## Opioid Litigation

Motley Rice is at the forefront of national opioid litigation and represents dozens of governmental entities, including states, cities, towns, counties and townships in ongoing investigations and litigations filed in both the National Prescription Opiate Litigation, as well as in state courts that allege deceptive marketing and/or overdistribution of opioids. Firm co-founder Joe Rice is one of three co-leads for the MDL coordinated in the Northern District of Ohio. Also holding leadership positions in the MDL are Motley Rice attorneys Linda Singer (DC, NY), co-chair of the Manufacturer/Marketing Committee, and Lou Bograd (DC, KY), co-chair of the Law & Briefing Committee. Joe Rice led negotiations for a proposed $26 billion settlement reached in July 2021 with Johnson & Johnson and the nation's "Big Three" opioid distributors, AmerisourceBergen, Cardinal Health and McKesson for the more than 3,000 litigating communities in the MDL. Motley Rice attorneys also led negotiations for the $260 million settlement that was reached on the eve of trial in 2019 to resolve the MDL's first track of claims filed by two Ohio subdivisions, Summit County, a Motley Rice client, and Cuyahoga County.

# LITIGATION PROFILES  *Motley Rice has held leadership roles in numerous cases. Highlights include:*

## DEFECTIVE DRUGS AND DEVICES

Plaintiffs' Executive Committee *In re Paragard IUD Products Liability Litigation*, MDL 2974 (N.D.Ga.)

Plaintiffs' Steering Committee and Co-Chair of Leadership Development Committee *In re: Zantac (Ranitidine) Products Liability Litigation*, No. 9:20-md-02924 (S.D. Fla.).

Plaintiffs' Steering Committee *In re Allergan Biocell Textured Breast Implant Products Liability Litigation*, No. 2:19-md-02921, (D.N.J.)

Bellwether Committee Co-Chair *In re Xarelto Products Liability Litigation*, MDL 2592

Plaintiffs' Steering Committee *In re Proton-Pump Inhibitor Prods. Liability Litigation* (No. II), D.N.J.

Plaintiffs' Steering Committee *In re Zimmer NexGen Knee Implant Products Liability Litigation*, N.D. Ill.

Plaintiffs' Steering Committee and Co-lead Counsel *In re Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation,* MDL 2782

Lead Counsel; Plaintiffs' Executive Committee **Essure Permanent Sterilization Device California State Court Consolidation**

Lead counsel and Plaintiffs' Executive Committee in *In re Atrium Medical Corp. C-QUR Mesh Products Liability Litigation*, MDL 2753

Plaintiffs' Steering Committee, Co-lead Counsel and Liaison Counsel in *In re Davol/ C.R. Bard Hernia Mesh* (PC-2017-1929)

Plaintiffs' Steering Committee *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation, MDL No. 2738*

Co-lead counsel and Plaintiffs' Steering Committee *In re Zofran (Ondansetron) Products Liability Litigation,* MDL No. 2657

Plaintiffs' Executive Committee in *In re Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation,* MDL 2691

Plaintiffs' Steering Committee in *In re Bard IVC Filters Products Liability Litigation,* MDL 2641

Plaintiffs' Steering Committee of *In re Lipitor® (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation,* MDL 2502.

Co-lead plaintiffs' counsel and liaison counsel *In re Kugel Mesh Hernia Patch Products Liability Litigation,* MDL No. 07-1842 Rhode Island federal court's first consolidated MDL, on behalf of thousands of people alleging injury by the hernia repair patch manufactured by Davol, Inc., as well as liaison counsel for the nearly 2,000 lawsuits consolidated in Rhode Island state court.

Co-lead coordinating counsel of *In re Ethicon, Inc., Pelvic Repair Systems Products Liability Litigation*, MDL 2327 (S.D.W.Va.)

Co-lead counsel in *In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation,* MDL 2325 (S.D.W.Va.)

Co-liaison counsel *In re C.R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation,* MDL 2187 (S.D.W.Va.)

Co-lead counsel *In re Boston Scientific Corp., Pelvic Repair Systems Products Liability Litigation,* MDL 2326, (S.D.W.Va.)

Co-liaison counsel *In re Pelvic Mesh Litigation/Bard,* No. L-6339-10 in New Jersey state court.

State court liaison counsel of *In re Bard Litigation* in Massachusetts and Delaware

Co-lead counsel of the **Mirena MDL** (S.D.N.Y.)

Co-lead counsel in the *In re Mirena Product Liability* state court consolidation in New Jersey

Plaintiffs' Steering Committee of *In re Power Morcellator Products Liability Litigation,* MDL No. 2652

Plaintiffs' Steering Committee of *In re Zoloft (Sertraline Hydrochloride) Products Liability Litigation*, MDL 2342

Plaintiffs' Steering Committee of *In re NuvaRing Products Liability Litigation,* MDL 1964

Plaintiffs' Steering Committee of *In re DePuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation,* MDL 2197

Plaintiffs' Steering Committee of *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation,* MDL 2244

*In re A.H. Robins Co., Inc., "Dalkon Shield" IUD Products Liability Litigation* (No. II), MDL 631

Plaintiffs' Steering Committee of *In re Medtronic, inc., Sprint Fidelis Leads Products Liability Litigation,* MDL 1905

Plaintiffs' Steering Committee of *In re Trasylol Products Liability Litigation,* MDL 1928

Plaintiffs' Steering Committee of *In re Levaquin Products Liability Litigation,* MDL 1943

Plaintiffs' Steering Committee and co-lead counsel of *In re Digitek Products Liability Litigation,* MDL 1968

Plaintiffs' Steering Committee of *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871

Plaintiffs' Steering Committee of *In re Hydroxycut Marketing and Sales Practice Litigation,* MDL 2087

Plaintiffs' Steering Committee of *In re Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation,* MDL 2096

Plaintiffs' Steering Committee and co-lead counsel of *In re Human Tissue Products Liability Litigation,* MDL 1763

*In re Temporomandibular Joint (TMJ) Implants Products Liability Litigation,* MDL 1001

*In re Abbott Laboratories Omniflox Products Liability Litigation,* MDL 1004

Plaintiffs' Steering Committee and liaison counsel of *In re Showa Denko K.K. L-tryptophan Products Liability Action*, MDL No. 865



## CONSUMER PROTECTION

Plaintiffs' Steering Committee *In re McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation* No. 21-md-02996-CRB (N.D. Cal.)

Co-Lead Counsel *In re National Prescription Opiate Litigation*, No. 17-md-02804 (N.D. Ohio).

Co-Lead Counsel *In re Blackbaud, Inc., Customer Data Breach Litigation,* MDL 2972 (D.S.C)

Co-Lead Counsel on the Coordinating Committee for the Pennsylvania Coordinated Cases *County of Delaware v. Purdue Pharma L.P., et al.*

Plaintiffs' Steering Committee of *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 2672 CRB (JSC)

Plaintiffs' Steering Committee of *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation,* No. 17-md-02777-EMC (N.D. Calif.)

Co-liaison counsel and Plaintiffs' Steering Committee in *In re 21st Century Oncology Customer Data Security Breach Litigation,* MDL 2737 (M.D. Fla.)

## CATASTROPHIC INJURY AND WRONGFUL DEATH

Plaintiffs' Executive Committee of *In re General Motors LLC Ignition Switch Litigation,* MDL 2543

*Hoover, et al. v. NFL, et al.,* MDL #2:12-cv-05209-AB (E.D. Pa.).

Lead counsel in *Charleston Firefighter Litigation v. Sofa Super Store, Inc., et.al.,* No. 07-CP-10-3186 (Ct. of Common Pleas, Ninth Jud. Cir.), consolidated complex litigation involving the families of nine firefighters who died in a furniture store disaster.

*Clifton Chesnut, a minor v. Waupaca Elevator Company, Inc., et al.,* No. 2013-CP-10-2060 (Ct. of Common Pleas, Ninth Jud. Cir.).

*Veronica Lynne Tario v. SOCO, Holding, LLC et al., No. 2013-cp-26-2499 (Ct. of Common Pleas, Fifteenth Jud. Cir.).*

*Satterfield et al. v. Napa Home & Garden Inc., et al., No. 7:11-1514-JMC (D.S.C.).*

Plaintiffs' Steering Committee and multiple plaintiffs' counsel, *In re San Juan DuPont Plaza Hotel Fire Litigation,* MDL 721 (D.P.R.).

*Strother v. John Wieland Homes and Neighborhoods of the Carolinas, et al.,* No. 09-CO-29-1783 (Ct. of Common Pleas, Sixth Jud. Cir.), an individual catastrophic personal injury/premise liability case involving life-altering brain injury.

Plaintiffs' Steering Committee and Discovery Committee in *In re Bridgestone/Firestone, Inc. Tires Products Liability Litigation,* MDL 1373 (S.D. Ind.).

*In re Ford Motor Co. E-350 Van Products Liability Litigation* (No. II), MDL 1687

Class counsel in *Carol Lee Whitfield, et al., v. Sangamo Weston,* No. 6:84-3184 (D.S.C.), a PCB personal injury and property damage class action settled while pending before U.S. District Court for the District of South Carolina, Greenville Division.

*In re Graniteville Train Derailment, No. 2006-CP-02-1032 (Ct. of Common Pleas, Second Jud. Cir.).* served in a leadership role for both individual and class action cases in connection with the January 2005 railroad derailment and chemical spill in Graniteville, S.C.

## SECURITIES FRAUD AND ERISA CLASS ACTIONS

Lead counsel in *Shenwick et al. v. Twitter Inc. et al.,* No. 3:16-cv-05314 (N.D. Cal.).

Co-lead counsel in *Hatamian v. Advanced Micro Devices, Inc.,* No. 14-cv-00226-JD (N.D. Cal.)

Lead counsel in *Bernacchi v. Investment Technology Group, Inc.,* No. 1:15-cv-06369-JFK (S.D.N.Y.).

Co-lead counsel in *Berry v. Wells Fargo & Co.,* No. 3:17-cv-00304 (D.S.C.)

Co-lead counsel *In re Intel Corp. Securities Litigation,* No. 5:20-cv-05194-EJD (N.D. Cal.)

Co-lead counsel in *In re 3M Co. Securities Litigation*, No. 2:19-cv-15982 (D.N.J.)

Lead counsel in *Takata v. Riot Blockchain, Inc., et al.,* No. 3:18-cv-02293 (D.N.J.)

Lead counsel in *Parchmann v. MetLife, Inc. et al,* No. 1:18-cv-00780-SJ-RLM (E.D.N.Y.)

Co-lead counsel in class action *Bennett v. Sprint Nextel Corporation,* No. 2:09-cv-02122-EFM-KMH (D. Kan.), representing the PACE Industry Union-Management Pension Fund (PIUMPF) and several other institutional investors.

Co-class counsel in *Alaska Electrical Pension Fund v. Pharmacia Corp.,* No. 03-1519 (D.N.J.) federal securities fraud litigation alleging that the defendants misrepresented clinical trial results of Celebrex® to make its safety profile appear better than rival drugs.

Lead counsel in *In re Barrick Gold Securities Litigation,* No. 1:13-cv-03851 (RPP) (S.D.N.Y.)

Lead counsel in *Hefler v. Wells Fargo & Co*., No. 16-cv-05479-JST (N.D. Cal.)

Co-lead counsel in *Ross v. Career Education Corp.* No. 1:12-cv-00276 (N.D. Ill.)

Co-lead counsel representing a group of institutional shareholders *In re Allion Healthcare, Inc. Shareholders Litigation,* No. 5022-cc (Del. Ch.)

Co-lead counsel representing investors in **Robert Freedman v. St. Jude Medical, Inc.,** No. 0:2012cv03070 (D. Minn.).

Co-lead counsel representing investors in **In re Hewlett-Packard Co. Securities Litigation,** No. SACV 11-1404 AG (RNBx) (C.D. Cal.).

Co-lead counsel in **In re UBS AG Securities Litigation,** No.07 Cov. 11225 (RJS) (S.D.N.Y.).

Co-lead counsel representing institutional investors in **Hill v. State Street Corporation,** No. 09-cv-12146-NG (D. Mass.).

Sole lead counsel representing lead plaintiffs in **City of Brockton Retirement System v. Avon Products, Inc.,** No. 11 Civ. 4665 (PGG) (S.D.N.Y.).

Co-lead counsel on behalf of stockholders in **Marsden v. Select Medical Corporation,** No. 04-cv-4020 (E.D. Pa.).

Co-lead counsel on behalf of a class of investors in **South Ferry LP #2 v. Killinger,** No. C04-1599C-(W.D. Wash.) (regarding Washington Mutual).

Sole lead counsel representing the lead plaintiff in class action, **In re NPS Pharmaceuticals, Inc. Securities Litigation,** No. 2:06-cv-00570-PGC-PMW (D. Utah**),** concerning the drug PREOS.

Co-lead counsel for co-lead plaintiffs Drywall Acoustic Lathing and Insulation Local 675 Pension Fund and Metzler Investment GmbH in **In re Molson Coors Brewing Co. Securities Litigation,** No. 1:05-cv-00294 (D. Del.).

Co-lead plaintiffs' counsel in shareholder class action **In re The DirecTV Group, Inc. Shareholder Litigation,** No. 4581-VCP (Del. Ch.).

Sole lead counsel in **Manville Personal Injury Settlement Trust v. Gemunder,** No. 10-CI-01212 (Ky. Cir. Ct.) (regarding Omnicare, Inc.), a shareholder derivative complaint stemming from federal investigations into three kickback schemes.

Co-lead plaintiffs' counsel in **City of Sterling Heights General Employees' Retirement System v. Hospira, Inc.,** No. 11 C 8332 (N.D. Ill.), a securities fraud class action.

Co-lead counsel in **In re Rehabcare Group, Inc. Shareholders Litigation,** No. 6197-VCL (Del. Ch.), merger litigation involving the acquisition of healthcare provider RehabCare Group, Inc., by Kindred Healthcare, Inc.

Class counsel in **Brown v. Charles Schwab & Co.,** No. 2:07-cv-03852-DCN (D.S.C.), one of the first cases to interpret the civil liabilities provision of the Uniform Securities Act of 2002.

Co-lead counsel in securities class action settlement **In re MBNA Corporation Securities Litigation,** No. 05-CV-00272-GMS (D.Del.).

Lead counsel for lead plaintiffs in a securities class action involving a group of shareholders who purchased publicly-traded Dell securities in **In re Dell, Inc. Securities Litigation,** No. A-06-CA-726-SS (W.D. Tex.).

Co-lead counsel in **Minneapolis Firefighters' Relief Association v. Medtronic, Inc.,** No.08-6324 (PAM/AJB) (D. Minn.), representing a class of investors who purchased Medtronic common stock.

Co-lead counsel in **In re Synovus Financial Corporation,** No. 1:09-cv-01811 (N.D. Ga.), for co-lead plaintiff Sheet Metal Workers' National Pension Fund, investors in Georgia bank Synovus Financial Corp.

Plaintiffs' Steering Committee and plaintiffs' liaison counsel, **In re Policy Management Systems Corporation,** No. 3:93-0807-JFA (D.S.C.).

Sole lead counsel, **In re Coventry Health Care, Inc. Securities Litigation,** No. 7905-CS (Del. Ch. ), a shareholder class action challenging the $7.2 billion acquisition of Coventry Health Care, Inc., by Aetna, Inc.

Co-lead counsel in Louisiana class action **In re The Shaw Group, Inc. Shareholders Litigation,** No. 614399 (19th Jud. Dist. La.).

Co-lead counsel, **In re Atheros Communications Inc. Shareholder Litigation,** No. 6124-VCN (Del. Ch.), merger litigation involving Qualcomm Incorporated's proposed acquisition of Atheros Communications, Inc.

### ANTITRUST/COMPETITION LAW

Plaintiffs' Steering Committee **In re Juul Labs, Inc. Antitrust Litigation**, Case No. 20-cv-02345-WHO (N.D. Cal.)

Plaintiffs' Steering Committee **In re Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation** No. 18 CV 4171 MDL No. 2842 (N.D. Ill. Eastern Division)

Co-Lead Counsel **In re Zetia (Ezetimibe) Antitrust Litigation,** MDL No. 2:18md2836 (E.D. Va Norfolk Division).

Plaintiffs' Steering Committee of **In re Digoxin & Doxycycline Antitrust Litigation,** 16 md 2724 (E.D. Pa.)

Interim Co-Lead Counsel of **In re Solodyn Antitrust Litigation**, 14 cv 2503 (D. Mass.)

Interim Co-Lead Counsel in antitrust class action **In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation,** MDL No. 2542 (S.D.N.Y.).

Appointed to the Executive Committee in antitrust class action **In re Lidoderm Antitrust Litigation**, MDL No. 2521 (N.D.Cal.).

Interim Liaison Counsel **In Re Aggrenox Antitrust Litigation**, MDL No. 2516 (D.Conn.).

Co-lead counsel in antitrust class action **In re Loestrin 24 Fe Antitrust Litigation**, MDL 2472 (D.R.I.).

Co-lead counsel in antitrust class action **In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation**, MDL 2445 (E.D. Pa.).

Co-lead counsel in antitrust class action **In re Niaspan Antitrust Litigation**, MDL 2460 (E.D. Pa.).

Co-lead counsel in antitrust class action **In re Effexor XR Antitrust Litigation,** No. 11-cv-05590 (D.N.J.).



Co-lead counsel for the end-payor antitrust class action *In re Actos Antitrust Litigation*, (S.D.N.Y.).

Co-lead counsel in antitrust class action *In re Lipitor Antitrust Litigation*, MDL 2332 (D.N.J.).

## TOXIC TORTS AND OCCUPATIONAL DISEASE

Liaison Counsel for *In re Aqueous Film-Forming Foams Products Liability Litigation* (MDL 2873 D.S.C.) regarding a fire suppressant that is part of the PFAS chemical group that allegedly contaminated groundwater and harmed people.

Plaintiffs' Executive Committee in the Flint, MI lead contamination class action: *In re Flint Water Cases*, No. 5:16-cv-10444 (E.D. Mich.).

Plaintiffs' Steering Committee of *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, MDL 2179, (E.D. La.), and lead settlement negotiators of the two class action settlements reached with BP, one of which is the largest civil class action settlement in U.S. history.

Lead trial counsel in *The People of the State of California v. Atlantic Richfield Company, et al.* No. 1-00-CV-788657 (Santa Clara Cnty. Super. Ct.) Resulting in 2014 verdict holding Sherwin-Williams Company, ConAgra Grocery Products and NL Industries Inc. liable for creating a public nuisance and ordered abatement of lead paint from homes within 10 California cities and counties.

*Bongani Nkala & Others v. Harmony Gold Mining Company Limited & Others,* No. 48226/12 (South Gauteng High Court, Johannesburg). Motley Rice has been retained as a consultant by South African human rights lawyer Richard Spoor in his effort to take on leading global gold producers and seek justice for tens of thousands of exploited gold mine workers suffering from silicosis.

*Travelers Statutory Direct Action Settlement* (Bankr. Court, S.D.N.Y.), an eleven-state asbestos settlement with Travelers Insurance.

Co-lead and Liaison Counsel in *In re KBR, Inc., Burn Pit Litigation*

Chair, Plaintiffs' Steering Committee and liaison counsel for plaintiffs, *In re Asbestos Products Liability Litigation,* MDL 875 (E.D. Pa.).

Plaintiffs' Steering Committee and coordinating counsel, *Linscomb v. Pittsburg Corning Corporation,* No. 1:90cv-05000 (E.D. Tex.), a national class action on behalf of asbestos victims nationwide.

*Michelle McMunn, et al. vs. Babcock & Wilcox Power Generation Group, Inc., et al.,* Civil Action No. 10-143 2:10-cv-00143-DSC-RCM

Lead plaintiffs' counsel in *Bates v. Tenco Services Inc.,*132 F.R.D. 160 (D.S.C. 1990), a jet fuel pollution case involving the consolidated property damage and personal injury claims of multiple plaintiffs in the Gold Cup Springs subdivision.

Executive committee member in *In re Asbestos School Litigation,* No. 94-1494 (E.D. Pa.), a national school asbestos class action.

Lead plaintiffs' counsel in *Central Wesleyan College v. W.R. Grace & Co.,* No. 2:87-1860-8 (D.S.C.), a national asbestos property damage class action.

Lead plaintiffs' counsel in *In re Raymark Asbestos Exposure Cases,* No. 87-1016-K (D. Kan.), a national asbestos personal injury class action in which 19,684 claims were resolved.

Co-lead plaintiffs' counsel in *Cimino v. Pittsburgh Corning Corporation,* No. 1:85-CV-00676 (E.D. Tex.), an asbestos personal injury class action on behalf of approximately 2,300 plaintiffs.

Co-lead plaintiffs' counsel in *Chatham v. AC&S, et al.,* a consolidated asbestos personal injury action involving 300 plaintiffs in the Circuit Court of Harris County, Texas.

Co-lead plaintiffs' counsel in *Abrams v. GAF Corporation,* No. 88-5422(1) (Jackson Cty., Miss.), a consolidated asbestos personal action involving more than 6,000 plaintiffs.

Co-liaison plaintiffs' counsel in 3,000 asbestos personal injury cases in the Third Judicial Circuit of Illinois, Madison County, Illinois.

Co-lead plaintiffs' counsel in a consolidated asbestos personal injury action involving 540 plaintiffs pending in the Superior Court of Alameda County, California.

Counsel in numerous consolidated asbestos trials including 87 consolidated cases in Danville, Illinois; 300 consolidated cases in U.S. District Court, Western District of New York, Rochester, New York; 42 consolidated cases in State Court in Mississippi; and 315 consolidated cases in the Circuit Court of Kanawha County, West Virginia.

Plaintiffs' lead counsel in *In re Kansas Asbestos Cases* in U.S. District Court for the District of Kansas, *In re Madison County Illinois Asbestos Litigation*

Plaintiffs' lead counsel in *In re Wayne County Michigan Asbestos Cases*.

*John Schumacher v. Amtico, et al.,* No. 2:10-1627 (E.D.Pa.), the first federal court mesothelioma case to go to trial before Eduardo C. Robreno, the judge who oversees the entire Federal Asbestos MDL, In re Asbestos Products Liability Litigation, MDL 875.

Plaintiffs' Steering Committee of *In re Welding Fume Products Liability Litigation,* MDL 1535

## ANTI-TERRORISM AND HUMAN RIGHTS

Lead counsel in *In re Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 03-CV-9849 (GBD); *In re Terrorist Attacks on September 11, 2001,* MDL 1570 (S.D.N.Y.), a landmark lawsuit against the alleged sponsors of al Qaeda and Osama bin Laden in an action filed on behalf of more than 6,500 family members, survivors, and those killed on 9/11.

*Linde et al. v. Arab Bank PLC,* No. 1:04-cv-02799 (E.D.N.Y.) and *Almog v. Arab Bank, PLC,* No. 1:04-cv-05564-NG-VVP (E.D.N.Y.), one of the first lawsuits brought against an international bank for its alleged role in financing terrorism.

*Mark McDonald, et al. vs. The Socialist People's Libyan Arab Jamahiriya, et al.;* No. 06-CV-0729-JR (DC 04/21/06), a high-profile case involving Libya's longtime alleged sponsorship of IRA acts of terror.

*Cummock, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.,* No. 96-CV-1029 (D.D.C.). Victoria Cummock, Motley Rice's client, sought full accountability and a public trial as the only opt-out of the no-fault Pan Am 103/Lockerbie settlement.

*Krishanthi, et al. vs. Rajaratnam, et al.;* No. 09-CV-5395(D.N.J.), terrorist financing litigation against alleged financiers of the Tamil Tigers terrorist organization in Sri Lanka.

Plaintiffs' Steering Committee and lead counsel for Verizon plaintiffs in *In re National Security Agency Telecommunications Records Litigation,* MDL 1791

*Ng v. Central Falls Detention Facility Corporation, et al.,* No. 09-53 (D. R.I.), a human rights case that alleged the defendants subjected a Chinese immigration detainee to extreme physical and mental abuse and torture while in U.S. custody.

*Harris, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.,* No. 1:06-cv-00732-RWR (D.D.C.), a case filed against Libya involving the 1986 bombing of Berlin's LaBelle Discotheque.

## AVIATION DISASTERS AND PASSENGER RIGHTS

Plaintiffs' liaison counsel in *In re September 11 Litigation,* No. 21-MC-97-AKH (S.D.N.Y.), representing 56 of the 96 families that opted out of the no-fault federal September 11 Victim Compensation Fund in liability and damages cases claims against the airlines and aviation security companies for their alleged failure to implement basic security measures.

*Amanda Tuxworth v. Delta Air Lines, Inc.,* No. 2:10-cv-03212-RMG (D.S.C.), an aviation passenger rights case involving a Delta passenger.

*Chris Turner, Individually and as Personal Representative of The Estate of Tracy Turner v. Ramo LLC, a Florida Limited Liability Company,* No. 11-14066 (Ct. of Appeals, 11th Cir.), an aviation case involving fraudulent transfer allegations in connection with a fatal plane crash.

Counsel for victims of **Asiana Airlines Flight 214**

Counsel for families of victims of **Malaysia Airlines Flight MH370**

## BANKRUPTCIES

Coalition of Abused Scouts for Justice in the **Boy Scouts of America and Delaware BSA, LLC Chapter 11 bankruptcy proceedings** (Case No. 20-10343), on behalf of a group of firms representing thousands of survivors

Claimants' committee in *In re A.H. Robins,* a Chapter 11 Reorganization involving Dalkon Shield victims nationwide

Claimants committee in the *Camall Chapter 11,* the first bankruptcy associated with the Fen-Phen litigation

Motley Rice attorneys currently serve as a member of the trust advisory committee for several of the asbestos bankruptcy trusts formed under 524(g) of the federal bankruptcy code:

*AC&S , Inc. Bankr.,* No. 02-12687 (D. Del.)

*Armstrong World Industries, Inc., Bankr.* No. 00-4471 (D. Del.)

*Babcock & Wilcox Co. Bankr.,* No. 00-10992 (E.D. La.)

*Celotex Corp. Bankr.,* Nos. 90-10016-8B1, 90-10017-8B1 (M.D. Fla.)

*Dresser II Bankr.,* No. 03-35592 (W.D. PA.)

*Federal Mogul Bankr.,* No. 01-10578 (D. Del)

*G-I Holdings Bankr.,* Nos. 01-30135 and 01-38790 (D.N.J.)

*Johns-Manville Corp.,* No.82-B11656 through 82 B 11676 (S.D.N.Y., E.D.N.Y.)

*Kaiser Aluminum Corp. Bankr.,* No.02-10429 (D. Del.)

*Keene Bankr.,* No. 93B 46090,96 CV 3492 (S.D.N.Y.)

*MH Detrick Bankr.,* No. 98 B 01004 (N.D. Ill.)

*Owens Corning Corp. Bankr.,* No. 00-03837 (D. Del.)

*Rock Wool Bankr.,* Nos. CV-99-J-I589-S.BK -96-08295-TBB-11 (N.D. Ala.)

*Rutland Fire Clay Bankr.,* No. 99-11390 (D. Vt.)

*Shook & Fletcher Bankr.,* No. 02-02771-BGc-11 (N.D. Ala.)

*United States Gypsum Corp. Bankr.,* No. 01-2094 (D. Del.)

*W.R. Grace Co. Bankr.,* No.s 01-1139, 01-1140 (D. Del.)

Motley Rice attorneys have served as lead or co-lead trial counsel on behalf of The Asbestos Claims Committee:

*Armstrong World Industries, Inc., Bankr.* No. 00-4471 (D. Del.) (estimation trial and plan confirmation trial)

*Federal Mogul Bankr.,* No. 01-10578 (D. Del.) (estimation trial and plan confirmation trial)

*Owens Corning Corp. Bankr.,* No. 00-03837 (D. Del.) (estimation trial and substantive consolidation trial)

*Pittsburgh Corning Corp. Bankr.,* No. 00-22876 (W.D. Pa.) (plan confirmation trial)

*W.R. Grace Co. Bankr.,* Nos. 01-1139, 01-1140 (D. Del.) (estimation trial and plan confirmation trial)



**Motley Rice attorneys have served on The Asbestos Claims Committee involved in the formation and confirmation of various asbestos bankruptcy trusts.**

*AC&S Bankr.,* No. 02-12687 (D. Del)

*Babcock & Wilcox Bankr.,* No. 00-10992 (E.D. La.)

*Celotex Bankr.,* Nos. 90-10016-8B1, 90-10017-8B1 (M.D. Fla.)

*Combustion Engineering Bankr.,* D. Del. No. 03-10495 (D. Del.)

*Congoleum Corp. Bankr.,* No.03-51524 (D.N.J.)

*Durabla Corp. Bankr.,* No. 09-14415 (D. Del)

*Federal Mogul Bankr.,* No. 01-10578 (D. Del.)

*G-I Holdings Bankr.,* Nos. 01-30135 and 01-38790 (D. N.J.)

*Johns-Manville Corp.,* No.82-B11656 through 82 B 11676 (E.D.N.Y.)

*Keene Bankr.,* No. 93B 46090,96 CV 3492 (S.D.N.Y.)

*MH Detrick Bankr.,* No. 98 B 01004 (N.D. Ill.)

*North American Refractories Corp. Bankr.,* No. 02-20198 (W.D. Pa.)

*Owens Corning Corp. Bankr.,* No. 00-03837 (D. Del.)

*Pittsburgh Corning Corp. Bankr.,* No. 00-22876 (W.D. Pa.)

*Rock Wool Bankr.,* Nos. CV-99-J-l589-S.BK-96-08295-TBB-11 (N.D. Ala.)

*Rutland Fire Clay Bankr.,* No. 99-11390 (D. Vt.)

*Shook and Fletcher Bankr.,* No. 02-02771-BGc-11 (N.D. Ala.)

*United States Gypsum Corp. Bankr.,* No. 01-2094 (D. Del.)

*W.R. Grace Co. Bankr.,* No.s 01-1139, 01-1140 (D. Del.)

## ACCOLADES FOR THE FIRM



### Chambers USA

2021 Product Liability: Plaintiffs – Nationwide, Band 1



### "Best Law Firm"

*U.S. News – Best Lawyers®*

Mass tort litigation / class actions–plaintiffs

2021 • 2020 • 2019 • 2018 • 2017 • 2016 • 2015

2014 • 2013 • 2012 • 2011 • 2010



### *The Legal 500 United States*

Litigation editions

Mass tort and class action: plaintiff representation–toxic tort

2020 • 2019 • 2018 • 2017 • 2016 • 2015 • 2014

2013 • 2012 • 2011 • 2009 • 2007



### "Elite Trial Lawyers"

*The National Law Journal* Law Firm of the Year

2021 Government Representation

2021 Mass Torts

2020 Pharmaceuticals Firm of the Year

2020 Insurance Liability Firm of the Year

2019 Bankruptcy Law *(finalist)*



### Practice Group of the Year

*Law360*

2020 • 2019 • 2015  Product Liability

2018 Consumer Protection

2015 • 2013 "Most Feared Plaintiffs Firm"



### Securities Class Action Services Top 50

*International Securities Services*

2017 • 2016 • 2015 • 2014 • 2011 • 2010 • 2009

*For full methodologies and selection criteria, visit www.motleyrice.com/award-methodology*

Please remember that every case is different. Although they endorse certain lawyers, *The Legal 500 United States* and *Chambers USA* and other similar organizations listed above are not Motley Rice clients. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

# OUR LEGACY



### Ronald L. Motley (1944–2013)

EDUCATION:
J.D., University of South Carolina School of Law, 1971
B.A., University of South Carolina, 1966

Ron Motley fought for greater justice, accountability and recourse, and has been widely recognized as one of the most accomplished and skilled trial lawyers in the U.S. During a career that spanned more than four decades, his persuasiveness before a jury and ability to break new legal and evidentiary ground brought to justice two once-invincible giant industries whose malfeasance took the lives of millions of Americans— asbestos and tobacco. Armed with a combination of legal and trial skills, personal charisma, nose-to-the-grindstone hard work and record of success, Ron built Motley Rice into one of the nation's largest plaintiffs' law firms.

Noted for his role in spearheading the historic litigation against the tobacco industry, Ron served as lead trial counsel for 26 State Attorneys General in the lawsuits. His efforts to uncover corporate and scientific wrongdoing resulted in the Master Settlement Agreement, the largest civil settlement in U.S. history and in which the tobacco industry agreed to reimburse states for smoking-related health care costs.

Through his pioneering discovery and collaboration, Ron revealed asbestos manufacturers and the harmful and disabling effects of occupational, environmental and household asbestos exposure. He represented thousands of asbestos victims and achieved numerous trial breakthroughs, including the class actions and mass consolidations of *Cimino, et al. v. Raymark, et al.* (U.S.D.C. TX); *Abate, et al. v. ACandS, et al.* (Baltimore); and *In re Asbestos Personal Injury Cases* (Mississippi).

In 2002, Ron once again advanced cutting-edge litigation as lead counsel for *In re Terrorist Attacks on September 11, 2001*, MDL #1570, a lawsuit filed by more than 6,500 family members, survivors and those who lost their lives. The suit seeks justice and ultimately bankruptcy for al Qaeda's financiers, including many individuals, banks, corporations and charities that provided resources and monetary aid. He also served as lead counsel in numerous individual aviation security liability and damages cases under the *In re September 11 Litigation* filed against the aviation and aviation security industries by victims' families.

Ron brought the landmark case of *Oran Almog v. Arab Bank* against the alleged financial sponsors of Hamas and other terrorist organizations in Israel and was a firm leader in the BP Deepwater Horizon litigation and claims efforts involving people and businesses in Gulf Coast communities suffering as a result of the oil spill. Two settlements were reached with BP, one of which is the largest civil class action settlement in U.S. history.

Recognized as an AV®-rated attorney by Martindale-Hubbell®, Ron served on the AAJ Board of Governors from 1977 to 2012 and was chair of its Asbestos Litigation Group from 1978 to 2012. In 2002, Ron founded the Mark Elliott Motley Foundation,

Inc., in loving memory of his son to help meet the health, education and welfare needs of children and young adults in the Charleston, S.C. community.

### PUBLICATIONS:

- Ron authored or co-authored more than two dozen publications, including:
- "Decades of Deception: Secrets of Lead, Asbestos and Tobacco" (*Trial Magazine*, October 1999)
- "Asbestos Disease Among Railroad Workers: 'Legacy of the Laggin' Wagon'" (*Trial Magazine*, December 1981)
- "Asbestos and Lung Cancer" (*New York State Journal of Medicine*, June 1980; Volume 80: No.7, New York State Medical Association, New York)
- "Occupational Disease and Products Liability Claims" (*South Carolina Trial Lawyers Bulletin*, September and October 1976)

### FEATURED IN:

- Shackelford, Susan. "Major Leaguer" (*South Carolina Super Lawyers*, April 2008)
- Senior, Jennifer. "A Nation Unto Himself" (*The New York Times*, March 2004)
- Freedman, Michael. "Turning Lead into Gold," (*Forbes*, May 2001)
- Zegart, Dan. *Civil Warriors: The Legal Siege on the Tobacco Industry* (Delacorte Press, 2000)
- Ansen, David. "Smoke Gets in Your Eyes" (*Newsweek*, 1999)
- Mann, Michael & Roth, Eric. "The Insider" (Blue Lion Entertainment, November 5, 1999)
- Brenner, Marie. "The Man Who Knew Too Much" (*Vanity Fair*, May 1996)
- Reisig, Robin. "The Man Who Took on Manville" (*The American Lawyer*, January 1983)

### AWARDS AND ACCOLADES:

Ron won widespread honors for his ability to win justice for his clients and for his seminal impact on the course of civil litigation. For his trial achievements, *BusinessWeek* characterized Ron's courtroom skills as "dazzling" and *The National Law Journal* ranked him, "One of the most influential lawyers in America."

**South Carolina Association for Justice**
**2013** Founders' Award

**American Association for Justice**
**2010** Lifetime Achievement Award
**2007** David S. Shrager President's Award
**1998** Harry M. Philo Trial Lawyer of the Year

***The Trial Lawyer Magazine***
**2012** inducted into Trial Lawyer Hall of Fame
**2011** *The Roundtable: America's 100 Most Influential Trial Lawyers*

***The Best Lawyers in America®***
**1993–2013** mass tort litigation/class actions – plaintiffs, personal injury litigation – plaintiffs product liability litigation – plaintiffs

# TEAM BIOGRAPHIES

# THE FIRM'S MEMBERS

## *Joseph F. Rice*

LICENSED IN: DC, SC

ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court
U.S. Court of Appeals for the Third, Fourth and Fifth Circuits
U.S. District Court for the District of Nebraska and the District of South Carolina

EDUCATION:
J.D., University of South Carolina School of Law, 1979
B.S., University of South Carolina, 1976

Motley Rice co-founder Joe Rice is recognized as a skillful and innovative negotiator of complex litigation settlements, having served as the lead negotiator in some of the largest civil actions our courts have seen in the last 20 years. *Corporate Legal Times* reported that national defense counsel and legal scholars described Joe as one of the nation's "five most feared and respected plaintiffs' lawyers in corporate America." As the article notes, "For all his talents as a shrewd negotiator ... Rice has earned most of his respect from playing fair and remaining humble."

Joe was recognized by some of the nation's best-regarded defense lawyers as being "the smartest dealmaker they ever sat across the table from," *Thomson Reuters* has reported. Professor Samuel Issacharoff of the New York University School of Law, a well-known professor and expert in class actions and complex litigation, has commented that he is "the best strategic thinker on the end stages of litigation that I've ever seen."

Since beginning to practice law in 1979, Joe has continued to reinforce his reputation as a skillful negotiator, including through his involvement structuring some of the most significant resolutions of asbestos liabilities on behalf of those injured by asbestos-related products. He negotiates for the firm's clients at all levels, including securities and consumer fraud, anti-terrorism, human rights, environmental, medical drugs and devices, as well as catastrophic injury and wrongful death cases.

### NATIONAL PRESCRIPTION OPIATE MDL:

Most recently, Joe was appointed co-lead counsel in the *National Prescription Opiate* MDL aimed at combatting the alleged over-distribution and deceptive marketing of prescription opioids. Joe, with other members of the Plaintiffs' Executive Committee, led negotiations for a $260 million settlement that was reached on the eve of the MDL's first bellwether trial. The deal resolved claims filed by Ohio's Cuyahoga and Summit counties against opioid manufacturers and distributors Teva, Cardinal Health, AmerisourceBergen and McKesson. Motley Rice continues to represent dozens of governmental entities, including the first jurisdictions to file cases in the current wave of litigation.

### VEHICLE RECALLS:

Joe served as one of the lead negotiators in the $15 billion Volkswagen Diesel Emissions Fraud class action settlement for 2.0-liter vehicles, the largest auto-related consumer

*Best Lawyers®*
**2012** Charleston, SC "Lawyer of the Year" mass tort litigation/class actions – plaintiffs
**2010** Charleston, SC "Lawyer of the Year" personal injury

*Benchmark Plaintiff*
**2012–2013** National "Litigation Star": civil rights/human rights, mass tort/product liability, securities
**2012–2013** South Carolina "Litigation Star": human rights, product liability, securities, toxic tort

*SC Lawyers Weekly*
**2011** Leadership in Law Honoree

*The Legal 500 United States*
**2011–2013** Mass tort and class action: plaintiff representation – toxic tort

*Chambers USA*
**2007, 2010–2012** Product liability and mass torts: plaintiffs. "...An accomplished trial lawyer and a formidable opponent."

**2008–2013** *South Carolina Super Lawyers®* list
**2008** *Top 10 South Carolina Super Lawyers* list
**2008, 2009, 2011, 2012** *Top 25 South Carolina Super Lawyers* list

*The Lawdragon™ 500*
**2005–2012** *Leading Lawyers in America* list – plaintiffs'

**National Association of Attorneys General**
**1998** President's Award—for his "courage, legal skills and dedication to our children and the public health of our nation."

**The Campaign for Tobacco-Free Kids**
**1999** Youth Advocates of the Year Award

## ASSOCIATIONS:

**American Association for Justice**
**South Carolina Association for Justice**
**American Bar Association**
**South Carolina Bar Association**
**Civil Justice Foundation**
**Inner Circle of Advocates**
**International Academy of Trial Lawyers**

- *Although it endorses this lawyer, The Legal 500 United States is not a Motley Rice client.



class action settlement in U.S. history, as well as the 3.0-liter settlement. Under his leadership, Motley Rice also helped negotiate a pair of Takata bankruptcy resolutions that secured funds for victims who were harmed by the company's deadly, explosive airbags. Joe also serves as a member of the Plaintiffs' Executive Committee for *In re General Motors LLC Ignition Switch Litigation*, and was appointed to the Plaintiffs' Steering Committee for *In re Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Products Liability Litigation*.

## MEDICAL DRUGS AND DEVICES:

Joe led negotiations on behalf of thousands of women who allege complications and severe health effects caused by transvaginal mesh and sling products, including litigation that has five MDLs pending in the state of West Virginia. He is also a member of the Plaintiffs' Steering Committee for the Lipitor® MDL, filed for patients who allege the cholesterol drug caused their Type 2 diabetes.

## BP OIL SPILL:

Joe served as a co-lead negotiator for the Plaintiffs' Steering Committee in reaching the two settlements with BP, one of which is the largest civil class action settlement in U.S. history. The Economic and Property Damages Rule 23 Class Action Settlement is estimated to make payments totaling between $7.8 billion and $18 billion to class members. Joe was also one of the lead negotiators of the $1.028 billion settlement reached between the Plaintiffs' Steering Committee and Halliburton Energy Services, Inc., for Halliburton's role in the disaster.

## 9/11:

Joe held a crucial role in executing strategic mediations and/or resolutions on behalf of 56 families of 9/11 victims who opted out of the government-created September 11 Victim Compensation Fund. In addition to providing answers, accountability and recourse to victims' families, the resulting settlements with multiple defendants shattered a settlement matrix developed and utilized for decades. The litigation also helped provide public access to evidence uncovered for the trial.

## TOBACCO:

As lead private counsel for 26 jurisdictions, including numerous State Attorneys General, Joe was integral to the crafting and negotiating of the landmark Master Settlement Agreement, in which the tobacco industry agreed to reimburse states for smoking-related health costs. This remains the largest civil settlement in U.S. history.

## ASBESTOS:

Joe held leadership and negotiating roles involving the bankruptcies of several large organizations, including AWI, Federal Mogul, Johns Manville, Celotex, Garlock, W.R. Grace, Babcock & Wilcox, U.S. Gypsum, Owens Corning and Pittsburgh Corning. He has also worked on numerous Trust Advisory Committees. Today, he maintains a critical role in settlements involving asbestos manufacturers emerging from bankruptcy and has been recognized for his work in structuring significant resolutions in complex personal injury litigation for asbestos

liabilities on behalf of victims injured by asbestos-related products. Joe has served as co-chair of Perrin Conferences' Asbestos Litigation Conference, the largest national asbestos-focused conference.

## SECURITIES AND CONSUMER FRAUD:

Joe is often sought by investment funds for guidance on litigation strategies to increase shareholder value, enhance corporate governance reforms and recover assets. He was an integral part of the shareholder derivative action against Omnicare, Inc., *Manville Personal Injury Settlement Trust v. Gemunder*, which resulted in a significant settlement for shareholders as well as new corporate governance policies for the corporation.

Joe serves on the Board of Advisors for Emory University's Institute for Complex Litigation and Mass Claims, which facilitates bipartisan discussion of ways to improve the civil justice system through the hosting of judicial seminars, bar conferences, academic programs, and research. In 1999 and 2000, he served on the faculty at Duke University School of Law as a Senior Lecturing Fellow, and taught classes on the art of negotiating at the University of South Carolina School of Law, Duke University School of Law and Charleston School of Law.

In 2013, he and the firm created the Ronald L. Motley Scholarship Fund at The University of South Carolina School of Law in memory and honor of co-founding member and friend, Ron Motley.

## AWARDS AND ACCOLADES:

*Chambers USA*
**2019–2021** Product Liability: Plaintiffs – Nationwide, Band 1
**2016, 2018** Product Liability: Plaintiffs – Nationwide, Band 2

**Best Lawyers®**
**2013** "Lawyer of the Year" Charleston, SC: Mass tort litigation/ class actions – plaintiffs
**2007–2022** Mass tort litigation/class actions – plaintiffs; Personal injury litigation – plaintiffs

***South Carolina Super Lawyers®*** list
**2008–2021** Class action/mass torts; Securities litigation; General litigation

**Lawdragon**
**2016, 2018–2021** Lawdragon 500
**2019–2021** Lawdragon 500 Plaintiff Consumer Lawyers
**2019–2021** Lawdragon 500 Plaintiff Financial Lawyers

**South Carolina Association for Justice**
**2018** Founders' Award

**Law360**
**2015** "Product Liability MVP"

***Benchmark Litigation***
**2012–2013** National "Litigation Star": mass tort/product liability
**2012–2017** South Carolina "Litigation Star": environmental, mass tort/product liability

*The Legal 500 United States*
**2011–2012, 2014–2021**  Legal 500 Leading Lawyer list Dispute resolution – product liability, mass tort and class action – toxic tort – plaintiff

**The National Trial Lawyers**
**2020** Elite Trial Lawyers Lifetime Achievement Award
**2014** Litigation Trailblazers
**2010** Top 100 Trial Lawyers™ – South Carolina

*SC Lawyers Weekly*
**2018** Hall of Fame honoree
**2012** Leadership in Law Award

**National Association of Attorneys General**
**1998** President's Award

**University of South Carolina School of Law Alumni Association**
**2011** Platinum Compleat Lawyer Award

**MUSC Children's Hospital**
**2010** Johnnie Dodds Award: in honor of his longtime support of the annual Bulls Bay Golf Challenge Fundraiser and continued work on behalf of our community's children

**University of South Carolina**
**2011** Garnet Award: in recognition of Joe and his family for their passion for and devotion to Gamecock athletics

**SC Junior Golf Association Programs**
**2011** Tom Fazio Service to Golf Award: in recognition of promotional efforts

## COMMUNITY INVOLVEMENT:
**Dee Norton Lowcountry Children's Center**, Co-chair for inaugural Campaign for the Next Child
**First Tee of Greater Charleston**, Board of Advisors
**American Heart Association of the Lowcountry**, 2018 Heart Walk Chair

## ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**American Inns of Court**
**American Constitution Society for Law and Policy**
**South Carolina Association for Justice**

* Although they endorse this lawyer, neither *The Legal 500 United States* nor Professor Samuel Issacharoff are Motley Rice clients.  Any result this endorsed lawyer may achieve on behalf of one client in one matter does not necessarily indicate similar results can be obtained for other clients.

## David I. Ackerman

LICENSED IN: DC, NJ, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the Second, Fourth, and D.C. Circuits; U.S. Court of Federal Claims; U.S. District Court for the District of Columbia, Northern District of Florida, District of Maryland, District of New Jersey, Southern District of New York and the Eastern District of Wisconsin
EDUCATION:
J.D. with honors, The George Washington University Law School, 2002
B.A., Emory University, 1999

David Ackerman is a civil litigator with experience representing clients in complex national and international disputes at both trial and appellate levels. He plays a leading role in litigation filed on behalf of governments, state attorneys general, and other entities in order to advance public health and consumer interests.

David's practice includes pursuing litigation targeting the alleged deceptive marketing and over-distribution of opioids that led to the addiction crisis, which claims thousands of American lives each year.

David's experience brings added understanding of considerations by defendants and companies involved in litigation.  Prior to joining Motley Rice, he was a partner based in the Washington, D.C. office of a global law firm where he represented clients in state and federal courts, private arbitrations, and Federal Trade Commission and administrative proceedings.  Among other representations at his former firm, David obtained dismissal of tort and contract claims brought against an African nation under the Foreign Sovereign Immunities Act, served as litigation counsel for a nationwide dental management organization, and represented a major insurance company and its former CEO and CFO in a "stock drop" securities class action in the Southern District of New York. David also represented a Medicare provider in more than 6,000 recoupment appeals before the Office of Medicare Hearings and Appeals, and counseled clients who were the subject of Federal Trade Commission investigations regarding their marketing practices.

While in law school, David served as a law clerk in the Federal Trade Commission's Division of Marketing Practices. He began his career at a D.C. law firm as a litigation associate, where he represented clients in marketing practices investigations conducted by the FTC and dozens of state attorneys general, and represented employees of a former Fortune 500 company in DOJ and SEC investigations.

## ASSOCIATIONS:
**American Bar Association**



## John A. Baden IV

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second and Fifth Circuits, U.S. Bankruptcy Court for the Southern District of New York and Western District of North Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 2002
B.A., College of Charleston, 1996

John Baden represents clients harmed by asbestos exposure in individual and mass tort forums, as well as in complex asbestos bankruptcies, handling complete case management and settlement negotiations for individuals and families suffering from mesothelioma and other asbestos-related diseases.

Most recently, John advocated for consumers throughout Takata Corp.'s Chapter 11 bankruptcy process and helped negotiate the structure of the resulting bankruptcy agreement for personal injury claimants. John also handles the negotiation and complex case resolution of asbestos bankruptcies, including development of structured settlements with viable asbestos manufacturers and those emerging from bankruptcy. His work with the bankruptcy courts and settlement trusts aims to hold asbestos companies accountable and provide due compensation to asbestos victims. John has lectured on asbestos bankruptcy issues at a number of legal seminars.

John is involved in the settlement negotiations of medical drug and device MDLs, including the transvaginal mesh litigation *In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation,* MDL 2325. He continues to be involved in negotiations related to additional TVM manufacturers. John also played a role in settlement negotiations for *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871.

John has additionally been actively involved with the firm's representation of people and businesses in Gulf Coast communities suffering as a result of the BP Deepwater Horizon oil spill. He held a central role in the negotiation process involving the two settlements reached with BP, one of which is the largest civil class action settlement in U.S. history.

John began his legal career as a litigation trial paralegal for Ron Motley in 1997, working with the State Attorneys General on the landmark tobacco litigation primarily in Florida, Mississippi and Texas. He also supported occupational litigation in several states, including the exigent trial dockets of Georgia and West Virginia. John served as a judicial intern for Judge Sol Blatt, Jr., of the U.S. District Court of South Carolina and Judge Jasper M. Cureton of the South Carolina Court of Appeals.

### ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**

## Kimberly Barone Baden

LICENSED IN: CA, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third Circuit
U.S. District Court for the Central, Northern and Southern Districts of California and District of South Carolina
EDUCATION:
J.D., California Western School of Law, 1999
B.A. *cum laude,* Clemson University, 1996

As a strong advocate for the most defenseless members of society, Kimberly Barone Baden seeks accountability and compensation for victims of corporate misconduct, medical negligence and harmful medical drugs. She manages mass tort pharmaceutical litigation through complex personal injury and economic damages cases.

Kimberly represents children with birth defects allegedly caused by antidepressants, including Zoloft®, Effexor® and Wellbutrin®; as well as Zofran® which is used to prevent pregnancy-related nausea and vomiting. She previously litigated against GlaxoSmithKline in the Paxil® birth defect litigation. She serves as co-lead counsel for *In re Zofran (Ondansetron) Products Liability Litigation* MDL 2657 and is on the Plaintiffs' Executive Committee for *In re Viagra (Sildenafil Citrate) Products Liability Litigation* MDL 2691 and on the Plaintiffs' Steering Committee *In re Zoloft (sertraline hydrochloride) Products Liability Litigation* MDL 2342. She also manages the firm's pharmaceutical litigation regarding Crestor®, Lipitor®, Actos®, Risperdal®, incretin mimetics, and dialysis products GranuFlo® Powder and NaturaLyte® Liquid acid concentrates.

Kimberly also represents elderly victims of abuse and neglect, litigating cases for nursing home and assisted living facility residents.

Kimberly has spoken at numerous seminars, legal gatherings, CLEs and conferences across the U.S., including the American Association for Justice, Mass Torts Made Perfect and the National Business Institute. She has addressed a broad range of topics related to pharmaceutical drugs and elder law litigation, focusing on MDL procedures, birth defects, nursing home litigation, discovery, trial strategy and mediation. Kimberly is currently the Treasurer of the American Association for Justice's Section on Toxic, Environmental and Pharmaceutical Torts.

Prior to joining Motley Rice, Kimberly worked on the Fen-Phen diet drug litigation and served as an attorney with the California District Attorney's Office in San Diego. Kimberly is recognized as an AV® rated attorney by Martindale-Hubbell®.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2020–2022** Charleston, S.C. Personal injury litigation – plaintiffs: Product Liability Litigation – plaintiffs

---

**Lawdragon**
**2020–2021** Lawdragon 500 Plaintiff Consumer Lawyers

**Super Lawyers®**
**2013–2014** *South Carolina Super Lawyers Rising Stars* list
Personal injury products: plaintiff; elder law

### ASSOCIATIONS:
**American Association for Justice**, Treasurer – Section on Toxic, Environmental and Pharmaceutical torts
**American Bar Association**
**South Carolina Association for Justice**

### Frederick C. Baker
LICENSED IN: NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, Tenth and Eleventh Circuits
U.S. District Court for the Southern District of New York and the District of South Carolina
EDUCATION:
J.D. / LL.M., Duke University School of Law, 1993
B.A., University of North Carolina at Chapel Hill, 1985
A veteran litigator with strong roots in complex litigation, Fred Baker works on a broad range of environmental, medical costs recovery, consumer and products liability cases and holds numerous leadership roles within the firm. He represents individuals, institutional investors, and governmental entities in a wide variety of cases.

Fred leads the firm's tobacco litigation, and was a member of the legal team that litigated the groundbreaking tobacco litigation on behalf of several State Attorneys General. Fred has also participated in the litigation of individual tobacco cases, entity tobacco cases and a tobacco class action.

In addition to his tobacco casework, Fred is part of the opioid litigation team which represents dozens of governmental entities, including states, cities, towns, counties and townships in litigation targeting the alleged misrepresentation and fraudulent distribution of harmful and addictive opioids by manufacturers and distributors.

Fred was also a key member of the firm's representation of people and businesses in Gulf Coast communities suffering as a result of the BP Deepwater Horizon oil spill. He held a central role in the negotiation process involving the two settlements reached with BP, one of which is the largest civil class action settlement in U.S. history. In addition, his environmental experience also includes representing a state government in a case against poultry integrators that alleged poultry waste polluted natural resources.

Fred has served as counsel in a number of class actions, including the two class action settlements arising out of the 2005 Graniteville train derailment chlorine spill. He was also closely involved in the litigation surrounding the statutory direct action settlement reached in the Manville bankruptcy court and a related West Virginia unfair trade practices insurance class action.

Fred began practicing with Motley Rice attorneys in 1994 and chairs the firm's attorney hiring committee.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2020–2022** Charleston, S.C. Mass tort litigation / class actions – plaintiffs

**Lawdragon**
**2019** Lawdragon 500 Plaintiff Financial Lawyers

***South Carolina Lawyers Weekly***
**2016** Leadership in Law Honoree

### Esther E. Berezofsky
LICENSED IN: NJ, PA
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the Third Circuit; U.S. District Court for the District of New Jersey, the Eastern District of Pennsylvania, the Eastern and Western Districts of Michigan, and the Northern District of New York
EDUCATION:
J.D., Rutgers University School of Law, 1987
M.A., Wayne State University, 1982
B.A., Wayne State University, 1980
A trial lawyer with more than 30 years of experience litigating complex mass torts, Esther Berezofsky has devoted her career to representing communities impacted by environmental contamination and fighting for the rights of consumers, individuals and families impacted by fraud and misconduct across a range of litigation areas.

Esther focuses her practice on protecting the rights and seeking accountability for people harmed by toxic chemical exposure—environmental and occupational—as well as patients who suffer life-altering complications caused by dangerous and defective medical drugs and devices.

Prior to becoming an attorney, Esther practiced as a clinical psychologist and consultant for a national network of law firms on post-traumatic stress and community trauma arising out of environmental disasters such as Three Mile Island, Pa., and Times Beach, Mo. She currently serves on the Executive Committee as class counsel for residents exposed to lead contaminated water in the Flint water crisis litigation, in addition to litigating similar cases in Fresno, Calif. She also represents residents in Kent County, Mich., Hoosick Falls, N.Y. and Petersburgh, N.Y. in PFAS litigation against corporations such as 3M, Wolverine, St. Gobain and others accused of manufacturing and wrongfully disposing of PFAS chemicals. She was lead counsel for a cancer cluster of children in Toms River, N.J, the story of which is memorialized in the Pulitzer prize winning book: *Toms River: A Story of Science and Salvation*.

In addition to her environmental and toxic exposure work, Esther has held numerous leadership positions and represented clients in MDLs and other litigations involving medical drugs and devices including Medtronic Pain and Insulin Pumps,



DePuy ASR, Pinnacle and Stryker Hip Implant cases, Benicar, Risperdal, Xarelto, Hormone Replacement Therapy (HRT), Ortho Evra, Rezulin, PPA, Invokana, Taxotere, among others.

She also represents plaintiffs in consumer class actions alleging fraudulent student loan schemes and consumers in pay day lending cases. She has also litigated rent-to-own and option ARM fraudulent mortgage claims, among other consumer protection cases.

Prior to joining Motley Rice, Esther founded Berezofsky Law Group in New Jersey where she pursued complex consumer mass torts. Prior to that, she was a name partner in a plaintiffs' law firm in Philadelphia for more than two decades. She has been active in the legal community has held leadership roles at several law firms in Philadelphia and New Jersey.

Active in the legal community, Esther previously served as Board President of Public Justice, a national public interest law firm, and continues to serve on its Board of Directors. She also sits on the Board of Governors of the New Jersey Association of Justice and was awarded the Gold Medal for Distinguished Service in 2008.

She is a frequent speaker and lecturer on matters related to environmental contamination and toxic exposure, product liability and mass torts. She served as an adjunct professor on trial advocacy at Rutgers Law School, her alma mater in 2014. While completing her legal studies at Rutgers Law, Esther served as an articles editor for the *Rutgers Law Journal*.

## SELECTED PUBLICATIONS:
- Post- Traumatic Stress Disorder and the Technological Disaster, 18 *Rutgers Law Journal* 623 (1987), reprinted in *BNA Toxic Law Reporter*, Vol. 2 No. 11 (August 12, 1987)
- Toxic Tort Litigation the Future Impact of Current Legislation, *Trial Magazine* (October 1988), reprinted in The *Superfund Report*, Mealey Publications (December 1988)
- New Jersey Mass Torts & Class Action Treatise, Chapter 5 *Environmental Torts* 2016
- Legal and Liability Considerations in Asbestos, Chapter in *The Hazardous Fiber*, CRC Press, Inc. *Trial Magazine* (January 2012)

## AWARDS AND ACCOLADES:
**New Jersey Association for Justice**
**2021** Gerald B. O'Connor Award
**2008** Gold Medal for Distinguished Service

**National Law Journal**
**2021** Elite Women of the Plaintiffs' Bar*

**Lawdragon**
**2020–2021** Lawdragon 500 Plaintiff Consumer Lawyers*

**Super Lawyers®**
**2007–2021** *New Jersey Super Lawyers* list*

*\*No aspect of this advertisement has been approved by the Supreme Court of New Jersey.*

## ASSOCIATIONS:
**Law360 Environmental Editorial Advisory Board,** 2021
**American Association for Justice,** Chair, Section on Toxic Environmental and Pharmaceutical Executive Committee
**Public Justice**, Past President and current member of the Board of Directors
**New Jersey Association of Justice**, Board of Governors

*Motley Rice LLC, a South Carolina Limited Liability Company, is engaged in the New Jersey practice of law through Motley Rice New Jersey LLC. Esther Berezofsky attorney responsible for New Jersey practice. For award methodology, visit www. motleyrice.com/award-methodology*

## Louis M. Bograd

LICENSED IN: DC, KY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the First, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, and D.C. Circuits; U.S. District Court for the District of Columbia
EDUCATION:
J.D., Yale Law School, 1984
A.B., Princeton University, 1981

Louis Bograd is a nationally recognized authority on issues of federal preemption, drug and device litigation, and jurisdiction. He has devoted much of his professional career to litigating appeals on complex issues involving products liability, Medicaid lien reimbursements, constitutional rights, and civil liberties. At Motley Rice, Lou continues his focus on appellate issues and mass torts, further enhancing the firm's active and growing complex litigation practice. Lou serves as co-chair of the Law & Briefing Committee for the *National Prescription Opiate* MDL, which is focused on combatting the alleged deceptive marketing and over-distribution of opioids.

Prior to joining Motley Rice, Lou served as an appellate advocate and Chief Litigation Counsel for the Center for Constitutional Litigation where he led work in mass torts, the Class Action Fairness Act, and dispositive motions concerning consumer protection and products liability. Lou argued for plaintiffs before the U.S. Supreme Court regarding federal preemption of claims against generic drug manufacturers in *Pliva, Inc. v. Mensing* and has also participated in numerous other Supreme Court cases as counsel for petitioners, respondents, and amici curiae.

Lou has spoken on various legal topics at many seminars, CLE programs, and legal conferences across the country sponsored by, among others, the American Association for Justice, state trial lawyers associations, and Mass Torts Made Perfect. Lou has also presented at judicial education programs sponsored by the Pound Institute, the Brookings Institution, the American Enterprise Institute, the Northwestern University School of Law, and the George Mason University School of Law.

Lou's legal career began at Arnold & Porter LLP in Washington, D.C., where he managed and directed work on transfusion-associated HIV/AIDS cases on behalf of the American Red

Cross. He subsequently served on the American Civil Liberties Union Foundation's national legal staff and as the legal director of the Alliance for Justice. Lou has also taught advanced torts and products liability law as an Adjunct Professor at the University of Kentucky College of Law.

### SELECTED PUBLICATIONS:

- Louis M. Bograd & Andre M. Mura, *Buckman Stops Here! Limits on Preemption of State Tort Claims Involving Allegations of Fraud on the PTO or the FDA*, 41 Rutgers L. J. 309 (2009)

- Louis M. Bograd, *Be Careful What You Wish For: Drugmakers, the First Amendment, and Preemption*, 51 TRIAL 24 (Nov. 2015)

- Louis M. Bograd, *Preemption's Uncertain Path*, 47 TRIAL 20 (Nov. 2011)

- Louis M. Bograd, *W(h)ither Preemption?*, 45 TRIAL 24 (Nov. 2009)

- Louis M. Bograd, *Taking on Big Pharma- and the FDA*, 43 TRIAL 30 (Mar. 2007)

### ASSOCIATIONS:

**American Association for Justice** Chair, Preemption Litigation Group; Member, Legal Affairs Committee

## Michael M. Buchman

LICENSED IN: CT, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court
U.S. Court of Appeals for the Second Circuit
U.S. District Court for the Districts of Connecticut and Southern and Eastern Districts of New York
U.S. Court of International Trade
EDUCATION:
LL.M., International Antitrust and Trade Law, Fordham University School of Law, 1993
J.D., The John Marshall Law School, 1992
B.A. *cum laude*, Alfred University, 1988

Michael Buchman leads Motley Rice's antitrust team. Prior to joining Motley Rice, Michael served as an Assistant Attorney General in the New York State Attorney General's Office, Antitrust Bureau. He also served as a co-managing partner of the antitrust department at a large New York-based class action law firm.

Michael has served as lead or co-lead counsel for a variety of plaintiff clients, including a Fortune 500 company, a foreign government, multiple states, a city and individual consumers in complex antitrust cases concerning restraint of trade, price-fixing, monopolization and other anticompetitive conduct. His more than 25 years of antitrust experience includes playing an active role in some of the largest antitrust class actions in the history of the Sherman Act, including *In re NASDAQ Market-Makers Antitrust Litigation* ($1.027b settlement)*. Michael represented the largest retailer class representative in the $5.5 billion* *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL 1720.* Over the past 20 years, he has been a leader investigating and developing generic drug antitrust class actions.

He has consistently litigated these cases over the past two decades for self-insured health insurers, consumers, and governmental entities who are the intended victims of such anticompetitive schemes. Michael is one of a limited group of plaintiffs' antitrust class action lawyers who has served as lead trial counsel and tried a generic drug antitrust case. He has twice been selected as a co-chair of HarrisMartin's Antitrust Pay-For-Delay Litigation Conference (2014-2015). Some of the generic drug antitrust class actions he has been involved with include:

### MOTLEY RICE CASES:

- *In re Loestrin Antitrust Litigation* ($62.5 million settlement in 2020)*

- *In re Aggrenox Antitrust Litigation* ($54 million settlement in 2018)*

- *In re Solodyn Antitrust Litigation* ($43 million settlement in 2018)*

### PRIOR TO MOTLEY RICE:

- *In re Wellbutrin SR Antitrust Litigation* ($21.5million settlement in 2013)*

- *In re Flonase Antitrust Litigation* ($46 million settlement in 2012)*

- *In re Metoprolol Succinate End-Payor Antitrust Litigation* ($21 million settlement in 2011)*

- *In re Relafen Antitrust Litigation* ($75 million settlement in 2004)*

- *In re Augmentin Antitrust Litigation* ($29 million settlement in 2004)*

- *In re Buspirone Antitrust Litigation* ($90 million settlement in 2003)*

Additional cases he's actively involved in at Motley Rice include *In re Actos Antitrust Litigation, In re Effexor Antitrust Litigation, In re Lipitor Antitrust Litigation, In re Niaspan Antitrust Litigation, In re Suboxone Antitrust Litigation,* and *In re Zetia Antitrust Litigation.*

He also has experience litigating aviation matters, including a large antitrust dispute between carriers.

Michael completed the intensive two-week National Institute for Trial Advocacy National Trial Training program in Boulder, Colo., in 2002. An avid writer, he has authored and co-authored articles on procedure and competition law, including a *Task Force on Dealer Terminations* for The Association of the Bar of the City of New York, Committee on Antitrust and Trade Regulation, entitled *Dealer Termination in New York* dated June 1, 1998 and *What's in a Name - the Diversity Death-Knell for Underwriters of Lloyd's of London and their Names; Humm v. Lombard World Trade, Inc.*, Vol. 4, Issue 10 *International Insurance Law Review* 314 (1996).

   Prior results do not guarantee a similar outcome.



Michael has been active in his communities having served as a member of the Flood and Erosion Committee for the Town of Westport, Ct., and presently serves as pro bono counsel in actions involving the misappropriation of perpetual care monies. He has also coached youth ice hockey teams at Chelsea Piers in New York City.

## AWARDS AND ACCOLADES:
**Best Lawyers®**
**2017–2022** Mass tort litigation/class actions – plaintiffs

**Lawdragon**
**2019–2021** Lawdragon 500 Plaintiff Financial Lawyers

*Super Lawyers®*
**2014–2021** *New York Metro Super Lawyers:* Antitrust litigation

## Samuel B. Cothran Jr.
## General Counsel

LICENSED IN: NC, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Western District of North Carolina and District of South Carolina
EDUCATION:
J.D., *cum laude*, University of South Carolina School of Law, 1998
M.B.A., Duke University, 1994
B.S., *summa cum laude,* University of South Carolina, 1981

Sam Cothran creatively addresses the many challenges and opportunities inherent in the cutting-edge practice of a dynamic, multi-jurisdictional law firm. As leader of Motley Rice's legal department, Sam directs and advises the firm's management on diverse in-house legal matters regarding governmental compliance, contracts and legal defense, as well as labor and employment, marketing, financial and operational issues.

After working for an international accounting firm as a certified public accountant and for several Fortune 1,000 companies as a financial manager, Sam attended law school to complement his background in business management and finance and joined Motley Rice attorneys shortly after graduation.

Recognized as a BV® rated attorney by Martindale-Hubbell®, Sam is the author of *Dischargeability of Consumer Credit Card Debt in Bankruptcy After Anastas v. American Savings Bank,* 48 S.C.L. Rev. 915 (1997). As a law student, Sam served as Managing Editor of the *South Carolina Law Review.* He was named a Carolina Legal Scholar and awarded both the Order of the Coif and Order of the Wig and Robe.

Sam is active in his community, serving on the board of Directors for the Dee Norton Lowcountry Children's Center.

## ASSOCIATIONS:
**American Bar Association**
**Association of Professional Responsibility Lawyers**
**American Institute of Certified Public Accountants**
**South Carolina Association of Certified Public Accountants**

## Kevin R. Dean

LICENSED IN: GA, MS, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third, Fourth, Fifth and Eleventh Circuits, U.S District Court for the Middle, Northern and Southern Districts of Georgia, Central District of Illinois, Northern and Southern Districts of Mississippi and District of South Carolina
EDUCATION:
J.D., Samford University Cumberland School of Law, 1991
B.A., Valdosta State University, 1989

Focusing his litigation efforts on catastrophic injury, products liability, and wrongful death cases, Kevin Dean represents victims and families affected by hazardous consumer products, occupational and industrial accidents, fires, premise injuries and other incidents of negligence.

Kevin currently represents people allegedly harmed by defective Takata airbags, Volkswagen's diesel emissions fraud, and GM's misconduct regarding its defective vehicles in *In re General Motors LLC Ignition Switch Litigation*. He has litigated numerous vehicle defect cases, including against "the Big Three" automotive manufacturers in cases involving defective brakes, door locks, door latches, seat belts and roll overs. He served as trial co-counsel in *Guzman v. Ford* (2001), the first case brought to trial regarding a defective outside door latch handle, as well as in the vehicle rollover case *Hayward v. Ford* (2005). He was also a member of the plaintiffs' litigation team in the defective seat belt case, *Malone v. General Motors Corporation* (1998) prior to joining Motley Rice.

Committed to occupational safety, Kevin recently secured a jury verdict against SAR Automation, L.P. for \$8.8 million in the wrongful death of a worker who fell at a Boeing facility leaving behind a widow and two small children.*

He has been involved in several investigations of catastrophic fire cases, including reaching a multi-million dollar settlement for the surviving children of a couple who were tragically killed in a house fire allegedly caused by electrical wiring in a defective golf cart. Kevin also served as lead plaintiffs' counsel in *In re Charleston Firefighter Litigation*, a wrongful death and negligence case against Sofa Super Store, contractors and multiple furniture manufacturers on behalf of the families of the nine firefighters lost in the June 2007 warehouse fire in Charleston, S.C.

Since the 2010 explosion of the Deepwater Horizon, Kevin has been helping people and businesses pursuing litigation, as well as those needing help filing and negotiating their claims. He served as a member of the oil spill MDL's GCCF Jurisdiction & Court Oversight Workgroup and works with victims on claims through the programs established by the two settlements reached with BP.

Kevin's experience also includes the health insurance fraud and post-claims underwriting case *Clark v. Security Life Insurance Company*, the largest civil RICO case in Georgia history, and *Wiggins v. Parsons Nursery*, one of the largest environmental

and health contamination cases in South Carolina. Kevin also served as a County Commissioner on the Early County Georgia Board of Commissioners and still holds the honor of having been the youngest elected commissioner in county history.

Kevin frequently appears in local and national broadcast and print media discussing legal matters of workplace safety, fire prevention and other products liability, as well as specific casework and efforts for changes and improvements in various industries. Recognized as an AV® rated attorney Martindale-Hubbell®, Kevin co-authored "Dangerous Doors and Loose Latches," published in *Trial Magazine* (2004) for the American Association for Justice, and authored "The Right to Jury Trial in ERISA Civil Enforcement Actions" published in *The American Journal of Trial Advocacy* (1989).

### AWARDS AND ACCOLADES:

**Best Lawyers®**
**2017–2022**  Charleston, S.C. Personal injury litigation – plaintiffs; Product Liability Litigation – plaintiffs

*South Carolina Super Lawyers®* **list**
**2015–2020**  Personal injury–general: plaintiff; Personal injury–products: plaintiff; Personal injury–medical malpractice: plaintiff

**Lawdragon**
**2020–2021**  Lawdragon 500 Plaintiff Consumer Lawyers

*Benchmark Plaintiff*
**2012–2013**  National "Litigation Star": mass torts/product liability
**2012–2013**  South Carolina "Litigation Star": product liability

### ASSOCIATIONS:

**American Association for Justice**
**Georgia Trial Lawyers Association**
**South Carolina Association for Justice,** Board of Governors–Circuit 9; Tort & Negligence Chair
**Southern Trial Lawyers Association**
**Attorneys Information Exchange Group,** Board of Directors

## Michael E. Elsner

LICENSED IN: NY, SC, VA
ADMITTED TO PRACTICE BEFORE:
U.S District Court for the Eastern and Southern Districts of New York
EDUCATION:
J.D., University of Memphis Cecil C. Humphreys School of Law, 1997
B.A., John Carroll University, 1993

Michael Elsner litigates complex civil matters on behalf of people and businesses victimized by commercial malfeasance, violations of human rights, acts of terrorism, occupational disease and environmental disasters. He manages large-scale cross-border litigation and conducts detailed factual investigations.

Michael's understanding of the complex legal challenges in international litigation is critical to uncovering admissible evidence and developing opportunities for client recovery. He tracks historical corporate conduct and uncovers illicit finances, money laundering and terrorist financing through a maze of international banking and financial regulations. His investigations have aided victims of human rights abuses and plaintiffs harmed by financial crimes. Through these efforts he has held global institutions and organizations accountable.

Michael leads the firm in its role as consultant to South African human rights lawyer Richard Spoor, seeking justice for tens of thousands of gold mineworkers who are suffering from silicosis. Few class actions have been brought in South Africa, and this is the first of its kind for sick workers. Michael was a lead negotiator of the settlement agreement reached for sick gold miners and their dependents. The settlement generated an unprecedented means of recovery and helped ensure meaningful access to justice for the indigent and rural workers who are dying from this entirely preventable yet incurable disease.

Michael was lead plaintiffs' counsel in the historic litigation, *Linde et al. v. Arab Bank*, a suit brought by victims of terrorist attacks in Israel that alleged Arab Bank played a role in financing Hamas and other Israeli terrorist organizations. This litigation marked the first time a financial institution was brought to trial under the Anti-Terrorism Act. The case resolved through a confidential settlement. Michael was also co-lead counsel in a parallel suit, representing thousands of non-U.S. citizens, *Jesner v. Arab Bank*, which was heard by the U.S. Supreme Court under the Alien Tort Statute regarding violations of customary international law by foreign corporations.

He also plays a leading role with Motley Rice's team of attorneys in representing states and municipalities against the opioid industry, including manufacturers, distributors and pharmacies. This litigation alleges opioid companies created and fueled the opioid epidemic that claims thousands of Americans every year, through deceptive marketing and over distribution of highly addictive opioids.

As a leading member of the firm's antiterrorism and human rights practice, Michael represents U.S. military service members and contractors who were injured by EFP roadside bombs while serving in Iraq. He also leads the worldwide investigation for liability evidence in the 9/11 Families United to Bankrupt Terrorism civil action against al Qaeda's alleged financiers and supporters. In this capacity, Michael meets with U.S. and foreign intelligence officers, witnesses, and informants, who have already helped him gather more than two million pages of documents in numerous languages identifying the activities of al Qaeda and its financiers. He is a member of the Plaintiffs' Steering Committee for this multidistrict litigation filed on behalf of more than 6,500 families and survivors of

   Prior results do not guarantee a similar outcome.



the 9/11 attacks. He also served as a member of the Plaintiffs' Committee in *In re September 11th Litigation*, a suit brought against the airline industry alleging that it failed to detect and prevent the attacks.

Michael's work with financial transaction litigation includes commercial, securities fraud and shareholder derivative cases such as his extensive work on behalf of domestic and foreign investors in *In re Vivendi Universal, S.A. Securities Litigation*.

Michael began his career with the Manville Personal Injury Trust and then practiced complex civil litigation in New York in the areas of toxic torts, security, personal injury, bankruptcy, and whistleblower protections prior to joining Motley Rice attorneys in 2002.

Sharing his experience and insight as a lecturer and consultant, Michael has discussed anti-terrorism and human rights litigation on several national and international news outlets, including CNN, MSNBC, NPR and the BBC, as well as international anti-money laundering and anti-terrorism industry conferences.

### AWARDS AND ACCOLADES:

**Lawdragon**
**2020–2021** Lawdragon 500 Plaintiff Consumer Lawyers
**2019–2021** Lawdragon 500 Plaintiff Financial Lawyers
**2014–2015** Lawdragon 500 Leading Lawyers in America
**2010** Lawdragon™ 3,000

**Public Justice Foundation**
**2016** Trial Lawyers of the Year

**Benchmark Litigation**
**2016–2018** South Carolina "Litigation Star": personal Injury, product Liability, general commercial, professional liability

**National Law Journal**
**2014** Litigation Trailblazers

*South Carolina Lawyers Weekly*
**2014** Leadership in Law Honoree

### ASSOCIATIONS:

**American Association for Justice**
**American Bar Association**
**New York Bar Association**
**South Carolina Bar Association,** International Law Committee
**Virginia Bar Association**
**National Crime Victims Bar Association**
**Public Justice Foundation**

## John M. Eubanks

LICENSED IN: MD, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the Second, Third, Fourth, Fifth and Eleventh Circuits
EDUCATION:
J.D., Georgetown University Law Center, 2003
B.S., Georgetown University, 1996

With extensive experience investigating terrorist organizations and terrorist financing in the Middle East, John Eubanks represents victims, survivors and their families in litigation designed to bankrupt the financiers of terror, crippling their ability to recruit, train, supply and dispatch terrorist operatives.

John is substantially involved in the firm's litigation on behalf of foreign terror victims and victims of international human rights abuses. He was a key member of the litigation team prosecuting *Linde et al. v. Arab Bank Plc*, the first litigation against a financial institution brought to trial under the Anti-Terrorism Act. In this historic litigation, John also played an integral role in pursuing Alien Tort Statute claims that were argued before the U.S. Supreme Court for a separate class of plaintiffs against Arab Bank.

John is also a member of the team pursuing a civil action against al Qaeda's alleged financiers and supporters arising out of the September 11, 2001 terrorist attacks. He has pursued litigation against Libya for allegedly providing material support and financing to the Provisional Irish Republican Army, resulting in the death and injury of citizens of the United States and United Kingdom. John plays a key role in *Krishanthi, et al. v. Rajaratnam*, a case brought under the Alien Tort Statute involving allegations of American-sourced financing for dozens of terrorist attacks in Sri Lanka carried out by the Liberation Tigers of Tamil Eelam. He was also extensively involved in an Alien Tort Statute case on behalf of young boys allegedly kidnapped for enslavement as camel jockeys in the United Arab Emirates.

Prior to joining Motley Rice in 2004, John served as counsel in a case brought under the Anti-Terrorism Act against various charitable organizations and political groups in the U.S. for supplying Hamas with material support and financial resources in the groundbreaking *Boim v. Quranic Literacy Institute*.

John has drafted various "friend of the court" briefs to the Supreme Court on issues related to anti-terrorism and customary international law on behalf of a broad range of individuals and organizations.

John has also handled multiple personal injury and wrongful death cases involving tour bus and commercial truck crashes, both domestic and international. In 2010, a tour bus operated by Boston-based Grand Circle Travel crashed near Aswan, Egypt, killing eight passengers and injuring numerous others. John and the Motley Rice litigation team filed suit on behalf of seven of the victims of the crash against the tour operator and negotiated a settlement for our clients in 2015.*

---

A former independent terrorism consultant for the Washington, D.C.-based think tank, The Investigative Project on Terrorism, John served as a liaison and researcher working with the FBI, INS, and U.S. Customs on terrorism financing investigations related to Hamas and the Palestinian Islamic Jihad terrorist organizations.

John is a published author on counterterrorism and security and was a central contributor to the non-fiction work *American Jihad: The Terrorists Living Among Us* (Free Press 2002), which details the activities of organizations and individuals within the U.S. who provide material support and/or resources to Middle Eastern and Islamic terrorist organizations abroad.

John lives in Mount Pleasant, S.C., with his wife and two children, and serves as a deacon in his church.

### AWARDS AND ACCOLADES:
**Lawdragon**
**2019–2021** Lawdragon 500 Plaintiff Financial Lawyers

**Public Justice Foundation**
**2016** Trial Lawyers of the Year

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**, Section of International Law
**South Carolina Association for Justice**
**Charleston County Bar Association**

## Nathan D. Finch

LICENSED IN: DC, VA
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third, Fourth, Fifth, Sixth, Tenth and Eleventh Circuits, U.S. District Court for the District of Columbia, the Eastern District of Virginia, and the Western District of Wisconsin
EDUCATION:
J.D., University of Virginia School of Law, 1992
B.A., University of Virginia, 1989
With a diverse background in complex civil litigation, Nate Finch brings almost twenty years of trial experience and strong negotiation skills to Motley Rice. He represents clients in various asbestos, toxic tort, commercial, securities fraud and other complex cases.

Nate has served as the lead trial attorney for his clients in many federal and state courts and is sought after by co-counsel for advice on challenging cases and complex legal matters. His thorough knowledge of asbestos and medical issues is an asset to the firm's occupational disease and toxic tort clients. He has obtained plaintiffs' verdicts in cases against asbestos product manufacturer defendants and cigarette makers. He has extensive experience trying cases involving a wide variety of asbestos-containing products, including gaskets, automotive brakes, floor tiles, joint compounds, and various forms of insulation. He also has years of experience representing individuals, companies and creditors' committees in personal injury litigation, mass torts products liability litigation, securities and financial fraud litigation and an array of other complex litigation cases ranging from single plaintiffs' products liability cases to high-stakes business disputes.

Prior to joining Motley Rice, Nate was a partner for more than ten years in a Washington, D.C.-based law firm and frequently collaborated with Motley Rice attorneys in trials and negotiations to resolve large asbestos product manufacturers' bankruptcies. He tried numerous cases in federal district courts focusing on the medical and scientific factors associated with asbestos-related diseases and asbestos exposure. During this time, he also tried and helped to resolve in favor of his clients five asbestos bankruptcy cases, each having more than $1 billion at stake. In addition, Nate worked closely with Motley Rice attorneys on behalf of investors in *In re MBNA Securities Litigation* and *In re Vivendi Universal, S.A. Securities Litigation*.

Nate's understanding of the factual and legal challenges inherent in complex cases, combined with his trial experience, has positioned him as a considerable resource within many practice areas. A frequently invited speaker regarding a variety of legal matters, he has spoken at many asbestos litigation and bankruptcy conferences and has been a guest lecturer at the Georgetown University, George Washington University, George Mason University and the University of Baltimore law schools on topics relating to civil procedure, mass tort litigation and the differences between litigating in Article III and Article I courts. He has been an invited speaker at several judicial conferences on the topic of asbestos litigation.

Recognized as a Martindale Hubbell® AV® rated attorney, Nate has served his community for many years through volunteer activities coordinated by Greater D.C. Cares, an organization committed to connecting volunteers with community service groups. Nate was a member of the *Virginia Law Review* and the Order of the Coif, and is a former scholarship track and cross country athlete at UVA.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2022** Mass tort litigation/class actions – plaintiffs

*Washington, D.C., Super Lawyers®* list
**2012–2017, 2019–2020** Personal injury – products: plaintiff; Personal injury – general: plaintiff; Securities litigation

*Benchmark Litigation*
**2013–2017** Washington, D.C. "Litigation Star": bankruptcy, general commercial, product liability, securities, white collar crime

**American Association for Justice**
**2013** Wiedemann & Wysocki Award

*Chambers USA*
**2009–2010** "Top Lawyer": bankruptcy and restructuring

### ASSOCIATIONS:
**American Association for Justice**
**The Barristers**

Prior results do not guarantee a similar outcome.



## Fidelma L. Fitzpatrick

LICENSED IN: DC, MA, NY, RI
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the First, Seventh and Eleventh Circuits; U.S. District Court for the District of Columbia, District of Massachusetts, District of Rhode Island and Eastern District of Wisconsin
EDUCATION:
J.D., *cum laude*, American University, 1994
B.A., Canisius College, 1991

Fidelma Fitzpatrick represents people and communities in toxic tort and environmental matters, including property damage and personal injury claims. Her experience with complex civil litigation has led her to represent other victims of corporate malfeasance, including hundreds of women allegedly injured by medical devices such as Essure® and pelvic mesh/sling products.

In addition to her toxic tort and medical casework, Fidelma also represents states, cities, counties and townships in litigation against the opioid industry, including manufacturers, distributors and pharmacies. The litigation alleges the companies engaged in deceptive marketing and over distribution of highly addictive opioids to create and fuel the opioid crisis that claims thousands of American lives every year.

Fidelma is Lead Counsel of the Plaintiffs' Executive Committee for the coordinated Essure® litigation in California against Bayer Corp., and she serves on the PEC for Paragard® IUD multidistrict litigation filed in the Northern District of Georgia for women who suffered severe effects allegedly caused by the birth control device. She also represents hundreds of women allegedly harmed by pelvic mesh/sling products in filed cases against defendants that include American Medical Systems, Boston Scientific, C.R. Bard, Inc., and Ethicon. In 2012, Fidelma was appointed co-lead counsel of the pelvic mesh MDL *In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation* pending in the Southern District of West Virginia. She also holds leadership roles in pelvic mesh state court litigations, including serving as liaison counsel in the American Medical Systems cases consolidated in Delaware and the Boston Scientific cases consolidated in Massachusetts.

Fidelma was co-lead trial counsel in the billion dollar lead paint pigment case, *The People of California v. Atlantic Richfield Company et al.,* in which Motley Rice represented cities and counties, including San Francisco, Santa Clara, Los Angeles and San Diego, in litigation against national lead paint pigment manufacturers. In January 2014, the court ruled Sherwin-Williams Company, NL Industries, Inc., and ConAgra Grocery Products Company created a public nuisance by actively promoting lead for use in homes despite knowing that it was highly toxic. The California Court of Appeals, 6th appellate District, later affirmed the majority of the ruling, and remanded the case to the Santa Clara Superior Court to decide how much defendants should pay to establish an abatement fund that will be used to clear toxic lead paint from homes in plaintiffs' jurisdictions that were

constructed prior to 1951. In 2018, U.S. Supreme Court declined to review the litigation, effectively exhausting defense appeals and ensuring that an abatement fund for the removal of toxic lead paint from pre-1951 California homes will be established. This will help protect the health and safety of thousands of California children.

Fidelma held a central role in the state of Rhode Island's trial against former corporate manufacturers of lead paint pigment. She continues to manage cases seeking to hold the lead paint pigment industry accountable for the childhood lead poisoning crisis and provide restitution and compensation to affected children and families. As a result of her work for lead poisoning victims, the Wisconsin State Supreme Court became the first to recognize the legal rights of poisoned children to sue lead paint pigment manufacturers. She also played a lead role in representing the community of Tallevast, Florida, in a lawsuit against Lockheed Martin Corporation involving the pollution of the community's groundwater with PCE and TCE.

Fidelma began working with Motley Rice attorneys in 1997 on the Massachusetts, New York and Rhode Island lawsuits against the tobacco industry. She serves on the Board of Regents at Canisius College and frequently speaks on environmental and mass tort topics at conferences for federal and state court judges, attorneys, academic professionals and law students.

## PUBLISHED WORKS:

"Painting Over Long-Standing Precedent: How the Rhode island Supreme Court Misapplied Public Nuisance Law in *State v. Lead Industries Association*" *Roger Williams University Law Review* (Summer 2010)

"Access to Justice: The Use of Contingent Fee Arrangements by Public Officials to Vindicate Public Rights" *Cardozo J.L. & Gender* (Spring 2008)

"Negligence in the Paint: The Case for Applying the Risk Contribution Doctrine to Lead Litigation" in *Pace Environmental Law Review* (Fall 2008)

## AWARDS AND ACCOLADES:

*Chambers USA*
**2021**  Product Liability: Plaintiffs – Nationwide, Band 3

**Best Lawyers®**
**2008–2022**  Mass tort litigation/class actions – plaintiffs

**Law360**
**2021**  Titans Of The Plaintiffs Bar
**2019**  "Product Liability MVP"

*Rhode Island Super Lawyers®* list
**2008, 2010–2021**  Environmental litigation; Personal injury – products: plaintiff; Class action/mass torts

**National Law Journal**
**2019** Elite Women of the Plaintiffs' Bar
**2018** Plaintiffs' Lawyers Trailblazers
**2015** Outstanding Women Lawyers

**Lawdragon**
**2014–2021** Lawdragon 500
**2019–2021** Lawdragon 500 Plaintiff Consumer Lawyers

***The Legal 500 United States***
**2013, 2014, 2018** Dispute resolution – product liability, mass tort and class action – toxic tort – plaintiff

**The National Trial Lawyers**
**2010–2013** Top 100 Trial Lawyers™ – Rhode Island

***Rhode Island Lawyers Weekly***
**2006** Rhode Island Lawyer of the Year

**Public Justice Foundation**
**2014** Trial Lawyers of the Year
**2006** Finalist: Trial Lawyers of the Year award

## ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**American Civil Liberties Union**, Volunteer attorney
**Public Justice Foundation,** Rhode Island State Coordinator
**Rhode Island Association for Justice**
**Rhode Island Women's Bar Association**

\* Please remember that every case is different. Although it endorses this lawyer, *The Legal 500 United States* is not a Motley Rice client. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

## Jodi Westbrook Flowers

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the Second, Fourth, and District of Columbia Circuits; U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, Carolina Legal Scholar, 1993
B.A. *magna cum laude*, College of Charleston, 1989

A veteran of the courtroom, Jodi Westbrook Flowers seeks to protect the health, safety and rights of consumers, families, investors, workers, and victims of crime and terrorism. Jodi has litigated a wide range of cases involving tobacco, asbestos, lead pigment, aviation disasters, consumer fraud, cybersecurity and product defects, as well as terrorist financing and human rights violations. She also represents public entities seeking to hold opioid manufacturers and distributors accountable for allegedly deceptive marketing and distribution practices that contributed to the nation's opioid crisis.

In the vehicle defect multidistrict litigation, *In re General Motors LLC Ignition Switch Litigation*, Jodi works on cases related to economic loss due to faulty ignition switches installed in more than 14 million recalled GM vehicles. Previously, she worked to demonstrate the necessary minimum contacts within the U.S. for the exercise of personal jurisdiction over Bridgestone

Corporation in the class action for damages allegedly caused by vehicle and tire defects, *In re Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tire Products Liability Litigation*, Case No. 00-MDL-1373-SEB (S.D.Ind.). She also led a team at Motley Rice in the Volkswagen Diesel Emissions Fraud class action litigation, working on behalf of defrauded consumers in the $15 billion settlement deal for 2.0-liter vehicles. The settlement was the largest auto-related consumer class action in U.S. history, and among the fastest reached of its kind. Jodi represents clients who have raised similar allegations against Fiat Chrysler Automobiles, claiming the automaker installed emissions cheating software in thousands of 3.0-liter diesel vehicles, in *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practice and Products Liability Litigation*.

Jodi serves as co-liaison counsel and represents victims in the 21st Century Oncology data breach multidistrict litigation. She also represents consumers and businesses impacted by security flaws believed to affect virtually all Intel Corp., computer processors.

Jodi handles a variety of cases regarding the state-sponsorship of international terrorism, as well as human rights litigation involving violations of international law and human rights abuses. Jodi now leads the legal team founded by Ron Motley that brought the groundbreaking litigation against the financiers and material supporters of al Qaeda. Representing thousands of family members and survivors of Sept. 11, 2001, in a pioneering civil action to hold al Qaeda's sponsors accountable and cut off the terror support pipeline, she serves on the Plaintiffs' Executive Committee for the *In re Terrorist Attacks on September 11, 2001* litigation consolidated by the Multidistrict Litigation Panel. She aided 9/11 victims and families in their years-long push to pass the Justice Against Sponsors of Terrorism Act, which became law in 2016.

Jodi is currently involved in processing claims for the new Victims' Compensation Fund for first responders, area residents, and anyone whose health may have been affected by exposure to environmental toxins released in the terrorist attacks. She was also an integral member of the Motley Rice aviation security litigation team seeking accountability and change in aviation security following the 9/11 attacks. In addition, Jodi also represents international terror victims who have filed claims through the U.S. Victims of State Sponsored Terrorism Fund.

Jodi also played a key role in *Linde et al. v. Arab Bank PLC*, filed by victims of terrorist bombings in Israel against Arab Bank for allegedly financing Hamas and other Israeli terrorist organizations. This case marked the first time that a financial institution has been brought to trial under the Anti-Terrorism Act. Jodi also helped lead a parallel suit for thousands of non-U.S. citizens, *Jesner v. Arab Bank*, which was heard by the U.S. Supreme Court regarding violations of customary international law by foreign corporations under the Alien Tort Statute.

She served as the lead negotiator in *Cummock, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.*, the last hold-out of the individual cases against Libya for the Lockerbie bombing of



Pan Am Flight 103, and continues to seek justice for victims of Libyan sponsored terrorism during Qadhafi's reign. Jodi also authored an *amicus* brief, supporting section 1502 of the Dodd-Frank Act, regarding the trade regulation of conflict minerals in the Democratic Republic of the Congo. She was also an integral member of a team that sought recourse for young victims of human trafficking and child enslavement for use as camel jockeys, and filed a federal civil complaint against several leaders in the United Arab Emirates for their alleged role.

Jodi has worked on environmental contamination cases in the Virgin Islands involving leaking gas tanks, and she represented clients in advancing their Deepwater Horizon oil spill claims through the programs established by the two settlements reached with BP. Jodi has served on numerous MDL Executive Committees and subcommittees, and holds several leadership positions within the firm.

Jodi began her career applying restitution and fraud theories to the litigation against the tobacco industry which resulted in the historic Master Settlement Agreement between the state attorneys general and the tobacco industry. She developed expert and whistleblower testimony and synthesized millions of pages of documents for trial. She prepared the false-marketing and child targeting case against the tobacco industry which resulted in restrictions on cartoon ads and the retirement of Joe Camel.

Jodi has been interviewed by various media outlets, including U.S. and foreign television, radio and print media. She provides pro bono work on a variety of global, national and community issues and helped establish the firm's Charitable Contributions Committee. She served as a member of the American Bar Association's Center for Human Rights Advisory Council from 2014 to 2016, and currently serves on the board of the PanAm 103 Lockerbie Legacy Foundation, and as a member of the South Carolina Human Trafficking Task Force.

## PUBLISHED WORKS:
"Remarks on the GJIL Symposium on Corporate Responsibility and the Alien Tort Statute," *Georgetown Journal of International Law,* Volume 43–Issue 4, Summer 2012. (43 Geo. J. Int'l. L. 1601)

## AWARDS AND ACCOLADES:
**Best Lawyers®**
**2015–2022** Mass tort litigation/class actions – plaintiffs

**The National Trial Lawyers**
**2020–2021** Top 100 Trial Lawyers™: South Carolina

**National Law Journal**
**2020** Elite Women of the Plaintiffs' Bar
**2018** Plaintiffs' Lawyers Trailblazers

**Lawdragon**
**2010–2021** Lawdragon 500
**2019–2021** Lawdragon 500 Plaintiff Consumer Lawyers
**2019–2021** Lawdragon 500 Plaintiff Financial Lawyers

***South Carolina Lawyers Weekly***
**2017** Leadership in Law Honoree

**Public Justice Foundation**
**2016** Trial Lawyers of the Year

***The Legal 500 United States***, Litigation edition
**2016–2018** Dispute resolution – product liability, mass tort and class action – toxic tort – plaintiff

**Benchmark Plaintiff**
**2014** Top 150 Plaintiff Women in Litigation: South Carolina
**2012–2013** National "Litigation Star": civil rights/human rights and mass tort/product liability
**2012–2014** South Carolina "Litigation Star": environmental, human rights, mass tort and securities

## ASSOCIATIONS:
**Litigation Counsel of America**
**American Association for Justice**
**South Carolina Association for Justice**
**American Bar Association,** SIL–International Human Rights Committee
**South Carolina Bar Association,** SC Women Lawyers
**Charleston Bar Association**
**Daughters of the American Revolution**
**The Fellows of the American Bar Foundation**

- *Although it endorses this lawyer, *The Legal 500 United States* is not a Motley Rice client.

## *Vincent L. Greene IV*

LICENSED IN: RI
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Rhode Island
EDUCATION:
J.D., George Washington University Law School, 1998
B.A., College of the Holy Cross, 1995
Vin Greene works on behalf of victims of lead poisoning, asbestos-related diseases and defective medical products. He represents children and families poisoned by exposure to lead paint and pigments in trials, negotiations and settlements, including achieving a rare jury verdict and compensatory damages in 2015 for a Rhode Island woman who suffered cognitive defects due to lead exposure as a child. Vin's legal efforts led to his critical role in defeating tort reform legislation in Rhode Island, utilizing testimony, analysis and grassroots outreach to push passage of a bill that helped prevent childhood lead poisoning without infringing on victims' rights. For his numerous efforts and accomplishments, the Childhood Lead Action Project honored him with its Beyond the Call of Duty Award in 2001.

Currently, Vin represents workers and families suffering from mesothelioma and other asbestos-related diseases as a result of occupational, environmental or household exposure to asbestos. He has managed asbestos cases and negotiations on behalf of hundreds of individuals, including arguing before the Supreme Courts of Ohio and Rhode Island, as well as Ohio Appellate Courts.

In addition to his toxic exposure casework, Vin litigates on behalf of patients who suffered severe health complications caused by allegedly defective mesh products, including Composix® Kugel® Mesh patches and other hernia mesh products, as well as transvaginal mesh.

Active in the legal community, Vin served in 2015 as President of the Rhode Island Association for Justice. He is the current Treasurer for the Rhode Island Center for Justice, a non-profit law center advocating for workers' rights and other public interest issues. Vin began working with Motley Rice attorneys in 1997 on the landmark litigation against the tobacco industry and medical malpractice cases. Named a Motley Rice member in 2008, Vin is recognized as an AV® rated attorney by Martindale-Hubbell®.

## AWARDS AND ACCOLADES:

**Best Lawyers®**
**2017–2022**  Product liability litigation – plaintiffs

***Rhode Island Super Lawyers® lists***
**2014–2021**  Personal injury – products: plaintiff; Class action/ mass torts; Environmental litigation

**Lawdragon**
**2020–2021**  Lawdragon 500 Plaintiff Consumer Lawyers

**Benchmark Plaintiff**
**2012–2014**  Rhode Island "Litigation Star": environmental, medical malpractice, toxic tort

***The Legal 500 United States***
**2010**  Mass tort and class action: plaintiff representation – toxic tort

## ASSOCIATIONS:

**American Association for Justice**
**American Civil Liberties Union**
**Rhode Island Bar Association for Justice,** Past President
**Rhode Island Center for Justice,** Treasurer

*Although it endorses this lawyer, The Legal 500 United States is not a Motley Rice client.

## Max N. Gruetzmacher

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina, and the Northern District of Illinois
EDUCATION:
J.D., Marquette University Law School, 2008
B.A., University of Wisconsin-Madison, 2004
Max Gruetzmacher focuses his practice on securities and consumer fraud, representing large public pension funds, unions and other institutional investors in securities and consumer fraud class actions and shareholder derivative suits, as well as consumers, businesses, and governmental entities in other types of complex civil litigation.

Max also brings substantial experience counseling the firm's attorneys and clients with respect to e-discovery strategy throughout the various stages of litigation, from pre-filing through trial.

Prior to joining the firm, Max gained experience in a variety of legal practice areas, including defense of pharmaceutical mass torts cases, of banks in mortgage-backed securities cases, and in appellate criminal defense.

## ASSOCIATIONS:

**South Carolina Bar Association**
**Charleston County Bar Association**

## Serena P. Hallowell

LICENSED IN: NY
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Ninth, and Eleventh Circuits;
U.S. District Court for the Southern and Eastern Districts of New York
EDUCATION:
J.D., Boston University School of Law, 2003
B.A., Occidental College, 1999
With nearly 20 years of complex litigation and securities experience, Serena Hallowell has been recognized by her peers as a leader in the plaintiffs' securities bar and a Plaintiffs' Lawyer "Trailblazer" in 2019 by *National Law Journal* for her work in securities opt-out litigation. As lead of Motley Rice's direct-action litigation efforts, and a leader of the firm's securities fraud team, Serena litigates for some of the world's largest institutional investors, including pension funds, hedge funds, mutual funds, family offices, and other large institutional investors. She also regularly advises institutional investors and public entities regarding recovery opportunities in connection with fraud-related conduct.

Prior to her time at Motley Rice, Serena was the head of a direct-action practice and member of the securities class action group as a partner of a large securities law firm in New York. In that capacity, she was a key member of several litigation teams that achieved multi-million settlements for clients, aggregating close to $500 million. Notable cases Serena was a leading/key member of prior to joining Motley Rice include:

- *In re Barrick Gold Securities Litigation* ($140 million settlement*)
- *In re Computer Sciences Corp. Securities Litigation* ($97.5 million settlement*)("rocket docket" jurisdiction and estimated to be the third largest all cash settlement in the Fourth Circuit)
- *Public Employees' Retirement System of Mississippi v. Endo* ($50 million settlement*) (state court Section 11 action believed to be the largest class settlement obtained pursuant to the Securities Act of 1933 in connection with a secondary public offering)



- *In re Intuitive Surgical Securities Litigation*, No. 5:13-cv-01920 (N.D. Cal.) ($42.5 million settlement\* for the class, including the Employees' Retirement System of the State of Hawaii)

- *In re NII Holdings, Inc. Securities Litigation* ($41.5 million settlement\*) ("rocket docket" jurisdiction where settlement was obtained even after company filed bankruptcy)

Serena has also led opt-out cases against companies, including Valeant Pharmaceuticals, Perrigo Company, and Teva Pharmaceuticals for a variety of institutional investors seeking to recoup losses stemming from alleged fraud-related conduct. With respect to Valeant, Serena and her team pursued claims under the New Jersey RICO statute, and was the first opt-out plaintiff to successfully defeat a motion to dismiss those claims. Certain Valeant actions have since been resolved and Serena continues to prosecute matters on behalf of others.

Serena was selected to *The National Law Journal's* "Elite Women of the Plaintiffs' Bar" in 2020 for having consistently excelled in high-stakes matters on behalf of plaintiffs. She was also recognized by them as a Plaintiffs' Lawyer "Trailblazer" in 2019 in part for her work on behalf of opt-out plaintiffs. Legal publication *Law360* named her as a "Securities MVP" in 2019, and the 2020 *Chambers USA* report recognized her in the area of New York securities litigation for plaintiffs. *The Legal 500* also recommended her in the field of securities litigation in 2016 and 2017.

Serena is a frequent speaker in legal circles throughout the country on matters related to securities litigation and diversity and inclusion in the legal and financial sectors. She uses her platform to champion women's rights and promote diversity in the financial realm, including advocating for women and minority-led investment firms.

Serena has performed *pro bono* work for immigrant detainees through the American Immigrant Representation Project, in addition to volunteering with the Securities Arbitration Clinic at Brooklyn Law School, among other positions. She is conversational in Hindi and Urdu.

### SELECTED PUBLICATIONS:

- *'Mutual Funds Should Consider Shareholder Litigation,'* Law360 (Oct. 8, 2019)

- *'Around the World in a Decade: The Evolving Landscape of Securities Litigation Post-Morrison,'* NAPPA (Nov. 26, 2019)

- *'Emulex Highlights Greater Scrutiny of Issues at High Court,'* Law360 (April 25, 2019)

- *'China Agritech's Positive Implications for Plaintiffs,'* Law360 (July 3, 2018)

- *'Direct Actions: A Path to Recovery for Foreign Purchases of Securities,'* The NAPPA Report (Oct. 31, 2017) *'Investor Recovery Strategies Following ANZ Securities,'* Law360 (July 12, 2017)

- *'Does 'Dukes' Require Full 'Daubert' Scrutiny at Class Certification?'* New York Law Journal (Nov. 25, 2011)

### AWARDS AND ACCOLADES:

**Chambers USA**
**2020–2021**  Litigation: Securities: Plaintiffs – New York, Up and Coming

**Benchmark Litigation**
**2020–2021**  Future Star

**National Law Journal**
**2020**  Elite Women of the Plaintiffs' Bar
**2019**  Plaintiffs' Lawyers Trailblazers

**Lawdragon 500**
**2019–2021**  Leading Plaintiff Financial Lawyers
**2019–2020**  Leading Lawyers in America

**Law360**
**2019**  Securities MVP
**2016**  Rising Star

**The Legal 500**
**2016–2017**  Recommended in the Field of Securities Litigation

### ASSOCIATIONS:

**New York City Bar Association, Securities Litigation Committee**
**Federal Bar Council**
**South Asian Bar Association**
**National Association of Public Pension Attorneys**
**National Association of Women Lawyers**
**The National Association of Shareholder & Consumer Attorneys, Secretary**

## Kristen M. Hermiz

LICENSED IN: MA, RI, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Northern District of Ohio, District of Rhode Island, District of South Carolina
EDUCATION:
J.D., *magna cum laude,* Roger Williams University School of Law, 2010
B.A., *magna cum laude,* University of Connecticut, 2007

Kristen Hermiz represents clients in complex multidistrict litigation in state and federal court. She also represents cities and counties, state attorneys general, and other entities in order to advance public health.  Kristen also advocates for patients injured by dangerous and defective medical products.

Kristen currently represents multiple governmental entities in litigation against manufacturers and distributors of highly addictive opioid drugs. She also represents hernia patients in state and federal court who allege mesh repairs harmed them.

Kristen's other clients include people who developed mesothelioma and other asbestos-related diseases caused by occupational, environmental or household asbestos exposure. On behalf of asbestos victims and their families, she has sued manufacturers, property owners and contractors who sold or installed defective or hazardous asbestos-containing products.

Prior to joining Motley Rice, Kristen was an associate for the Providence City Solicitor's Office, arguing motions in various civil actions for the city of Providence and handling housing, zoning, employment and civil rights litigation.

A Roger Williams Scholarship recipient and CALI Award winner, Kristen served as a member of *The Roger Williams University Law Review* and was a legal intern for the Honorable Daniel A. Procaccini of the Rhode Island Superior Court. Also a judicial extern for the Honorable Jacob Hagopian of the U.S. District Court for the District of Rhode Island, Kristen drafted judicial reports and made recommendations for *pro se* prisoner petitions. While in law school, Kristin was a law clerk for the Office of the Vice President & General Counsel at Brown University and a research assistant to law professor Edward Eberle and retired Rhode Island Superior Court Justice Stephen Fortunato. For retired Justice Fortunato, she researched statutory and case law for a constitutional law manuscript involving race, poverty, gender discrimination and civil rights reform efforts.

## ASSOCIATIONS:
**Rhode Island Bar Association**
**South Carolina Bar Association**

## AWARDS AND ACCOLADES:
**The National Trial Lawyers**
**2020** Top 100 Civil Plaintiff Trial Lawyers™: South Carolina

## John E. Herrick

LICENSED IN: MD, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Central District of Illinois, District of Maryland, Northern District of Ohio, District of South Carolina, Eastern and Southern Districts of Texas, Eastern and Western Districts of Wisconsin
EDUCATION:
J.D., University of South Carolina School of Law, 1988
B.A., University of South Carolina, 1983

John Herrick has spent more than 30 years representing victims of asbestos exposure suffering from mesothelioma and other asbestos-related diseases. As a leader of the firm's occupational disease practice, John continues to fight for the rights of those harmed by asbestos and other occupational diseases and assists in managing the firm's asbestos litigation teams. A senior trial lawyer with years of courtroom experience, John represents individuals and families against defendants which manufactured and sold defective and unreasonably dangerous asbestos-containing products and equipment, as well as premise owners and contractors who specified and installed those products.

John has litigated asbestos cases resulting from occupational, environmental and household exposure, receiving verdicts in hundreds of matters. He also represents maritime workers who suffered asbestos exposure caused by manufacturers and suppliers, ship owners, shipbuilders and vessel designers.

In addition, John was lead trial counsel in a welding fume verdict for the plaintiff on behalf of a welder who developed manganism from exposure to welding fumes. He won the first affirmed jury verdict in the United States for a domestic, asbestos- exposed mesothelioma victim in the Marie Granski case and achieved the first verdict in the United States against

SCAPA US, the former manufacturer of asbestos-containing dryer felts. John also worked as lead trial counsel in the Harlow trial group, cited as a top 100 case of the year by *The National Law Journal*, and litigated a personal injury case against a tobacco company for a plaintiff harmed by the use of asbestos in cigarette filters.

John is recognized as an AV® rated attorney by Martindale-Hubbell® and frequently serves as a guest speaker at asbestos litigation-related seminars.

## AWARDS AND ACCOLADES:
**Best Lawyers®**
**2018** "Lawyer of the Year" Charleston, SC: Product liability litigation – plaintiffs
**2015–2022** Product liability litigation – plaintiffs

**Lawdragon**
**2020–2021** Lawdragon 500 Plaintiff Consumer Lawyers

*The Legal 500 United States*
**2007, 2009–2012, 2015, 2018** Dispute resolution – product liability, mass tort and class action – toxic tort – plaintiff

## ASSOCIATIONS:
**The Fellows of the American Bar Foundation**
**American Association for Justice**
**American Bar Association**
**American Board of Trial Advocates**
**South Carolina Association for Justice**

- *Although it endorses this lawyer, The Legal 500 United States is not a Motley Rice client.

## T. David Hoyle

LICENSED IN: DC, FL, GA, SC
ADMITTED TO PRACTICE BEFORE:
Georgia Supreme Court; U.S. Court of Appeals for the Fourth and Eleventh Circuits; Georgia Court of Appeals; U.S. District Court for the Middle, Northern and Southern Districts of Florida, Middle and Northern Districts of Georgia, Western District of Michigan, District of Nebraska, District of South Carolina, and the Western District of Wisconsin
EDUCATION:
J.D., *cum laude*, University of South Carolina School of Law, 2005
B.A., Wofford College, 2002

David Hoyle is a trial lawyer who works to bring about change through the civil justice system, representing victims of corporate wrongdoing and negligence in complex litigation ranging from toxic torts to environmental contamination and catastrophic incidents.

David is currently co-lead counsel in *In re New Indy Emissions Litigation*, C/A No. 0:21-cv-01480-SAL (D. S.C.) which alleges that the daily lives of tens of thousands of residents are impacted by emissions of hydrogen sulfide, methyl mercaptan, and other toxic air pollutants from a pulp and paper mill in Catawba, South Carolina.



David plays a leading role in litigation involving per- and poly-fluroalkyl substances or PFAS. These man-made chemicals are "forever chemicals," which do not biodegrade and are extremely persistent in the environment. David has taken dozens of liability depositions concerning the alleged concealment of these hazards. He leads the 3M Discovery Team for the Plaintiffs' Executive Committee in *In re Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2873, involving AFFF firefighting suppressant products. In addition, David represents governmental entities and water providers in the MDL.

David has also litigated complex personal injury cases involving catastrophic burns, brain injury, loss of limb and paralysis, as well as wrongful death cases resulting from negligence, fires, industrial accidents and defective products. He previously represented governments and businesses affected by the 2010 BP Deepwater Horizon oil spill.

David began his career at Motley Rice working on behalf of victims suffering from mesothelioma and other asbestos-related diseases and continues to represent Canadian provincial workers' compensation boards concerning third-party asbestos claims. He has also litigated chemical exposure cases involving methylene chloride, benzene, and more than a dozen other chemicals as a leader of Motley Rice's toxic tort practice.

For more than 15 years, David's wide-ranging curiosity, genuine empathy, and versatile litigation skills have made him comfortable in a variety of settings and allowed him to handle all aspects of litigation, from initial client meetings to first chairing jury trials and making appellate oral arguments. An AV® rated attorney in Martindale-Hubbell®, he has also negotiated the resolution of numerous cases with a focus on the clients' goals and changing defendant conduct. Following the conviction of a South Carolina child predator, David litigated sexual abuse survivor claims against the predator's former employer, Pinewood Preparatory School, negotiating a resolution that includes the implementation of a new Child Protection Policy that includes the enforcement of stricter procedures and a decade of outside monitoring. David also litigated the claims of a rape survivor against the owner of a self-storage facility and negotiated a resolution that included the business changing its security practices.

David has presented at seminars on a diverse range of topics, such as the economic loss rule in environmental cases, PFAS litigation, trends in federal practice, ethical issues involving social media, NFL concussion litigation, and asbestos disease awareness. He is the author of "Seal of Disapproval: International Implications of South Carolina's Notary Statute," 3 *S.C.J.Int'l. L. & Bus.* 1 (2006).

David currently serves in a leadership role for the South Carolina Association for Justice. Active in his community, he has served on the Board of Directors for the Lowcountry Autism Foundation and volunteered for more than 10 years with the Lowcountry AIDS Legal Clinic. He is a former member of the Ecclesiastical Court of The Episcopal Church in South Carolina, and is an appointed member of The Episcopal Church Province IV Court of Review.

## AWARDS AND ACCOLADES:

**South Carolina Super Lawyers® Rising Stars** list
**2012–2019**  Personal injury–general: plaintiff; Civil rights; Environmental litigation

**Charleston Business Magazine**
**2017** "Legal Elite of the Lowcountry"

**The National Trial Lawyers**
**2012** *Top 100 Trial Lawyers™*– South Carolina

## ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**

## John D. Hurst

LICENSED IN: NC, PA, SC, WV
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Eastern, Middle and Western Districts of North Carolina, Northern District of Ohio, District of South Carolina, and the Northern and Southern Districts of West Virginia
EDUCATION:
J.D., University of North Carolina, School of Law, 2006
B.A. *highest distinction*, University of North Carolina, Chapel Hill, 2002

John Hurst works to hold corporations accountable for the harm they do to individuals and society, developing and executing case strategies in toxic tort, occupational disease, catastrophic injury, and product liability cases.

John represents workers and their family members injured by occupational, environmental or household exposure to asbestos, including numerous mesothelioma victims. A central member of the West Virginia team, he also manages large, complex multi-party litigation and works extensively in federal, state, and bankruptcy court at both trial and appellate levels. John litigates legal issues under product, premises, and employer liability theories.

John represents merchant mariners with Jones Act claims against their shipowner employers in the federal asbestos MDL-875 and in the Northern District of Ohio and has presented on this topic. In 2014, John was a key member of a trial team that obtained a compensatory and punitive damages verdict in Massachusetts federal court against a manufacturer of asbestos-containing fireproofing.

Recognized as an AV® rated attorney Martindale-Hubbell®, John's experience goes beyond occupational disease litigation. He represented victims of a 2009 explosion at the ConAgra facility in Garner, N.C., and negotiated the resolution of those claims against industrial contractors.

John published the first academic analysis of credit counseling agencies, "Protecting Consumers from Consumer Credit Counseling," 9 N.C. Banking Inst. 159 (2005), and co-authored "Premises Liability Update: Employee Cases," for Emerging Trends in Asbestos Litigation, (March 9-11, 2009), and "The Changing Landscape of Single Sex Education," *School Law Bulletin* (2006).

### AWARDS AND ACCOLADES:
***West Virginia Super Lawyers® Rising Stars* list**
**2014–2021** Personal injury – general: plaintiff; Personal injury – products: plaintiff; Class action/mass torts

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**Charleston County Bar Association**
**South Carolina Association for Justice**

## Mathew P. Jasinski

LICENSED IN: CT, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the First, Second, and Third Circuits; U.S. District Court for the District of Connecticut and Southern District of New York
EDUCATION:
J.D. *with high honors*, University of Connecticut School of Law, 2006
B.A. *summa cum laude*, University of Connecticut, 2003

Mathew Jasinski represents consumers, businesses, and governmental entities in class action and complex cases involving consumer protection, unfair trade practices, commercial, environmental and securities litigation. He also represents whistleblowers in *qui tam* cases under the False Claims Act.

Mathew's litigation experience includes all aspects of trial work, from case investigation to appeal. He has represented plaintiffs in class actions involving such claims as breach of contract and unfair trade practices. He has experience in complex commercial cases regarding claims of fraud and breach of fiduciary duty and has represented an institutional investor in its efforts to satisfy a judgment obtained against the operator of a Ponzi scheme. Mathew obtained a seven-figure arbitration award in a case involving secondary liability for an investment advisor's conduct under the Uniform Securities Act. Please remember that every case is different. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

Mathew also serves the firm's appellate group, having argued cases in the U.S. Courts of Appeals for the First and Second Circuits, the Connecticut Appellate Court, and the Connecticut Supreme Court. He also has worked on numerous appeals before other state and federal appellate courts across the country.

Prior to joining Motley Rice in 2009, Mathew practiced complex commercial and business litigation at a large defense firm. He began his legal career as a law clerk for Justice David M. Borden (ret.) of the Connecticut Supreme Court. During law school, Mathew served as executive editor of the *Connecticut Law Review* and judging director of the Connecticut Moot Court Board. He placed first in various moot court and mock court competitions, including the Boston region mock trial competition of the American Association for Justice. As an undergraduate, Mathew served on the board of associate directors for the University of Connecticut's honors program and was recognized with the Donald L. McCullough Award for his student leadership.

Mathew continues to demonstrate civic leadership in the local Hartford community. He is vice chairman of the board of directors for the Hartford Symphony Orchestra, a deacon of the Asylum Hill Congregational Church, and a commissioner of the Hartford Parking Authority. Previously, Mathew served on the city's Charter Revision Commission and its Young Professionals Task Force, an organization focused on engaging young professionals and positioning them for future business and community leadership.

### PUBLISHED WORKS:
"On the Causes and Consequences of and Remedies for Interstate Malapportionment of the U.S. House of Representatives" (Jasinski and Ladewig, *Perspectives on Politics,* Vol. 6, Issue 1, March 2008)

"Hybrid Class Actions: Bridging the Gap Between the Process Due and the Process that Functions" (Jasinski and Narwold), *The Brief,* Fall 2009

### AWARDS AND ACCOLADES:
**Super Lawyers®**
**2013–2021** *Connecticut Super Lawyers Rising Stars* list
Business litigation; Class action/mass torts; Appellate

**Lawdragon**
**2019–2021** Lawdragon 500 Plaintiff Financial Lawyers

***Connecticut Law Tribune***
**2018** "New Leaders in Law"

***Hartford Business Journal***
**2009** "Forty Under 40"

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**Connecticut Bar Association**
**Oliver Ellsworth Inn of Court**
**Phi Beta Kappa**

*For full Super Lawyers selection methodology visit: www.superlawyers.com/about/selection_process.html*
*For current year CT data visit: www.superlawyers.com/connecticut/selection_details.html*

Prior results do not guarantee a similar outcome.



## Anne McGinness Kearse

LICENSED IN: DC, SC, WV
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Eleventh Circuit, U.S. District Court for the Eastern District of New York, Eastern and Western Districts of Pennsylvania, District of South Carolina and the Southern District of West Virginia
EDUCATION:
J.D. *summa cum laude,* University of South Carolina School of Law, 1998

B.S., Syracuse University, 1983

With more than two decades of experience in complex litigation, Anne brings a passion for justice to each case, working for her clients and seeking to bring those responsible to account. Through litigation, including mass torts, class actions and individual cases, Anne pursues the implementation of better safety practices and corporate governance measures for those corporations, as well as just compensation for victims of toxic exposure, extreme and life-altering injuries, workplace injuries and diseases, severe burns, brain damage, loss of limb and paralysis, and wrongful death resulting from negligence and defective products.

She works closely with victims and their families, often meeting with them in their homes for consultations. She strives to provide each client with personalized attention and individual justice, whether the case is part of a class action or stands alone.

Anne often collaborates with other attorneys, including estate and probate counsel, in order to approach each case from a team perspective. She also consults with experts to provide input on cases.

She is a member of the firm's litigation team currently representing dozens of governmental entities, including states, cities, towns, counties and townships targeting the alleged misrepresentation of highly addictive opioids by manufacturers and distributors, a suspected cause of the opioid epidemic plaguing communities nationwide.

Anne represents workers diagnosed with the devastating disease mesothelioma caused by asbestos exposure in the chemical, electric power generation, steel or construction industries. She also represents victims of household exposure—children and spouses who developed mesothelioma or other asbestos-related diseases after being exposed to asbestos fibers that a family member unwittingly brought home from work on clothes or belongings. Anne has tried several noteworthy asbestos cases, including *Cox vs. A&I Company*, West Virginia's first household asbestos exposure case, and the 2002 West Virginia Consolidated Asbestos Trial against Union Carbide in which unsafe working conditions were found at its plants throughout the state. In addition to maintaining an active trial schedule, Anne represents Canadian Workers' Compensation Boards in U.S. courts to recoup benefits they paid Canadian asbestos victims.

Devoted to worker safety and health in all forms, Anne also represents and has secured settlements for flavoring workers who suffered respiratory ailments and other diseases caused by toxic chemical exposure. She also recently secured a jury verdict against SAR Automation, L.P. for $8.8 million* for the wrongful death of a worker who fell at a Boeing facility and left behind a widow and two small children.

As a law clerk, Anne supported the team representing the State Attorneys General in the historic lawsuit against Big Tobacco, which resulted in the largest civil settlement in U.S. history. Shortly after, she was a member of the trial team that litigated *Falise v. American Tobacco Company*.

Well-versed in navigating complex litigation, Anne holds several leadership positions within the firm, managing legal teams associated with occupational disease, toxic exposure and severe personal injury. Anne has written several articles of interest to the plaintiffs' bar and frequently speaks on asbestos litigation, general product liability, legal ethics and tort reform at seminars across the country. She has been published on major legal issues, including *forum non conveniens* and defective products abroad, corporate misconduct, medicolegal aspects of asbestos litigation and mass tort litigation. Anne co-authored the 12th chapter of the book, "Pathology of Asbestos-Associated Diseases" (*Medicolegal Aspects of Asbestos-Related Diseases: A Plaintiff's Attorney's Perspective,* 3rd ed., 2014). Edited by Victor L. Roggli, MD; Tim D. Oury, MD, PhD; and Thomas A. Sporn, MD, this publication is a comprehensive asbestos reference book used by both physicians and attorneys.

Anne served as the 2016–2017 President of the Public Justice Foundation, a charitable organization focused on protecting people and the environment and increasing access to justice. She has been on the Board of Directors since 2010. In 2011, Anne served on the Executive Board for a local chapter of Safe Kids USA, advocating for childhood injury prevention. She also currently serves as a Section Councilor in the Law Section of the American Public Health Association.

## AWARDS AND ACCOLADES:

**Best Lawyers®**
**2016** Charleston, S.C. "Lawyer of the Year": Mass tort litigation/class actions – plaintiffs
**2011–2022** Mass tort litigation/class actions – plaintiffs

*South Carolina Super Lawyers® list*
**2013–2021** Class action/mass torts; Personal injury – products: plaintiff; Personal injury – general: plaintiff

*South Carolina Lawyers Weekly*
**2020** Leadership in Law Lawyer of the Year

**Lawdragon**
**2020–2021** Lawdragon 500 Plaintiff Consumer Lawyers

**University of South Carolina School of Law Alumni Association**
**2018** Compleat Lawyer Award
**1998** Bronze Compleat Award

**The National Trial Lawyers**
**2010** Top 100 Trial Lawyers™: South Carolina

***The Legal 500 United States***
**2007, 2009–2012, 2016, 2018** Dispute resolution – product liability, mass tort and class action – toxic tort – plaintiff

***Benchmark Plaintiff***
**2013** National "Litigation Star": mass tort/product liability – plaintiffs
**2012–2014** South Carolina "Litigation Star": mass tort/product liability – plaintiffs
**2014** *Top 150 Women in Litigation* list: South Carolina: mass tort/product liability – plaintiffs

## ASSOCIATIONS:

**Public Justice Foundation,** Board of Directors
**American Association for Justice,** Chair – Committee on Asbestos Education
**American Bar Association**
**South Carolina Association for Justice**, Board of Governors
**Litigation Counsel of America,** Senior Fellow
**Order of the Coif**
**Order of the Wig and Robe**
**John Belton O'Neal Inn of Court**
**American Inns of Court,** James L. Petigru Chapter
**Pound Civil Justice Institute,** Supporting Fellow
**The Fellows of the American Bar Foundation**

- * Prior results do not guarantee a similar outcome. Although it endorses this lawyer, The Legal 500 United States is not a Motley Rice client.

## Marlon E. Kimpson

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina, Eastern District of Michigan
EDUCATION:
J.D., University of South Carolina School of Law, 1999
B.A., Morehouse College, 1991

Marlon Kimpson represents victims of corporate malfeasance, from investors in securities fraud cases to consumers harmed by large data and privacy breaches, as well as people injured or killed in catastrophic incidents. Building upon the firm's relationships with unions and governmental entities, Marlon represents individuals, state and municipality pension funds, multi-employer plans, unions and other institutional investors in securities fraud class actions and in mergers and acquisition cases, seeking asset recovery and improved corporate governance.

Marlon has litigated securities cases including: *In re Atheros Communications, Inc., Shareholder Litigation; In re Celera Corporation Shareholder Litigation; In re RehabCare Group, Inc. Shareholders Litigation; In re Coventry Healthcare, Inc.,* *Shareholder Litigation;* and *In re Big Lots, Inc., Shareholder Litigation.* In 2017, he helped secure a $16 million settlement to resolve shareholders' claims in *Epstein v. World Acceptance Corp. et al.*, which alleged that World Acceptance misled investors about its lending practices and compliance with federal law. More recently, Marlon was local counsel for institutional investors in *In re SCANA Corporation Securities Litigation*, a complex securities fraud matter related to alleged misrepresentations and omissions concerning the design, construction, and abandonment of SCANA's nuclear construction project in South Carolina. The case resolved in 2020 with a $192 million settlement. It is the largest securities class action recovery ever obtained in the District of South Carolina, the fifth largest securities class action recovery in the history of the Fourth Circuit, and among the top 100 securities class action recoveries nationwide.

Marlon is co-lead counsel and a member of the Plaintiffs' Steering Committee for multidistrict litigation, *In re: Blackbaud Inc. Customer Data Security Breach Litigation*, filed in the District of South Carolina for consumers affected by a 2020 ransomware attack and resulting data breach that targeted software company Blackbaud. He also represents Facebook users who allege the social media network violated privacy laws by allowing political data firm Cambridge Analytica to harvest private information from more than 87 million of its users without their knowledge or permission.

In addition to securities and consumer fraud litigation, Marlon is part of the team representing dozens of governmental entities, including states, counties, cities, towns, and townships in litigation targeting the alleged deceptive marketing and over-distribution of highly addictive opioid drugs, a contended cause of the nationwide opioid crisis. He has also represented victims of catastrophic personal injury, asbestos exposure, and aviation disasters. He has litigated commercial and charter aviation cases with clients, defendants and accidents involving multiple countries. He also represented people and businesses in the Deepwater Horizon BP oil spill settlements claims programs.

Marlon currently serves as South Carolina State Senator of District 42, representing citizens of Charleston and Dorchester Counties. A frequent speaker, Marlon has presented at seminars and conferences across the country, including the Public Funds Summit, the National Association of State Treasurers, the South Carolina Black Lawyers' Association, the National Conference on Public Employee Retirement Systems (NCPERS) and the National Association of Securities Professionals (NASP).

After five years in commercial banking, Marlon entered the field of law and served as a law clerk to Judge Matthew J. Perry of the U.S. District Court of South Carolina. His legal work and volunteer service also earned him the University of South Carolina School of Law bronze Compleat Award. Martindale-Hubbell® recognizes Marlon as a BV® rated attorney.



Marlon is active in his community and formerly served on the Board of Directors for the Peggy Browning Fund. He has also held leadership roles with the University of South Carolina Board of Visitors, the Charleston Black Lawyers Association and the South Carolina Election Commission. In 2017, the American Association of Justice Minority Caucus awarded Marlon with its Johnnie L. Cochran, Jr. Soaring Eagle Award reserved for lawyers of color who have made outstanding contributions to the legal profession and paved the way for others. In 2018, Marlon was chosen as a Leadership in Law Honoree by *South Carolina Lawyers Weekly*. He is a lifetime member of the NAACP and a member of Sigma Pi Phi Boulé and Omega Psi Phi Fraternity, Inc.

## AWARDS AND ACCOLADES:

**Best Lawyers®**
**2015–2022** Mass tort litigation/class actions – plaintiffs

**Lawdragon**
**2019–2021** Lawdragon 500 Plaintiff Consumer Lawyers
**2019–2021** Lawdragon 500 Plaintiff Financial Lawyers

**South Carolina Lawyers Weekly**
**2018** Leadership in Law Honoree

**American Association of Justice**
**2017** Johnnie L. Cochran, Jr. Soaring Eagle Award

**Benchmark Plaintiff**
**2012** National "Litigation Star": mass tort/product liability
**2012–2014** South Carolina "Litigation Star": environmental, mass tort, securities

**Coastal Conservation League**
**2016** Coastal Stewardship Award

**United Food and Commercial Workers**
**2016** Legislative Activist of the Year

## ASSOCIATIONS:

**American Association for Justice**
**South Carolina Association for Justice**
**National Association of Public Pension Attorneys**
**American Bar Association**
**National Bar Association**

## *Daniel R. Lapinski*

LICENSED IN: NJ, NY, PA
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the First, Third, Fourth, Sixth and Tenth Circuits; Supreme Court of New Jersey; Supreme Court of New York, First Judicial Department; Supreme Court of Pennsylvania, Western District; U.S. District Court for the Eastern and Middle Districts of Pennsylvania, District of New Jersey, and Eastern and Southern Districts of New York
EDUCATION:
J.D., Seton Hall University School of Law, 1999
B.A., Rutgers University, 1990

Daniel Lapinski has nearly 20 years of litigation experience, with a focus on mass tort litigation and complex consumer actions in state, federal and appellate courts.

Dan represents victims of childhood sexual abuse who seek to hold abusers and abuse enablers accountable in civil court under "window" laws. Newly enacted in many states and pending in others, these laws extend the number of years available for victims to file a childhood sexual abuse claim by opening a statute of limitations window for a finite period of time. Dan also represents former Boy Scouts who suffered abuse with claims against the Boy Scouts of America bankruptcy.

As a mass tort attorney, Dan represents victims harmed by dangerous pharmaceutical products and defective medical devices. His perspective and approach to litigation is shaped by his previous experience as a surgical representative for a major medical device manufacturer.

Dan plays an active role in numerous mass tort cases, including as a member of the Plaintiffs' Steering Committees for the following multidistrict litigations, among others:

- *In re Proton-Pump Inhibitor Prods. Liability Litigation (No. II),* D.N.J.
- *In re Johnson & Johnson Talcum Powder Products Liability Litigation,* D.N.J.
- *In re Zimmer NexGen Knee Implant Products Liability Litigation,* N.D. Ill.

Additionally, Dan has successfully argued preemption issues before federal appellate courts, and has represented clients in class actions regarding shareholder derivatives, alleged deceptive marketing of vehicles and pharmaceutical products, and alleged negligence contributing to a massive apartment fire, in cases including:

- *DeMarco v. AvalonBay Communities, Inc.,* D.N.J.
- *D.C.G. & T., et al., v. Knight, et al.,* E.D. Va.
- *In re Ford Explorer Cases,* Cal. Sacramento Cnty. Super. Ct.
- *Alexander v. Solvay Pharmaceuticals, Inc.,* Cal. Los Angeles Cnty. Super. Ct.
- *Slaughter v. Unilever United States, Inc.,* D.N.J.

Prior to joining Motley Rice, Dan served among the leadership of the mass tort and class action team of a New Jersey law firm.

Dan is a frequent speaker on the local and national levels regarding mass tort and class action litigations, including presenting at the New Jersey State Bar annual conference, and serving as a panelist for both Harris Martin Publishing and the American Association of Justice. He has also been a regular speaker at New Jersey Association for Justice's Annual Boardwalk Seminar.

Outside of the courtroom, Dan has served as a board member for the MYAA Baseball program, in addition to coaching various youth baseball and soccer teams.

### AWARDS AND ACCOLADES:
**Super Lawyers®**
**2013–2021** *New Jersey Super Lawyers* list
**2011** *New Jersey Super Lawyers Rising Stars* list
*No aspect of this advertisement has been approved by the Supreme Court of New Jersey.*

### ASSOCIATIONS:
American Association for Justice
New Jersey Association for Justice
New Jersey State Bar Association

*Motley Rice LLC, a South Carolina Limited Liability Company, is engaged in the New Jersey practice of law through Motley Rice New Jersey LLC. Esther Berezofsky attorney responsible for New Jersey practice. For award methodology, visit www.motleyrice.com/award-methodology*

### James W. Ledlie

LICENSED IN: DC, NY, SC, WV
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Fourth and Eleventh Circuits, U.S. District Court for the District of South Carolina, and Southern District of West Virginia
EDUCATION:
J.D., University of South Carolina School of Law, 2000
B.A., Wofford College, 1996
A trial lawyer, James Ledlie has spent the past 20 years advocating for clients throughout the country while furthering complex litigation related to public health, worker safety and other issues.

His practice spans litigation areas including asbestos, tobacco, defective consumer products, pharmaceuticals and faulty medical devices. He is also a member of Motley Rice's litigation team representing dozens of governmental entities, including states, cities, towns, counties and townships targeting the alleged misrepresentation of highly addictive opioids by manufacturers and distributors, a suspected cause of the opioid epidemic. He also represents workers and families who suffered serious injury or death due to defective products or unsafe working conditions.

Understanding that lawyers must be counselors as well as advocates, James meets with clients and their families to help them figure out the best path forward.

As a United States Army veteran having served in the Judge Advocate General Corps (JAG), James is honored to have represented thousands of veterans during his career. In this capacity, James played a leading role in *In re KBR, Inc., Burn Pit Litigation*, filed for veterans and contract workers who have developed cancers and other chronic illnesses after being exposed to allegedly toxic open-air burn pits while serving in Iraq and Afghanistan. James also represents veterans and families dealing with mesothelioma and other asbestos-related diseases.

James has devoted a significant portion of his career to trial work. As co-lead counsel *in Donna Brown v. Philip Morris USA et al,* James recently helped secure a $17.2 million* jury verdict in 2015 for a client who suffered debilitating, life-altering effects to her health after being targeted by misleading advertising related to nicotine during her teen years. James was also a key member of the team that negotiated the historic $100 million aggregate settlement reached in 2015 with Lorillard Tobacco Company, Philip Morris USA, and R.J. Reynolds Tobacco Company, resolving roughly 400 Engle-progeny tobacco cases filed in the Florida federal district court. Both were recognized by *South Carolina Lawyers Weekly* as two of the top five largest verdicts and settlements in South Carolina for 2015.*

James has represented businesses that suffered losses as a result of the Deepwater Horizon oil spill in the Gulf of Mexico. He has also represented whistleblowers in qui tam actions alleging fraud against the federal government, in addition to representing numerous provincial workers' compensation boards and private Canadian citizens in U.S. civil actions brought against U.S. manufacturers of dangerous products sold in Canada.

Prior to joining Motley Rice, James, a South Carolina native, was a Law Clerk to the Honorable John C. Few, then a South Carolina Circuit Court Judge and now a Justice on South Carolina's Supreme Court. He also clerked for the Honorable G. Ross Anderson, Jr., of the U.S. District Court for the District of South Carolina.

He has been profiled by the Centers for Disease Control and Prevention for his work using the court system to impact public health. He has also been awarded the American Association for Justice's F. Scott Baldwin award for an outstanding trial verdict in the interests of public justice.

James is committed to sharing the knowledge he has gained and has spoken at numerous legal conferences, medical conferences and continuing education seminars on asbestos litigation, trial advocacy, jury selection and professionalism. He is recognized as an AV® rated attorney by Martindale-Hubbell®. James is equally committed to making a positive impact outside the courtroom, including being involved in local charities and community improvement initiatives.



## AWARDS AND ACCOLADES:

**Best Lawyers®**
**2021–2022** Mass Tort Litigation / Class Actions – Plaintiffs; Product Liability Litigation – Plaintiffs

**Lawdragon**
**2020–2021** Lawdragon 500 Plaintiff Consumer Lawyers

**The National Trial Lawyers**
**2016, 2020–2021** *Top 100 Trial Lawyers™* – South Carolina

**American Association for Justice**
**2010** F. Scott Baldwin Award: in honor of his significant contribution to the New Lawyers Division and the attainment of outstanding trial verdicts

**Super Lawyers®**
**2012–2013** *South Carolina Super Lawyers Rising Stars* list Personal injury products: plaintiff; Class action/mass torts: plaintiff

## ASSOCIATIONS:

**American Association for Justice,** former New Lawyers Division Board of Governors member
**South Carolina Association for Justice,** former Board of Governors member
**South Carolina Bar Association,** Past Chairman – Torts and Insurance Practice Section
**Charleston Bar Association**
**Public Justice Foundation**

## *Gregg S. Levin*

LICENSED IN: DC, MA, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, Seventh, Ninth and Eleventh Circuits
U.S. District Court for the District of Colorado, District of Massachusetts, and the Eastern District of Michigan
EDUCATION:
J.D., Vanderbilt University School of Law, 1987
B.A. *magna cum laude*, University of Rochester, 1984

With more than three decades of legal experience, Gregg Levin represents domestic and foreign institutional investors and union pension funds in corporate governance, directorial misconduct and securities fraud matters. His investigative, research and writing skills have supported Motley Rice as lead or co-lead counsel in numerous securities and shareholder derivative cases against Dell, Inc., UBS AG and Cintas Corporation. Gregg manages complaint and brief writing for class action deal cases, shareholder derivative suits and securities fraud class actions.

Prior to joining Motley Rice, Gregg was an associate with Grant & Eisenhofer in Delaware, where he represented institutional investors in securities fraud actions and shareholder derivative actions in federal and state courts across the country, including the WorldCom, Telxon and Global Crossing cases. He also served as corporate counsel to a Delaware Valley-based retail corporation from 1996-2003, where he handled corporate compliance matters and internal investigations.

In 2019, Gregg was appointed as a Vice President of the Institute for Law and Economic Policy, a foundation whose goals include supplementing the resource-limited SEC by educating the public on the importance of private securities fraud litigation in maintaining corporate accountability. Since its inception in the 1990s, the institute has presented and published papers that have been cited in more than 60 federal cases, including several in the U.S. Supreme Court. Appearing in the media to discuss a variety of securities matters, Gregg has also presented in educational forums, including at the Ethics and Transparency in Corporate America Webinar held by the National Association of State Treasurers.

## PUBLISHED WORKS:

Gregg is a published author on corporate governance and accountability issues, having written significant portions of the treatise *Shareholder Activism Handbook* (Aspen Publishers, November 2005), as well as several other articles of interest to institutional investors, including:

- "*In re Cox Communications:* A Suggested Step in the Wrong Direction" (*Bank and Corporate Governance Law Reporter,* September 2005)
- "Does Corporate Governance Matter to Investment Returns?" (*Corporate Accountability Report,* September 23, 2005)
- "*In re Walt Disney Co. Deriv. Litig.* and the Duty of Good Faith under Delaware Corporate Law" (*Bank and Corporate Governance Law Reporter*, September 2006)
- "Proxy Access Takes Center Stage: The Second Circuit's Decision in American Federation of State County and Municipal Employees, Employees Pension Plan v. American International Group, Inc." (*Bloomberg Law Reports*, February 5, 2007)
- "Investor Litigation in the U.S. -- The System is Working" (*Securities Reform Act Litigation Reporter*, February 2007)

## AWARDS AND ACCOLADES:

**Lawdragon**
**2019** Lawdragon 500 Plaintiff Financial Lawyers

## *Joshua Littlejohn*

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third and Fourth Circuits; U.S. District Court for the District of Colorado, District of South Carolina
EDUCATION:
J.D., Charleston School of Law, 2007
B.A., University of North Carolina at Asheville, 1999

With a broad base of experience in complex litigation—including securities fraud, corporate governance, whistleblower cases under Dodd-Frank and the False Claims Act, and catastrophic injury cases—Josh Littlejohn plays a key role on the Motley Rice securities litigation team, particularly in cases involving healthcare.

Josh represents public pension funds, unions and institutional investors in both federal and state courts. He also represents people with catastrophic injuries and corporate whistleblowers. Josh works directly with clients and has been involved in all aspects of the litigation process, including case evaluation, fact and expert discovery, resolution and trial.

Throughout his career Josh has been involved in numerous complex securities matters including litigation against 3M Corporation; MetLife Inc.; Alexion Pharmaceuticals; Wells Fargo & Company; 3D Systems Corporation; St. Jude Medical, Inc.; Omnicare; Pharmacia Corporation and NPS Pharmaceuticals. Currently, Josh is one of the lead lawyers in in the groundbreaking securities fraud litigation against NASDAQ and the New York Stock Exchange, among other defendants, related to high frequency trading or "HFT." This matter is currently in discovery in the U.S. District Court for the Southern District of New York. Along with other Motley Rice lawyers, Josh was South Carolina liaison counsel in a securities fraud class action that settled in 2020 filed by investors against SCANA Corporation over its failed nuclear reactor project. Josh regularly reviews and analyzes potential securities fraud class action, shareholder derivative, and SEC whistleblower matters on behalf of our clients and the firm.

In addition to securities matters, Josh is a leading member of the team representing former Greer Laboratories, Inc. corporate insiders who allege that Greer violated the False Claims Act by causing healthcare providers to seek reimbursement from Medicare and Medicaid for unlicensed biologic drugs. This matter is pending before the U.S. Court of Appeals for the Fourth Circuit.

Aside from various securities and whistleblower matters, Josh was recently part of the Motley Rice negotiating team that helped secure a resolution with a major U.S. auto manufacturer on behalf of Takata airbag victims. Early in his career at Motley Rice, Josh worked on discovery in mass tort litigation against large drug manufacturers.

## AWARDS AND ACCOLADES:

**Lawdragon**
**2019**  Lawdragon 500 Plaintiff Financial Lawyers

**Super Lawyers®**
**2013–2017**  *South Carolina Super lawyers Rising Star* list
Securities litigation; Class action/mass torts; General litigation

## ASSOCIATIONS:

**American Bar Association**
**South Carolina Association for Justice**

## *Mimi Y. Liu*

LICENSED IN: DC, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the Sixth, Eighth and Ninth Circuits; U.S. District Court for the District of Columbia
EDUCATION:
J.D. cum laude, Harvard Law School, 1999
B.Com. with honors, University of Alberta, 1996

Mimi Liu protects public resources and interests through investigations and litigation filed for state attorneys general, governments, and other public entities.

Mimi plays a leading role in representing states in litigation against the manufacturers of opioids alleging deceptive marketing and over-distribution of opioids.

Prior to joining Motley Rice, Mimi represented public clients in consumer protection and civil enforcement matters at a law firm in D.C. In litigation filed for the Mississippi Attorney General, she investigated national credit bureaus accused of violating state and federal laws by failing to maintain accurate credit files, ultimately recovering more than $7 million* in relief and other consumer benefits.

She litigated claims of deceptive collection practices regarding consumer credit, auto loan and student loan debt, resulting in $9 million in relief and statewide injunctive relief in Mississippi. Mimi previously represented the New Hampshire Attorney General in an investigation alleging deceptive marketing of highly addictive opioid drugs, recovering millions of dollars in relief for New Hampshire.

She also represents state attorneys general litigating for consumers alleging harm or economic loss due to deceptive marketing of defective Takata airbags, the largest auto-related recall in U.S. history. Mimi also represents a state attorney general litigating against a large auto lender for alleged unfair and deceptive practices toward subprime consumers and, separately, against a medical device manufacturer for unfair and deceptive practices in the sale and marketing of surgical mesh products.

In addition, Mimi advocated for constitutional civil rights as a senior lawyer for Planned Parenthood Federation of America from 2004 to 2012, arguing cases before numerous state and federal trial and appeals courts.

During her studies at Harvard Law School, Mimi served as executive editor of the *Human Rights Journal* and co-authored the treatise *Gender Asylum Law*. Following law school, Mimi clerked for the Court of Appeals of Alberta and for the Honorable Justice Claire L'Heureux-Dubé of the Supreme Court of Canada.

Active in the legal community, Mimi serves on the board of directors for Public Justice, a national nonprofit legal advocacy organization that pursues high impact lawsuits to combat social and economic injustice, protect the Earth's sustainability, and challenge predatory corporate conduct and government abuses.



## AWARDS AND ACCOLADES:
**Lawdragon**
**2019–2021**  Lawdragon 500 Plaintiff Financial Lawyers

## ASSOCIATIONS:
**Public Justice**, Board Member

## Robert J. McConnell

LICENSED IN: MA, RI
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Massachusetts, District of Rhode Island
EDUCATION:
J.D., Suffolk University School of Law, 1987
A.B., Brown University, 1979

Bob McConnell's practice concentrates on lead pigment litigation, childhood lead poisoning cases, asbestos and other toxic environmental litigation. He represents victims seeking corporate accountability as a result of personal injury, property damage and economic loss as a result of negligent environmental practices.

Bob was a member of the trial team in the landmark trial on behalf of the state of Rhode Island against corporate defendants from the lead paint industry. He secured the largest lead paint poisoning settlement in Rhode Island on behalf of a child and continues to represent children injured by lead poisoning against property owners, governmental agencies and lead pigment companies. He also played a leading role in a statewide lobbying effort to defeat legislation that would have denied lead-poisoned children and their families the right to seek justice. Through testimony, analysis and grassroots outreach, he helped the Rhode Island legislature pass a bill helping to prevent childhood lead poisoning without infringing on victims' rights.

In addition to his work in Rhode Island, Bob also played a key role in historic lead litigation filed in California for ten cities and counties, including San Francisco, Santa Clara, Los Angeles and San Diego. In January 2014, the Court found that lead paint companies Sherwin-Williams Company, NL Industries, Inc., and ConAgra Grocery Products Company created a public nuisance by concealing the dangers of lead and placed families at risk by promoting the use of toxic paint in homes. The California Court of Appeals, 6th appellate District, later affirmed the majority of the ruling and remanded the case to the Santa Clara Superior Court to decide how much defendants should pay to establish an abatement fund to clear toxic lead paint from homes in plaintiffs' jurisdictions that were constructed prior to 1951. The U.S. Supreme Court declined to review the decision in 2018, effectively exhausting defense appeals. The SCOTUS decision ensured that an abatement fund will be established to help protect the health and safety of thousands of California children. The case is *The People of California v. ConAgra Grocery Products Company et al.*

In 2005, Bob helped successfully argue the precedent-setting case *Thomas v. Mallett* 285 Wis 2d 236 as part of the Motley Rice trial team applying risk contribution theory to the lead paint industry before the Wisconsin Supreme Court. With more than two decades of experience in asbestos litigation, Bob also represents victims of asbestos exposure suffering from mesothelioma and other asbestos-related diseases. He has personally represented hundreds of asbestos victims in Rhode Island and assisted on large consolidation trials in several states including Maryland, Mississippi and West Virginia.

After beginning his career as a teacher, Bob earned a law degree and clerked for the Honorable Donald F. Shea of the Rhode Island Supreme Court. He joined Motley Rice attorneys on the tobacco litigation team representing multiple state attorneys general, which resulted in the historic Master Settlement Agreement between the states and the tobacco industry.

Highly active in the Rhode Island community, Bob serves on the board of The Institute for the Study and Practice of Nonviolence, an organization that seeks to promote nonviolence among young people in Rhode Island's inner cities. He also is on the board of the Pro Bono Collaborative at Roger Williams Law School.

Bob frequently speaks about lead paint litigation to local and regional groups such as the Rhode Island Bar Association and the Northeast Conference of Attorneys General. He is recognized as an AV® rated attorney by Martindale-Hubbell®. The Roger Williams University School of Law also honored him by naming him a Champion for Justice for 2019.

## AWARDS AND ACCOLADES:
**Best Lawyers®**
**2009–2022**  Mass tort litigation/class actions – plaintiffs

***Rhode Island Super Lawyers®*** lists
**2008–2021**  Plaintiff: Class action/mass torts; Environmental litigation; Personal injury: general

***Benchmark Plaintiff***
**2012–2014**  Rhode Island "Litigation Star": environmental and toxic tort

***The Legal 500 United States***
**2015**  Mass tort and class action: plaintiff representation – toxic tort

## ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**

## Donald A. Migliori

LICENSED IN: MA, MN, NY, RI, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Fourth, and Eleventh Circuits, U.S. District Court for the District of Rhode Island, District of Massachusetts, and Northern, Southern and Eastern Districts of New York
EDUCATION:
M.A./J.D., Syracuse University, 1993
A.B., Brown University, 1988

Building upon his experience in complex asbestos cases, the historic tobacco lawsuits and the September 11, 2001 terrorist attacks litigation, Don Migliori is a multifaceted litigator who can navigate both the courtroom and the negotiating table. He represents victims of defective medical devices and drugs, occupational diseases, terrorism, aviation disasters, antitrust, and securities and consumer fraud in mass torts and other cutting-edge litigation that spans the country.

Don serves in leadership roles for a number of multidistrict litigations, including being a key member of Motley Rice's team that represents dozens of cities, towns, counties and townships in the *National Prescription Opiate* MDL against opioid manufacturers and distributors. He also represents states in similarly filed litigation. He played a significant role in negotiations on behalf of tens of thousands of women allegedly harmed by pelvic mesh/sling products and served as co-liaison counsel in the N.J. Bard pelvic mesh litigation in Atlantic County. Hundreds of cases have been filed in federal and state courts against multiple defendants.

He is also co-lead counsel for *In re Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation*, a member of the Plaintiffs' Steering Committee for *In re Bard IVC Filters Products Liability Litigation*, as well as the Depuy® Orthopaedics, Inc. ASR™ and Pinnacle® Hip Implant MDLs. Don has litigated against both Ethicon, a Johnson & Johnson subsidiary, and C.R. Bard previously in pelvic mesh litigation and also against C.R. Bard in the Composix® Kugel® hernia mesh multidistrict litigation, *In re Kugel Mesh Hernia Patch Products Liability Litigation*, the first MDL before the federal court of Rhode Island. Don also serves as co-lead plaintiffs' counsel and liaison counsel in the federal MDL, and as liaison counsel for the Composix® Kugel® Mesh lawsuits consolidated in Rhode Island state court on behalf of thousands of individuals alleging injury by the hernia repair patch.

As liaison counsel for all wrongful death and personal injury cases in the September 11th aviation security litigation, Don played a central role in the extensive discovery, mediations and settlements of more than 50 cases of aviation liability and damages against numerous defendants. He also represented families of the victims who opted out of the Victim Compensation Fund to seek greater answers, accountability and recourse. Additionally, he manages associated litigation as a lead attorney for *In re Terrorist Attacks on September 11, 2001*, MDL #1570, a groundbreaking case designed to bankrupt the financiers of al Qaeda.

Don contributed his experience in connection with the commencement of and strategy for shareholder derivative litigation brought on behalf Chiquita Brands International, Inc., alleging the defendants breached their fiduciary duties by paying bribes to terrorist organizations in violation of U.S. and Columbian law. He also served as trial counsel for PACE Industry Union-Management Pension Fund in a securities case against Forest Laboratories, Inc., and was involved in the initial liability discovery and trial strategy in an ongoing securities fraud class action involving Household International, Inc.

Don began working with Motley Rice attorneys in 1997 on behalf of the State Attorneys General in the historic lawsuit against Big Tobacco, resulting in the largest civil settlement in U.S. history. He tried several noteworthy asbestos cases on behalf of mesothelioma victims, including the state of Indiana's first contractor liability verdict and first premises liability verdict for wrongful exposure to asbestos. He continues to manage asbestos cases and actively litigates mesothelioma lawsuits and individual tobacco cases in the courtroom.

Don is a frequent speaker at legal seminars across the country and has appeared on numerous television and radio programs, as well as in print media to address legal issues related to terrorist financing, aviation security, class action litigation, premises liability and defective medical devices. A "Distinguished Practitioner in Residence" at Roger Williams University School of Law for the 2010-2011 academic year, Don taught mass torts as an adjunct professor for more than 10 years. Don is an AV® rated attorney by Martindale-Hubbell®.

### AWARDS AND ACCOLADES:

***Chambers USA***
**2021** Product Liability: Plaintiffs – Nationwide, Band 3

**Best Lawyers®**
**2020** "Lawyer of the Year" Charleston, SC
Mass tort litigation/class actions – plaintiffs
**2011–2022** Mass tort litigation/class actions – plaintiffs

***Super Lawyers®*** lists
**2018–2021** *South Carolina Super Lawyers*: Class action/ mass torts; Personal Injury – products: plaintiff; Aviation and aerospace
**2009–2017** *Rhode Island Super Lawyers*
**2012–2013** *Top 10 Rhode Island Super Lawyers* lists

**The National Trial Lawyers**
**2010–present** Top 100 Trial Lawyers™: Rhode Island

**Lawdragon**
**2018–2021** Lawdragon 500
**2019–2021** Lawdragon 500 Plaintiff Consumer Lawyers
**2019–2021** Lawdragon 500 Plaintiff Financial Lawyers
**2010** Lawdragon 3,000

***Rhode Island Lawyers Weekly***
**2020** Leader in the Law
**2011** Lawyer of the Year

Prior results do not guarantee a similar outcome.



*Massachusetts Lawyers Weekly*
**2011** Lawyers of the Year

**Benchmark Plaintiff**
**2012–2014** Rhode Island "Litigation Star": human rights and product liability

*Providence Business News*
**2005** Forty Under 40

## ASSOCIATIONS:
**Law360 Product Liability Editorial Advisory Board,** 2019, 2021
**American Association for Justice,** Board of Governors; former Executive Committee member
**American Bar Association**
**Rhode Island Association for Justice,** former President
**The Fellows of the American Bar Foundation**

## Christopher F. Moriarty

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, and Tenth Circuits; U.S. District Court for the Northern District of Illinois, the Eastern District of Michigan, and the District of South Carolina
EDUCATION:
J.D., Duke University School of Law, 2011
M.A., Trinity College, University of Cambridge, 2007
B.A., Trinity College, University of Cambridge, 2003
Christopher Moriarty litigates securities fraud, corporate governance, and other complex class action litigation in the U.S. and counsels institutional investors on opportunities to seek recovery in securities-related actions in both the U.S. and internationally. His practice encompasses every aspect of litigation, from case-starting to settlement.

Notable securities fraud class actions include:

- *In re Barrick Gold Securities Litigation,* No. 13-cv-03851 (S.D.N.Y.) ($140 million recovery*) (sole lead counsel);
- *City of Brockton Retirement System v. Avon Products, Inc.,* 11 Civ. 4655 (PGG) (S.D.N.Y.) ($62 million recovery*) (sole lead counsel);
- *Hill v. State Street Corp.,* No. 09-cv-12136-GAO (D. Mass.) ($60 million recovery*) (co-lead counsel);
- *In re Hewlett-Packard Co. Securities Litigation,* No. 11-cv-1404 (RNBx) (C.D. Cal.) ($57 million recovery*) (co-lead counsel);
- *KBC Asset Mgmt. v. 3D Sys. Corp.,* No. 15-cv-02393-MGL (D.S.C.) ($50 million recovery*) (co-lead counsel);
- *Första AP-Fonden and Danske Invest Management A/S v. St. Jude Medical, Inc.,* No. Civil No. 12-3070 (JNE/HB) (D. Minn.) ($39.25 million recovery*) (co-lead counsel);
- *Ross v. Career Education Corp.,* No. 12-cv-00276 (N.D. Ill.) ($27.5 million recovery*) (co-lead counsel);
- *KBC Asset Mgmt. NV v. Aegerion Pharms., Inc.,* No. 14-cv-10105-MLW (D. Mass.) ($22.25 million recovery*) (co-lead counsel).

Christopher represents investors in shareholder derivative litigation, including in *In re Walgreen Co. Derivative Litigation*, No. 13-cv-05471 (N.D. Ill.) (securing corporate governance reforms to ensure compliance with the Controlled Substances Act*); antitrust class actions, including *In re Libor-Based Financial Instruments Antitrust Litigation*, No. 11-md-02262-NRB (S.D.N.Y.) (pending); and whistleblowers in proceedings before the U.S. Securities and Exchange Commission. His practice extends to securities-related litigation in several foreign jurisdictions, including England, France, and the Netherlands.

While in law school, Christopher was a member of the Moot Court Board, served as an Executive Editor of the *Duke Journal of Constitutional Law and Public Policy*, and taught a course on constitutional law to LL.M. students. Christopher has also drafted *amicus curiae* briefs in numerous constitutional law cases before the U.S. Supreme Court (which has cited his work) and the federal courts of appeal.

Christopher was called to the Bar in England and Wales by the Honourable Society of the Middle Temple.

## AWARDS AND ACCOLADES:
**South Carolina Super Lawyers® Rising Stars** list
**2016–2021** Securities litigation

## ASSOCIATIONS:
**South Carolina Association for Justice**
**American Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**

## William H. Narwold

LICENSED IN: CT, DC, NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, Eleventh, D.C., and Federal Circuits, U.S. District Court for the District of Connecticut, Eastern District of Michigan, Eastern and Southern Districts of New York, District of South Carolina
EDUCATION:
J.D. cum laude, University of Connecticut School of Law, 1979
B.A., Colby College, 1974
Bill Narwold has advocated for corporate accountability and fiduciary responsibility for nearly 40 years, representing consumers, governmental entities, unions and institutional investors. He litigates complex securities fraud, shareholder rights and consumer fraud lawsuits, as well as matters involving unfair trade practices, antitrust violations and whistleblower/ qui tam claims.

Bill leads Motley Rice's securities and consumer fraud litigation teams and False Claim Act practice. He is also active in the firm's appellate practice. His experience includes being involved in more than 200 appeals before the U.S. Supreme Court, U.S. Courts of Appeal and multiple state courts.

Prior to joining Motley Rice in 2004, Bill directed corporate, securities, financial, and other complex litigation on behalf of private and commercial clients for 25 years at Cummings & Lockwood in Hartford, Connecticut, including 10 years as managing partner. Prior to his work in private practice, he served as a law clerk for the Honorable Warren W. Eginton of the U.S. District Court, District of Connecticut from 1979-1981.

Bill often acts as an arbitrator and mediator both privately and through the American Arbitration Association. He is a frequent speaker on legal matters, including class actions. Named one of 11 lawyers "who made a difference" by *The Connecticut Law Tribune*, Bill is recognized as an AV® rated attorney by Martindale-Hubbell®.

Bill has served the Hartford community with past involvements including the Greater Hartford Legal Assistance Foundation, Lawyers for Children America, and as President of the Connecticut Bar Foundation. For more than twenty years, Bill served as a Director and Chairman of Protein Sciences Corporation, a biopharmaceutical company in Meriden, Connecticut.

## AWARDS AND ACCOLADES:

**Best Lawyers®**
**2013, 2015, 2017, 2019**  Hartford, Conn. "Lawyer of the Year": Litigation–Banking and Finance
**2005–2021**  Antitrust Law; Litigation–Banking and finance, mergers and acquisitions, securities

**Super Lawyers®**
**2009–2021**  *Connecticut Super Lawyers and New England Super Lawyers®* lists
Securities litigation; Class action/mass torts

**Lawdragon**
**2019–2021**  Lawdragon 500 Plaintiff Financial Lawyers

**Connecticut Bar Foundation**
**2008**  Legal Services Leadership Award

## ASSOCIATIONS:

**American Bar Association**
**Connecticut Bar Foundation,** Past President
**Taxpayers Against Fraud**
**University of Connecticut Law School Foundation,** past Board of Trustees member

*For full Super Lawyers selection methodology visit: www.superlawyers.com/about/selection_process.html*
*For current year CT data visit: www.superlawyers.com/connecticut/selection_details.html*

## William S. Norton

LICENSED IN: MA, NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the First, Second, Third and Fourth Circuits; U.S. District Court for the District of Colorado, Northern District of Illinois, District of Massachusetts, Eastern and Southern Districts of New York, and District of South Carolina
EDUCATION:
J.D., Boston University School of Law, 2004
B.A./B.S. *magna cum laude*, University of South Carolina, 2001
Bill Norton litigates securities fraud, corporate governance, False Claims Act, SEC whistleblower and other complex class action, consumer, and commercial matters. Bill has represented institutional and individual investors in securities fraud and shareholders actions before federal, state, and appellate courts throughout the country. He has also represented whistleblowers before the U.S. Securities and Exchange Commission through the Dodd-Frank Whistleblower Program and *qui tam* relators in actions under the False Claims Act.

## SECURITIES FRAUD LITIGATION

Bill represents institutional investors as a member of the lead counsel teams in litigation involving Alexion Pharmaceuticals, Inc., Intel Corporation, Qualcomm Inc., and Riot Blockchain Inc. His previous securities fraud matters include:

- *In re SCANA Corporation Securities Litigation* ($192.5 million recovery as Liaison Counsel*)
- *Bennett v. Sprint Nextel Corp.* ($131 million recovery*)
- *City of Brockton Retirement System v. Avon Products, Inc.* ($62 million recovery*)
- *Hill v. State Street Corporation* ($60 million recovery*)
- *City of Sterling Heights General Employees' Retirement System v. Hospira, Inc.* ($60 million recovery*)
- *In re Hewlett-Packard Company Securities Litigation* ($57 million recovery*)
- *In re Medtronic, Inc. Securities Litigation* ($43 million recovery*)
- *Hatamian v. Advanced Micro Devices, Inc.* ($29.5 million recovery*)
- *Ross v. Career Education Corporation* ($27.5 million recovery*)

## SHAREHOLDER DERIVATIVE LITIGATION

Bill has represented shareholders in derivative actions, including:

- *Manville Personal Injury Settlement Trust v. Gemunder* ($16.7 million payment and significant corporate governance reforms*)
- *In re Walgreen Co. Derivative Litigation* (corporate governance reforms concerning compliance with Controlled Substances Act*)

   Prior results do not guarantee a similar outcome.



## MERGER AND ACQUISITION LITIGATION

Bill has represented institutional shareholders in corporate M&A litigation, including:

- *In re Allion Healthcare, Inc. Shareholders Litigation* ($4 million payment to shareholders*)

- *In re RehabCare Group, Inc., Shareholders Litigation* ($2.5 million payment, modification of merger agreement, and additional disclosures to shareholders*)

- *In re Atheros Communications Shareholder Litigation* (preliminary injunction delaying shareholder vote and requiring additional disclosures to shareholders in $3.1 billion merger*)

- *Maric Capital Master Fund, Ltd. v. PLATO Learning, Inc.* (preliminary injunction requiring additional disclosures to shareholders in $143 million private-equity buyout*)

## OTHER COMMERCIAL, CONSUMER FRAUD, AND WHISTLEBLOWER MATTERS

Bill has represented clients in a variety of commercial, consumer fraud, and whistleblower matters, including:

- Satellite retailers in class action against EchoStar Corporation ($83 million recovery*)

- Municipal bondholders in class action concerning alleged Ponzi scheme ($7.8 million recovery*)

- A *qui tam* whistleblower in appeal, resulting in reinstatement of claim for employment retaliation*

- Consumers in class action against DirecTV regarding early cancellation fees

- German bank in litigation concerning collateralized debt obligations

- Investors in actions concerning variable life insurance policies funneled to the Madoff Ponzi scheme

Before joining Motley Rice, Bill practiced securities and commercial litigation in the New York office of an international law firm. In law school, Bill served as an Editor of the *Boston University Law Review* and was a G. Joseph Tauro Distinguished Scholar. He worked as a law clerk in the United States Attorney's Office for the District of Massachusetts, represented asylum seekers at Greater Boston Legal Services, and studied law at the University of Oxford. Before law school, Bill worked for the United States Attorney's Office for the District of South Carolina and volunteered with the Neighborhood Legal Assistance Program of Charleston. He graduated Phi Beta Kappa from the University of South Carolina Honors College. Bill is recognized as an AV®-rated attorney by Martindale-Hubbell®.

## AWARDS AND ACCOLADES:

**Lawdragon**
**2019**  Lawdragon 500 Plaintiff Financial Lawyers

**Super Lawyers®**
**2013–2019**  *South Carolina Super Lawyers Rising Stars* list
Securities litigation; Class action/mass torts; General litigation

## ASSOCIATIONS:

**Federal Bar Association**
**American Bar Association**
**American Association for Justice**
**New York State Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**

## *Lance Oliver*

LICENSED IN: AL, DC, FL, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the District of Columbia, Fifth and the Eleventh Circuits; U.S. District Court for the District of Columbia, and the Middle and Southern Districts of Florida
EDUCATION:
J.D., Duke University School of Law, 2004
B.A., Samford University, 2001

Lance Oliver is a trial lawyer who litigates class actions, mass torts, and other complex matters. He has experience with all phases of litigation from filing the complaint, trying the case, and pursuing appeals. His practice focuses on securities and consumer fraud class actions, tobacco litigation, and other defective products.

Lance has recently acted as lead trial counsel in a number of *Engle* progeny cases in Florida, representing smokers and their families against tobacco manufacturers. He argued a successful appeal to the Fourth District Court of Appeals in Florida, securing a verdict for a smoker's widow in a wrongful death suit against tobacco giants Philip Morris and R.J. Reynolds in *Philip Morris USA Inc. et al. v. Marchese*. He also served as counsel in *Berger v. Philip Morris USA Inc.,* which resulted in a verdict for a client who fell victim at a young age to the manufacturer's marketing campaigns targeting children.

Lance has also devoted a substantial amount of time to litigating securities fraud class actions, and has served as co-lead counsel for the class in many securities fraud cases including *Alaska Electrical Pension Fund, et al. v. Pharmacia Corp., et al.,* a securities fraud class action that resulted in a settlement for plaintiffs. More recently, Lance selected the jury as co-trial counsel for the end-payor class in *In re  Solodyn (Minocycline Hydrochloride) Antitrust Litigation,* a pay-for-delay antitrust litigation.

Prior to joining Motley Rice in 2007, Lance served as an associate in the Washington, D.C., office of a national law firm, where he worked on complex products liability litigation at both the trial and appellate levels.

Lance is a member of the National Conference on Public Employee Retirement Systems (NCPERS) and the International Foundation of Employee Benefit Plans (IFEBP). After graduating from Duke Law School, he served as a law clerk to the Honorable James Hughes Hancock of the U.S. District Court, Northern District of Alabama. He is recognized as an AV® rated attorney

by Martindale-Hubbell®. He serves on the Board of Directors for the Charleston chapter of the American Lung Association, as well as the Dee Norton Child Advocacy Center.

## AWARDS AND ACCOLADES:

**South Carolina Lawyers Weekly**
**2021**  Leadership in Law Honoree

**Lawdragon**
**2019–2021**  Lawdragon 500 Plaintiff Financial Lawyers

**South Carolina Super Lawyers® Rising Stars** list
**2013–2018**  Securities litigation; Class action/mass torts

**The National Trial Lawyers**
**2016**  Top 100 Trial Lawyers™ South Carolina:

## ASSOCIATIONS:
**American Bar Association**

### Meghan S. B. Oliver

LICENSED IN: DC, SC, VA
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of Virginia School of Law, 2004
B.A. with distinction, University of Virginia, 2000

Meghan Oliver's practice focuses on complex litigation and class actions, including work on securities fraud cases, general commercial litigation, and consumer fraud litigation.

She is actively involved in various class actions, including several against health insurers for drug and equipment overcharges, and one alleging that the Administrative Office of the U.S. Courts charges more for PACER services than is authorized by statute (*Nat'l Veterans Legal Services Program v. United States*, Case No. 16-745-ESH). She also represents large public pension funds, unions, and institutional investors in securities fraud class actions, including *In re Twitter, Inc. Securities Litigation*, No. 3:16-cv-05315-JST-SK and *In re Qualcomm Inc. Securities Litigation*, No. 17-CV-00121-JAH-WVG.

Additionally, Meghan helps to lead litigation filed for a class consisting of more than a million tax return preparers alleging the IRS charged unauthorized user fees for the issuance and renewal of preparer tax identification numbers, (*Steele v. United States*, Case No. 1:14-cv-1523-RCL).

She has also worked on several antitrust matters in the past, including *In re North Sea Brent Crude Oil Futures Litigation, In re Libor-Based Financial Instruments Antitrust Litigation*, and generic drug cases involving "reverse payment" agreements.

Prior to joining Motley Rice, Meghan worked as a business litigation and antitrust associate in Washington, D.C. There, she assisted in the trial of a multidistrict litigation antitrust case and assisted in multiple corporate internal investigations.  She is a member of Phi Beta Kappa.

## AWARDS AND ACCOLADES:
**Lawdragon**
**2019–2021**  Lawdragon 500 Plaintiff Financial Lawyers

## ASSOCIATIONS:
**American Bar Association**

### Jonathan D. Orent

LICENSED IN: MA, RI, WI
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Massachusetts, District of Rhode Island, and the Eastern and Western Districts of Wisconsin
EDUCATION:
J.D., Washington University School of Law, 2004
B.A., University of Rochester, 2001

Jonathan Orent litigates for people alleging harm by defective medical devices and pharmaceutical drugs, including all aspects of discovery and expert development. He represents women suffering from painful side effects associated with pelvic mesh/sling products, hernia patients harmed by mesh repairs, as well as military service members suffering from hearing loss due to allegedly defective earplugs.

Jonathan was appointed lead counsel of hernia mesh litigation *In re Atrium Medical Corp. C-QUR Mesh Products Liability Litigation*, MDL #2753. He serves as co-lead and co-liaison counsel in the largest consolidated hernia mesh litigation in the country, *In re Davol/C.R. Bard Hernia Mesh Multi-Case Management Coordination*. Jonathan previously served as co-liaison counsel in the In re Bard Litigation in New Jersey state court and as state court liaison counsel in Massachusetts. He is a member of the litigation team that successfully tried the *Barba* case to a $100 million verdict in Delaware (later reduced by appeal to $10 million). Jonathan also led the successful appeal to the Massachusetts Court of Appeals, which allowed key evidence relating to Boston Scientific's alleged knowledge of the potential harm caused by its products. Jonathan is co-chair of the AAJ Hernia Mesh Litigation Group.

In addition to his leadership in hernia mesh litigation, Jonathan is also a member of the Science & Experts Subcommittee for multidistrict litigation filed for U.S. troops who served in Iraq and Afghanistan between 2003 and 2015 and suffered hearing loss or tinnitus after using allegedly defective earplugs manufactured by 3M and its predecessor Aearo Technologies.

Jonathan also represents communities and people facing personal injury, property damage and economic loss as a result of negligence, environmental hazards or groundwater and soil contamination. In 2008, he litigated against a large New England utility company on behalf of more than 100 Tiverton, R.I., residents who claimed they suffered damages resulting from environmental contamination of their residential property. More recently, Jonathan played a role in the settlement of contamination litigation between members of the Tallevast, Fla., community and a major aerospace defense contractor

Prior results do not guarantee a similar outcome.



involving property damage and emotional distress claims resulting from the alleged release of trichloroethylene (TCE), perchloroethylene (PCE) and other chemicals into the groundwater.

Jonathan has worked on complex litigation against the lead paint industry on behalf of government entities in California, New York, Rhode Island and Wisconsin, as well as lead poisoning cases for individual children and families against property owners. He also assists with discovery and trial preparation of the firm's asbestos cases.

Prior to joining Motley Rice in 2005, Jonathan served as a law clerk with the Missouri State Public Defender Youth Advocacy Unit and a legal intern for Senator Richard Durbin of Illinois. Recognized as an AV® rated attorney Martindale-Hubbell®, he has made numerous presentations on a variety of legal matters involving medical device litigation and environmental law. He serves on the Rhode Island Advisory Committee to the U.S. Commission on Civil Rights, a group whose mission is to address key community issues and discrimination matters, such as foreclosure scams and the disparate treatment of minority youth, through research and initiatives. Jonathan is President of AG Bell Rhode Island, as well as a member of the Rhode Island Early Intervention Work Group, a group that reviews early intervention services provided to deaf or hard of hearing children between the ages of 0-3 in Rhode Island.

## AWARDS AND ACCOLADES:
***Rhode Island Super Lawyers®*** list
**2018–2021**  Environmental Litigation; Personal Injury – Product: Plaintiff

***Rhode Island Super Lawyers® Rising Stars*** list
**2014–2017**  Business litigation; Class action/mass torts; Appellate

## ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**Rhode Island Association for Justice,** Board of Governors

## *Michael J. Pendell*

LICENSED IN: CT, NY
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Connecticut, Southern and Eastern Districts of New York
EDUCATION:
J.D., *summa cum laude,* Albany Law School, 2007
B.A., *cum laude,* Emerson College, 2000
Michael Pendell focuses his practice on representing people affected by corporate wrongdoing, including whistleblowers, and people harmed by tobacco and dangerous pelvic mesh devices. He also represents pension fund trustees and other institutional investors in securities, consumer fraud, and other complex class actions.

Michael has been involved in the firm's representation of personal injury clients, including representing people allegedly harmed by tobacco products and thousands alleging harm by dangerous medical devices. He serves as trial counsel in the Engle-progeny litigation pending in Florida for smokers and families of deceased smokers against tobacco manufacturers. In transvaginal mesh litigation, he represents women implanted with Ethicon Gynecare Prolift transvaginal mesh devices and who claim serious injuries and complications from the devices.

Michael also has experience representing institutional and individual investors in claims involving common law fraud pursuant to state securities laws. He played a central role on the litigation team that obtained a seven-figure arbitration award in a case involving secondary liability for an investment advisor's conduct under the Uniform Securities Act. Michael also represents clients in complex commercial cases regarding claims of fraud, breach of contract, and tortuous interference, as well as representing whistleblowers in multiple cases involving the False Claims Act, including litigation filed against Afognak Native Corp., alleging regulatory violations related to the Small Business Administration.

Michael, along with other Motley Rice attorneys, represented a union pension fund as co-lead counsel in a securities fraud class action to recoup losses against a telecom provider that allegedly provided false information regarding its financial results, causing artificially inflated stock prices that subsequently plummeted when the truth was made known. The settlement is pending court approval.

In addition to his whistleblower and securities casework, Michael is also a part of the firm's team that represents dozens of governmental entities, including states, cities, towns, counties and townships in litigation against several pharmaceutical drug manufacturers and distributors for the alleged deceptive marketing and distribution of highly addictive opioid prescription drugs.

Prior to joining Motley Rice. Michael served as an associate with a Connecticut-based law firm, where he first gained experience in both federal and state courts in such areas as commercial and construction litigation, media and administrative law, personal injury defense and labor and employment matters. He previously taught business law to BA and MBA candidates as an adjunct professor at Albertus Magnus College.

Michael served as a legal intern for the Honorable Randolph F. Treece of the U.S. District Court for the Northern District of New York and as a law clerk for the Major Felony Unit of the Albany County District Attorney's Office. He served as the executive editor for the *New York State Bar Association Government Law & Policy Journal* and senior editor for the *Albany Law Review,* which published his 2008 article entitled, "How Far is Too Far? The Spending Clause, the Tenth Amendment, and the Education State's Battle Against Unfunded Mandates."

## AWARDS AND ACCOLADES:

**Lawdragon**
**2019–2021**  Lawdragon 500 Plaintiff Financial Lawyers

**Super Lawyers®**
**2013–2018**  *Connecticut Super Lawyers Rising Stars* list
Securities litigation; Business litigation; Personal injury – products: plaintiff

## ASSOCIATIONS:

**American Association for Justice**
**Connecticut Bar Association**
**New York State Bar Association**

\* Prior results do not guarantee a similar outcome. For full *Super Lawyers* selection methodology visit: www.superlawyers.com/about/selection_process.html
For CT-specific methodology visit: www.superlawyers.com/connecticut/selection_details.html

## Michael G. Rousseau

LICENSED IN: CA, MA, RI, WI
EDUCATION:
J.D., Pepperdine University, 1999
B.S., Bentley College, 1996

Michael Rousseau focuses his practice on representing people harmed by defective medical devices, as well as workers and families impacted by mesothelioma and other asbestos-related lung diseases.

Most recently, Michael has played a key role in assisting thousands of women harmed by defective transvaginal mesh, including working on discovery and settlements. Previously, he spent five years heavily involved in Composix® Kugel® Mesh litigation, including defendant liability, discovery and trials. He is also a member of the legal team that successfully advocated for an extension of the risk contribution theory of liability in Wisconsin in 2005, enabling lead-poisoned children and families to seek compensation from former manufacturers of lead paint.

As a law student, Michael provided volunteer representation to autistic children to help them obtain special education services and physical therapy pursuant to the Individuals with Disabilities Education Act (IDEA).

## ASSOCIATIONS:

**American Bar Association**

## Mary F. Schiavo

LICENSED IN: DC, FL, MD, MO, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court
EDUCATION:
J.D., New York University School of Law, 1980 (Root-Tilden Scholar)
M.A., The Ohio State University, 1977 (University Fellow)
B.A. *cum laude*, Harvard University, 1976

A CNN Analyst and former U.S. Department of Transportation Inspector General, Mary Schiavo seeks accountability and industry change from corporations, institutions and the government so that they may meet their obligation to protect the safety and security of the traveling public. With years of experience in transportation litigation, Mary represents victims and their families suffering from negligence of airline, automotive, commercial trucking, motorcoach and rail companies.

A leader of the firm's aviation team, Mary has represented passengers and crew of most major U.S. air crashes, as well as pilots and passengers on private or charter planes. She represents passengers, pilots, flight attendants and select owners and operators. Her experience with major, complex aviation litigation includes more than 50 cases on behalf of the family members of the passengers and crew of all the planes hijacked on Sept. 11, 2001.

Mary has held numerous government appointments under three U.S. Presidents, including that of Inspector General of the U.S. Department of Transportation from 1990 to 1996. Under Mary's direction, the agency investigated air safety, crimes and disasters; secured more than 1,000 criminal convictions; and exposed billions of dollars of fraud, waste and abuse of taxpayer money. She testified before Congress multiple times on transportation safety, security, budgeting and infrastructure. In recognition of her work combating the use of bogus aircraft parts worldwide, Mary was honored by *Aviation Week* with its Aviation Laurel Award in 1992 and 1995 and was inducted into the Aviation Laurel Hall of Fame in 1997.

As an Assistant U.S. Attorney early in her career, Mary litigated civil cases and prosecuted federal white-collar crimes, bank and securities fraud, mail and wire fraud, drug trafficking and counterfeiting. During her appointment, she also served on the U.S. Department of Justice's Organized Crime and Racketeering Strike Force, prosecuting high-profile criminal cases of bank and securities fraud and related mail and wire fraud, including a large investigation of a bank and securities fraud scheme that resulted in the federal takeover of banks, savings and loans throughout the Midwest.

In 1987, Mary was selected as a White House Fellow and assigned to the U.S. Attorney General, where she worked as the Special Assistant for Criminal Affairs. In this role, she reviewed high security prosecutions, prepared Foreign Intelligence Surveillance Act Requests, attended foreign legal summits with the Attorney General and worked on international prisoner and



evidence exchanges. During this time, she also taught trial technique at the U.S. Attorney General's Advocacy Institute and the Federal Bureau of Investigation Academy. Her work earned her an appointment as the Assistant U.S. Secretary of Labor in 1989, where she led the Office of Labor Management Standards, supervising union elections and investigations on election and financial irregularities.

A frequent on-air contributor or consultant for several networks, Mary has appeared on CNN, ABC, CBS, Fox News, NBC, BBC, the History Channel and Discovery Channel. Named by *Glamour* magazine as a 1997 Woman of the Year, 1987 Working Woman of the Year and a Top Ten College Student in 1975, she has spoken about aviation safety on 20/20, *60 Minutes, Good Morning America, Larry King Live, Nancy Grace, Nightline, Oprah, The O'Reilly Factor, Today,* and *Your World with Neil Cavuto,* among others. Mary is the author of *Flying Blind, Flying Safe,* a *New York Times* bestseller, and was featured in *Time* magazine for exposing the poor safety and security practices of the airlines and the failures of the federal government to properly regulate the aviation industry. She contributed to *Aviation Security Management* (Volume One, 2008) and *Supply Chain Security* (Volumes One and Two, 2010).

Mary received her pilot's license soon after her driver's license, and later completed private and commercial flight training at The Ohio State University. She returned to The Ohio State University as the McConnell Aviation Chair and professor from 1998-2002 and as the Enarson Professor of Public Policy from 1997-1998. She has also served as a practitioner in residence at the New York University School of Law, and is currently a member of the Board of Directors for the Lowcountry SC chapter of the American Red Cross.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2017** Charleston, S.C. "Lawyer of the Year": Mass tort litigation/class actions – plaintiffs
**2010–2022** Mass tort litigation/class actions – plaintiffs

**National Law Journal**
**2015** Outstanding Women Lawyers

*Aviation Week*
**1997** Inducted to the Aviation Laureates Hall of Fame
**1992, 1995** Aviation Laurel Award in recognition of her work combating the use of bogus aircraft parts

*Benchmark Plaintiff*
**2014** *Top 150 Women in Litigation* list: South Carolina – mass tort, securities, aviation
**2012–2014** South Carolina "Litigation Star": mass tort, securities, aviation
**2012–2013** National "Litigation Star": mass tort/product liability

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association,** First Female Assembly Delegate, House of Delegates  *1986–1989*
**International Society of Air Safety Investigators,** affiliate member
**International Air and Transportation Safety Bar**
**Association of Plaintiff Interstate Trucking Lawyers of America,** Chair of Legislation

## *Carmen S. Scott*

LICENSED IN: SC
EDUCATION:
J.D., University of South Carolina School of Law, 1999
B.A., College of Charleston, 1996
With a focus on women's products, Carmen Scott represents victims of harmful medical drugs and devices, medical negligence, and corporate misconduct. She also advocates for human trafficking victims who seek to hold hotel franchises and other corporate entities accountable for allegedly enabling trafficking for profit.

Carmen helps lead Motley Rice's mass tort pharmaceutical litigation by managing complex personal injury and economic recovery damages cases. She has been on the forefront of national litigation, including multidistrict litigation pending in California for thousands of women who developed severe health complications allegedly caused by Bayer Corp.'s contraceptive device Essure®. She previously litigated claims involving NuvaRing®, Yaz® and Yasmin® birth control drugs and devices, and served on the Plaintiffs' Steering Committee in *In re NuvaRing Products Liability Litigation*. She also served as co-lead counsel in *In re Mirena Product Liability* state court consolidation in New Jersey, and as co-chair of the AAJ Mirena® IUD Litigation Group. She served on the Plaintiffs' Steering Committee for the multidistrict litigation In re Power Morcellator Products Liability Litigation and currently *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*. Carmen also represents clients in a variety of drug product matters in state and federal courts, including as a member of the PSC and Co-Chair of Leadership Development Committee for *In re: Zantac (Ranitidine) Products Liability Litigation*, pending in Florida.

Prior to joining Motley Rice in 2005 and concentrating her efforts on the medical practice area, Carmen represented numerous clients in jury trials, working on products liability, personal injury and business cases for both plaintiffs and defendants.

Carmen is a frequent speaker on medical litigation and topics involving women's products, regularly lecturing at both legal seminars and public advocacy events on such issues as plaintiffs' rights in medical negligence and dangerous drug cases. She has been quoted in numerous national media outlets and publications, including The Associated Press, NBC News New York, *Marie Claire* and *MotherJones.*

A South Carolina native and active in the community, Carmen served as a College of Charleston alumni board member. She also proudly served on the Board of the South Carolina chapter of Make-A-Wish for many years, fundraising and promoting the organization's mission, and continues to serve as a "wish-granter" for families. She also formerly served as a board member for the nonprofit organization Charleston County Friends of the Library.

## AWARDS AND ACCOLADES:

**Best Lawyers®**
**2022** "Lawyer of the Year" Charleston, S.C. Product liability litigation–plaintiffs
**2018–2022** Charleston, S.C. Personal injury litigation–plaintiffs; Product liability litigation–plaintiffs

***Chambers USA***
**2021** Product Liability: Plaintiffs – Nationwide, Band 3

***South Carolina Super Lawyers®*** list
**2015–2020** Personal injury plaintiff: products; Class action/mass torts

**Lawdragon**
**2020–2021** Lawdragon 500 Plaintiff Consumer Lawyers

***South Carolina Super Lawyers® Rising Stars*** list
**2013–2014** Personal injury plaintiff: products; Class action/mass torts

***Charleston Regional Business Journal***
**2013** Forty Under 40

## ASSOCIATIONS:

**American Association for Justice,** Exchange Advisory Committee
**American Bar Association**
**South Carolina Association for Justice**
**South Carolina Women Lawyers Association**

## Linda Singer

LICENSED IN: DC, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the Ninth and D.C. Circuits, U.S. District Court for the District of Columbia
EDUCATION:
J.D. *magna cum laude*, Harvard Law School, 1991
B.A. *magna cum laude*, Harvard University, 1988

Linda Singer represents governments, attorneys general and other public entities in high-impact, high-stakes litigation and investigations as head of the firm's Public Client practice area. The former Attorney General of the District of Columbia, Linda's knowledge and experience includes serving in the public, not-for-profit and private sectors.

As AG, Linda gained invaluable insight into the duties of attorneys general and how law firms with the right resources and experience can aid in supporting enforcement efforts.

During her tenure in the District of Columbia, she developed and expanded litigation aimed at protecting children, consumers, tenants and victims of domestic violence and gun violence while overseeing a staff of more than 350 lawyers in one of the nation's largest AG offices.

In private practice, Linda has represented clients in numerous consumer protection and financial and health care fraud lawsuits that have resulted in significant settlements and injunctive relief, including mortgage relief settlements for the states of Arizona and Nevada worth more than $1 billion.*

At the forefront of healthcare fraud litigation alleging deceptive marketing practices and fraudulent distribution of highly addictive opioids, Linda serves as co-chair of the Manufacturer/Marketing Committee of the *National Prescription Opiate* MDL. She represents dozens of jurisdictions, including states, cities, counties, and townships in suits against opioid manufacturers and distributors. Linda continues to be lead outside counsel for the City of Chicago and Santa Clara County Counsel, two of the first jurisdictions to file in the current wave of opioid litigation. The opioid epidemic has resulted in tens of thousands of deaths and imposed burdens on public entities' resources and departments that must address the drug addiction, overdose, and other related costs.

She represents Hawaii and the U.S. Virgin Islands in litigation alleging harm or economic loss due to deceptive marketing of Takata airbags, the largest auto-related recall in U.S. history. Linda has also investigated major national credit bureaus accused of violating state and federal law by failing to maintain accurate consumer credit files, and nursing homes accused of defrauding public payors and consumers by failing to maintain enough staff to ensure the health and safety of elderly residents. She has also represented the U.S. Virgin Islands in enforcement litigation against an oil company that abruptly shut down, alleging it failed to fulfill its obligation to operate a refinery in St. Croix as promised in exchange for significant tax breaks. The settlement in that case is valued at more than $750 million in revenue and environmental cleanup.

Linda helped secure more than $60 million in relief for consumers whose subprime mortgages were securitized by major Wall Street banks, and repayment for students who alleged they were defrauded by a chain of for-profit colleges. She fought for workers allegedly misclassified as independent contractors by a Fortune 100 company, a move that allegedly deprived workers of legal protections and helped the company avoid contributing to state unemployment and workers' compensation programs.

*Pro bono* work has also been a major part of Linda's practice. She has represented individuals and public clients in cases aimed at preventing gun violence, protecting consumers, and safeguarding the rights of immigrants.

Linda served from 1994 through 2006 as Executive Director of the Appleseed Foundation, a network of public interest law centers in the U.S. and Mexico.

Prior results do not guarantee a similar outcome.



## AWARDS AND ACCOLADES:

**Best Lawyers®**
**2019–2022**  Mass tort litigation / class actions – plaintiffs

***Washington D.C. Super Lawyers®*** list
**2013–2021**  State, local & municipal; Consumer law

**Lawdragon**
**2020–2021**  Lawdragon 500 Plaintiff Consumer Lawyers
**2019–2021**  Lawdragon 500 Plaintiff Financial Lawyers

***The National Law Journal***
**2017**  Litigation Trailblazers
**2010**  "Washington's Most Influential Women Lawyers"

### *Elizabeth Smith*

LICENSED IN: DC, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the District of Columbia Circuit;
U.S. District Court for the District of South Carolina, and the District of Columbia
EDUCATION:
J.D. *cum laude*, University of South Carolina School of Law, 2000
B.A., Furman University, 1995

Elizabeth represents clients injured by corporate wrongdoing, with an emphasis on anti-terrorism, human rights, tobacco, and public client litigation. Her current practice includes representing government entities in litigation targeting the alleged deceptive marketing and over-distribution of highly addictive opioids, as well as people alleging harm by tobacco products. She also represents the 9/11 Families United to Bankrupt Terrorism multidistrict litigation aiming to bankrupt financiers of al Qaeda and other terrorist groups.

Elizabeth's role in litigation involving the September 11, 2001 terrorist attacks has included representing numerous families at hearings before the Victim Compensation Fund with Special Master Kenneth Feinberg and litigating aviation liability cases. She also has experience with personal injury and consumer protection cases, including vehicle defect cases, asbestos litigation, medical device cases, and lead paint poisoning lawsuits, and has managed client relations, research and discovery, and trial preparation for various litigation teams.

As an undergraduate student, Elizabeth completed a Middle East and Africa Foreign Study Program, and traveled from Kenya to Israel. While in law school, she served on the editorial board of the ABA *Real Property, Probate & Trust Journal*. After graduation, Elizabeth was a law clerk for the Honorable Diane S. Goodstein, Circuit Court Judge of the First Judicial Circuit for South Carolina. She is recognized as a BV® rated attorney by Martindale-Hubbell®.

## AWARDS AND ACCOLADES:

**Lawdragon**
**2019–2021**  Lawdragon 500 Plaintiff Financial Lawyers

## ASSOCIATIONS:

**American Association for Justice**
**Federal Bar Association**
**South Carolina Association for Justice**

### *W. Christopher Swett*

LICENSED IN: DC, MN, SC, WV
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Fourth Circuit; U.S. District Court for the Northern District of Ohio, District of South Carolina, Southern District of West Virginia, and the Western District of Wisconsin
EDUCATION:
J.D. *cum laude,* University of South Carolina School of Law, 2009
B.A., B.S. *summa cum laude,* The Citadel, 2006

A trial lawyer, Chris Swett goes up against alleged suppliers of asbestos-contaminated talc and manufacturers of cosmetic talcum powder products in litigation filed for consumers suffering from mesothelioma and other asbestos-related diseases.

On behalf of asbestos victims, Chris litigates against manufacturers, property owners and contractors who sold or installed defective asbestos-containing products and exposed workers and families to asbestos.

Chris also litigates on behalf of workers who developed severe lung diseases, or "Popcorn Workers' Lung," after inhaling flavoring chemicals such as diacetyl and acetyl propionyl, among other occupational diseases and hazards. He has additional experience representing victims in cases involving significant injuries caused by hazardous consumer products, fires, premises injuries and other incidents of negligence and misconduct.

Prior to joining Motley Rice, Chris served as a law clerk to the Honorable R. Bryan Harwell of the U.S. District Court for the District of South Carolina. In this capacity, he conducted complex research, prepared proposed orders involving numerous areas of the law, and assisted with various phases of both civil and criminal trials.

A recipient of the Citadel Scholar full academic scholarship and the Citadel Honors Program Gold Seal, Chris was honored with the University of South Carolina School of Law's Cali Award for environmental law. Additionally, he served as Senior Associate Editor for the *Southeastern Environmental Law Journal* and is the author of published pieces concerning environmental law such as *Politics, Money, and Radioactive Waste: The Savannah River Site Conundrum*, 16.2 Se. Envtl. L.J. 391 (2008).

Growing up in rural South Carolina with blue-collar parents, Chris quickly learned the value of hard work and giving back to the community. He has volunteered as a Special Prosecutor for the South Carolina Attorney General's Office; proudly served as class chairman for The Citadel Foundation, helping to raise money for

need-based scholarship funding; and is a former member of the Charleston County Library Board of Trustees. Chris is recognized as an AV®-rated attorney by Martindale-Hubbell®.

## AWARDS AND ACCOLADES:

**The National Trial Lawyers**
**2013–present** Top 100 Trial Lawyers™ – South Carolina

***West Virginia Super Lawyers® Rising Stars*** list
**2015–2019** Personal injury – products: plaintiff; Personal injury – general: plaintiff; Class action/mass torts

## ASSOCIATIONS:

**American Association for Justice**
**South Carolina Association for Justice**
**West Virginia Association for Justice**
**South Carolina Bar Association**
**Charleston County Bar Association**
**Order of the Coif**
**Order of the Wig and Robe**

## Fred Thompson III

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the Fourth Circuit, U.S. District Court for the District of South Carolina
EDUCATION:
J.D. *with distinction*, Duke University School of Law, 1979
B.A. *cum laude*, Yale University, 1973

With decades of diverse experience in personal injury, commercial and toxic tort law, Fred Thompson represents people harmed by negligence, product defects or misconduct. As a leader of the medical litigation team, Fred manages cases related to defective medical devices, harmful pharmaceutical drugs, medical malpractice, and nursing home abuse.

Fred is Liaison Counsel for a multidistrict litigation, In re Aqueous Film-Forming Foams Products Liability Litigation, MDL No. 2873, alleging severe health complications and environmental harms associated with the use of firefighting Aqueous Film-Forming Foams, which contain toxic PFAS chemicals. He has been appointed to numerous other leadership positions, including:

- Co-lead coordinating counsel for the pelvic mesh lawsuits consolidated in the U.S. District Court for the Southern District of West Virginia
- Plaintiffs' co-lead counsel for the Mirena® IUD multidistrict litigation in the U.S. District Court for the Southern District of New York
- Plaintiffs' co-lead counsel for the federal Digitek® consolidation
- Plaintiffs' Steering Committee member for the Medtronic Sprint Fidelis® defibrillator lead
- Plaintiffs' Steering Committee member for the Avandia® federal multidistrict litigation

- Plaintiffs' Steering Committee member for the Trasylol® federal multidistrict litigation
- Chairman of the American Association for Justice's Digitek® Litigation Group
- Co-chairman of the AAJ Kugel® Mesh Litigation Group

Fred is also active with the firm's consumer fraud, commercial and economic damage litigation. He has represented clients in litigation involving bond issues and securities fraud in federal, state and bankruptcy forums as well as through alternative dispute resolution. Additionally, Fred has practiced commercial transaction work, including contracting, corporate, partnership and limited liability company formation, and capital acquisitions.

Recognized as an AV® rated attorney by Martindale-Hubbell®, Fred frequently speaks on medical litigation topics at legal seminars throughout the country. He co-authored "Composix® Kugel® Mesh: A Primer" for the Spring 2008 AAJ Section on Toxic, Environmental & Pharmaceutical Torts newsletter. Fred serves his local community as a Board Member for the East Cooper Community Outreach organization.

## AWARDS AND ACCOLADES:

**Best Lawyers®**
**2022** "Lawyer of the Year" Charleston, S.C. Mass tort litigation / class actions – plaintiffs
**2018–2021** Charleston, S.C. Mass tort litigation / class actions –plaintiffs

**Lawdragon**
**2020–2021** Lawdragon 500 Plaintiff Consumer Lawyer

## ASSOCIATIONS:

**American Association for Justice**

Prior results do not guarantee a similar outcome.



# SENIOR COUNSEL

## David D. Burnett

LICENSED IN: DC, NY
ADMITTED TO PRACTICE BEFORE: U.S. Court of Appeals for the Second Circuit; U.S. District Courts for the Southern and Eastern Districts of New York
EDUCATION:
J.D., University of Virginia School of Law, 2007
M.A., University of Texas at Austin, 2002
B.A. with high honors and distinction, University of Virginia, 1999

David Burnett applies more than a decade of experience in finance and plaintiffs-side commercial litigation to investigate complex economic and scientific issues.

David is a part of Motley Rice's team representing dozens of governmental entities, including states, counties, cities, towns, and townships in litigation arising from the nationwide opioid crisis. Among other work, he works closely with experts on written reports, depositions, and trial testimony, including epidemiologists who quantify abatement needs and economists who quantify harms and abatement costs. David is part of the trial team in the opioids MDL trial on behalf of the City of Huntington and Cabell County, W.Va.

David also represents investors in complex securities fraud litigation. In Motley Rice's case against NYSE, Nasdaq, and BATS, alleging that the stock exchanges enabled high-frequency traders' manipulation of the markets, David deposed the President of NYSE, wrote an order of proof, and drafts briefs and letters to court.

David worked with victims of September 11 terrorist attacks on documenting their harms at Ground Zero. He has also performed detailed contractual and liability analyses in Motley Rice's Proton Pump Inhibitor litigation against major pharmaceutical companies.

Prior to joining Motley Rice, David served as a vice president of underwriting at Burford Capital, where he evaluated the legal and economic merits of 50 potential investments in lawsuits, up to nine figures in value each, and monitored dozens of active litigation investments. He gained experience in evaluating the cost-benefits of litigation and structuring financing terms commensurate with legal risks.

Prior to Burford, David worked for 11 years as an associate and Of Counsel at Quinn Emanuel in New York, where he represented institutional investors as plaintiffs in litigation arising from losses on mortgage-backed securities and CDOs following the 2008 financial crisis. He recovered hundreds of millions of dollars* in dozens of favorable settlements for plaintiffs in residential mortgage-backed securities litigation, including settlements reached on his own for a client he originated.

While completing his law degree at the University of Virginia, David clerked for an international corporate law firm in New York and a plaintiffs' asbestos firm in Washington, D.C. During law school David was selected as a Hardy Cross Dillard Fellow (a teaching assistant in Legal Research and Writing), worked with law professors as a journal editor, and published two journal articles.

Outside of work, David serves on the Board of Advisors of the Appalachian Mountain Club. Before law school, among other roles, David worked with at-risk youths for Outward Bound and bicycled across the country for charity.

## James R. Brauchle

LICENSED IN: SC
EDUCATION:
J.D., Rutgers University School of Law, 2001
B.S., Lemoyne College, 1990

A former U.S. Air Force navigator, Jim Brauchle brings years of flying experience, leadership skills and knowledge of the aviation industry to his litigation work. Jim represents victims of aviation disasters and passenger rights violations in cases against the airline industry. With more than a decade of courtroom experience that includes both bench and jury trials, Jim has handled civil, domestic, and criminal defense cases from pre-trial practice through trial, post-trial motions and appeals. He not only works closely with clients and co-counsel but also with pilots, engineers and experts in such areas as wreckage inspection and flight reconstruction.

Jim had the honor of supporting the firm's work in *Bavis v. United Airlines Corporation et al.,* the last aviation security case to be resolved in the nearly decade-long consolidated litigation, *In re September 11 Litigation,* involving 56 of the 96 families who opted out of the Victim Compensation Fund in an effort to force accountability and generate answers related to the 9/11 terrorist attacks. He is an integral member of the aviation team representing the families of the five Italian tourists who lost their lives when a helicopter tour and small private plane collided in mid-air over the Hudson River on Aug. 8, 2009. Litigating multiple crash cases involving small private planes, he also represents the family of a pilot who was one of six people killed when a Cessna Citation 550 aircraft on a life-saving transplant mission crashed into Lake Michigan shortly after takeoff. He also represents the families of passengers who were killed in the July 7, 2013 DeHavilland DHC-3 Otter charter plane crash in Soldotna, Alaska.

An advocate for the rights of the traveling public, Jim took passenger rights case, *Amanda Tuxworth v. Delta Air Lines, Inc.,* to trial and, after a hung jury that was nine to one in his client's favor, used his negotiation skills to resolve the case in mediation prior to a re-trial. In another passenger rights case alleging negligence, breach of contract and negligent misrepresentation, *Sandie Mallard v. Airtran Airways, Inc.,* he played a central role in achieving a confidential settlement. The U.S. District Court for the Southern District of Florida ruled in favor of his client in *Chris Turner v. Ramo, LLC,* a case involving the crash of an international charter flight. This ruling was upheld by the U.S. Eleventh Circuit Court of Appeals in February

2012. Jim also represented numerous families of those who lost their lives in the 2009 Continental Airlines/Colgan Air Flight 3407 crash, which took the lives of all 49 passengers and crew, as well as one person on the ground.

Prior to joining Motley Rice, Jim worked for nearly a decade as a trial attorney representing clients injured or killed in vehicle collisions. His ability to present complex matters to a jury has served him in previous transportation cases.

Jim served as a navigator in the United States Air Force from 1991 to 2001. He was one of only five people in the entire Air Force simultaneously qualified as a C-141 Special Operations navigator, flight instructor and examiner, and was often selected to fly high visibility missions, both in the United States and abroad. Additionally, he was hand-selected to brief and demonstrate special operations capabilities to the Air Mobility Command's Director of Operations and represented the 437th Air Wing at RODEO 1996, the United States Air Force's airlift flying competition.

Jim is recognized as an AV® rated attorney by Martindale-Hubbell®.

### ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**
**International Society of Air Safety Investigators,** affiliate member
**Law360 Transportation Editorial Advisory Board,** 2020

### John C. Duane

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Fourth Circuit, U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 1998
B.A., College of Charleston, 1994

Former federal prosecutor John Duane applies his experience prosecuting criminal matters to his work representing clients harmed by defective medical devices, implants and drugs, as well as a variety of cases related to negligence, defective products and vehicle incidents.

John works with co-counsel to represent clients in national litigation who have been injured after receiving allegedly defective hip replacement devices, including DePuy® ASR™, DePuy® Pinnacle®, Biomet M2a-Magnum™, Stryker® Rejuvenate, Wright Medical Conserve® and Zimmer Durom®. He was actively involved in the *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation,* a federal MDL involving people who suffered from injuries allegedly caused by heart defibrillator lead wires. He was also an integral part of the litigation involving the drugs Advair®/Serevent®, Trasylol®, Zicam® and Fen Phen®.

As an Assistant U.S. Attorney for the District of South Carolina, John prosecuted cases in a variety of areas, including financial crimes, wire and mail fraud, corporate fraud and violent crimes. In this role, he also served as the lead trial attorney on several jury trials and trained new prosecutors in caseload management, procedures and trial technique.

Previuosly, John served as a law clerk to Senior United States District Judge C. Weston Houck, assisting with all phases of civil and criminal trials, including pre-trial and post-trial motions, evidentiary rulings and research in class actions, transportation and design defect cases, shareholder derivative actions and whistleblower actions.

Active in his community, John volunteers as a children's soccer coach and contributes his time to various youth programs at his church.

### AWARDS AND ACCOLADES:
**2004  Assistant U.S. Attorney of the Year**, Charleston Division

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**South Carolina Association for Justice**
**South Carolina Bar Association**
**Charleston County Bar Association**

### Jeanette M. Gilbert

LICENSED IN: NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Eastern and Southern Districts of New York
EDUCATION:
J.D., Pace University School of Law, 1984
B.A., Hofstra University, 1979

Jan Gilbert has spent her legal career assisting those who cannot speak for themselves due to age or illness. Since joining Motley Rice in 2006, she continues that advocacy through asbestos bankruptcy litigation and management of claims processing. Jan is one of the attorneys responsible for analyzing complex bankruptcy documents and advising clients and co-counsel lawyers on the claims facilities and asbestos personal injury trusts established by the bankruptcy courts for the benefit of asbestos victims.

Prior to her work at Motley Rice, Jan directed the estate department at a New-York based law firm, where she was responsible for the finance management and administration of multi-million dollar estates and trusts. She provided investment and tax analysis to ensure compliance with federal regulations and reviewed documentation for proper bank and accounting statements. Jan currently utilizes this background to provide legal research for complex securities fraud and shareholder derivative cases with the Motley Rice securities litigation team.

Prior results do not guarantee a similar outcome.



Jan served on the Ethics Committee of the South Carolina Bar from 2010–2013 and has also served a two-year term as the Continuing Legal Education Seminar Committee Chair for the South Carolina Bar. She has also served on several educational and ethics committees with the Nassau County Bar Association of New York, serving as a dean and board member developing programming when Mandatory Continuing Legal Education was instituted in New York. Jan taught courses on legal ethics, legal research and real estate as an adjunct professor at Long Island University. She sat on the executive council of the New York State Conference of Bar Leaders and served as a delegate to New York State Chief Judge Judith Kaye's Institute of Professionalism in the Law.

### ASSOCIATIONS:

**American Association for Justice**
**New York State Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**
**Nassau County Bar Association**

## Robert T. Haefele

LICENSED IN: DC, NJ, NY, PA, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second, Third, Fourth and Eleventh Circuits, U.S. District Court for the District of Columbia, District of New Jersey and Southern District of New York
EDUCATION:
J.D., Rutgers University School of Law – Camden, 1989
B.A., Rutgers College, 1986

Robert Haefele has spent more than 30 years practicing in complex civil litigation, including asbestos, tobacco, mesh, and other mass tort and product liability litigation. His area of primary emphasis involves anti-terrorism and human rights, analyzing and litigating complex, domestic and international matters to meet clients' goals of justice and accountability while simultaneously achieving positive social change.

Robert's current focus is on aiding the more than 6,600 family members and survivors of the September 11, 2001 terrorist attacks Motley Rice represents. He is co-liaison counsel and an active member of the Plaintiffs' Executive Committee for Personal Injury and Death Claims in *In re Terrorist Attacks on September 11, 2001*, U.S.D.C., S.D.N.Y., MDL 1570, lawsuits filed by Motley Rice's clients and others seeking to expose and bankrupt the alleged financiers and other supporters of al Qaeda terrorist activity.

Robert also played a central role in *In re September 11th Litigation*, Case No. 21-MC-97-AKH (S.D.N.Y.), involving more than 50 personal injury and wrongful death clients against the aviation and aviation security industries for their alleged failure to detect and prevent the terrorist attacks. For both the multidistrict terrorist financing litigation and mass consolidations of the aviation security liability cases, Robert

has appeared before the court for multiple hearings and oral arguments, directed and engaged in complex formal discovery, and managed informal investigative efforts involving, among other things, aviation security, designation of foreign terrorist individuals and entities, and elaborate webs of financial transactions.

In addition to traditional litigation efforts, Robert has provided substantial *pro bono* and other support to the survivors and families of those killed in the September 11th attacks. From 2001-2004, he provided *pro bono* representation for more than 30 individuals, preparing and presenting their claims to the September 11th Victim Compensation Fund. Working with Motley Rice clients, legislators and leading experts in various industries, Robert also works to encourage legislative changes to help meet clients' goals of justice, accountability and positive social change.  He has represented victims of other terrorist attacks and human rights violations in litigation including *Oran Almog v. Arab Bank*, a landmark lawsuit filed by victims of terrorist bombings in Israel against Arab Bank for its alleged role in financing Hamas and other Israeli terrorist organizations, and *Krishanti v. Rajaratnum* et al., 09-cv-5395 (D. N.J.), litigation against alleged financiers of the Tamil Tigers terrorist organization in Sri Lanka. He was also part of the litigation filed for non-U.S. citizens, *Jesner v. Arab Bank*. The litigation was heard by the U.S. Supreme Court under the Alien Tort Statute regarding violations of customary international law by foreign corporations.

Representing Motley Rice clients in an array of other complex litigation matters, Robert worked on *World Holdings LLC, v. The Federal Republic of Germany*, a suit filed to collect unpaid pre-WWII German bonds. He has collaborated with members of the firm's securities team, litigating such cases as *In re MBNA Corp. Sec. Litig.*, No. 05-272 (D. Del.), and with the toxic exposure team to litigate cases brought by individuals and businesses suffering as a result of the BP oil spill in *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*.

Prior to joining Motley Rice in 2003, Robert developed a strong co-counsel relationship with Motley Rice attorneys through complex litigation involving corporate wrongdoing, including the State of New Jersey's tobacco lawsuit and other tobacco, asbestos and occupational disease and injury cases. Practicing product liability, toxic and mass tort, and occupational injury law, he represented individuals and union members injured by defective products or toxic substances and authored "The Hidden Truth About Asbestos Disease" in the *New Jersey Law Journal* (December 2002). He clerked with Judge Neil F. Deighan of the Appellate Division of the Superior Court of New Jersey in 1990.

### ASSOCIATIONS:

**American Association for Justice**
**American Bar Association**
**New Jersey State Bar Association,** Past Chairman – Product Liability and Toxic Tort Section
**Public Justice Foundation**

## Rebecca M. Katz

LICENSED IN: NY
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second Circuit; U.S. District Courts for the Southern, Eastern, and Western Districts of New York
EDUCATION:
J.D., Hofstra University School of Law, 1990
B.S., Hofstra University, 1987

As a lead attorney on Motley Rice's whistleblower litigation team, Rebecca Katz represents and protects individual whistleblowers who expose corporate misconduct. Her clients come from all levels of job responsibility in a wide range of industries and she helps them to investigate and report fraud to governmental enforcement agencies including the SEC, DOJ, IRS and CTFC. She has represented senior executives, mid-level managers and staff of multinational banking and financial services and public companies, including financial advisors, clinical researchers, quantitative analysts, engineers, commodities and securities traders.

Rebecca has been at the forefront of this field since the SEC Whistleblower Program was established under the Dodd-Frank Act in 2010 and is recognized in the field of whistleblower representation. She has represented numerous clients in navigating the intricacies of the SEC whistleblower process from filing the initial complaint through the final award process.

For nearly a decade prior to entering private practice, Rebecca served as senior counsel for the SEC's Enforcement Division. In addition to her whistleblower work, Rebecca has more than 20 years of experience litigating complex securities fraud cases, and was a partner and held senior leadership roles at two large New York plaintiffs' litigation firms.

Using her experience as a former SEC attorney and in private practice, Rebecca provides critical, objective legal counsel to those who need knowledge and support to ensure their confidentiality and protection in undertaking the complex and ever-changing whistleblower laws.

Rebecca is a frequent speaker at legal conferences nationwide and provides insight on numerous issues involving the SEC whistleblower program and securities litigation for national and local media outlets, including The Wall Street Journal, The New York Times, and Law360, among others. She is a published author and former faculty member at the Practising Law Institute's Securities Litigation & Enforcement Institute (both in the United States and United Kingdom) and has also lectured at the Fordham University School of Law's Eugene P. and Delia S. Murphy Conference on Corporate Law – Corporations, Investors and the Securities Markets.

While completing her law degree from Hofstra University School of Law, Rebecca was a member of the Hofstra Law Review.

She is an active supporter of several community organizations, including Friends of Firefighters and Komen Race for a Cure.

### PUBLISHED WORKS:
Rebecca M. Katz & James M. Weir, Plaintiffs' Perspective: The SEC's Final Rules for Whistleblowers Offer a Balanced Approach to an Important New Program, Securities Litigation Report (July/Aug. 2011)

Rebecca M. Katz & David B. Harrison, The Dodd-Frank Act: New Life for Whistleblowers and the SEC; Securities Litigation Report (Sept. 2010)

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2017–2022**  Mass tort litigation / class actions – plaintiffs

**Super Lawyers**
**2008–2010, 2013–2021**  New York Metro Super Lawyers – Securities

**Hofstra University, Maurice A. Deane School of Law**
**2019**  Outstanding Woman in Law honoree

**Benchmark Plaintiff**
**2014**  Top 150 Women in Litigation list: New York – securities
**2013–2014**  New York "Litigation Star" securities

### ASSOCIATIONS:
**New York City Bar Association**, Securities Litigation Committee

## Michael J. Quirk

LICENSED IN: NY, PA
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Courts of Appeals for the First, Third, Fourth, Ninth, and Eleventh Circuits; U.S. District Courts for the District of Columbia, Eastern District of Pennsylvania, and Northern District of New York
EDUCATION:
J.D. cum laude, University of Michigan Law School, 1999
M.A. Rutgers University, 1996
B.A. The College of New Jersey, 1992

Michael Quirk practices in the areas of consumer rights, class action, mass tort, and appellate litigation.

He currently represents people and families in Flint, Mich., who were impacted by toxic lead in the city's contaminated water crisis in In re Flint Water Cases: Carthan v. Snyder; women injured by defective transvaginal mesh devices in In re Pelvic Mesh Litigation; payday loan borrowers in Pennsylvania allegedly paying unjustifiably high interest charges to lenders seeking to evade liability through misuse of Indian tribal immunity in Williams et al. v. MacFarlane Grp, Inc. et al.; and student loan borrowers who faced collection actions on a defunct for-profit trade school's institutional loans alleged to be fraudulent in Gonzalez et al. v. New Century Financial Services, Inc. as assignee of Med-Com Career Training, Inc. d/b/a Drake College of Business; among other cases.

Prior results do not guarantee a similar outcome.



Prior to joining Motley Rice, he was a partner in two Philadelphia law firms, where he was lead appellate counsel for prevailing plaintiffs in cases involving expert admissibility on causation of a rare and fatal lymphoma by prescription drugs, liability and qualified immunity in a police-on-police shooting, retaliatory employment discrimination under Title VII, women's breast cancer caused by hormone replacement therapy (HRT) drugs, and enforceability of mandatory arbitration clauses barring class actions in payday lending and other consumer contracts.  He also was lead or co-lead trial court counsel for plaintiffs in cases against Wells Fargo, Bank of America, and JPMorgan Chase among others allegedly involving predatory Option Adjustable Rate Mortgage (Option ARM) loans that drained the equity from borrowers' homes, against rent-to-own companies charging allegedly unlawful interest or add-on fees to low-income consumers, and against credit card issuers for allegedly unlawful charges.

Michael also has represented public interest, consumer rights and public health organizations as *amici curiae* in support of consumers and other plaintiffs.

Previously, he was a staff attorney and Equal Justice Works Fellow with Public Justice, P.C., a national public interest law firm, and was Supreme Court Assistance Project Fellow with the Public Citizen Litigation Group, both in Washington, D.C.

A frequent public speaker, Michael has contributed to discussions of class actions and other legal matters. Michael serves as co-chair of the Board of Directors of the National Association of Consumer Advocates, a nationwide, non-profit association of more than 1,500 private and public sector and legal services lawyers, law professors, and law students whose primary focus is representation and protection of consumers.

Public Justice, a national public interest law firm, awarded Michael its Access to Justice Award in 2003 for his work as co-counsel in helping win unanimous U.S. Supreme Court decision in *Sprietsma v. Mercury Marine*, defeating federal preemption and preserving access to justice for a wrongful death claimant.

### PUBLISHED WORKS:
- *Consumer Class Actions*, Ninth and Tenth Editions (National Consumer Law Center 2016, 2020) (co-author)
- *Consumer Arbitration Agreements: Enforceability and Other Topics*, First through Seventh Editions and annual supplements thereto (National Consumer Law Center and Public Justice Foundation 2001-2015) (co-author)
- *New Jersey Mass Torts & Class Action Treatise* (New Jersey Institute for Continuing Legal Education 2015) (peer-review editor)
- National Association of Consumer Advocates, S*tandards and Guidelines for Litigating and Settling Consumer Class Actions*, 299 F.R.D. 160 (3d ed. 2014) (drafting committee member); 255 F.R.D. 215 (2d ed. 2006) (committee member and co-drafter)

### ASSOCIATIONS:
**American Association for Justice**
**National Association of Consumer Advocates**, Board of Directors Co-Chair (Board Member since 2015); Issues Committee

### AWARDS AND ACCOLADES:
**Public Justice**
**2003** Access to Justice Award

## *Lisa M. Saltzburg*

LICENSED IN: SC, CO
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Fourth, Fifth and Eleventh Circuits
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., Stanford Law School, 2006
B.A. with high distinction, University of California, Berkeley, 2003

Lisa Saltzburg represents individuals, government entities and institutional clients in complex securities and consumer fraud actions, public client litigation, and a variety of other consumer and commercial matters. Lisa is an integral part of Motley Rice's team of attorneys that represents dozens of cities, towns, counties and townships in the *National Prescription Opiate* MDL against opioid manufacturers and distributors for alleged deceptive marketing, fraudulent distribution and other business practices that contributed to the opioid crisis.

She is part of the BP Oil Spill litigation team, and helped people and businesses in Gulf Coast communities file claims through the new claims programs established by the two settlements reached with BP. Lisa also serves on the trial team for the Florida *Engle* tobacco litigation.

Prior to joining Motley Rice, Lisa was an associate attorney for a nonprofit advocacy organization, where she worked through law and policy to protect the environmental interests of the Southeast. She drafted briefs and other filings in South Carolina's federal and state courts and worked with administrative agencies to prepare for hearings and mediation sessions. Lisa also served for two years as a judicial clerk for the Honorable Karen J. Williams of the U.S. Court of Appeals for the Fourth Circuit, where she developed valuable legal research and writing skills and gained experience involving a wide range of issues arising in civil and criminal cases.

Lisa held multiple positions in environmental organizations during law school, handling a broad array of constitutional, jurisdictional and environmental issues. She also served as an editor of the *Stanford Law Review* and as an executive editor of the *Stanford Environmental Law Journal*. A member of numerous organizations and societies, including the Stanford Environmental Law Society, Lisa attended the National Institute for Trial Advocacy's week-long Trial Advocacy College at the University of Virginia.

**AWARDS AND ACCOLADES:**
*South Carolina Super Lawyers® Rising Stars* list
**2016**  Securities litigation, Class action/mass torts, Personal injury–products: plaintiff

### Jennie Scudder-Levin

LICENSED IN: CA, SC
EDUCATION:
J.D., Vanderbilt University School of Law, 1989
A.B. *cum laude*, Duke University, 1986
Jennie Scudder-Levin primarily represents clients harmed by environmental contaminants and is involved in the firm's medical device and opioid epidemic litigation.

Jennie has years of litigation experience and previously represented clients in bankruptcy matters, along with institutional investors in securities and consumer fraud litigation prior to joining Motley Rice.

Her current casework includes advocating for thousands of women who have suffered severe adverse effects allegedly caused by the permanent contraceptive device, Essure®. She served on the team litigating on behalf of 10 California cities and counties regarding harmful exposure to lead paint and continues that advocacy now on behalf of persons injured by white lead carbonate products in Wisconsin.

Jennie is active in her church and with the firm's charitable and community projects.

## ASSOCIATES AND COUNSEL

### Sara D. Aguiñiga

LICENSED IN: DC
ADMITTED TO PRACTICE BEFORE: Superior Court of the District of Columbia, U.S. Court of Appeals for the District of Columbia
EDUCATION:
J.D. American University Washington College of Law, 2013
B.A. *cum laude*, University of Maryland, Baltimore County, 2006
Sara Aguiñiga protects public funds and interests, including health and consumer rights, through representation of public entities.

Sara is a member of the firm's litigation team representing dozens of governmental entities, including states, cities, towns, counties and townships targeting the alleged misrepresentation and over-distribution of highly addictive prescription drugs by opioid manufacturers and distributors, a suspected cause of the opioid epidemic. She also litigates complex cases involving alleged health care fraud, in addition to representing the Cherokee Nation in litigation filed against the U.S. Department of Health and Human Services and other federal agencies related to the False Claims Act. She is also pursuing litigation against an auto-loan company alleged to have engaged in unfair lending practices, and a pro bono immigration case involving an unaccompanied minor.

Prior to joining Motley Rice, Sara served as a bilingual witness specialist at a Washington, D.C. law firm, where she maintained compliance enforcement for confidential cases involving nursing homes, interviewed and prepared potential witnesses for trial in Spanish and English, and represented pro bono clients in state courts.

While pursuing her law degree, Sara helped represent asylum-seekers and advocated for labor rights for migrant workers as a student attorney for the Washington, D.C. Immigration Justice Clinic. She clerked for a Maryland law firm, completing research on immigration law, deportation, asylum and human trafficking, and writing briefs submitted to immigration court and U.S. Citizenship and Immigration Services. She also clerked for the Maryland Office of the Public Defender, interviewing and preparing jailed clients for direct and cross-examinations.

Sara was an avid figure skater and previously competed on the Mexican National Figure Skating Team.

### Andrew P. Arnold

LICENSED IN: NY, SC
EDUCATION:
J.D., with honors, University of North Carolina School of Law, 2013
B.A., with highest honors, University of North Carolina at Chapel Hill, 2002
Andrew Arnold represents institutional investors and individuals in complex securities, corporate governance and shareholder litigation.

He concentrates his practice on investigating and developing securities fraud class actions, shareholder derivative lawsuits, merger and acquisition litigation, and consumer fraud. He joined Motley Rice co-founder Joe Rice in negotiations in the Volkswagen Diesel Emissions Fraud class action for consumers whose vehicles were allegedly designed to bypass regulations. The $15 billion settlement for 2.0-liter vehicles is the largest consumer auto-related consumer class action in U.S. history, and among the fastest reached of its kind.

Prior to joining Motley Rice, Andrew practiced commercial litigation and investor-state dispute settlement in the Washington, D.C. office of a large international law firm. He was recognized on the 2014 Capital *Pro Bono* High Honor Roll for serving 100 *pro bono* hours in the D.C. area. While attending the University of North Carolina School of Law, Andrew was a member of the *North Carolina Law Review* and served as a judicial intern for the North Carolina Court of Appeals and as a research assistant for Professor Thomas Lee Hazen, a prominent securities regulation scholar.

Andrew also has an extensive background in software development, primarily in the healthcare industry, where he designed and developed software to ensure compliance with government regulations.



## AWARDS AND ACCOLADES:
**Best Lawyers®**
**2021–2022** *Ones to Watch* list: Litigation – Securities

### Brendan C. Austin

LICENSED IN: CA, DC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the District of Columbia Circuit
EDUCATION:
J.D., University of San Diego School of Law, 2014
B.A. magna cum laude, Biola University, 2008

Brendan Austin works to combat consumer fraud and protects public resources and interests through litigation filed for clients in the public sector.

Currently, Brendan is part of a team litigating cases against the Takata Corporation and multiple automakers for allegedly using deceptive practices to put dangerous airbags into millions of vehicles in the U.S.

Prior to joining Motley Rice, Brendan practiced at a sizeable D.C. law firm where he focused on investigations and lawsuits involving consumer protection, false claims litigation, and fraudulent and deceptive trade practices for attorneys general and other public sector clients. Among other matters, he was part of a team that represented attorneys general in litigation against several nursing home chains for allegedly using deceptive marketing to increase their profits while failing to provide basic care to their elderly residents.

While pursuing his law degree, Brendan clerked for a law firm in California, completing research for complex litigation involving securities fraud and false claims. He also interned for the University of San Diego Civil Clinic, in addition to assisting with pro bono domestic violence and humanitarian cases at Casa Cornelia Law Center in San Diego.

### Christina M. Behm

LICENSED IN: RI
ADMITTED TO PRACTICE BEFORE: U.S. District Court for the District of Rhode Island
EDUCATION:
J.D., Roger Williams University School of Law, 2018
B.A., Rhode Island College, 2015
A.A., Community College of Rhode Island, 2012

Christina Behm litigates in state and federal courts for people who experienced life-altering complications allegedly caused by defective medical devices.

Christina is a part of Motley Rice's team of attorneys who represent hernia mesh patients in multidistrict litigation *In re Atrium Medical Corp. C-QUR Mesh Products Liability Litigation* and *In re Davol/C.R. Bard Hernia Mesh Multi-Case Management Coordination*. She also contributes to litigation filed for dozens of governmental entities, including states, cities, towns, counties and townships against opioid manufacturers and distributors alleged to have played a role in the opioid crisis.

Christina began her career with Motley Rice as a law clerk in 2017, providing support to the medical device litigation team and various other trial teams through legal research, writing, and assistance with discovery.

Prior to joining Motley Rice, Christina completed a number of internships and externships while undergoing her legal studies. Her experience includes a judicial externship for Judge Daniel A. Procaccini of the Rhode Island Superior Court, and acquiring research and writing experience through her internships with Rhode Island's Department of Attorney General. In law school, Christina was a member of the Honor Board, Student Ambassador, and President of the Student Animal Legal Defense Fund.

### ASSOCIATIONS:
**American Association for Justice**
**Rhode Island Association for Justice**
**Rhode Island Bar Association**, Superior Court Bench Bar Committee; Animal Law Committee

### Laura K. Behre
### Associate General Counsel

LICENSED IN: SC
EDUCATION:
J.D., University of South Carolina School of Law, 1996
M.A., University of Virginia, 1993
B.A., Agnes Scott College, 1992

As Associate General Counsel at Motley Rice, Laura Khare manages the firm's legal matters, including employment issues, ethics, marketing, commercial contracts and legal defense. She advises the firm's nearly 65 attorneys on ethical matters, as well as develops appropriate compliance and risk management measures for the firm. In addition, Laura represents a diverse client base, including victims of sexual abuse and environmental contamination.

Laura joined Motley Rice in 2004 after several years as a civil rights attorney for the U.S. Equal Employment Opportunity Commission in Washington, D.C. She began her tenure as a political appointee for President William J. Clinton. In addition, Laura served as Deputy Director of Research at the State Affairs Company, a consulting firm in Arlington, Virginia, and as a legal fellow for the U.S. House of Representatives Judiciary Committee. She began her career as a staff attorney at the South Carolina Court of Appeals.

Laura has served on the Board of Directors for the Dee Norton Lowcountry Children's Center, the Board of Directors for the Next Child Fund and the Charleston County Board of Zoning Appeals. In her spare time, she enjoys participating on local and national political campaigns, including as a volunteer for multiple national Democratic conventions, most recently in 2012 as a member of the convention's script writing team.

### AWARDS AND ACCOLADES:
*Charleston Regional Business Journal*
**2008** Forty Under 40

**ASSOCIATIONS:**
American Association for Justice
Association of Professional Responsibility Lawyers
South Carolina Association for Justice
South Carolina Women Lawyers' Association

### David A. Benner

LICENSED IN: DC, NY
ADMITTED TO PRACTICE BEFORE: U.S. Court of Appeals for the
Second, District of Columbia and Federal Circuits, U.S. District
Court for the Southern and Eastern Districts of New York
EDUCATION:
J.D., University of Chicago Law School, 2005
B.A., Haverford College, 2001

David Benner advocates for public clients and is an integral
part of a team that has represented city, state and territorial
governments in proceedings relating to public health and
consumer protection.

David represents dozens of governmental entities,
including states, cities, towns, counties and townships in
multiple bellwether lawsuits and other litigation alleging
misrepresentations of the safety and efficacy of addictive
opioids.

Prior to joining Motley Rice, David practiced in New York and
Washington, D.C., on both the plaintiff and defense side, gaining
substantive experience in consumer protection litigation;
false claims act litigation; and cases involving intellectual
property, securities, and antitrust law. In his public client work,
David helped the Attorney General of New Hampshire obtain
financial and injunctive relief from the maker of a fentanyl-
based opioid for alleged unfair marketing practices; and he
helped the Attorney General of Mississippi obtain a settlement
over allegedly false statements made by a credit rating agency
about its independence and objectivity ahead of the financial
crisis of 2008.

Other public service includes voter protection and mobilization
efforts as Deputy Voter Protection Director for Organizing
for America – Iowa in 2012, in connection with that year's
presidential election.

### Ebony Williams Bobbitt

LICENSED IN: SC
EDUCATION:
J.D. *magna cum laude*, North Carolina Central University
School of Law 2020
B.S., North Carolina Agricultural and Technical State University,
2012

Ebony Williams Bobbitt represents institutional investors and
individuals in complex securities and consumer protection
class actions that aspire to hold corporations accountable for
alleged misconduct.

Ebony's casework includes litigating for U.S. tax return
preparers who allege they were charged unlawful fees by the
IRS to obtain their Preparer Tax Identification Numbers (PTIN)
in *Adam Steele, et al. v. United States of America,* Case No.
1:14-cv-01523-RCL. She also represents a class of patients
who allege Cigna Health and Life Insurance Co. fraudulently
inflated copayments and coinsurance by overcharging for
medical services and products, *Neufeld v. Cigna Health and
Life Insurance Company et al.*, Case No. 3:17-cv-01693.

Ebony has a background in criminal justice and worked for
several years as a legal assistant for the New Hanover District
Attorney's Office and as a deputy clerk for the New Hanover
County Board of Commissioners prior to pursuing her law
degree. She gained additional legal experience while interning
with the North Carolina Department of Justice during the
summer of 2018 and is a former Motley Rice law clerk.

### E. Paige Boggs

LICENSED IN: DC, IL
ADMITTED TO PRACTICE BEFORE: U.S. District Court for the
Northern and Southern Districts of Indiana, and the Northern
District of Illinois
EDUCATION:
J.D., Indiana University Robert H. McKinney School of Law, 2009
B.A., Tulane University, 2005

Paige Boggs represents public entities in complex litigation
involving consumer fraud, subprime auto lending and other
matters.

Her casework includes representing the Mississippi Attorney
General in litigation seeking to hold automotive financing
company Santander Consumer USA Holdings Inc., accountable
for allegedly fraudulent lending practices.

Prior to joining Motley Rice, Paige served as an Assistant
Attorney General and Supervising Attorney for the Illinois
Attorney General's Office. While there, she led a coalition of
State Attorneys General in combatting health fraud, and co-
led multiple executive committees for multistate investigations
and settlements involving public Fortune 500 companies. She
also assisted in investigations regarding mortgage servicing
abuses and helped draft the National Mortgage Settlement in
2012.

Previously, Paige served as a law clerk for the Consumer
Litigation Section of the Indiana Attorney General's Office,
where she received the Attorney General's Award for Excellence
in Public Service.



## Elizabeth A. Camputaro

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Federal and Fourth Circuits; U.S. District Court for the District of South Carolina
EDUCATION:
J.D. *magna cum laude*, Charleston School of Law, 2008
B.A., Columbia College, 2004

Elizabeth Camputaro is part of the team representing county and municipal governments in litigation involving opioid manufacturers and distributors for their alleged deceptive marketing and fraudulent distribution of highly addictive opioids.

In addition, Elizabeth has several years of experience representing institutional investors in complex securities fraud and shareholder derivative matters, including serving on litigation teams in class action suits filed against Medtronic, Inc, State Street Corp., Sprint Nextel Corp., and Advanced Micro Devices.

Prior to joining Motley Rice, Elizabeth served as a judicial law clerk for the Honorable Deadra L. Jefferson, Ninth Judicial Circuit. While in law school, Elizabeth was a member of the Federal Courts Law Review, contributed more than 100 hours of pro bono service, and served as a judicial extern for the Honorable Thomas L. Hughston, Ninth Judicial Circuit.

Active in her community, Elizabeth previously served on the South Carolina Bar Diversity Committee, and has served as an Election Commissioner for Beaufort and Summerville municipalities, Beaufort County Council Library Board Trustee, and international missionary with Project Medishare and One World Health.

### ASSOCIATIONS:
**American Bar Association**
**South Carolina Bar Association**
**Charleston Bar Association**

## Grace P. Chandler

LICENSED IN: SC
EDUCATION:
J.D. *cum laude*, University of South Carolina School of Law, 2019
B.A., Clemson University, 2015

Grace Chandler advocates for people who have suffered severe, life-altering health complications caused by dangerous and defective medical devices.

Grace's casework includes representing hernia patients alleging harm by mesh repairs involving Atrium Medical Corp.'s C-QUR mesh, Ethicon's Physiomesh Flexible Composite hernia mesh, and C.R. Bard's mesh products made of Marlex polypropylene. She also represents service members and contract workers who served in Iraq and Afghanistan between 2003 and 2015 and later developed hearing loss or tinnitus allegedly caused by faulty earplugs manufactured by 3M and its predecessor Aearo Technologies.

Grace completed a number of legal clerkships for medical malpractice and insurance defense firms in South Carolina prior to joining Motley Rice. As a law student, Grace served as Managing Editor of the *South Carolina Law Review*, and was awarded both the Order of the Coif and the Order of the Wig and Robe in addition to being a CALI Award recipient. She is a former nationally ranked tennis player.

### ASSOCIATIONS:
South Carolina Association for Justice
Charleston Bar Association

## Moníque Alycia Christenson

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE: U.S. District Court for the Southern District of West Virginia
EDUCATION:
J.D., Charleston School of Law, 2018
B.A., Hawai'i Pacific University, 2013

Moníque Alycia Christenson primarily represents government entities in complex litigation designed to protect public health, safety, and other interests.

Moníque is part of the team representing dozens of governmental entities, including states, counties, cities, towns, and townships in litigation targeting the alleged deceptive marketing and over-distribution of highly addictive opioid drugs, a contended cause of the nationwide opioid crisis.

While in law school, Moníque worked for Motley Rice as a legal secretary, paralegal, and law clerk supporting multiple litigations across a range of practice areas including consumer protection cases involving Volkswagen and Fiat Chrysler emissions fraud, toxic exposure cases involving burn pits and lead paint, as well personal injury cases involving faulty Takata airbags and medical devices such as transvaginal and hernia meshes. Prior to joining Motley Rice, Moníque gained legal experience as a paralegal for a law firm in California where she developed a respect for and fulfilment through the law by providing her local community with estate planning, trust administration, and probate services.

### ASSOCIATIONS:
**South Carolina Bar Association**
**American Bar Association**

## Meredith Kay Clark

LICENSED IN: DC, LA, NY, OH, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Courts for the Eastern and Middle Districts of Louisiana, Northern District of Ohio, District of South Carolina, Western District of Wisconsin, and Southern District of Texas
EDUCATION:
J.D., Elon University School of Law, 2011
B.A., Elon University, 2008

Meredith Clark litigates for people suffering from mesothelioma and other asbestos-related diseases resulting from exposure in the workplace and secondhand exposure at home.

Meredith brings a solid understanding of the legal and factual issues critical to asbestos cases. She has coordinated the drafting and filing of hundreds of motions and responses related to the maritime docket (MARDOC) in In re Asbestos Products Liability Litigation (MDL 875), and has assisted on numerous other matters involving toxic exposure.

While attending the Elon University School of Law, Meredith volunteered as a student attorney with the Elon Humanitarian Immigration Law Clinic, where she represented refugees and asylum-seekers in citizenship and immigration hearings before the United States Customs and Immigration Services. She also gained experience as a law clerk for a North Carolina firm where she prepared documentation for social security disability insurance hearings before the Employment Security Commission.

Active in student organizations, Meredith was a Moot Court Board Member, a semi-finalist in the Intramural Moot Court Competition and recipient of the Best Team Brief award. She served as a member of the *Elon Law Review*, President of the Women's Law Association, and Founding Executive Vice President of the Family Law Society. In 2011, Meredith was the recipient of the National Association of Women Lawyers Outstanding Law Student Award.

### AWARDS AND ACCOLADES:

**Best Lawyers ®**
**2021–2022** *Ones to Watch* list: Product Liability Litigation – Plaintiffs

### ASSOCIATIONS:

**American Association for Justice**
**American Bar Association**
**South Carolina Association for Justice**
**South Carolina Women Lawyers Association**

## Michelle C. Clerkin

LICENSED IN: NJ, NY
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Southern and Eastern Districts of New York, and the District of New Jersey
EDUCATION:
J.D., Benjamin N. Cardozo School of Law, 2010
B.A., University of Michigan, 2006

Michelle Clerkin represents businesses, consumers, and others in complex antitrust litigation. She actively works to protect the rights of those harmed by violations of the federal and state antitrust laws, including price-fixing and monopolization.

Currently, Michelle is a member of litigation teams representing clients in diverse antitrust class actions in federal courts around the country, spanning the pharmaceutical, financial and consumer product industries. She is a member of the Plaintiffs' Steering Committee in the class action *In re Juul Labs, Inc. Antitrust Litigation.*, in the Northern District of California, for direct purchaser plaintiffs who were allegedly impacted by anticompetitive conduct by JUUL and global cigarette manufacturer Altria. She also represents clients as a member of the Plaintiffs' Steering Committee in In re Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation, pending in the Northern District of Illinois.

Michelle frequently moderates and speaks on panels concerning antitrust law including the following panels sponsored by the Antitrust Law Section of the New York State Bar Association:

- *Antitrust Plus Factors,* (February 27, 2019)
- *Becoming an Antitrust Attorney,* (February 20, 2019)
- *Why Antitrust?,* (June 20, 2018)
- *Antitrust in High-Speed: Colluding Through Algorithms and Other Technologies,* (January 8, 2018)
- *Becoming an Antitrust Lawyer,* (March 10, 2016)

Prior to joining Motley Rice, Michelle represented clients in complex antitrust, consumer protection, securities and commercial litigation matters, including a number of class actions, at other New York litigation firms.

While completing her legal studies, Michelle interned for the Federal Trade Commission's Northeast Regional Office and the U.S. Court of International Trade.

### AWARDS AND ACCOLADES:

**Best Lawyers®**
**2022** *Ones to Watch* list: Antitrust Law; Mass Tort Litigation / Class Actions – Plaintiffs

*New York Metro Super Lawyers® Rising Stars* list
2015–2021  Antitrust

### ASSOCIATIONS:

**American Bar Association**, Section of Antitrust Law
**New York State Bar Association**, Antitrust Law Section, Executive Committee Member

Prior results do not guarantee a similar outcome.



## Dennis A. Costigan

LICENSED IN: MA, RI
EDUCATION:
J.D., Roger Williams University School of Law, 2013
B.A. *cum laude*, University of Rhode Island, 2009

Dennis Costigan litigates for patients suffering from the painful, life-altering injuries associated with allegedly faulty medical devices and works to hold accountable those responsible for inadequate product testing, research and warning.

While in law school, Dennis served as a legal intern with the Rhode Island Department of Health and Human Services performing detailed discovery and research into departmental legislation, including Medicare bankruptcy claims research. He also acquired research and writing experience as an intern at a Rhode Island law firm and as a law clerk for Motley Rice.

Dennis draws from a history of involvement in federal, state and local election campaigns, and was acknowledged with a CALI Excellence for the Future award in Judicial Behavior and Social Change during law school.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2021 –2022** *Ones to Watch* list: Product Liability Litigation – Plaintiffs

## Jessica C. Colombo

LICENSED IN: CT, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second Circuit, U.S. District Court for the District of Connecticut
EDUCATION:
J.D. *with high honors*, University of Connecticut School of Law, 2017
B.A. *cum laude*, State University of New York at New Paltz, 2014

Jessica Colombo works to deter misconduct and fraud by representing individuals and institutional investors in complex securities and consumer protection class actions. In addition, Jessica's practice includes representing whistleblowers in cases involving the False Claims Act, and she contributes to the firm's appellate practice. She is also a part of the firm's team that represents dozens of governmental entities, including states, cities, towns, counties and townships in litigation against several pharmaceutical drug manufacturers and distributors for the alleged deceptive marketing and distribution of highly addictive prescription opioids.

Prior to joining Motley Rice, Jessica served as a law clerk to the Honorable Bethany J. Alvord of the Connecticut Appellate Court. She gained additional experience in complex consumer fraud and product liability litigation while serving as a Motley Rice law clerk in 2016. She also interned with the U.S. Attorney's Office for the District of Connecticut.

While completing her legal studies, Jessica served as Executive Editor of the *Connecticut Law Review*, a member of the Public Interest Law Group, and a volunteer with the International Refugee Assistance Project. She also represented criminal defendants in the University of Connecticut School of Law Criminal Trial Clinic. She received multiple CALI awards in Lawyering Process, Torts, Estate Plan/Tax Practice, and Trademark Law.

Jessica previously worked as a toll collector for the New York State Thruway Authority, where she was a member of the International Brotherhood of Teamsters, Local 72.

### ASSOCIATIONS:
**American Bar Association**
**Connecticut Bar Association**

## Sara O. Couch

LICENSED IN: FL, SC
ADMITTED TO PRACTICE BEFORE: U.S. District Court for the Middle District of Florida, District of South Carolina
EDUCATION:
J.D., University of North Carolina School of Law, 2013
A.B., Duke University, 2009

Sara Couch contributes to litigation across several of the firm's practice areas, including defective medical devices, toxic exposure, consumer protection, tobacco, and the opioid crisis.

Having been a member of a number of trial teams with the firm, Sara has helped achieve multiple plaintiff verdicts for tobacco victims, in addition to contributing to a multi-million verdict for victims of toxic lead paint exposure.*

Sara is also part of the opioid litigation team representing dozens of governmental entities, including states, cities, towns, counties and townships in litigation targeting the alleged misrepresentation and fraudulent distribution of harmful and addictive prescription opioids by manufacturers and distributors. She has additional experience representing women who've suffered devastating effects allegedly caused by defective medical products including Essure® permanent birth control and transvaginal mesh.

Prior to joining Motley Rice, Sara served as a law clerk with the North Carolina Department of Justice, where she researched and drafted briefs and memoranda regarding the False Claims Act and Stark Law for the North Carolina Medicaid Civil Enforcement Division. She also investigated allegations of healthcare fraud and presented findings to the division.

During law school Sara was a certified student practitioner with the University of North Carolina Civil Litigation Clinic. As a student practitioner, Sara represented clients in administrative hearings, obtaining successful outcomes and needed relief. She also represented several inmates in an action against the North Carolina prison system, conducting depositions and assisting in obtaining a preliminary injunction against the prison.

Sara also volunteered with Legal Aid of North Carolina, assisting advocates for Children's Services with a school-to-prison pipeline project by researching education policy issues, North Carolina case law and education data to be used in education litigation. Sara completed a total of 50 hours of pro bono service while a student at UNC School of Law.

Active in her community, Sara currently serves on the Board of Directors for East Cooper Habitat For Humanity, as well as Slow Food Charleston. Sara also is part of the Roper St. Francis Xavier Society, which supports Roper Rehabilitation Hospital. An avid rower, Sara was a varsity member of the NCAA Division-I Duke University's rowing team and is a classically trained pianist.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2022** *Ones to Watch* list: Mass Tort Litigation / Class Actions – Plaintiffs; Personal Injury Litigation – Plaintiffs; Product Liability Litigation – Plaintiffs

### Natalie Deyneka

LICENSED IN: SC, WV
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Southern District of West Virginia
EDUCATION:
J.D. with honors, University of North Carolina School of Law, Chapel Hill, 2015
B.A., University of North Carolina, Chapel Hill, 2010

Natalie Deyneka works to hold industries and corporations accountable through the civil justice system in support of public clients, while also advocating for health and safety improvements in the workplace for workers and families suffering from asbestos-related diseases.

Natalie is a part of Motley Rice's team that represents dozens of governmental entities, including states, counties, cities, towns, and townships in litigation targeting the alleged deceptive marketing and over-distribution of highly addictive opioid drugs, a contended cause of the nationwide opioid crisis.

She also has experience representing workers and their families in a number of asbestos-related cases, assisting in drafting motions and responses and conducting extensive research.

Before joining Motley Rice, Natalie interned with the Human Rights First Refugee Protection Program in New York and served as a regular volunteer at the Durham Crisis Response Center, focusing on assisting victims of domestic violence and sexual assault.

While at the University of North Carolina School of Law, Natalie served as president of the school's Immigration Law Association and served on the Carolina Student Legal Services' Board of Directors. She also volunteered as co-chair and logistics coordinator with the UNC Law student organization "The Conference on Race, Class, Gender and Ethnicity," where she helped organize a large-scale public conference to address social justice issues. She also served as a research assistant to UNC Law Professors Maxine Eichner and Deborah Weissman.

Natalie is fluent in her native Russian and speaks advanced French.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2021 –2022** *Ones to Watch* list: Product Liability Litigation – Plaintiffs

### ASSOCIATIONS:
Charleston County Bar Association

### Elizabeth Cooke Elsner
### Counsel

LICENSED IN: NC, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Middle, Eastern and Western Districts of North Carolina and District of South Carolina
EDUCATION:
J.D. *cum laude*, University of South Carolina School of Law, 1999
B.A., University of North Carolina at Chapel Hill, 1995

Liza Elsner's practice ranges from helping clients injured by acts of corporate negligence to seeking improvements in worker and environmental health and safety. She was heavily involved in the firm's consultation work for South African human rights lawyer Richard Spoor in bringing historic litigation: seeking justice for tens of thousands of gold mine workers suffering from silicosis. Few class actions have been brought in South Africa, and the litigation was the first of its kind filed for sick workers in the country's history. A settlement was reached for injured miners and their dependents in May 2018, which if approved by the Court will provide meaningful compensation to thousands of gold mineworkers with silicosis.

Liza was also part of the team representing individual smokers and families of deceased smokers against tobacco manufacturers in the Engle-progeny litigation pending in Florida.

Liza redirected her career to plaintiffs' law after working several years with large defense firms. At Motley Rice, she has represented welders harmed as a result of corporate malfeasance and conducted client relations and trial preparation for welding rod cases. In 2008, Liza was a member of the trial team that obtained the first welding fume plaintiff verdict in Mississippi state court since 2003.

Liza has advocated for domestic violence victims' rights by participating in training programs and *pro bono* litigation. She served as articles editor for the *South Carolina Law Review* while a law student at the University of South Carolina School of Law and is a member of the Order of the Wig and Robe.

 Prior results do not guarantee a similar outcome.



**AWARDS AND ACCOLADES:**
**Public Justice Foundation**
**2016** Trial Lawyers of the Year

### Ann E. Rice Ervin

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
M.A., New York University, 2012
J.D., University of South Carolina School of Law, 2009
B.A., University of South Carolina, 2006

Ann E. Rice Ervin represents victims faced with unexpected health complications caused by harmful pharmaceutical drugs and defective medical devices. Through the pursuit of complex medical mass tort litigation, Ann works to hold accountable those responsible for corporate wrongdoing and inadequate product warning, research and testing.

Ann's advocacy for the vulnerable includes representing children who developed defects in utero after their mothers took Zofran® to treat pregnancy-related nausea and vomiting. She also represents patients who were diagnosed with melanoma after taking Viagra®, Cialis or other PDE5 Inhibitors to treat erectile dysfunction and pulmonary arterial hypertension, a type of blood pressure condition.

In addition, Ann has played an instrumental role in the firm's handling of pharmaceutical litigation regarding medical drugs Zoloft®, Lipitor® and Actos® as well as dialysis products GranuFlo® Powder and NaturaLyte® Liquid acid concentrates.

Ann joined Motley Rice as an associate after first serving for two years as a law clerk for a New York plaintiffs' law firm while simultaneously earning a Master of Arts degree in Bioethics from New York University. As a law clerk, she gained experience conducting legal research and analysis for complex environmental litigation involving landfills, toxic spills, vapor intrusion and water contamination. The combination of her legal skills and knowledge of the bioethics field, specifically as it relates to the world of medicine, is an asset in litigation on behalf of medical clients.

While earning her bioethics degree, Ann interned with the Ethics Committee and Ethics Consultation Service at the Medical University of South Carolina, which she joined in 2012 as a Community Representative to help facilitate discussions among patients, families and hospital staff in an effort to resolve ethical conflicts. She continues to be involved with the Committee as a complement to her work in the legal field. In 2011 and 2012, Ann worked as a research assistant on an experimental philosophy study determining the role of bioethics in clinicians' moral reasoning, specifically examining clinicians at three Charleston hospitals. This project was ultimately chosen to be part of Yale University's Experiment Month contest.

During law school, Ann worked as an intern for Washington Governor Christine O. Gregoire. She also served as a summer special project research assistant with Duke University School of Law and focused her research on exploring whether the law imposes barriers or obligations to medical providers who wish to treat illegal immigrants for ethical reasons.

Ann currently serves as a faculty member at the Medical University of South Carolina as part of the distinguished Clinical and Translational Research Ethics Fellowship program, where she regularly speaks. She also has spoken regarding women's leadership in litigation, including being a part of the Women's Panel at Mass Torts Made Perfect. She has volunteered for organizations that include the Palmetto Health Richland Memorial Hospital, Relay-for-Life, Meals on Wheels, The Angel Tree and Project Clean Carolina. She also actively supports the Dee Norton Child Advocacy Center and the Medical University of South Carolina Children's Hospital. An equestrian since 1988 and national level competitor in the hunters/jumpers division since 1994, she has been ranked nationally in her division for the past 20 years.

**AWARDS AND ACCOLADES:**
**Best Lawyers®**
**2022** *Ones to Watch* list: Mass Tort Litigation / Class Actions – Plaintiffs; Personal Injury Litigation – Plaintiffs; Product Liability Litigation – Plaintiffs

**Law360**
**2020** *Rising Stars* list Product liability

***South Carolina Super Lawyers® Rising Stars*** list
**2019** Personal injury–products: plaintiffs

### ASSOCIATIONS:
**American Bar Association**
**American Association for Justice**
**South Carolina Association for Justice**
**Charleston County Bar Association**
**South Carolina Bar Association**

### Rebecca A. Fonseca

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., Emory University School of Law, 2016
B.H.S. *magna cum laude*, University of Florida, 2013

Rebecca Fonseca represents communities impacted by groundwater contamination and other toxic exposures allegedly caused by the wrongful disposal of PFAS chemicals.

Rebecca is involved in multidistrict litigation alleging severe health complications and environmental harms associated with the use of firefighting Aqueous Film-Forming Foams (AFFF), which contain PFAS. She also litigates on behalf of Michigan communities against the 3M Company and Wolverine World

Wide, Inc, for allegedly causing irreparable damage to the environment and human health through the manufacture and wrongful disposal of PFAS-containing products.

In addition to her toxic exposure casework, Rebecca is also involved in litigation regarding the alleged deceptive marketing and distribution of opioids.

While completing her legal studies, Rebecca served as a managing editor for the Emory Bankruptcy Developments Journal and interned for law firms in Atlanta and Miami where she conducted research related to medical malpractice and insurance claims. She served as a judicial intern to the Honorable Linda Ann Wells of Florida's Third District Court of Appeals, and worked as a compliance intern for a South Carolina health care provider network where she researched and monitored compliance with HIPAA and other federal healthcare regulations.

Rebecca is fluent in Spanish and French.

### ASSOCIATIONS:
**Charleston County Bar Association**
**Hispanic National Bar Association**

## John (Rett) E. Guerry III

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 1993
B.A., College of Charleston, 1990

Charleston native Rett Guerry represents railroad and other industrial workers in personal injury, products liability and Federal Employers Liability Act (FELA) litigation. He currently manages the firm's FELA cases, representing workers in occupational injury lawsuits, including cases of exposure to asbestos, silica and chemical solvents. He is on the forefront of second injury FELA litigation, addressing the development of a second injury or disease in former FELA plaintiffs.

Rett litigates asbestos occupational exposure cases on behalf of individuals suffering from mesothelioma and other asbestos-related diseases. As Plaintiffs' Liaison Counsel for the Fulton County State Court Asbestos Consolidation in Georgia, Rett remains involved with the Fulton County asbestos docket, filing new cases, and working through the consolidation to trial. With more than 12 years of experience in asbestos litigation, his role as a trial lawyer and negotiator emphasizes the product identification aspect of occupational disease law and demonstrates an in-depth knowledge of the medical and scientific aspects of occupational disease.

Familiar with the life of an industrial worker, Rett served as a United States Coast Guard licensed tugboat captain prior to his law career, earning a commendation from the Department of the Navy for Meritorious Service to the Charleston Naval Shipyard during Hurricane Hugo. He is a published writer on maritime law and the author of *Maritime Wrongful Death: A Primer,* a piece published in The University of South Carolina School of Law's *South Carolina Journal of International Law and Business* that explores the potential legal options available to those injured in a maritime setting with specific reference to the High Seas Act, Jones Act, Longshoreman and Harbor Workers' Compensation Act and General Maritime Law.

Recognized as an AV® rated attorney in Martindale-Hubbell®, Rett is active in the local Charleston community as a member of the Hibernian Society and St. Paul's Lutheran Church. He served as a member of the Board of Directors for the Cougar Club at the College of Charleston from 2000 to 2006.

### AWARDS AND ACCOLADES:
***The Legal 500 United States***, Litigation edition
**2017** Mass tort and class action: plaintiff representation – toxic tort

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**Charleston County Bar Association**
**South Carolina Association for Justice**

- Although it endorses this lawyer, *The Legal 500 United States* is not a Motley Rice client.

## Jennifer G. Guy

LICENSED IN: AZ, GA, SC
EDUCATION:
J.D., The George Washington University School of Law, 1995
B.A., University of Colorado, Boulder, 1991

Jennifer Guy's casework crosses many of the firm's practice areas, including representing people and businesses impacted by environmental negligence, government entities seeking to advance public health interests, and patients who suffered complications caused by defective medical drugs and devices.

Jennifer is part of a team that represents dozens of governmental entities, including states, cities, towns, counties and townships in litigation against several pharmaceutical drug manufacturers and distributors for the alleged deceptive marketing of highly addictive opioids. She also represents people and businesses affected by the BP Deepwater Horizon oil spill in the Gulf of Mexico.

As a former small business owner, Jennifer understands the complexities and personal investment involved in small business litigation. Before joining Motley Rice, she spent almost a decade as a consultant for a multi-service small business management company, working with a variety of businesses ranging from nonprofits to national software companies. She worked in product liability law and later as a financial consultant for a global wealth management provider. She also audited and monitored all business activities for compliance with National Association of Securities Dealers (NASD) and Securities and Exchange Commission (SEC) requirements for a privately held bank.



While attending law school, Jennifer was a member of the George Washington International Law Review and served as a law clerk for William T. Newman, Jr., Chief Judge of Virginia's 17th Circuit. She currently volunteers her time as a mentor with the Cherie Blair Foundation, a non-profit seeking to empower women through entrepreneurship and financial independence.

## ASSOCIATIONS:
**Georgia State Bar Association**
**American Association for Justice**
**South Carolina Bar Association**

### Jade A. Haileselassie

LICENSED IN: DC, MD, SC
ADMITTED TO PRACTICE BEFORE: U.S. Tax Court, U.S. District Court for the District of Maryland
EDUCATION:
J.D., University of Baltimore School of Law, 2010
M.S., University of Baltimore, 2010
B.A., College of Charleston, 2004
Jade Haileselassie's diverse practice includes representing global terror victims and their families, motorists and passengers impacted by vehicle defects and fraud, and public entities in litigation that works to enhance public health and safety.

Jade is a part of Motley Rice's team of attorneys representing dozens of cities, towns, counties and townships in the *National Prescription Opiate* MDL targeting opioid manufacturers, distributors and pharmacies accused of causing the opioid crisis. She also represents terror victims in litigation against alleged financiers of the Tamil Tigers terrorist organization in Sri Lanka, September 11, 2001 victims and survivors in litigation against material sponsors of terrorism for their role in the attacks, and victims with claims filed with the U.S. Victims of State Sponsored Terrorism Fund.

When she first came to Motley Rice, Jade litigated vehicle emissions fraud claims against Fiat-Chrysler Automobiles and Volkswagen and represented drivers allegedly injured by exploding Takata airbags.

Prior to joining Motley Rice, Jade founded Jade Blum Law in Baltimore representing clients in criminal, business, personal injury, bankruptcy and consumer case and provided pro bono services for Baltimore's underserved communities. She also was an associate and settlement officer for a Maryland firm where she focused on real estate, title law and estate planning.

Jade interned for the Honorable Judge John C. Themelis, Baltimore City Circuit Court, while completing her legal studies and was a research assistant for multiple University of Baltimore professors and the University Conflict Management Service.

On a community level while in Baltimore, Jade assisted Baltimore's Iron Crow Theater in obtaining non-profit status and served on its Board of Directors. She volunteered with the city's Homeless Persons Representation Project, actively supported the Community Law Center, and traveled to disaster areas to volunteer with the Red Cross.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2021–2022** *Ones to Watch* list: Mass Tort Litigation / Class Actions – Plaintiffs; Personal Injury Litigation – Plaintiffs; Product Liability Litigation – Plaintiffs

### Sarah T. Hansel

LICENSED IN: NJ, NY, PA
ADMITTED TO PRACTICE BEFORE: U.S. District Court for the Eastern District of Pennsylvania and the District of New Jersey
EDUCATION:
J.D. *magna cum laude*, New York Law School, 2013
B.F.A., New York University, 2008
Sarah Hansel represents clients in complex environmental, consumer, pharmaceutical and medical device litigation. Much of her practice centers on litigating cases in state and federal trial and appellate courts for individuals and communities impacted by toxic environmental exposures.

Sarah is actively involved in the firm's representation of thousands of individuals in Flint, Mich., who were significantly harmed after their drinking water was contaminated with lead and other harmful substances. She has also taken a lead role in the firm's representation of several communities in Kent County, Mich., following the contamination of their drinking water with per-and poly-fluoroalkyl substances, commonly referred to as PFAS or "forever chemicals." In addition to her toxic exposure work, Sarah is also a member of the Plaintiffs' Steering Committee for women who allege Allergan's Biocell® textured breast implants caused them to develop a rare form of non-Hodgkin's lymphoma.

Prior to joining Motley Rice, Sarah worked as an associate for a New Jersey law firm where she represented plaintiffs across the country in a variety of complex matters, with an emphasis on environmental litigation and claims against pharmaceutical and medical device manufacturers. At the onset of her legal career, Sarah clerked for the Honorable Joel H. Slomsky, U.S. District Judge for the Eastern District of Pennsylvania. She also worked for an international law firm where she represented Fortune 500 companies in labor, employment, commercial and data breach litigation.

Clients have described her as thoughtful, kind, and hardworking. A frequent public speaker, Sarah has contributed to legal conferences and seminars across the country on matters related to employment law and toxic exposure. Active in her community, Sarah serves as the President of the Philadelphia

Young Democrats, the first woman elected to this position. She is also an appointed Election Board Official in Philadelphia. For her contributions to the city, in 2021 she was selected as a recipient of the Rising Star Award by City Councilmember Katherine Gilmore Richardson. In 2018, she was selected as a Philadelphia New Leaders Council Fellow.

## SELECTED PUBLICATIONS:

- Mark S. Goldstein and Sarah T. Hansel, *'Predictable Scheduling' – The Next Big Legislative Trend?,* LAW360 (Dec. 1, 2015).

- Joel S. Barras and Sarah T. Hansel, *'Tis the Season: Spruce Up Your Electronic-Use Policies in Time for Cyber Monday,* FORBES (Nov. 24, 2014).

- Sara A. Begley, Julia Y. Trankiem and Sarah T. Hansel, *Employers Using Personality Tests To Vet Applicants Need Cautious 'Personalities' of Their Own,* FORBES (Oct. 30, 2014).

- Joel S. Barras and Sarah T. Hansel, *The Fight Against Ebola: How Employers Can Join the Front Lines,* FORBES (Oct. 17, 2014).

## AWARDS AND ACCOLADES:
**National Law Journal**
**2021** Rising Stars of the Plaintiffs Bar*

***New Jersey Law Journal***
**2021** New Jersey Legal Awards honoree:  *New Leaders of the Bar*

*\*No aspect of this advertisement has been approved by the Supreme Court of New Jersey.*

## ASSOCIATIONS:

**American Association for Justice**  2018 AAJ Leadership Academy
**Public Justice Foundation**   Case Development Committee

*\*Motley Rice LLC, a South Carolina Limited Liability Company, is engaged in the New Jersey practice of law through Motley Rice New Jersey LLC. Esther Berezofsky attorney responsible for New Jersey practice.*

## Lee M. Heath

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE: U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 2005
M.S., Medical University of South Carolina, 1997
B.S., College of Charleston, 1995
Lee Heath represents victims who have suffered catastrophic injuries caused by vehicle defects, commercial and industrial equipment, work site injuries, vehicle accidents, medical malpractice as well as victims affected by corporate misconduct and consumer fraud.

Her casework includes furthering litigation for people allegedly harmed by defective airbags manufactured by Takata and others. She represents people who have been harmed by shrapnel from exploding airbags, as well as those injured when an airbag failed to deploy. She is also involved in cases where the airbag deployed in a manner that caused unexpected injuries, including leg injuries from knee airbags in Toyota and Lexus vehicles. Additionally, she represents consumers in a class action for owners of Volkswagen and Audi vehicles who allege they were victims of odometer fraud, and illegally sold pre-production vehicles that the manufacturers claimed were certified pre-owned. She also represents Volkswagen and Audi owners who experienced engine damage allegedly caused by timing chain tensioner defects.

Prior to joining Motley Rice, Lee worked on cases related to construction defects at a South Carolina firm. She also contributed to complex environmental litigation, including serving as a law clerk for the Department of Health and Environmental Control.

She worked for several years as a project manager over multi-million dollar accounts for a South Carolina-based chemistry and radiochemistry testing laboratory before pursuing a career in law.

## ASSOCIATIONS:

**American Association for Justice**
**South Carolina Association for Justice**
**Attorneys Information Exchange Group**

## Ashley J. Hornstein

LICENSED IN: RI
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Rhode Island
EDUCATION:
J.D., Roger Williams University School of Law, 2012
B.A., University of Kansas, 2008
Ashley Hornstein represents people and families suffering from mesothelioma and other asbestos-related diseases caused by occupational, environmental and household asbestos exposure, as well as victims of lead poisoning and other toxic environmental exposures.

Ashley began working with Motley Rice as a law clerk in 2010, supporting various trial teams in their efforts to hold major corporations accountable. She contributed legal research and case preparation for litigation against C.R. Bard claiming defective medical devices, and Georgia-Pacific for claims of asbestos-related diseases caused by asbestos exposure.

In 2013, Ashley joined the firm as an attorney focusing on illnesses and injuries caused by toxic exposure.

## AWARDS AND ACCOLADES:
**Best Lawyers®**
**2021 –2022** *Ones to Watch* list: Product Liability Litigation – Plaintiffs

## ASSOCIATIONS:

**American Association for Justice**
**Rhode Island Association for Justice**
**Rhode Island Bar Association**
**Rhode Island Women's Bar Association**

   Prior results do not guarantee a similar outcome.



## Shalom D. Jacks

LICENSED IN: SC
EDUCATION:
J.D., University of South Carolina School of Law, 2015
B.B.A., Brenau University, 2007

Shalom Jacks seeks justice for workers and families who are battling debilitating occupational illnesses, including mesothelioma and other asbestos-related diseases, as well as severe workplace injuries caused by corporate negligence and malfeasance.

 Specifically, Shalom advocates for victims of asbestos-related diseases by helping clients navigate requirements in complex bankruptcy claim audits.

Prior to joining Motley Rice, Shalom gained legal experience as an extern for the 11th Circuit Public Defender's Office in Lexington, S.C., where she performed legal research and discovery for a variety of criminal proceedings. She served as an intern for U.S. District Judge Richard Gergel, for the District of South Carolina. Shalom also gained experience in matrimonial law as an intern with a law firm in Summerville, S.C.

While pursuing her legal studies, Shalom advocated for victims of domestic violence as a member of Voices Against Violence, an American Bar Association Young Lawyers Division program.

In addition to her work with Motley Rice, Shalom investigates claims of dishonest conduct as a member of the Lawyer's Fund for Client Protection of the South Carolina Bar and helps obtain compensation for victims. She also serves as an advocate for neglected and abused children as a Guardian Ad Litem.

## ASSOCIATIONS:

**American Bar Association**
**South Carolina Bar Association**, Lawyer's Fund for Client Protection
**Charleston County Bar Association**

## Annie E. Kouba

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of North Carolina School of Law, 2016
M.S.W., University of North Carolina School of Social Work, 2016
B.A., *magna cum laude*, Lenoir-Rhyne University, 2012

Annie Kouba represents institutional investors in securities fraud and shareholder litigation as well as public clients and government entities. Annie also advocates for survivors of childhood sexual abuse who wish to seek justice through the civil court system.

She is a part of Motley Rice's team of attorneys that represents dozens of cities, towns, counties and townships in the *National Prescription Opiate* MDL against opioid manufacturers, distributors and pharmacies for alleged deceptive marketing, fraudulent distribution and other business practices that contributed to the opioid crisis. Additionally, she represents several municipalities in litigation against multiple large telecommunications companies for alleged under-billing and under-remittance of 911 fees those municipalities depend upon to fund their emergency systems.

As an advocate for survivors of childhood sexual abuse, Annie represents abused former Boy Scouts in their Boy Scouts of America bankruptcy claims. She also litigates under newly enacted "window" laws that extend the number of years available for childhood sexual abuse survivors to file claims by opening a statute of limitations for a finite period of time.

Prior to joining Motley Rice, Annie interned with the North Carolina Department of Justice in the Health and Human Services Division where she drafted criminal briefs for the N.C. Court of Appeals and N.C. Supreme Court, and assisted the president of the American Association of Public Welfare Attorneys. She also interned with the EMILY's List Political Opportunity Program and has worked as a *voir dire* consultant.

Annie concentrated in Community, Management, and Policy Practice at the University of North Carolina's School of Social Work Master's program where she specialized in the intersection of public policy and the law. Through a practicum with the program, Annie interned with the Compass Center for Women and Families in the Financial Literacy Education Program, where she served as a certified counselor with The Benefit Bank.

While pursuing her studies at the University of North Carolina School of Law, Annie served as a published staff member on the *First Amendment Law Review* and as vice president of the Carolina Public Interest Law Organization. She also contributed more than 100 hours in the Pro Bono Program there, through which she prepared tax returns for low-income citizens and researched and provided social work policy and legal perspective related to minors' rights after sexual assault for a guidebook from the NC Coalition Against Sexual Assault.

Annie serves on the board of the Green Heart Project, a volunteer-assisted service-learning organization connecting children living in food deserts with school gardens, healthy produce, and mentors.

## AWARDS AND ACCOLADES:

**South Carolina Bar Leadership Academy**
Class of 2019

## ASSOCIATIONS:

**American Association for Justice**, Political Action Committee Task Force
**South Carolina Association for Justice**

## W. Taylor Lacy

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second Circuit, U.S. District Court for the Western District of Arkansas and the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 2006
B.A., University of Virginia, 2003

Taylor Lacy focuses his practice on catastrophic injury and products liability litigation against diverse corporate defendants.

Taylor litigates for victims harmed by defective consumer products, hazardous substances, fires and premises liability incidents, catastrophic motorcycle, automotive and trucking collisions, as well as occupational accidents involving industrial equipment and chemical exposure. His practice also includes representing people who developed non-Hodgkin's Lymphoma and allege the glyphosate in Monsanto's weed killer Roundup® caused their cancer. Taylor previously served on the team that secured a jury verdict against SAR Automation, L.P., for $8.8 million for the wrongful death of a Boeing worker who fell at work and left behind a widow and two small children. He also has significant experience helping victims recover losses incurred from environmental disasters such as the Deepwater Horizon oil spill.

Taylor is a member of the American Public Health Association and presented at their 2019 annual convention in Philadelphia. In 2020, he became a member of the South Carolina Bar Association's Practice and Procedure Committee. As a member of that committee, he focuses on improving the operation of the judicial system as well as studies and makes recommendations regarding the rules and law pertaining to practice and procedure.

As a law student, Taylor served as student research editor of the *A.B.A. Real Property, Trust & Probate Journal*, received multiple CALI awards and was inducted into the Order of the Wig and Robe. He studied comparative law and history at University College, Oxford and the University of Virginia, and transnational dispute resolution at Gray's Inn in London. Taylor was a research assistant and student editor for Carolina Distinguished Professor of Law David G. Owen, assisting with the final preparations of Professor Owen's *Products Liability Law* treatise.

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**South Carolina Bar Association,** Practice and Procedure Committee 2020–2021
**Charleston County Bar Association**
**South Carolina Association for Justice**

## Kayla E. Lattimore

LICENSED IN: SC
EDUCATION:
J.D., Texas Southern University, Thurgood Marshall School of Law, 2021
M.S., Enterprise Risk Management, Columbia University, 2018
B.A. & B.S. *magna cum laude*, Sales and Marketing & Business Administration, Tuskegee University, 2017

Kayla Lattimore litigates for towns, cities and other local communities that are burdened with the many long-lasting effects of toxic environmental chemical exposure.

Kayla represents water providers in federal Aqueous Film-Forming Foams (AFFF) multidistrict litigation that alleges groundwater contamination near military bases, airports and other sites where the PFAS-containing foams were used. She is also involved in litigation filed for multiple Michigan communities against Wolverine World Wide, Inc. that alleges improper dumping of PFAS chemicals despite known potential harms to human health and the environment.

Kayla's casework also includes fighting for community members who are seeking accountability for high levels of hydrogen sulfide and other toxins that they are allegedly polluting the air surrounding the New-Indy paper mill in Catawba, S.C.

A former Motley Rice law clerk, Kayla gained additional experience through clerkships at law firms in San Francisco and San Jose, Calif., where she worked in the areas of third party subpoenas, trade secrets, mergers and acquisitions, false advertising, refugee rights and other legal matters while completing her legal studies. She also previously worked as a risk management intern for a consulting firm and helped to ensure clients were in compliance with federal regulations. Kayla developed a background in business prior to pursuing her juris doctor, including completing multiple internships in business analysis, finance and underwriting.

She is a member of Alpha Kappa Alpha Sorority, Inc., a Columbia University SPS Fellowship recipient, and served as President of the Civil Rights Legal Society at Texas Southern University among other accolades.

### ASSOCIATIONS:
**South Carolina Association for Justice**
**South Carolina Black Lawyers Association**



## Temitope O. Leyimu

LICENSED IN: DC, SC
ADMITTED TO PRACTICE BEFORE:
D.C. Court of Appeals; U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of Virginia School of Law, 2013
B.A. *with honors*, University of Central Florida, 2009

Tope Leyimu focuses her practice on helping people catastrophically hurt or killed as a result of corporate wrongdoing, occupational hazards and environmental negligence. Tope also represents government entities in complex litigation designed to protect public health and safety.

She is a part of the firm's team representing dozens of governmental entities, including states, counties, cities, towns, and townships in litigation targeting the alleged deceptive marketing and over-distribution of highly addictive opioid drugs, a contended cause of the nationwide opioid crisis. She also has experience representing workers and their families in a number of occupational disease cases.

While a law student at the University of Virginia School of Law, Tope interned with the Legal Aid Justice Center of Charlottesville, Virginia, providing legal representation for low-income individuals and families in the areas of housing and employment law, and worked as a law clerk at a firm in Jacksonville, Florida, on wrongful death and personal injury cases. She also volunteered with the Virginia Innocence Project Student Group, a student legal research group, helping investigate and screen cases involving prisoners convicted of serious crimes who had cognizable claims of actual innocence. While at UVA, she served on the board of the *Virginia Sports and Entertainment Law Journal,* as the President of Phi Alpha Delta, the Vice President of Communications of ABLE (Action for a Better Living Environment), and on the Policy Council for the Black Law Student Association.

Active in her community, Tope serves as the President of the Green Heart Project board, a volunteer-assisted service-learning organization that integrates school farms as outdoor classrooms and connects students to fresh locally-grown produce. As a Charleston Legal Access board member, she works to expand access to legal services and rights, and in 2021, she was appointed to the South Carolina Access to Justice Commission by Chief Justice Donald W. Beatty of the South Carolina Supreme Court. This commission was created by the court in recognition of the need to expand access to civil legal representation for people of low income and modest means. Tope previously served on the Board for the Charleston Habitat for Humanity as well as the board of Charleston HALOS, supporting and advocating for abused and neglected children and kinship caregivers.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2021 –2022** *Ones to Watch* list: Mass Tort Litigation / Class Actions - Plaintiffs; Personal Injury Litigation - Plaintiffs; Product Liability Litigation – Plaintiffs

**South Carolina Super Lawyers® Rising Stars** list
**2017–2021** Personal injury–general: plaintiff

**Charleston Regional Business Journal**
**2021** Forty Under 40

**South Carolina Bar Leadership Academy**
Class of 2018

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**South Carolina Bar Association**
**South Carolina Association for Justice**, Chair – Women's Caucus
**South Carolina Supreme Court Access to Justice Commission**
**Charleston County Bar Association**

## Alexis N. Lilly

LICENSED IN: SC
EDUCATION:
J.D. *cum laude*, American University Washington College of Law, 2020
B.A. *magna cum laude*, The Ohio State University, 2017

Alexis Lilly protects public entities, institutional investors and individuals through complex litigation targeting corporate negligence and misconduct.

Alexis is a part of the firm's team that represents dozens of governmental entities, including states, counties, cities, towns, and townships in litigation targeting the alleged deceptive marketing and over-distribution of highly addictive opioid drugs, a contended cause of the nationwide opioid crisis.

A former Motley Rice law clerk, Alexis was the Technical Editor of the *American University Business Law Review,* Vol. 9, and served as a student attorney for American University Washington College of Law's Civil Advocacy Clinic in Washington, D.C., while completing her legal studies. She also assisted faculty as a Dean's Fellow for the school's Legal Rhetoric Department, served as a judicial intern for U.S. District Judge Rudolph Contreras of the U.S. District Court for D.C., and gained valuable experience as a law clerk for the U.S. Attorney's Office, District of Arizona.

### Miles Loadholt
### Of Counsel

LICENSED IN: SC
EDUCATION:
J.D., cum laude, University of South Carolina School of Law, 1968
B.S., University of South Carolina, 1965

Miles Loadholt has practiced law for over four decades in the areas of occupational disease, worker safety and business litigation. He has worked with Motley Rice attorneys on occupational injury and asbestos litigation since the early 1970s, representing victims of asbestos, radiation and beryllium exposure. He has also represented workers suffering from hearing loss caused by exposure to loud machinery on the job and managed hundreds of workers' compensation cases. Additionally, Miles has practiced business litigation including contract disputes and business torts.

A longtime advocate of higher education, Miles was elected chairman of the University of South Carolina Board of Trustees in January 2009. With more than 12 years of service on the Board, Miles is planning for the institution's future capital campaign and building endowments. His involvement with the University of South Carolina and higher education programs includes his appointment to the South Carolina Commission on Higher Education by Governor Jim Hodges, serving as a member of the Western Carolina Higher Education Commission and more than 20 years on the Executive Committee of the Gamecock Club.

For his contributions to education in South Carolina, Miles received the Order of the Palmetto in 2002, the highest civilian honor in the state. His portrait can be found in the law library of the University of South Carolina's School of Law as recognition for his generosity and service.

Miles earned a Bachelor of Science and Juris Doctor from the University of South Carolina. As a law student, he was on the editorial board of the *South Carolina Law Review* and was a member of Phi Delta Phi and the Society of Wig and Robe.

Miles is recognized as an AV® rated attorney by Martindale-Hubbell®.

### ASSOCIATIONS:

**American Association for Justice**
**American Bar Association**
**Barnwell County Bar Association**
**South Carolina Association for Justice**

### Charlotte E. Loper

LICENSED IN: SC, TX
EDUCATION:
J.D. *cum laude,* Wake Forest School of Law, 2019
B.A. *magna cum laude*, University of South Carolina, 2016

Charlotte Loper represents individuals and businesses in class actions and complex litigation involving consumer protection, general commercial issues, and securities fraud.

Her casework includes litigating on behalf of a class of more than a million tax return preparers who allege the IRS charged unauthorized user fees for the issuance and renewal of preparer tax identification numbers (*Steele v. United States*, Case No. 1:14-cv-1523-RCL). She also represents patients who allege their insurance provider engaged in a fraudulent scheme to overcharge for needed medical services and products while knowingly pocketing the difference.

Charlotte previously worked as an intern for South Carolina's 14th Circuit Solicitor's Office, assisting with trials and motions in General Sessions and Magistrate Court. While completing her legal studies, she worked as a research assistant for Wake Forest law professor Kami Chavis on topics including the intersection of technology and law, and racial bias in jury selection.

Charlotte served as the Executive Articles Editor for the *Wake Forest Journal of Business and Intellectual Property Law* and was a member of Moot Court, in addition to being a CALI Award recipient, and winner of the Dean Reynolds Award of Excellence, among other honors and recognitions.

### ASSOCIATIONS:
American Bar Association
South Carolina Bar Association
Charleston County Bar Association

### P. Graham Maiden

LICENSED IN: SC, MT, OH
EDUCATION:
J.D., Charleston School of Law, 2011
B.S., College of Charleston, 2007

Graham Maiden represents victims and family members who have suffered due to negligence, dangerous products, and corporate misconduct in domestic and international cases. His practice is wide-ranging and includes product liability, anti-terrorism, occupational disease, sexual assault, catastrophic injury and medical drugs and devices.

Graham is part of the litigation and trial team representing individual smokers and families of deceased smokers against tobacco manufacturers in the Engle-progeny litigation pending in Florida. In addition, he represents workers and families suffering from mesothelioma and other asbestos-related diseases as a result of occupational, environmental or household exposure to asbestos, as well as workers who suffer from "popcorn lung" and other ailments caused by

Prior results do not guarantee a similar outcome.



toxic flavoring chemicals. Graham has also assisted the team consulting with South African human rights lawyer Richard Spoor in his efforts to seek justice for exploited gold mine workers suffering from silicosis.

Graham has also worked on behalf of victims of sexual assault and battery at private boarding schools and against individual offenders. In addition to working on a wide variety of catastrophic personal injury cases, Graham has contributed to cases filed on behalf of clients injured by Takata airbags.

Graham previously supported the firm's work in *Linde v. Arab Bank*, historic litigation filed by victims of terrorist bombings in Israel against Arab Bank for its alleged role in financing Hamas and other Israeli terrorist organizations. The case marked the first time that a financial institution was brought to trial under the Anti-Terrorism Act. He assisted with the parallel suit for non-U.S. citizens, *Jesner v. Arab Bank*, which was heard by the U.S. Supreme Court under the Alien Tort Statute regarding violations of customary international law by foreign corporations.

Graham joined Motley Rice as an associate after first serving as a summer law clerk for the firm, during which time he supported litigation on behalf of people and businesses seeking to hold BP and other corporate defendants accountable for the BP oil spill.

While in law school, Graham held an internship with the Beverly Hills Sports Council, a California-based Major League Baseball player agency, where he handled research and writing projects, as well as salary arbitration preparation. Graham also brings valuable business experience to Motley Rice, having previously worked for a large real estate and development company assisting with the development and management of hotels and restaurants across the country.

A former collegiate athlete at the College of Charleston, Graham played baseball and proudly represented his school as a member of the All-Southern Conference Team in 2007.

## AWARDS AND ACCOLADES:
**Best Lawyers®**
**2021 –2022** *Ones to Watch* list: Product Liability Litigation – Plaintiffs

## ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**
**South Carolina Bar Association**
**Charleston Bar Association**

## *Michaela Shea McInnis*

LICENSED IN: MA, NY, RI
EDUCATION:
L.L.M., Boston University School of Law, 1985
J.D., Suffolk University Law School, 1980
B.A., Providence College, 1977

Michaela McInnis represents individuals, states, cities and other municipalities in environmental litigation involving harmful exposure to lead paint and other sources of environmental contamination.

Michaela began working with Motley Rice more than a decade ago, and, for the past several years, has represented clients injured by medical devices in multidistrict litigation and state court actions. She has worked on all aspects of the litigation including bankruptcy issues arising in the litigation and settlement of mass tort cases.

Michaela was a member of the trial team in the State of Rhode Island's landmark lead paint suit against the lead pigment industry, conducting discovery and overseeing the case management order. Her practice also includes toxic tort work, including cases of personal injury, property damage and economic loss as a result of water or land contamination. Michaela also represented more than 100 residents of Tiverton, R.I., against a major utility company for environmental contamination of residential property.

Michaela began her legal career as an attorney with the appellate staff of the Rhode Island Supreme Court, later transitioning to a diverse tax practice in New York. Her legal work extended outside of the office as a volunteer for the IRS Volunteer Income Tax Assistance and Tax Counseling for the Elderly programs in Rhode Island. Additionally, Michaela volunteered for several years with the Ethics Committee of the Visiting Nurse Association of Newport County, where she offered case reviews and guidance to the staff of the VNA regarding ethical issues.

A former adjunct professor at the University of Rhode Island, Michaela has taught both undergraduate and graduate level courses on the American legal system and constitutional law. She is a former law clerk for the Honorable Joseph R. Weisberger of the Rhode Island Supreme Court.

## ASSOCIATIONS:
**American Association for Justice**
**Rhode Island Association for Justice**

### Kate E. Menard

LICENSED IN: MA, NY, RI
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Rhode Island
EDUCATION:
J.D. *magna cum laude*, Roger Williams University School of Law, 2011
B.A. *magna cum laude*, Quinnipiac University, 2008

Katie Menard is committed to helping people harmed by allegedly defective medical devices, including women suffering from painful and serious injuries caused transvaginal mesh and pelvic mesh devices.

Katie initially joined Motley Rice as a law clerk in 2013, providing support to the medical device litigation team, including preparing motions, evaluating client records, and preparing for trials and settlements.

As a law student at Roger Williams University School of Law, Katie was a research assistant to Professor Kathleen Miller, a judicial extern for the Honorable Chief Justice Paul A. Suttell and an intern in the Special Prosecutions Division of the Westchester County District Attorney's Office in New York. After graduation, she worked for the Rhode Island Supreme Court Law Clerk Department, where she served as the sole law clerk to the Honorable Stephen P. Nugent of the Rhode Island Superior Court. She was also a research assistant to Chief Justice Frank J. Williams (Ret.).

A *magna cum laude* graduate and scholarship recipient, Katie was recognized with the CALI Excellence award as the highest scoring student in Legal Methods I, Advanced Criminal Procedure and Private International Law. Additionally, she served as a member of the *Roger Williams University Law Review* and published two papers, "The Impact of Pretrial Publicity on an Indigent Capital Defendant's Due Process Right to a Jury Consultant" and a survey of Rhode Island Law concerning *City of East Providence v. Int'l Ass'n of Firefighters Local*.

#### AWARDS AND ACCOLADES:
**Best Lawyers ®**
**2021 –2022** *Ones to Watch* list: Product Liability Litigation – Plaintiffs

#### ASSOCIATIONS:
**Rhode Island Bar Association**

### Chelsea L. Monroe

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., Wake Forest University School of Law, 2016
B.A. *cum laude*, University of South Carolina, 2011

Chelsea Monroe represents victims of defective medical devices, as well as families and communities harmed by toxic exposure.

Specifically, Chelsea's casework includes furthering litigation for thousands of women who suffered severe, life-altering effects after receiving permanent birth control device Essure®. She also contributes to complex litigation filed against manufacturers of lead paint pigment who are alleged to have caused health and developmental problems in countless children.

Prior to joining Motley Rice, Chelsea gained valuable litigation experience in the areas of medical malpractice, products liability, and premises liability through her work as an attorney for general practice and business defense firms in South Carolina.

A former Motley Rice law clerk, Chelsea also completed a number of legal clerkships and internships while completing her law degree, including assisting with criminal cases for Forsyth County's District Attorney's Office and advocating for children in Forsyth County Family Court. Additionally, Chelsea was a law clerk for Greenville Health System, the largest health system in South Carolina, where she participated in a multidisciplinary team due diligence effort for an acquisition of a hospital system.

#### ASSOCIATIONS:
American Association for Justice
American Bar Association
South Carolina Bar Association
Charleston County Bar Association

### John David O'Neill

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 2013
B.S., Clemson University, 2008

John David O'Neill focuses his litigation efforts on catastrophic injury, products liability, automotive defect, and wrongful death cases. With a background in engineering, John brings a technical approach to case review and analysis.

In particular, John is heavily involved in vehicle defect cases alleging injuries caused by defective Takata airbags.

John has consulted as an engineer on projects involving manufacturing, transportation, institutional, municipal and residential construction. Prior to attending law school, he was a lead manufacturing engineer with an international aerospace



corporation where he was responsible for planning repairs for damaged parts and other components that did not meet specifications.

John was also a member of the engineering team that performed quality inspections of structural installations on behalf of the S.C. DOT on the Arthur Ravenel Jr. Bridge in Charleston, S.C., one of the longest cable-stayed bridges in North America. John was formerly a South Carolina property attorney, having worked on construction defect claims, negotiated commercial property deals in Charleston, and provided representation in Circuit Court and Municipal Court on criminal and civil matters.

## AWARDS AND ACCOLADES:
**Best Lawyers ®**
**2021 –2022** *Ones to Watch* list: Product Liability Litigation – Plaintiffs

## ASSOCIATIONS:
**South Carolina Bar Association**
**American Society of Civil Engineers**

## Jacob Onile-Ere
LICENSED IN: NY
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Southern and Eastern Districts of New York
EDUCATION:
J.D., Benjamin N. Cardozo School of Law, 2017
L.L.B., The University of Lagos, 2012
Jacob Onile-Ere litigates alleged violations of federal and state antitrust and consumer protection laws in order to protect businesses and consumers from price-fixing, pay-for-delay schemes, monopolization and other misconduct that hinders market competition.

Jacob is a member of the litigation team representing plaintiffs in civil class action *In re Juul Labs, Inc. Antitrust Litigation*, filed in the Northern District of California for direct purchaser plaintiffs alleging anticompetitive conduct by JUUL and global cigarette manufacturer Altria impacted them. He also represents clients in several complex cases, including class actions alleging price-fixing of interchange fees by Visa, MasterCard and their member banks, alleged anti-competitive conduct by coffee and beverage company Keurig Green Mountain, Inc., as well as various alleged anti-competitive pay-for-delay schemes involving generic drugs.

Prior to joining Motley Rice and admission to the New York Bar, Jacob gained experience in immigration law while completing a fellowship program at Brooklyn Defender Services' Immigration Practice Unit. He also served in New York City's housing court as a judicial intern for Judge Cheryl Gonzales while completing his legal studies at the Benjamin N. Cardozo School of Law. Additionally, while in law school Jacob assisted clients in immigration defense and advocacy at Cardozo's Immigration Justice Clinic, advocated for the indigent through the school's

Unemployment Action Center and served as a legal intern at the National Center for Law and Economic Justice. He also served as a research assistant for the Dean of Cardozo, Melanie Leslie, and as a Staff Editor of the *Cardozo Journal for Conflict Resolution*.

## ASSOCIATIONS:
**American Bar Association**
**New York State Bar Association**, Antitrust Law Section

## Andrew W. Patterson
LICENSED IN: SC
EDUCATION:
J.D., Charleston School of Law, 2013
B.A. *cum laude*, Hampden-Sydney College, 2008
Andrew Patterson assists people suffering from mesothelioma and other life-threatening lung diseases caused by asbestos exposure.

Andrew works with clients, claimants and co-counsel to submit bankruptcy trust claims to the numerous trust facilities established for the victims of asbestos-related diseases.

Prior to joining Motley Rice, Andrew conducted research and drafted reports related to mineral rights in the Fijian Islands and supported other domestic legislative projects for a law firm in Camden, S.C.

While pursuing his legal studies at Charleston School of Law, Andrew was the recipient of CALI awards for Professional Responsibility and Trial Advocacy, and served as a William Ackerman Summer Fellow and Extern through Charleston Pro Bono Legal Services, completing more than 100 hours of *pro bono* work. He also assisted with monthly legal information sessions offered to Charleston residents by the Florence Crittenton Programs of South Carolina, a nonprofit benefitting at-risk low-income families. Andrew gained valuable learning experience through the Judicial Observation and Experience Program, which afforded him the opportunity to work with the Honorable Judy McMahon of Charleston County Family Court in July 2012, and the Honorable Robert S. Armstrong of Beaufort County Family Court in May 2011.

## ASSOCIATIONS:
Charleston County Bar Association

## Bruno Rosenbaum

LICENSED IN: NY
EDUCATION:
LL.M., Columbia Law School, 2019
M.B.A., Assas Paris II, 2014
Master II, Assas Paris II, 2014
Master I, Sorbonne Paris I, 2010

Bruno Rosenbaum consults on complex securities fraud class actions, merger and acquisition cases and shareholder derivative suits on behalf of domestic and foreign institutional investors.

As Director of European Investor Relations for Motley Rice, Bruno assists the firm, clients and co-counsel in matters relating to international financial regulations and securities law to enhance corporate governance and protect shareholders against misconduct and fraud.

Prior to joining Motley Rice, Bruno was associated with international law firms in Paris and Luxembourg, where he practiced in the areas of mergers and acquisitions and private equity.

Bruno is admitted to the practice of law in Paris as Avocat à la Cour, and in Luxembourg as Avocat au Barreau *(Liste IV)*. His post-graduate studies concentrated in business and corporate law.

Bruno is fluent in English, French and Portuguese and conversant in German/Luxembourgish, Spanish and Italian.

## Cindi A. Solomon

LICENSED IN:  SC
ADMITTED TO PRACTICE BEFORE: U.S. Supreme Court
EDUCATION:
J.D., University of South Carolina School of Law, 1996
B.A., Vanderbilt University, 1988

Cindi Solomon represents dozens of governmental entities, including states, cities, counties and other municipalities as part of Motley Rice's opioid litigation team.

Cindi contributes to the firm's intensive involvement in the *National Prescription Opiate* MDL, as well as similar cases filed in state court against manufacturers, distributors and other entities believed to have played a role in causing the opioid crisis. She has additional experience in pharmaceutical drug, defective medical device, and product liability cases, including working with Motley Rice attorneys in the 1990s on historic Big Tobacco litigation, which resulted in the largest civil settlement in U.S. history.

In addition to her legal career, Cindi has worked for several years to promote eye health in the Charleston, S.C., area, including co-founding and serving as Volunteer Executive Director of Operation Sight, a non-profit that provides free cataract surgery and other services to those in need. She also served as a member of the Board of Directors for the Association for the Blind and Visually Impaired – Charleston from 2011 to 2016.

Currently, Cindi serves on the Boards of the Kiawah Island Club and Spoleto Festival USA, in addition to being a member of Trident United Way's Community Impact Committee. Numerous other community positions she's held include:

- Member of the Board of Directors for Trident United Way, 2004-2010, and 2014-2015
- President of Trident United Way's Women's Leadership Council, 2014-2015.
- President of MUSC's Women's Club, 2009-2010

ASSOCIATIONS:
**South Carolina Women Lawyers**

## Laura K. Stemkowski

LICENSED IN: SC
EDUCATION:
J.D. with honors, University of North Carolina School of Law, 2016
B.A., University of North Carolina at Chapel Hill, 2013

Laura Stemkowski advocates for victims harmed by medical drugs and devices and corporate misconduct, with a focus on women's health.

Laura's advocacy includes supporting women who were diagnosed with ovarian cancer after using Johnson & Johnson Baby Powder and other talc-based powders for feminine hygiene. She also represents people who developed breast implant-associated anaplastic large cell lymphoma (BIA-ALCL), a rare form of non-Hodgkin's lymphoma, after receiving textured breast implants manufactured by Allergan, as well as patients harmed by allegedly defective hernia mesh. Additionally, Laura represents patients who suffered complications allegedly caused by Zantac® and other allegedly dangerous medical drugs.

In addition to her medical casework, Laura represents former Boy Scouts who suffered abuse in claims filed in the Boy Scouts of America bankruptcy proceedings. She also litigates cases filed under newly enacted "window" laws that seek to hold abusers and abuse enablers accountable in civil court. Many states have and continue to pass such laws, extending the number of years available for survivors to file a childhood sexual abuse claim by opening a statute of limitations for a finite period of time.

Prior to joining Motley Rice, Laura was a legal intern at the Department of Justice Environmental Division in Raleigh, N.C., where she wrote appellate arguments, summary judgment motions and other legal documents related to environmental, criminal and federal issues.

While studying at UNC School of Law, Laura held positions with the Environmental Appellate Advocacy Team and the Holderness Moot Court. She served as Vice President of the UNC School of Law Environmental Law Project, Public Relations Chair for the UNC School of Law Pro Bono Board, and Junior Attorney Coordinator for the school's Cancer Pro Bono Project.

Prior results do not guarantee a similar outcome.



She also served as a student practitioner with the Civil Legal Clinic, where she worked on claims spanning areas including Title VII EEOC, Title IX, and domestic violence.

Laura also completed more than 100 hours of *pro bono* work with the University of North Carolina School of Law's Innocence Project and Legal Aid Divorce Clinic, as well as the Southern Environmental Law Center and Lawyer on the Line program.

In the community, Laura is involved in Be a Mentor, a non-profit organization committed to empowering youth through mentorship.

## Jacob R. Stout

LICENSED IN: PA, WV
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Northern and Southern Districts of West Virginia; Supreme Court of Appeals of West Virginia; Supreme Court of Pennsylvania
EDUCATION:
J.D., West Virginia University College of Law, 2014
Grad. Cert., Ohio University College of Business, 2021
B.A., Pennsylvania State University, 2011

Jake Stout utilizes the civil justice system to hold negligent corporations accountable for preventable injuries and diseases suffered by workers and their families.

Having experience in all three vantages of the civil litigation process—plaintiffs, defense, and the court—Jake has a broad understanding of the challenges faced by workers in their fight for justice. His perspective is an asset for clients, as he strives to improve safety practices and corporate governance for the benefit of current and future workers.

Jake has advocated for plaintiffs' causes as an associate for multiple personal injury firms throughout his career. He has extensive experience in matters related to automobile collisions, insurance bad faith, toxic exposure, products liability, Federal Employer's Liability Act/Railroad injuries, asbestos/mesothelioma, premises liability, and other general personal injury litigation in state and federal courts. At Motley Rice, Jake works principally with the firm's Occupational Disease team to prosecute hundreds of claims on behalf of injured workers.

Jake's legal experience also includes a clerkship with a regional corporate defense firm and serving as a judicial law clerk for the Hon. Phillip D. Gaujot, of the Circuit Court of Monongalia County, W. Va. He previously served as a deputy campaign manager and campaign treasurer for candidates in lieutenant governor, state representative, and county commissioner races in Pennsylvania in 2010 and 2011, and was one of three commissioners on the Monongalia County, W. Va., Deputy Sheriff's Civil Service Commission from 2016 to 2021.

AWARDS AND ACCOLADES:
Best Lawyers®
2021–2022 *Ones to Watch* list: Personal Injury Litigation – Plaintiffs

*West Virginia Super Lawyers® Rising Stars* list
2020–2021  Personal injury – products: plaintiff; Class action/mass torts: plaintiff

ASSOCIATIONS:
American Association for Justice
West Virginia Association for Justice
Pennsylvania Association for Justice
Monongalia County Bar Association

## Mitchell B. Thornton

LICENSED IN: KY, SC
EDUCATION:
J.D., Charleston School of Law, 2009
B.S. magna cum laude, University of South Carolina, 2005
Mitchell Thornton's casework intersects with multiple Motley Rice practice areas.

Mitchell represents people and businesses suffering economic losses resulting from the BP Deepwater Horizon oil spill in the Gulf of Mexico, and he is involved in product liability cases with a focus on allegedly defective medical devices and pharmaceuticals.

He began his experience with Motley Rice in 2004 as an intern, compiling factual causation foreseeability data for the firm's landmark September 11, 2001 litigation. During law school, he joined the firm as a law clerk, broadening his experience through cases involving product liability, misappropriation of human remains, pharmaceutical injuries, insurance recovery, premise damages, consumer protection, and other incidents of negligence.

Mitchell has performed extensive legal research in a comprehensive range of litigation. He has been involved in a variety of cases related to negligence, corporate misconduct and defective products, including cases involving Advair®/Serevent®, Avandia®, Digitek®, Paxil®, NuvaRing®, and Zicam®, as well as those representing women alleging harm by pelvic mesh products.

At the Charleston School of Law, Mitchell received the CALI Award for Products Liability and aided local residents in the school's Volunteer Income Tax Assistance program. The USC Moore School of Business recognized Mitchell as an "Emerging Leader," where he served as Vice President of the Gamma Iota Sigma Insurance Fraternity.

ASSOCIATIONS:
American Association for Justice
South Carolina Association for Justice
Charleston County Bar Association
South Carolina Bar Association Young Lawyers Division

## Meredith B. Weatherby

LICENSED IN: SC, TX
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Northern, Southern, Eastern and Western Districts of Texas
EDUCATION:
J.D., University of Texas School of Law, 2011
B.A., *with distinction*, University of North Carolina, Chapel Hill, 2008

Meredith Weatherby develops and litigates securities fraud class actions and shareholder derivative suits on behalf of institutional investors.

Meredith represents unions, public pensions and institutional investors in federal courts throughout the country. Her casework includes representing clients in a number of cases related to high frequency trading (HFT), including the groundbreaking securities fraud litigation against NASDAQ and the New York Stock Exchange that was recently revived upon appeal to the U.S. Court of Appeals for the Second Circuit. She is also involved in the securities class action against Twitter Inc. Previously, Meredith was a member of the teams representing investors in securities fraud class actions filed against Advanced Micro Devices, Barrick Gold and SAC Capital, among others.

Meredith also has experience litigating medical malpractice and negligence suits in state court.

Prior to joining Motley Rice, Meredith gained trial and settlement experience as an associate at a Dallas, Texas, law firm working in business and construction litigation. While attending the University of Texas School of Law, she clerked for an Austin firm, represented victims in court as a student attorney in the UT Law Domestic Violence Clinic and was a Staff Editor of the Review of Litigation journal.   During her undergraduate and law school career, Meredith studied abroad in Paris, France, Geneva, Switzerland and Puebla, Mexico.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2021 –2022** *Ones to Watch* list: Litigation – Securities

### ASSOCIATIONS:
**Charleston County Bar Association**

## Hannah S. Werner

LICENSED IN: SC
EDUCATION:
J.D., Vanderbilt University Law School, 2017
B.A. with honors, University of North Carolina at Chapel Hill, 2014

Hannah Werner advocates for patients suffering from health complications caused by allegedly defective and dangerous medical drugs and devices, such as Essure®, a permanent birth control device. Her practice also includes representing clients who have suffered from lead poisoning.

Hannah gained experience as a law clerk at Motley Rice, as well as at a prominent defense firm where she gained valuable insight into the legal industry prior to joining Motley Rice's medical team. She also served as a summer associate and intern for a Tennessee hospital and legal clinic where she provided research in healthcare law, drafted contracts and policies, and assisted with mediations involving patients. In addition, Hannah worked to assist veterans with legal disputes as an intern for a VA Medical Legal Partnership Clinic in Nashville, Tenn.

A member of the Women Law Students' Association, Hannah was actively involved on campus, including serving as Vice President of the Health Law Society. She also was the 2012–2013 Director of Public Relations for the UNC Association of Student Governments, serving students from all 17 UNC system campuses, and a 2012 Congressional intern in South Carolina.

### ASSOCIATIONS:
**American Bar Association**
**South Carolina Bar Association**

## Erin Casey Williams

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
United States Court of Appeals for the Second Circuit; U.S. District Court for the Eastern District of Michigan, and District of South Carolina
EDUCATION:
J.D., University of Illinois College of Law, 2014
B.S. with honors, University of Illinois at Urbana-Champaign, 2011

Erin Casey Williams protects the interests of institutional investors and consumers through complex securities litigation.

Erin is a member of Motley Rice's litigation teams representing investors in securities fraud class action cases. She supports the firm's efforts in matters involving Qualcomm Incorporated and Investment Technology Group, Inc.

Erin assisted in the development of deposition strategies and completed discovery with the Motley Rice securities team before joining the firm in 2017. Her previous experience includes litigating claims involving medical malpractice, wrongful death, personal injury and complex family law matters at a Charleston, S.C., law firm. She also researched and drafted memoranda regarding construction defects, insurance defense, and tort liability for a national litigation support agency.

While pursuing her law degree, Erin interned for the Federal Defender Program in Chicago in addition to working as a judicial extern for the Honorable Michael T. Mason of the U.S. District Court for the Northern District of Illinois. She served as an associate editor of the *University of Illinois Law Review* and the Community Service Chair of the Women's Law Society.



## ASSOCIATIONS:
**American Bar Association**
**South Carolina Bar Association**
**South Carolina Association for Justice**
**South Carolina Women Lawyers Association**
**Charleston County Bar Association**

### Courtney R. Wolf

LICENSED IN: DC, NY, ND, SC, UT, VT
ADMITTED TO PRACTICE BEFORE: U.S. District Court for the District of South Carolina
EDUCATION:
J.D., Washington and Lee University School of Law, 2019
B.S. *magna cum laude*, University of South Carolina, 2016

Courtney Wolf advocates for victims of terrorism and human rights violations, as well as for consumers affected by corporate misconduct and negligence.

Courtney contributes to litigation filed for dozens of governmental entities, including states, cities, towns, counties and townships against opioid manufacturers and distributors alleged to have played a role in the opioid crisis. She also represents families and survivors in claims filed through the September 11th Victim Compensation Fund.

Courtney completed a number of legal internships and clerkships prior to joining Motley Rice, including a clerkship in Virginia where she observed hearings and trials, performed legal research and drafted memoranda for civil and criminal cases for the 18th Judicial Circuit of Alexandria Circuit Court. Courtney also served for a time as an intern for the South Carolina Appleseed Legal Justice Center where she translated documents to Spanish and assisted with fundraising efforts to promote legal and social services for Hispanic immigrants.

Courtney worked as a student attorney for the Immigrant Rights Clinic while pursuing her juris doctor, in addition to being a Lead Article Editor for the *German Law Journal,* and Vice President of the Pro Bono Club. As a research assistant, she contributed to research on international crimes and the International Court of Justice, as well as research on human rights law in Africa. She also traveled to law schools throughout Ukraine in partnership with USAID to assist with a presentation on anti-corruption in schools. Courtney also studied abroad in Denmark, Spain and Costa Rica during her undergraduate career.

Courtney serves her community as a board member for Charleston Habitat for Humanity.

## ASSOCIATIONS:
**South Carolina Association for Justice**
**Charleston Bar Association**

### Roger M. "Hank" Young, Jr.

LICENSED IN: SC
EDUCATION:
J.D. *summa cum laude*, Charleston School of Law, 2016
B.A. *magna cum laude*, University of South Carolina Honors College, 2011

Hank Young represents victims harmed by medical drugs, medical negligence, and corporate misconduct.

As an advocate for some of the most vulnerable in our society, Hank seeks justice for children and for mothers following their use of the anti-nausea medication Zofran during pregnancy, which may cause life-threatening birth defects, as well as for elderly clients who suffer abuse and neglect at nursing homes and assisted living facilities. Hank also represents clients diagnosed with melanoma after taking Revatio® or Viagra®, and is reviewing claims of kidney failure and ketoacidosis after taking Invokana® and other SGLT2 inhibitors.

A Charleston native, Hank graduated from the Charleston School of Law, where he served as Editor in Chief of the *Charleston Law Review* and competed in numerous moot court competitions, including the 2015 National Tax Moot Court Competition, in which he was awarded Best Individual Advocate. He also was recognized with the CALI Award as the highest scoring student in Legal Writing I & II, Products Liability, Constitutional Law, Constitutional History, and Professional Responsibility.

A Motley Rice law clerk for two summers before joining the firm, Hank has clerked at both corporate defense and plaintiffs' firms. Additionally, Hank volunteered at the Veteran's Legal Clinic in Charleston during law school, providing low-income veterans with basic legal services, including finding housing, drafting wills, and resolving family law issues.

## ASSOCIATIONS:
**South Carolina Association for Justice**
**Charleston County Bar Association**

# STAFF ATTORNEYS

### Andrew D. Harris

LICENSED IN: SC
EDUCATION:
J.D., Charleston School of Law, 2014
B.A., University of North Carolina, Chapel Hill, 2011

Andrew Harris works directly with injured workers and their families regarding asbestos, work-related injuries, and toxic exposure, including guiding clients through complicated bankruptcy trust claims for victims of asbestos-related diseases.

Andrew practiced at a North Carolina firm where he assisted with corporate transactions between Fortune 500 companies prior to joining Motley Rice.

He gained early experience through a number of legal clerkships at firms in the Charleston, S.C., area, assisting with malpractice defense cases, property transactions, and various mass tort multidistrict litigations, and donated his time during law school helping others through the Charleston Pro Bono Legal Services.

#### ASSOCIATIONS:

Charleston County Bar Association

### Robert C. "Trey" Henderson III

LICENSED IN: NC, SC
EDUCATION:
J.D., Wake Forest University School of Law, 2014
B.A. *magna cum laude,* University of South Florida, 2010

Trey Henderson works closely with injured workers and families to file bankruptcy trust claims seeking justice for victims of asbestos-related diseases.

He also helps file claims through the U. S. Victims of State Sponsored Terrorism Fund on behalf of foreign terror victims. He has additional experience contributing to securities litigation that ultimately recovered $140 million for shareholders who allege they suffered losses due to corporate misconduct.

Prior to joining Motley Rice, Trey completed a number of internships and legal clerkships in North Carolina while completing his legal studies, where he drafted necessary documents for real estate transactions, provided guidance to local businesses to resolve contract disputes, and provided litigation support for a Fortune 500 bank. He also served as Articles Editor for the *Journal of Business and Intellectual Property* while pursuing his law degree.

### C. Ross Heyl

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE: U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 2019
B.S., Virginia Commonwealth University, 2014
B.A., Virginia Commonwealth University, 2011

Ross Heyl works to bankrupt financiers of global terror, and hold accountable human rights violators and their enablers. He also litigates for consumers who bear the harm and financial burden of corporate misconduct.

Ross represents survivors of the September 11, 2001 terrorist attacks, as well as families of deceased victims in groundbreaking litigation targeting the Kingdom of Saudi Arabia and others who are accused of helping al Qaeda carry out the attacks. He also helps terror victims apply for compensation through the U.S. Victims of State Sponsored Terrorism Fund, and advocates for American torture victims through litigation filed under the Torture Victim Protection Act.

In addition to his antiterrorism and human rights casework, Ross litigates against Blackbaud and other businesses that allegedly failed to protect the private information of consumers, leaving them susceptible to identity theft and other cybercrimes. He also represents consumers who allege physical injuries and financial losses related to vehicle defects, including in litigation filed against Fiat Chrysler Automobiles regarding explosive Takata airbags, and against Volkswagen regarding allegedly defective timing chain tensioners that may damage vehicle engines.

Ross completed a legal clerkship at the Charleston County Public Defender's Office, and assisted with personal injury, wrongful death and medical malpractice cases at a plaintiffs' law firm in Columbia, S.C., while completing his legal studies prior to joining Motley Rice. He served as Research Editor of the *South Carolina Law Review* and was a CALI Award recipient.

#### ASSOCIATIONS:

**South Carolina Bar Association**
**Charleston County Bar Association**

Prior results do not guarantee a similar outcome.



### Kelly A. Quillin

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE: U.S. District Court for the District of South Carolina
EDUCATION:
J.D., The John Marshall Law School, 2014
B.S., Indiana University, 2010

Kelly Quillin seeks to hold businesses accountable and recover losses for individuals and institutional investors who are harmed by corporate wrongdoing and misconduct.

Kelly is a member of the litigation teams representing investors as lead counsel in securities and consumer fraud class actions filed against Twitter, Inc. and Qualcomm, Inc. She has also assisted in the litigations filed against St. Jude Medical, Inc., LIBOR, American Realty Capital, and 3D Systems Corp. She was also involved in the litigation against NASDAQ and NYSE, among other defendants, related to high frequency trading.

Acting as a liaison among counsel, attorney review teams, vendors and data management personnel, Kelly oversees teams that conduct discovery and research in order to further complex securities litigation, including implementing best practices regarding e-discovery strategies in large scale, complex, and document-intensive cases. She has experience in advanced analytic technologies and technology assisted review processes.

Prior to joining the firm, she clerked for the Cook County State's Attorney's Office in Chicago, assisting with legal filings, court appearances and research in the Felony Trial Division.

In 2012, while completing her legal studies in Chicago, Kelly served as a judicial extern for U.S. District Judge Jon E. DeGuilio for the Northern District of Indiana, where she drafted proposed opinions, orders and memoranda. While completing her undergraduate studies, she interned for the Southern District of Indiana Clerk's Office.

Kelly applies her legal knowledge to benefit the less fortunate by providing assistance and access to judicial services through the Charleston Pro Bono organization.

### ASSOCIATIONS:
**American Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**
**American Association for Justice**

### Laura C. Rublee

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE: U.S. Court of Appeals for the Fourth Circuit; U.S. District Court for the Eastern and Western Districts of Virginia, and the Western District of North Carolina
EDUCATION:
J.D., Marshall-Wythe School of Law, College of William & Mary, 1985
B.A. *with distinction,* University of Virginia, 1977

Laura Rublee litigates for consumers, unions, public pensions and other institutional investors as a part of Motley Rice's securities and consumer fraud practice. Laura advances complex class actions that shine a light on alleged financial violations and corporate misconduct that negatively impact investors and consumers.

Laura's litigation experience includes representing a class of patients who allege Cigna Health and Life Insurance Co. fraudulently inflated copayments and coinsurance by overcharging for medical services and products, *Neufeld v. Cigna Health and Life Insurance Company et al*. She also represents more than a million tax return preparers who allege the IRS charged unauthorized user fees for the issuance and renewal of preparer tax identification numbers, *Steele v. United States*. Laura served on additional litigation teams in class action suits filed against Medtronic, Inc.; Sprint Nextel Corp.; and Twitter, Inc.

Prior to joining Motley Rice, Laura worked for several years as an escrow officer in Texas where she assisted with real estate transactions. She has additional experience as a staff attorney and associate for defense firms in South Carolina and Virginia. She also has a background in biophysics, having worked as laboratory specialist for several years before pursuing a law degree.

### ASSOCIATIONS:
**South Carolina Bar Association**



**www.motleyrice.com**
**1 800.768.4026**

28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
**SC | RI | CT | NY | WV | DC | NJ | PA**

Joseph F. Rice (DC, SC) is the attorney responsible for this communication. Prior results
do not guarantee a similar outcome. Motley Rice LLC, a South Carolina Limited Liability
Company, is engaged in the New Jersey practice of law through Motley Rice New Jersey LLC.
Esther Berezofsky attorney responsible for New Jersey practice.
*PD: 01.05.2022*