# EXHIBIT 7



# THE TOP 100

## U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME

*AS OF DECEMBER 31, 2020*

© 2021 | Institutional Shareholder Services and/or its affiliates



# EXECUTIVE SUMMARY

The world was truly turned upside down in 2020 when the novel Coronavirus ("COVID-19") became the world's deadliest pandemic in more than a century. The global turmoil over the last year also affected investor opportunities to address allegations of fraud against publicly traded companies.

With different environmental and health factors affecting global economics, United States (U.S.) Federal and State Courts adapted quickly to the new norms and remained adamant in performing its functions. Despite the dramatic decline in newly filed cases of investor complaints in both Federal and State courts throughout 2020, the quantity of traditional class action settlements remained steady, while the settlement amounts increased nominally by 3 percent from $3.17 billion in 2019.

Looking back at the full year of 2020, ISS Securities Class Action Services ("ISS SCAS") verified 99 approved monetary class action settlements in the U.S. These cases amounted to $3.26 billion of settlement funds available for distribution to eligible members of the settlement classes.

Of the 99 U.S. settlements in 2020, 76 cases received judgment in the Federal Courts amounting to $3.04 billion, while 23 cases received judgment in the State Courts amounting to $229.7 million. The timing of settlements is of note, as the first quarter of 2020 had 18 settlements, while the final three quarters of 2020, amid the COVID-19 pandemic, averaged a higher quantity at 27 settlements per quarter.

An analysis of the 76 Federal settlements, 72 were alleged with Employment of Manipulative and Deceptive Practices (or Rule 10b-5 of the Securities and Exchange Act of 1934). It is important to take note that 13 of the 76 Federal settlements were concurrently alleged with Civil Liabilities on Account of False Registration Statement ("Section 11" of the Securities Act of 1933). In addition, only three settlements were focused on Section 11 claims, while one received judgment related to claims resulting from a corporate action settled in the Federal Courts. Of the analysis from 23 State settlements, 15 were related to corporate transactions and seven were alleged with Section 11 claims.

Of the 99 settlements in 2020, ISS SCAS identified:

- 23 settlements related to companies that completed their stock offerings,
- 16 settlements which stemmed from corporate transactions, and
- Nine settlements with alleged violations of Generally Accepted Accounting Principles ("GAAP").

Furthermore, two companies identified restated their financials, and eight companies noted insider trading related settlements. Interestingly, two companies, which settled during 2020, had previously filed for bankruptcy and five companies are listed in the S&P 500 index.

In terms of court locations, it's not surprising that the most active Federal court was the U.S.D.C. New York (Southern) with 15 settlements, including two of the three largest settlements of 2020. The next most active location was the U.S.D.C. New York (Eastern) and U.S.D.C. New Jersey, with seven and six settlements, respectively. In State court, the most active locations were the Delaware Chancery Court, which rendered judgment to nine settlements, followed by the New York Supreme Court (New York County) and Nevada District Court, with two each.



Four of the settlements in 2020 delivered significant settlement amounts to be included within this Top 100 publication of largest U.S. settlements of all-time. These four class actions include:

- American Realty Capital Properties, Inc. – $1.025 Billion
- First Solar, Inc. – $350 Million
- Signet Jewelers Ltd. – $240 Million
- SCANA Corporation – $192.5 Million

Interestingly, the top four settlements noted above all were alleged with Rule 10b-5 violations. The top two cases noted above were both led by lead counsel, Robbins Geller Rudman & Dowd. The third and fourth largest cases of 2020 were both led by lead counsel, Bernstein Litowitz Berger & Grossmann, with Labaton Sucharow as co-lead counsel on the SCANA Corp. action. The top four settlements from 2020 surpassed $1.8 billion in shareholder recoveries or 55 percent of the total value from all traditional U.S. class action settlements in 2020.

For eligible investors who filed claims in 2020, A.B. Data was the most widely court appointed claims administrator with 23 settlements and Gilardi & Co. was the second most active claims administrator with 18 settlements. In terms of highest dollar value of settlements, Gilardi & Co. handled claims worth $1.57 billion, while JND Legal Administrator was second with $631.3 million.

As of this publication, 15 U.S. settlements have now surpassed the $1 billion threshold.

Looking ahead, it appears likely that 2021 will have continued activity in driving shareholder recoveries. A few 2021 high profile settlements have already occurred, including a $1.21 billion settlement with Valeant Pharmaceuticals International and a SEC disgorgement for $500 million with Wells Fargo & Company. Other prominent actions are making their way through the legal process and scheduled settlement hearings show a handful of actions above the $100 million threshold, including Snap, Inc. at $187.5 Million (combining both the Federal and State settlements). Both Valeant and Snap are large enough settlements to enter next year's Top 100 report.

*# # # # #*

## METHODOLOGY

*The Securities Class Action Services' Top 100 Settlements of All-Time is an annual report that identifies the largest securities class action settlements filed after the passage of the Private Securities Litigation Reform Act of 1995, ranked by the total value of the settlement fund. The statistics and totals from this report do not include U.S. Antitrust settlements nor any securities related settlements outside the United States. Cases with the same settlement amount are given the same ranking. For cases with multiple partial settlements, the amount indicated in the total settlement amount is computed by combining all partial settlements. The settlement year reflects the year the most recent settlement received final approval from the court. Only court approved final settlements are included.*



# TABLE OF CONTENTS

EXECUTIVE SUMMARY ..................................................................................................................... 2

METHODOLOGY ............................................................................................................................... 3

SETTLEMENT CATEGORIZATION ........................................................................................................ 5

NUMBER OF SETTLEMENTS ADDED BY YEAR  TO THE TOP 100 ........................................................ 6

TOP 100 SETTLEMENTS AS OF 31 DECEMBER 2020 .......................................................................... 6

SETTLEMENTS REPRESENTED BY INSTITUTIONAL LEAD PLAINTIFF IN THE SCAS TOP 100 ........................ 11

TOP 5 INSTITUTIONAL LEAD PLAINTIFFS PARTICIPATION .................................................................... 11

MOST FREQUENT LEAD COUNSEL IN THE SCAS TOP 100 .................................................................. 13

LEAD COUNSEL PARTICIPATION ....................................................................................................... 13

MOST FREQUENT CLAIMS ADMINISTRATOR  IN THE SCAS TOP 100 .................................................... 20

MOST FREQUENT CLAIMS ADMINISTRATOR  IN TOP 100 SETTLEMENTS ............................................... 20

CASES INVOLVING ACCOUNTING RESTATEMENTS  IN THE SCAS TOP 100 SETTLEMENTS ........................ 24

RESTATEMENTS ............................................................................................................................... 24

NO. OF SETTLEMENTS ADDED TO SCAS' TOP 50 SEC DISGORGEMENTS .............................................. 26

TOP 50 SEC DISGORGEMENTS ......................................................................................................... 26

GLOSSARY ...................................................................................................................................... 29



## SETTLEMENT CATEGORIZATION

The Top 100 Settlements of All-Time provides a wealth of information, including the settlement date, filing court, settlement fund, and identifies the key players for each settlement. The report is broken down into following categories:

### INSTITUTIONAL LEAD PLAINTIFF PARTICIPATION

This section displays the number of cases in the Top 100 involving institutional lead plaintiffs.  It also identifies the institutional investors serving as institutional lead plaintiff.

### LEAD COUNSEL PARTICIPATION

This section lists the law firms that served as lead or co-lead counsel for each litigation in the Top 100 Settlements and identifies the most frequent lead or co-lead counsel in the Top 100 Settlements. Counsels with the same participation are given the same ranking. In addition, the list includes participation in cases where they were litigated under a previous name.

### CLAIMS ADMINISTRATION PARTICIPATION

This section lists the claims administrators who handled the Top 100 Settlements and identifies the most frequent claims administrators. It includes settlements administered from old entities.

### RESTATEMENTS

This section identifies the cases in the Top 100 Settlements involving accounting restatements and shows the number of restatement cases versus non-restatement cases.

### TOP 50 SEC DISGORGEMENTS

This section provides a list of the largest SEC settlements, ranked according to the Total Settlement Amount. The Total Settlement Amount reflects the sum of disgorgement and civil penalties in settlements reached with the Securities and Exchange Commission. The Top 50 SEC Disgorgements includes only those where the distribution plan has received final approval from the SEC. Cases with the same settlement amount are given the same ranking.



# NUMBER OF SETTLEMENTS ADDED BY YEAR TO THE TOP 100



# TOP 100 SETTLEMENTS AS OF 31 DECEMBER 2020

| RANK | COMPANY NAME | COURT | SETTLEMENT YEAR | TOTAL SETTLEMENT AMOUNT |
|---|---|---|---|---|
| 1 | Enron Corp. | S.D. Tex. | 2010 | $7,242,000,000 |
| 2 | WorldCom, Inc. | S.D.N.Y. | 2012 | $6,194,100,714 |
| 3 | Cendant Corp. | D. N.J. | 2000 | $3,319,350,000 |
| 4 | Tyco International, Ltd. | D. N.H. | 2007 | $3,200,000,000 |
| 5 | Petroleo Brasileiro S.A. - Petrobras | S.D.N.Y. | 2018 | $3,000,000,000 |
| 6 | AOL Time Warner, Inc. | S.D.N.Y. | 2006 | $2,500,000,000 |
| 7 | Bank of America Corporation | S.D.N.Y. | 2013 | $2,425,000,000 |
| 8 | Household International, Inc. | N.D. Ill. | 2016 | $1,575,000,000 |



**THE TOP 100**
U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME

| RANK | COMPANY NAME | COURT | SETTLEMENT YEAR | TOTAL SETTLEMENT AMOUNT |
|---|---|---|---|---|
| 9 | Nortel Networks Corp. (I) | S.D.N.Y. | 2006 | $1,142,775,308 |
| 10 | Royal Ahold, N.V. | D. Md. | 2006 | $1,100,000,000 |
| 11 | Nortel Networks Corp. (II) | S.D.N.Y. | 2006 | $1,074,265,298 |
| 12 | Merck & Co., Inc. | D. N.J. | 2016 | $1,062,000,000 |
| 13 | McKesson HBOC Inc. | N.D. Cal. | 2013 | $1,052,000,000 |
| 14 | American Realty Capital Properties, Inc. | S.D.N.Y. | 2020 | $1,025,000,000 |
| 15 | American International Group, Inc. | S.D.N.Y. | 2013 | $1,009,500,000 |
| 16 | American International Group, Inc. | S.D.N.Y. | 2015 | $970,500,000 |
| 17 | UnitedHealth Group, Inc. | D. Minn. | 2009 | $925,500,000 |
| 18 | HealthSouth Corp. | N.D. Ala. | 2010 | $804,500,000 |
| 19 | Xerox Corp. | D. Conn. | 2009 | $750,000,000 |
| 20 | Lehman Brothers Holdings, Inc. | S.D.N.Y. | 2014 | $735,218,000 |
| 21 | Citigroup Bonds | S.D.N.Y. | 2013 | $730,000,000 |
| 22 | Lucent Technologies, Inc. | D. N.J. | 2003 | $667,000,000 |
| 23 | Wachovia Preferred Securities and Bond/Notes | S.D.N.Y. | 2011 | $627,000,000 |
| 24 | Countrywide Financial Corp. | C.D. Cal. | 2011 | $624,000,000 |
| 25 | Cardinal Health, Inc. | S.D. Ohio | 2007 | $600,000,000 |
| 26 | Citigroup, Inc. | S.D.N.Y. | 2013 | $590,000,000 |
| 27 | IPO Securities Litigation (Master Case) | S.D.N.Y. | 2012 | $585,999,996 |
| 28 | Bear Stearns Mortgage Pass-Through Certificates | S.D.N.Y. | 2015 | $500,000,000 |
| 28 | Countrywide Financial Corp. | C.D. Cal. | 2013 | $500,000,000 |
| 30 | BankAmerica Corp. | E.D. Mo. | 2004 | $490,000,000 |
| 31 | Pfizer, Inc. | S.D.N.Y. | 2016 | $486,000,000 |
| 32 | Wells Fargo & Company | N.D. Cal. | 2018 | $480,000,000 |
| 33 | Adelphia Communications Corp. | S.D.N.Y. | 2013 | $478,725,000 |



**THE TOP 100**
U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME

| RANK | COMPANY NAME | COURT | SETTLEMENT YEAR | TOTAL SETTLEMENT AMOUNT |
|------|-------------|-------|-----------------|-------------------------|
| 34 | Merrill Lynch & Co., Inc. | S.D.N.Y. | 2009 | $475,000,000 |
| 35 | Dynegy Inc. | S.D. Tex. | 2005 | $474,050,000 |
| 36 | Schering-Plough Corp. | D. N.J. | 2013 | $473,000,000 |
| 37 | Raytheon Company | D. Mass. | 2004 | $460,000,000 |
| 38 | Waste Management Inc. | S.D. Tex. | 2003 | $457,000,000 |
| 39 | Global Crossing, Ltd. | S.D.N.Y. | 2007 | $447,800,000 |
| 40 | Qwest Communications International, Inc. | D.D.C. | 2009 | $445,000,000 |
| 41 | Federal Home Loan Mortgage Corp. (Freddie Mac) | S.D.N.Y. | 2006 | $410,000,000 |
| 42 | Marsh & McLennan Companies, Inc. | S.D.N.Y. | 2009 | $400,000,000 |
| 42 | Pfizer, Inc. | S.D.N.Y. | 2015 | $400,000,000 |
| 44 | Cobalt International Energy, Inc. | S.D. Tex. | 2019 | $389,600,000 |
| 45 | J.P. Morgan Acceptance Corp. I | S.D.N.Y. | 2015 | $388,000,000 |
| 46 | Cendant Corp. (PRIDES) II | D. N.J. | 2006 | $374,000,000 |
| 47 | Refco, Inc. | S.D.N.Y. | 2011 | $358,300,000 |
| 48 | First Solar, Inc. | D. Ariz. | 2020 | $350,000,000 |
| 49 | IndyMac Mortgage Pass-Through Certificates | S.D.N.Y. | 2015 | $346,000,000 |
| 50 | RALI Mortgage (Asset-Backed Pass-Through Certificates) | S.D.N.Y. | 2015 | $335,000,000 |
| 50 | Bank of America Corporation | S.D.N.Y. | 2016 | $335,000,000 |
| 52 | Rite Aid Corp. | E.D.Pa. | 2003 | $319,580,000 |
| 53 | Merrill Lynch Mortgage Investors, Inc. | S.D.N.Y. | 2012 | $315,000,000 |
| 54 | Williams Companies, Inc. | N.D. Ok. | 2007 | $311,000,000 |
| 55 | Caremark, Rx, Inc. f/k/a MedPartners, Inc. | Alabama Circuit Court | 2016 | $310,000,000 |
| 56 | General Motors Corp. | E.D. Mich. | 2009 | $303,000,000 |

**THE TOP 100**
U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME



| RANK | COMPANY NAME | COURT | SETTLEMENT YEAR | TOTAL SETTLEMENT AMOUNT |
|------|--------------|-------|-----------------|-------------------------|
| 57 | Oxford Health Plans Inc. | S.D.N.Y. | 2003 | $300,000,000 |
| 57 | DaimlerChrysler AG | D. Del. | 2004 | $300,000,000 |
| 57 | Bristol-Myers Squibb Co. | S.D.N.Y. | 2004 | $300,000,000 |
| 57 | General Motors Company | E.D. Mich. | 2016 | $300,000,000 |
| 61 | Bear Stearns Companies, Inc. | S.D.N.Y. | 2012 | $294,900,000 |
| 62 | El Paso Corporation | S.D. Tex. | 2007 | $285,000,000 |
| 63 | Tenet Healthcare Corp. | C.D. Cal. | 2008 | $281,500,000 |
| 64 | J.P. Morgan Acceptance Corp. I | E.D.N.Y. | 2014 | $280,000,000 |
| 64 | BNY Mellon, N.A. | E.D. OK. | 2012 | $280,000,000 |
| 66 | HarborView Mortgage Loan Trust | S.D.N.Y. | 2014 | $275,000,000 |
| 66 | Activision Blizzard, Inc. | Del Chancery Court | 2015 | $275,000,000 |
| 68 | GS Mortgage Securities Corp. | S.D.N.Y. | 2016 | $272,000,000 |
| 69 | Massey Energy Company | W.D. Va. | 2014 | $265,000,000 |
| 70 | 3Com Corp. | N.D. Cal. | 2001 | $259,000,000 |
| 71 | Allergan, Inc. | C.D. Cal. | 2018 | $250,000,000 |
| 71 | Alibaba Group Holding Limited | S.D.N.Y. | 2019 | $250,000,000 |
| 73 | Signet Jewelers Limited | S.D.N.Y. | 2020 | $240,000,000 |
| 74 | Bernard L. Madoff Investment Securities LLC (II) | S.D.N.Y. | 2016 | $235,250,000 |
| 75 | Charles Schwab & Co., Inc. | N.D. Cal. | 2011 | $235,000,000 |
| 76 | MF Global Holdings Ltd. | S.D.N.Y. | 2016 | $234,257,828 |
| 77 | Comverse Technology, Inc. | E.D.N.Y. | 2010 | $225,000,000 |
| 78 | Waste Management Inc. | N.D. Ill. | 1999 | $220,000,000 |
| 79 | Bernard L. Madoff Investment Securities LLC (I) | S.D.N.Y. | 2013 | $219,857,694 |
| 80 | Genworth Financial, Inc. | E.D. Va. | 2016 | $219,000,000 |



**THE TOP 100**
U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME

| RANK | COMPANY NAME | COURT | SETTLEMENT YEAR | TOTAL SETTLEMENT AMOUNT |
|------|-------------|-------|-----------------|-------------------------|
| 81 | Washington Mutual, Inc. | W.D. Wash. | 2016 | $216,750,000 |
| 82 | Sears, Roebuck & Co. | N.D. Ill. | 2006 | $215,000,000 |
| 82 | Merck & Co., Inc. | D. N.J. | 2013 | $215,000,000 |
| 82 | HCA Holdings, Inc. | M.D. Tenn. | 2016 | $215,000,000 |
| 85 | Salix Pharmaceuticals, Ltd. | S.D.N.Y. | 2017 | $210,000,000 |
| 85 | Wilmington Trust Corporation | D. Del. | 2018 | $210,000,000 |
| 87 | The Mills Corp. | E.D. Va. | 2009 | $202,750,000 |
| 88 | CMS Energy Corp. | E.D. Mich. | 2007 | $200,000,000 |
| 88 | Kinder Morgan, Inc. | Kansas District Court | 2010 | $200,000,000 |
| 88 | Motorola, Inc. | N.D. Ill. | 2012 | $200,000,000 |
| 88 | WellCare Health Plans, Inc. | M.D. Fla. | 2011 | $200,000,000 |
| 92 | Safety-Kleen Corp. | D. S.C. | 2006 | $197,622,944 |
| 93 | MicroStrategy Inc. | E.D. Va. | 2001 | $192,500,000 |
| 93 | SCANA Corporation | S.D. Cal. | 2020 | $192,500,000 |
| 95 | Motorola, Inc. | N.D. Ill. | 2007 | $190,000,000 |
| 96 | Bristol-Myers Squibb Co. | D. N.J. | 2006 | $185,000,000 |
| 97 | The Bank of New York Mellon Corporation | S.D.N.Y. | 2015 | $180,000,000 |
| 98 | BP p.l.c. | S.D. Tex. | 2017 | $175,000,000 |
| 99 | Broadcom Corp. | C.D. Cal. | 2012 | $173,500,000 |
| 100 | Maxim Integrated Products, Inc. | N.D. Cal. | 2010 | $173,000,000 |



# SETTLEMENTS REPRESENTED BY INSTITUTIONAL LEAD PLAINTIFF IN THE SCAS TOP 100



Non-Institutional Lead Plaintiff, 8%

Institutional Lead Plaintiff, 92%

# TOP 5 INSTITUTIONAL LEAD PLAINTIFFS PARTICIPATION [1]

| INSTITUTIONAL LEAD PLAINTIFF \| CASE NAME | RANK | TOTAL SETTLEMENT AMOUNT | NUMBER OF SETTLEMENTS |
|---|---|---|---|
| **State Teachers Retirement System of Ohio** | | **$5,592,300,000** | **8** |
| Bank of America Corporation | 7 | $2,425,000,000 | |
| American International Group, Inc. | 15 | $1,009,500,000 | |
| Merrill Lynch & Co., Inc. | 34 | $475,000,000 | |
| Global Crossing, Ltd. | 39 | $447,800,000 | |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 41 | $410,000,000 | |
| Marsh & McLennan Companies, Inc. | 42 | $400,000,000 | |
| Allergan, Inc. | 71 | $250,000,000 | |
| BP p.l.c. | 98 | $175,000,000 | |
| **Public Employees' Retirement System of Mississippi** | | **$2,332,750,000** | **5** |
| Merck & Co., Inc. | 12 | $1,062,000,000 | |
| Schering-Plough Corp. | 36 | $473,000,000 | |
| Merrill Lynch Mortgage Investors, Inc. | 53 | $315,000,000 | |
| J.P. Morgan Acceptance Corp. I | 64 | $280,000,000 | |
| The Mills Corp. | 87 | $202,750,000 | |
| **New York State Common Retirement Fund** | | **$11,200,450,714** | **5** |
| WorldCom, Inc. | 2 | $6,194,100,714 | |
| Cendant Corp. | 3 | $3,319,350,000 | |

[1] Total exceeds five due to a tie for fifth highest number of settlements.



| | | | |
|---|---|---|---|
| McKesson HBOC Inc. | 13 | $1,052,000,000 | |
| Raytheon Company | 37 | $460,000,000 | |
| BP p.l.c. | 98 | $175,000,000 | |
| **Ohio Public Employees Retirement System** | | **$4,467,300,000** | **5** |
| Bank of America Corporation | 7 | $2,425,000,000 | |
| American International Group, Inc. | 15 | $1,009,500,000 | |
| Global Crossing, Ltd. | 39 | $447,800,000 | |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 41 | $410,000,000 | |
| BP p.l.c. | 98 | $175,000,000 | |
| **Teachers' Retirement System of Louisiana** | | **$4,186,000,000** | **4** |
| Tyco International, Ltd. | 4 | $3,200,000,000 | |
| Pfizer, Inc. | 31 | $486,000,000 | |
| Bristol-Myers Squibb Co. | 57 | $300,000,000 | |
| WellCare Health Plans, Inc. | 88 | $200,000,000 | |
| **New Mexico State Investment Council** | | **$1,778,000,000** | **4** |
| HealthSouth Corp. | 18 | $804,500,000 | |
| Cardinal Health, Inc. | 25 | $600,000,000 | |
| WellCare Health Plans, Inc. | 88 | $200,000,000 | |
| Broadcom Corp. | 99 | $173,500,000 | |



## MOST FREQUENT LEAD COUNSEL IN THE SCAS TOP 100[2]



## LEAD COUNSEL PARTICIPATION

Most Frequent Lead/Co-Lead Counsel in Top 100 Settlement

| LEAD / CO-LEAD COUNSEL \| CASE NAME | RANK | TOTAL SETTLEMENT AMOUNT |
|---|---|---|
| **Bernstein Litowitz Berger & Grossmann** | | **$26,394,591,840** |
| WorldCom, Inc. | 2 | $6,194,100,714 |
| Cendant Corp. | 3 | $3,319,350,000 |
| Bank of America Corporation | 7 | $2,425,000,000 |
| Nortel Networks Corp. (II) | 11 | $1,074,265,298 |
| Merck & Co., Inc. | 12 | $1,062,000,000 |
| McKesson HBOC Inc. | 13 | $1,052,000,000 |
| HealthSouth Corp. | 18 | $804,500,000 |
| Lehman Brothers Holdings, Inc. | 20 | $735,218,000 |
| Citigroup Bonds | 21 | $730,000,000 |

[2] Totals exceed 100 as a number of SCAS Top 100 settlements include more than one law firm as lead counsel.



| | | |
|---|---|---|
| Lucent Technologies, Inc. | 22 | $667,000,000 |
| Wachovia Preferred Securities and Bond/Notes | 23 | $627,000,000 |
| Bear Stearns Mortgage Pass-Through Certificates | 28 | $500,000,000 |
| Wells Fargo & Company | 32 | $480,000,000 |
| Schering-Plough Corp. | 36 | $473,000,000 |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 41 | $410,000,000 |
| Cobalt International Energy, Inc. | 44 | $389,600,000 |
| Refco, Inc. | 47 | $358,300,000 |
| Merrill Lynch Mortgage Investors, Inc. | 53 | $315,000,000 |
| Williams Companies, Inc. | 54 | $311,000,000 |
| DaimlerChrysler AG | 57 | $300,000,000 |
| General Motors Company | 57 | $300,000,000 |
| Bristol-Myers Squibb Co. | 57 | $300,000,000 |
| El Paso Corporation | 62 | $285,000,000 |
| J.P. Morgan Acceptance Corp. I | 64 | $280,000,000 |
| 3Com Corp. | 70 | $259,000,000 |
| Allergan, Inc. | 71 | $250,000,000 |
| Signet Jewelers Limited | 73 | $240,000,000 |
| MF Global Holdings Ltd. | 76 | $234,257,828 |
| Genworth Financial, Inc. | 80 | $219,000,000 |
| Washington Mutual, Inc. | 81 | $216,750,000 |
| Merck & Co., Inc. | 82 | $215,000,000 |
| Wilmington Trust Corporation | 85 | $210,000,000 |
| Salix Pharmaceuticals, Ltd. | 85 | $210,000,000 |
| The Mills Corp. | 87 | $202,750,000 |
| WellCare Health Plans, Inc. | 88 | $200,000,000 |
| SCANA Corporation | 93 | $192,500,000 |
| The Bank of New York Mellon Corporation | 97 | $180,000,000 |
| Maxim Integrated Products, Inc. | 100 | $173,000,000 |
| **Robbins Geller Rudman & Dowd** | | **$16,508,050,000** |
| Enron Corp. | 1 | $7,242,000,000 |
| Household International, Inc. | 8 | $1,575,000,000 |
| American Realty Capital Properties, Inc. | 14 | $1,025,000,000 |
| UnitedHealth Group, Inc. | 17 | $925,500,000 |
| HealthSouth Corp. | 18 | $804,500,000 |
| Wachovia Preferred Securities and Bond/Notes | 23 | $627,000,000 |
| Cardinal Health, Inc. | 25 | $600,000,000 |
| Countrywide Financial Corp. | 28 | $500,000,000 |
| Dynegy Inc. | 35 | $474,050,000 |
| Qwest Communications International, Inc. | 40 | $445,000,000 |
| Pfizer, Inc. | 42 | $400,000,000 |



| | | |
|---|---|---|
| J.P. Morgan Acceptance Corp. | 45 | $388,000,000 |
| First Solar, Inc. | 48 | $350,000,000 |
| GS Mortgage Securities Corp. | 68 | $272,000,000 |
| Massey Energy Company | 69 | $265,000,000 |
| HCA Holdings, Inc. | 82 | $215,000,000 |
| Kinder Morgan, Inc. | 88 | $200,000,000 |
| Motorola, Inc. | 88 | $200,000,000 |
| **Barrack, Rodos & Bacine** | | **$13,107,700,714** |
| WorldCom, Inc. | 2 | $6,194,100,714 |
| Cendant Corp. | 3 | $3,319,350,000 |
| McKesson HBOC Inc. | 13 | $1,052,000,000 |
| American International Group, Inc. | 16 | $970,500,000 |
| Merrill Lynch & Co., Inc. | 34 | $475,000,000 |
| Bank of America Corporation | 50 | $335,000,000 |
| DaimlerChrysler AG | 57 | $300,000,000 |
| 3Com Corp. | 70 | $259,000,000 |
| The Mills Corp. | 87 | $202,750,000 |
| **Milberg** | | **$9,353,855,304** |
| Tyco International, Ltd. | 4 | $3,200,000,000 |
| Nortel Networks Corp. (I) | 9 | $1,142,775,308 |
| Merck & Co., Inc. | 12 | $1,062,000,000 |
| Xerox Corp. | 19 | $750,000,000 |
| Lucent Technologies, Inc. | 22 | $667,000,000 |
| IPO Securities Litigation (Master Case) | 27 | $585,999,996 |
| Raytheon Company | 37 | $460,000,000 |
| Rite Aid Corp. | 52 | $319,580,000 |
| Oxford Health Plans Inc. | 57 | $300,000,000 |
| 3Com Corp. | 70 | $259,000,000 |
| Sears, Roebuck & Co. | 82 | $215,000,000 |
| CMS Energy Corp. | 88 | $200,000,000 |
| MicroStrategy Inc. | 93 | $192,500,000 |
| **Kessler Topaz Meltzer & Check** | | **$9,104,575,690** |
| Tyco International, Ltd. | 4 | $3,200,000,000 |
| Bank of America Corporation | 7 | $2,425,000,000 |
| Lehman Brothers Holdings, Inc. | 20 | $735,218,000 |
| Wachovia Preferred Securities and Bond/Notes | 23 | $627,000,000 |
| IPO Securities Litigation (Master Case) | 27 | $585,999,996 |
| Countrywide Financial Corp. | 28 | $500,000,000 |
| Tenet Healthcare Corp. | 63 | $281,500,000 |
| BNY Mellon, N.A. | 64 | $280,000,000 |
| Allergan, Inc. | 71 | $250,000,000 |

| | | |
|---|---|---|
| Bernard L. Madoff Investment Securities LLC (I) | 79 | $219,857,694 |
| **Grant & Eisenhofer** | | **$6,207,722,944** |
| Tyco International, Ltd. | 4 | $3,200,000,000 |
| Pfizer, Inc. | 31 | $486,000,000 |
| Global Crossing, Ltd. | 39 | $447,800,000 |
| Marsh & McLennan Companies, Inc. | 42 | $400,000,000 |
| Refco, Inc. | 47 | $358,300,000 |
| General Motors Corp. | 56 | $303,000,000 |
| Oxford Health Plans Inc. | 57 | $300,000,000 |
| DaimlerChrysler AG | 57 | $300,000,000 |
| Merck & Co., Inc. | 82 | $215,000,000 |
| Safety-Kleen Corp. | 92 | $197,622,944 |
| **Labaton Sucharow** | | **$5,266,900,000** |
| American International Group, Inc. | 15 | $1,009,500,000 |
| HealthSouth Corp. | 18 | $804,500,000 |
| Countrywide Financial Corp. | 24 | $624,000,000 |
| Schering-Plough Corp. | 36 | $473,000,000 |
| Waste Management Inc. | 38 | $457,000,000 |
| General Motors Corp. | 56 | $303,000,000 |
| Bear Stearns Companies, Inc. | 61 | $294,900,000 |
| El Paso Corporation | 62 | $285,000,000 |
| Massey Energy Company | 69 | $265,000,000 |
| WellCare Health Plans, Inc. | 88 | $200,000,000 |
| SCANA Corporation | 93 | $192,500,000 |
| Bristol-Myers Squibb Co. | 96 | $185,000,000 |
| Broadcom Corp. | 99 | $173,500,000 |
| **Pomerantz** | | **$3,465,000,000** |
| Petroleo Brasileiro S.A. - Petrobras | 5 | $3,000,000,000 |
| Signet Jewelers Limited | 73 | $240,000,000 |
| Comverse Technology, Inc. | 77 | $225,000,000 |
| **Kaplan Fox & Kilsheimer** | | **$3,159,000,000** |
| Bank of America Corporation | 7 | $2,425,000,000 |
| Merrill Lynch & Co., Inc. | 34 | $475,000,000 |
| 3Com Corp. | 70 | $259,000,000 |
| **Heins Mills & Olson** | | **$2,500,000,000** |
| AOL Time Warner, Inc. | 6 | $2,500,000,000 |
| **Berman Tabacco** | | **$2,150,900,000** |
| Xerox Corp. | 19 | $750,000,000 |
| IndyMac Mortgage Pass-Through Certificates | 49 | $346,000,000 |
| Bristol-Myers Squibb Co. | 57 | $300,000,000 |
| Bear Stearns Companies, Inc. | 61 | $294,900,000 |

THE TOP 100
U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME



| | | |
|---|---|---|
| El Paso Corporation | 62 | $285,000,000 |
| BP p.l.c. | 98 | $175,000,000 |
| **Stull Stull & Brody** | | **$2,137,999,996** |
| Merck & Co., Inc. | 12 | $1,062,000,000 |
| IPO Securities Litigation (Master Case) | 27 | $585,999,996 |
| BankAmerica Corp. | 30 | $490,000,000 |
| **Entwistle & Cappucci** | | **$1,989,600,000** |
| Royal Ahold, N.V. | 10 | $1,100,000,000 |
| Cobalt International Energy, Inc. | 44 | $389,600,000 |
| DaimlerChrysler AG | 57 | $300,000,000 |
| CMS Energy Corp. | 88 | $200,000,000 |
| **Cohen Milstein Sellers & Toll** | | **$1,785,000,000** |
| Countrywide Financial Corp. | 28 | $500,000,000 |
| Bear Stearns Mortgage Pass-Through Certificates | 28 | $500,000,000 |
| RALI Mortgage (Asset-Backed Pass-Through Certificates) | 50 | $335,000,000 |
| HarborView Mortgage Loan Trust | 66 | $275,000,000 |
| BP p.l.c. | 98 | $175,000,000 |
| **Kirby McInerney** | | **$1,662,725,000** |
| Citigroup, Inc. | 26 | $590,000,000 |
| Adelphia Communications Corp. | 33 | $478,725,000 |
| Cendant Corp. (PRIDES) II | 46 | $374,000,000 |
| Waste Management Inc. | 78 | $220,000,000 |
| **Brower Piven** | | **$1,062,000,000** |
| Merck & Co., Inc. | 12 | $1,062,000,000 |
| **Berger & Montague** | | **$1,014,580,000** |
| Merrill Lynch & Co., Inc. | 34 | $475,000,000 |
| Rite Aid Corp. | 52 | $319,580,000 |
| Waste Management Inc. | 78 | $220,000,000 |
| **Hahn Loeser & Parks** | | **$1,009,500,000** |
| American International Group, Inc. | 15 | $1,009,500,000 |
| **Bernstein Liebhard** | | **$985,999,996** |
| IPO Securities Litigation (Master Case) | 27 | $585,999,996 |
| Marsh & McLennan Companies, Inc. | 42 | $400,000,000 |
| **The Miller Law Firm** | | **$970,500,000** |
| American International Group, Inc. | 16 | $970,500,000 |
| **Abbey Spanier Rodd Abrams & Paradis** | | **$968,725,000** |
| BankAmerica Corp. | 30 | $490,000,000 |
| Adelphia Communications Corp. | 33 | $478,725,000 |
| **Chitwood Harley Harnes** | | **$963,000,000** |
| BankAmerica Corp. | 30 | $490,000,000 |
| Oxford Health Plans Inc. | 57 | $300,000,000 |

**THE TOP 100**
U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME

**ISS SCAS**
SECURITIES CLASS ACTION SERVICES

| | | |
|---|---|---|
| Maxim Integrated Products, Inc. | 100 | $173,000,000 |
| **Cunningham Bounds** | | **$804,500,000** |
| HealthSouth Corp. | 18 | $804,500,000 |
| **Wolf Haldenstein Adler Freeman & Herz** | | **$778,499,996** |
| IPO Securities Litigation (Master Case) | 27 | $585,999,996 |
| MicroStrategy Inc. | 93 | $192,500,000 |
| **Johnson & Perkinson** | | **$750,000,000** |
| Xerox Corp. | 19 | $750,000,000 |
| **Girard Gibbs** | | **$735,218,000** |
| Lehman Brothers Holdings, Inc. | 20 | $735,218,000 |
| **Wolf Popper** | | **$705,250,000** |
| J.P. Morgan Acceptance Corp. I | 64 | $280,000,000 |
| Bernard L. Madoff Investment Securities LLC (II) | 74 | $235,250,000 |
| Motorola, Inc. | 95 | $190,000,000 |
| **Howard B. Sirota, Esq.** | | **$585,999,996** |
| IPO Securities Litigation (Master Case) | 27 | $585,999,996 |
| **Green Schaaf & Jacobson** | | **$490,000,000** |
| BankAmerica Corp. | 30 | $490,000,000 |
| **Motley Rice** | | **$480,000,000** |
| Wells Fargo & Company | 32 | $480,000,000 |
| **Lite, DePalma, Greenberg & Rivas** | | **$471,500,000** |
| Tenet Healthcare Corp. | 63 | $281,500,000 |
| Motorola, Inc. | 95 | $190,000,000 |
| **Bleichmar Fonti Tountas & Auld** | | **$453,257,828** |
| MF Global Holdings Ltd. | 76 | $234,257,828 |
| Genworth Financial, Inc. | 80 | $219,000,000 |
| **Barrett & Weber** | | **$410,000,000** |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 41 | $410,000,000 |
| **Waite, Schneider, Bayless & Chesley** | | **$410,000,000** |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 41 | $410,000,000 |
| **Susman Godfrey** | | **$311,000,000** |
| Williams Companies, Inc. | 54 | $311,000,000 |
| **Somerville** | | **$310,000,000** |
| Caremark, Rx, Inc. f/k/a MedPartners, Inc. | 55 | $310,000,000 |
| **Francis Law** | | **$310,000,000** |
| Caremark, Rx, Inc. f/k/a MedPartners, Inc. | 55 | $310,000,000 |
| **Hare, Wynn, Newell & Newton** | | **$310,000,000** |
| Caremark, Rx, Inc. f/k/a MedPartners, Inc. | 55 | $310,000,000 |
| **Nix, Patterson & Roach** | | **$280,000,000** |
| BNY Mellon, N.A. | 64 | $280,000,000 |
| **Friedlander & Gorris** | | **$275,000,000** |



| | | |
|---|---|---|
| Activision Blizzard, Inc. | 66 | $275,000,000 |
| **Bragar Eagel & Squire** | | **$275,000,000** |
| Activision Blizzard, Inc. | 66 | $275,000,000 |
| **The Rosen Law Firm** | | **$250,000,000** |
| Alibaba Group Holding Limited | 71 | $250,000,000 |
| **Glancy Prongay & Murray** | | **$240,000,000** |
| Signet Jewelers Limited | 73 | $240,000,000 |
| **Boies, Schiller & Flexner** | | **$235,250,000** |
| Bernard L. Madoff Investment Securities LLC (II) | 74 | $235,250,000 |
| **Lovell Stewart Halebian Jacobson** | | **$235,250,000** |
| Bernard L. Madoff Investment Securities LLC(II) | 74 | $235,250,000 |
| **Hagens Berman Sobol Shapiro** | | **$235,000,000** |
| Charles Schwab & Co., Inc. | 75 | $235,000,000 |
| **Abbey, Gardy & Squitieri** | | **$220,000,000** |
| Waste Management Inc. | 78 | $220,000,000 |
| **Lowey Dannenberg Cohen & Hart** | | **$219,857,694** |
| Bernard L. Madoff Investment Securities LLC (I) | 79 | $219,857,694 |
| **Saxena White** | | **$210,000,000** |
| Wilmington Trust Corporation | 85 | $210,000,000 |
| **The Nygaard Law Firm** | | **$200,000,000** |
| Kinder Morgan, Inc. | 88 | $200,000,000 |
| **Chimicles & Tikellis** | | **$200,000,000** |
| Kinder Morgan, Inc. | 88 | $200,000,000 |
| **Block & Leviton** | | **$175,000,000** |
| BP p.l.c. | 98 | $175,000,000 |



# MOST FREQUENT CLAIMS ADMINISTRATOR IN THE SCAS TOP 100[3]



*Includes settlements under Garden City Group.
**Includes settlements administered by Complete Claims Solution.

# MOST FREQUENT CLAIMS ADMINISTRATOR IN TOP 100 SETTLEMENTS

| CLAIMS ADMINISTRATOR \| CASES | RANK | CASE SETTLEMENT AMT | TOTAL SETTLEMENT AMOUNT |
|---|---|---|---|
| **Epiq Global[4]** | | | $34,552,697,782 |
| WorldCom, Inc. | 2 | $6,194,100,714 | |
| Tyco International, Ltd. | 4 | $3,200,000,000 | |
| Petroleo Brasileiro S.A. - Petrobras | 5 | $3,000,000,000 | |
| Bank of America Corporation | 7 | $2,425,000,000 | |
| Nortel Networks Corp. (I) | 9 | $1,142,775,308 | |
| Royal Ahold, N.V. | 10 | $1,100,000,000 | |
| Nortel Networks Corp. (II) | 11 | $1,074,265,298 | |
| Merck & Co., Inc. | 12 | $1,062,000,000 | |

[3] Totals exceed 100 as several partial settlements were administered by another than Claims Administrator.
[4] Include settlements administered by Garden City Group pre-acquisition.



| | | | |
|---|---|---|---|
| Lehman Brothers Holdings, Inc.[5] | 20 | $615,218,000 | |
| Citigroup Bonds | 21 | $730,000,000 | |
| Lucent Technologies, Inc. | 22 | $667,000,000 | |
| Wachovia Preferred Securities and Bond/Notes | 23 | $627,000,000 | |
| Citigroup, Inc. | 26 | $590,000,000 | |
| IPO Securities Litigation (Master Case) | 27 | $585,999,996 | |
| Bear Stearns Mortgage Pass-Through Certificates | 28 | $500,000,000 | |
| Countrywide Financial Corp. | 28 | $500,000,000 | |
| Pfizer, Inc. | 31 | $486,000,000 | |
| Wells Fargo & Company | 32 | $480,000,000 | |
| Schering-Plough Corp. | 36 | $473,000,000 | |
| Global Crossing, Ltd. | 39 | $447,800,000 | |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 41 | $410,000,000 | |
| Cobalt International Energy, Inc. | 44 | $389,600,000 | |
| Refco, Inc. | 47 | $358,300,000 | |
| RALI Mortgage (Asset-Backed Pass-Through Certificates) | 50 | $335,000,000 | |
| Merrill Lynch Mortgage Investors, Inc. | 53 | $315,000,000 | |
| Williams Companies, Inc. | 54 | $311,000,000 | |
| General Motors Corp. | 56 | $303,000,000 | |
| Oxford Health Plans Inc. | 57 | $300,000,000 | |
| General Motors Company | 57 | $300,000,000 | |
| DaimlerChrysler AG | 57 | $300,000,000 | |
| Bear Stearns Companies, Inc. | 61 | $294,900,000 | |
| Tenet Healthcare Corp. | 63 | $281,500,000 | |
| BNY Mellon, N.A. | 64 | $280,000,000 | |
| J.P. Morgan Acceptance Corp. I | 64 | $280,000,000 | |
| Allergan, Inc. | 71 | $250,000,000 | |
| MF Global Holdings Ltd. | 76 | $234,257,828 | |
| Bernard L. Madoff Investment Securities LLC (I) | 79 | $219,857,694 | |
| Genworth Financial, Inc. | 80 | $219,000,000 | |
| Washington Mutual, Inc. | 81 | $216,750,000 | |
| Merck & Co., Inc. | 82 | $215,000,000 | |
| Sears, Roebuck & Co. | 82 | $215,000,000 | |
| Wilmington Trust Corporation | 85 | $210,000,000 | |
| Salix Pharmaceuticals, Ltd. | 85 | $210,000,000 | |
| The Mills Corp. | 87 | $202,750,000 | |
| Kinder Morgan, Inc. | 88 | $200,000,000 | |
| WellCare Health Plans, Inc. | 88 | $200,000,000 | |
| CMS Energy Corp. | 88 | $200,000,000 | |

[5] Administered part of the settlement.



| Company | Rank | Amount | Total |
|---|---|---|---|
| Safety-Kleen Corp. | 92 | $197,622,944 | |
| SCANA Corporation | 93 | $192,500,000 | |
| The Bank of New York Mellon Corporation | 97 | $180,000,000 | |
| Broadcom Corp. | 99 | $173,500,000 | |
| Maxim Integrated Products, Inc. | 100 | $173,000,000 | |
| Bristol-Myers Squibb Co. | 153 | $485,000,000 | |
| **Gilardi & Co.** | **899** | | **$19,648,130,000** |
| Enron Corp. | 1 | $7,242,000,000 | |
| AOL Time Warner, Inc. | 6 | $2,500,000,000 | |
| Household International, Inc. | 8 | $1,575,000,000 | |
| American Realty Capital Properties, Inc. | 14 | $1,025,000,000 | |
| American International Group, Inc. | 16 | $970,500,000 | |
| UnitedHealth Group, Inc. | 17 | $925,500,000 | |
| Xerox Corp. | 19 | $750,000,000 | |
| Cardinal Health, Inc. | 25 | $600,000,000 | |
| Dynegy Inc. | 35 | $474,050,000 | |
| Qwest Communications International, Inc. | 40 | $445,000,000 | |
| Pfizer, Inc. | 42 | $400,000,000 | |
| J.P. Morgan Acceptance Corp. I | 45 | $388,000,000 | |
| First Solar, Inc. | 48 | $350,000,000 | |
| Rite Aid Corp. | 52 | $319,580,000 | |
| Caremark, Rx, Inc. f/k/a MedPartners, Inc. | 55 | $310,000,000 | |
| GS Mortgage Securities Corp. | 68 | $272,000,000 | |
| 3Com Corp. | 70 | $259,000,000 | |
| Charles Schwab & Co., Inc. | 75 | $235,000,000 | |
| HCA Holdings, Inc. | 82 | $215,000,000 | |
| Motorola, Inc. | 88 | $200,000,000 | |
| MicroStrategy Inc. | 93 | $192,500,000 | |
| **Rust Consulting, Inc.** | **404** | | **$4,541,250,000** |
| HealthSouth Corp. | 18 | $804,500,000 | |
| Countrywide Financial Corp. | 24 | $624,000,000 | |
| American International Group, Inc. | 30 | $1,009,500,000 | |
| Merrill Lynch & Co., Inc. | 34 | $475,000,000 | |
| Waste Management Inc. | 38 | $457,000,000 | |
| Marsh & McLennan Companies, Inc. | 42 | $400,000,000 | |
| IndyMac Mortgage Pass-Through Certificates | 49 | $346,000,000 | |
| Bernard L. Madoff Investment Securities LLC (II) | 74 | $235,250,000 | |
| Motorola, Inc. | 95 | $190,000,000 | |
| **Heffler, Radetich & Saitta, L.L.P.** | **161** | | **$4,364,350,000** |
| Cendant Corp. | 3 | $3,319,350,000 | |
| BankAmerica Corp. | 30 | $490,000,000 | |



| | | | |
|---|---|---|---|
| Bank of America Corporation | 50 | $335,000,000 | |
| Waste Management Inc. | 78 | $220,000,000 | |
| **Analytics, Inc.** | **50** | | **$1,502,500,000** |
| McKesson HBOC Inc.[5] | 13 | $1,042,500,000 | |
| Raytheon Company | 37 | $460,000,000 | |
| **Valley Forge Administrative Services, Inc.** | **79** | | **$852,725,000** |
| Adelphia Communications Corp. | 33 | $478,725,000 | |
| Cendant Corp. (PRIDES) II | 46 | $374,000,000 | |
| **A.B. Data, Ltd.** | **249** | | **$845,000,000** |
| Lehman Brothers Holdings, Inc.[5] | 20 | $120,000,000 | |
| El Paso Corporation | 62 | $285,000,000 | |
| Massey Energy Company | 69 | $265,000,000 | |
| BP p.l.c. (Consolidated Action) | 98 | $175,000,000 | |
| **Kurtzman Carson Consultants** | **132** | | **$550,000,000** |
| Activision Blizzard, Inc. | 66 | $275,000,000 | |
| HarborView Mortgage Loan Trust | 66 | $275,000,000 | |
| **Strategic Claims Services** | **71** | | **$250,000,000** |
| Alibaba Group Holding Limited | 71 | $250,000,000 | |
| **JND Legal Administration** | **73** | | **$240,000,000** |
| Signet Jewelers Limited | 73 | $240,000,000 | |
| **Berdon Claims Administration LLC** | **77** | | **$225,000,000** |
| Comverse Technology, Inc. | 77 | $225,000,000 | |
| **BMC Group** | **13** | | **$9,500,000** |
| McKesson HBOC Inc.[5] | 13 | $9,500,000 | |



## CASES INVOLVING ACCOUNTING RESTATEMENTS IN THE SCAS TOP 100 SETTLEMENTS



## RESTATEMENTS

Cases Involving Accounting Restatements in Top 100 Settlements

| RANK | CASE NAME | FINAL SETTLEMENT AMOUNT | SETTLEMENT YEAR |
|---|---|---|---|
| 1 | Enron Corp. | $7,242,000,000 | 2010 |
| 2 | WorldCom, Inc. | $6,194,100,714 | 2012 |
| 3 | Cendant Corp. | $3,319,350,000 | 2000 |
| 4 | Tyco International, Ltd. | $3,200,000,000 | 2007 |
| 5 | Petroleo Brasileiro S.A. - Petrobras | $3,000,000,000 | 2018 |
| 6 | AOL Time Warner, Inc. | $2,500,000,000 | 2006 |
| 9 | Nortel Networks Corp. (I) | $1,142,775,308 | 2006 |
| 10 | Royal Ahold, N.V. | $1,100,000,000 | 2006 |
| 11 | Nortel Networks Corp. (II) | $1,074,265,298 | 2006 |
| 13 | McKesson HBOC Inc. | $1,052,000,000 | 2013 |
| 14 | American Realty Capital Properties, Inc. | $1,025,000,000 | 2020 |



| 15 | American International Group, Inc. | $1,009,500,000 | 2013 |
| 16 | American International Group, Inc. | $970,500,000 | 2015 |
| 17 | UnitedHealth Group, Inc. | $925,500,000 | 2009 |
| 18 | HealthSouth Corp. | $804,500,000 | 2010 |
| 19 | Xerox Corp. | $750,000,000 | 2009 |
| 22 | Lucent Technologies, Inc. | $667,000,000 | 2003 |
| 24 | Countrywide Financial Corp. | $624,000,000 | 2011 |
| 25 | Cardinal Health, Inc. | $600,000,000 | 2007 |
| 33 | Adelphia Communications Corp. | $478,725,000 | 2013 |
| 38 | Waste Management Inc. | $457,000,000 | 2003 |
| 39 | Global Crossing, Ltd. | $447,800,000 | 2007 |
| 40 | Qwest Communications International, Inc. | $445,000,000 | 2009 |
| 41 | Federal Home Loan Mortgage Corp. (Freddie Mac) | $410,000,000 | 2006 |
| 47 | Refco, Inc. | $358,300,000 | 2011 |
| 52 | Rite Aid Corp. | $319,580,000 | 2003 |
| 56 | General Motors Corp. | $303,000,000 | 2009 |
| 57 | Bristol-Myers Squibb Co. | $300,000,000 | 2004 |
| 62 | El Paso Corporation | $285,000,000 | 2007 |
| 70 | 3Com Corp. | $259,000,000 | 2001 |
| 77 | Comverse Technology, Inc. | $225,000,000 | 2010 |
| 78 | Waste Management Inc. | $220,000,000 | 1999 |
| 87 | The Mills Corp. | $202,750,000 | 2009 |
| 88 | WellCare Health Plans, Inc. | $200,000,000 | 2011 |
| 88 | CMS Energy Corp. | $200,000,000 | 2007 |
| 92 | Safety-Kleen Corp. | $197,622,944 | 2006 |
| 93 | MicroStrategy Inc. | $192,500,000 | 2001 |
| 99 | Broadcom Corp. | $173,500,000 | 2012 |
| 100 | Maxim Integrated Products, Inc. | $173,000,000 | 2010 |



# NO. OF SETTLEMENTS ADDED TO SCAS' TOP 50 SEC DISGORGEMENTS



# TOP 50 SEC DISGORGEMENTS

| RANK | SETTLEMENT NAME | SETTLEMENT YEAR | TOTAL SETTLEMENT AMOUNT |
|------|-----------------|-----------------|-------------------------|
| 1 | American International Group, Inc. | 2008 | $800,000,000 |
| 2 | WorldCom, Inc. | 2003 | $750,000,000 |
| 3 | Wyeth/Elan Corporation, plc | 2016 | $601,832,697 |
| 4 | BP p.l.c. | 2012 | $525,000,000 |
| 5 | Stanford International Bank Ltd. | 2019 | $463,753,165 |
| 6 | Enron Corp. | 2008 | $450,000,000 |
| 7 | Banc of America Capital Management, LLC | 2007 | $375,000,000 |
| 8 | Federal National Mortgage Association | 2007 | $350,000,001 |
| 9 | Invesco Funds | 2008 | $325,000,000 |
| 10 | Time Warner Inc. | 2005 | $308,000,000 |
| 11 | Citigroup Global Markets Inc. | 2017 | $287,550,000 |



| 12 | Morgan Stanley & Co. LLC | 2014 | $275,000,000 |
|---|---|---|---|
| 13 | Prudential Securities | 2010 | $270,000,000 |
| 14 | Qwest Communications International Inc. | 2006 | $252,869,388 |
| 15 | Alliance Capital Management L.P. | 2008 | $250,000,000 |
| 15 | PBHG Mutual Funds | 2004 | $250,000,000 |
| 15 | Bear Stearns | 2008 | $250,000,000 |
| 18 | NYSE Specialist Firms | 2004 | $247,557,023 |
| 19 | Jay Peak Receivership Entities | 2019 | $236,834,964 |
| 20 | Massachusetts Financial Services Co. | 2007 | $225,629,143 |
| 21 | J.P. Morgan Securities LLC | 2017 | $222,415,536 |
| 22 | JPMorgan Chase & Co. | 2015 | $200,000,000 |
| 23 | Computer Sciences Corporation | 2015 | $190,948,984 |
| 24 | Millennium Partners, L.P. | 2007 | $180,575,005 |
| 25 | Putnam Investment Management, LLC | 2007 | $153,524,387 |
| 26 | Bristol-Myers Squibb Co. | 2004 | $150,000,001 |
| 26 | Bank of America Corporation | 2010 | $150,000,001 |
| 28 | Strong Capital Management, Inc. | 2009 | $140,750,000 |
| 29 | Columbia Funds | 2007 | $140,000,000 |
| 30 | American International Group, Inc. | 2004 | $126,366,000 |
| 31 | Canadian Imperial Holdings Inc./CIBC World Markets Corp. | 2010 | $125,000,000 |
| 32 | Royal Dutch Petroleum / Shell Transport | 2008 | $120,000,000 |
| 33 | Charles Schwab Investment | 2011 | $110,000,000 |
| 34 | Convergex Global Markets | 2015 | $109,440,738 |
| 35 | Credit Suisse Securities | 2012 | $101,747,769 |
| 36 | HealthSouth Corp. | 2007 | $100,000,000 |
| 36 | Capital Consultants, LLC | 2002 | $100,000,000 |
| 36 | Janus Capital Management LLC | 2008 | $100,000,000 |
| 39 | Adelphia Communications Corp. | 2009 | $95,000,000 |
| 40 | Edward D. Jones & Co. | 2004 | $75,000,000 |
| 41 | J.P. Morgan Securities LLC | 2017 | $74,500,000 |



| 42 | Federated Funds | 2010 | $72,000,000 |
|----|-----------------|------|-------------|
| 43 | American Skandia Investment Services, Inc. | 2010 | $68,000,000 |
| 44 | Knight Securities, L.P. | 2004 | $66,841,732 |
| 45 | Focus Media Holding Limited | 2015 | $55,627,865 |
| 46 | PIMCO Equity Funds | 2010 | $55,479,005 |
| 47 | Vivendi Universal, S.A. | 2004 | $51,268,151 |
| 48 | Federal Home Loan Mortgage Corporation | 2007 | $50,755,388 |
| 49 | Tyco International Ltd. | 2010 | $50,000,001 |
| 49 | MBIA, Inc. | 2008 | $50,000,001 |



## GLOSSARY

| | |
|---|---|
| **CLAIMS ADMINISTRATOR** | An entity selected by the Lead Counsel or appointed by the court to manage the settlement notification and claim process. |
| **DISGORGEMENT** | A repayment of ill-gotten gains that is imposed on wrong-doers by the courts. |
| **FINAL SETTLEMENTS** | Settlements that received final approval from the court. |
| **INSTITUTIONAL LEAD PLAINTIFF** | An institutional shareholder or group of institutional shareholders appointed by the court to represent the interests of a class or classes of similarly situated shareholders. |
| **LEAD COUNSEL** | Law firm, or lawyer, appointed by the court, that prosecutes a class action on behalf of the class members. |
| **PARTIAL SETTLEMENT** | A preliminary agreement between some of the identified defendants in the action. |
| **PSLRA (PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995)** | Legislation passed by Congress that implemented several substantive changes in the United States, affecting certain cases brought under the federal securities laws, including changes related to pleading, discovery, liability, class representation, and awards fees and expenses. |
| **SETTLEMENT YEAR** | Corresponds to the year the settlement, or the most recent partial settlement, received final approval from the Court. |
| **TOTAL SETTLEMENT AMOUNT** | Refers to the sum of the settlement fund or the gross settlement fund approved by the court. |



# Empowering investors to mitigate risk, minimize costs, and effectively maximize recoveries.

## GET STARTED WITH ISS SECURITIES CLASS ACTION SOLUTIONS

Email sales@issgovernance.com or visit issgovernance.com/scas for more information.

**Managing Editor:**
Jeffrey Lubitz, *Executive Director, ISS Securities Class Action Services*

**Executive/Production & Design Editor:**
Stephanie L. Bounds, *Vice President of Marketing, Institutional Shareholder Services*

**Content Editor:**
Mark Lloyd Flores, *Vice President of Research, ISS Securities Class Action Services*

Founded in 1985, the Institutional Shareholder Services group of companies ("ISS") is the world's leading provider of corporate governance and responsible investment solutions alongside fund intelligence and services, events, and editorial content for institutional investors, globally. ISS' solutions include objective governance research and recommendations; responsible investment data, analytics, and research; end-to-end proxy voting and distribution solutions; turnkey securities class-action claims management (provided by Securities Class Action Services, LLC); reliable global governance data and modeling tools; asset management intelligence, portfolio execution and monitoring, fund services, and media. Clients rely on ISS' expertise to help them make informed investment decisions.

This document and all of the information contained in it, including without limitation all text, data, graphs, and charts (collectively, the "Information") is the property of Institutional Shareholder Services Inc. (ISS), its subsidiaries, or, in some cases third party suppliers.

The Information has not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body. None of the Information constitutes an offer to sell (or a solicitation of an offer to buy), or a promotion or recommendation of, any security, financial product or other investment vehicle or any trading strategy, and ISS does not endorse, approve, or otherwise express any opinion regarding any issuer, securities, financial products or instruments or trading strategies.

The user of the Information assumes the entire risk of any use it may make or permit to be made of the Information.

ISS MAKES NO EXPRESS OR IMPLIED WARRANTIES OR REPRESENTATIONS WITH RESPECT TO THE INFORMATION AND EXPRESSLY DISCLAIMS ALL IMPLIED WARRANTIES (INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF ORIGINALITY, ACCURACY, TIMELINESS, NON-INFRINGEMENT, COMPLETENESS, MERCHANTABILITY, AND FITNESS for A PARTICULAR PURPOSE) WITH RESPECT TO ANY OF THE INFORMATION.

Without limiting any of the foregoing and to the maximum extent permitted by law, in no event shall ISS have any liability regarding any of the Information for any direct, indirect, special, punitive, consequential (including lost profits), or any other damages even if notified of the possibility of such damages. The foregoing shall not exclude or limit any liability that may not by applicable law be excluded or limited.

© 2021 | Institutional Shareholder Services and/or its affiliates