ROBBINS GELLER RUDMAN & DOWD LLP
DANIEL S. DROSMAN (200643)
TOR GRONBORG (179109)
ELLEN GUSIKOFF STEWART (144892)
LUCAS F. OLTS (234843)
J. MARCO JANOSKI GRAY (306547)
CHRISTOPHER R. KINNON (316850)
HEATHER G. SCHLESIER (322937)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

MOTLEY RICE LLC
GREGG S. LEVIN (admitted *pro hac vice*)
LANCE V. OLIVER (admitted *pro hac vice*)
MEGHAN S.B. OLIVER (admitted *pro hac vice*)
MAX N. GRUETZMACHER (admitted *pro hac vice*)
CHRISTOPHER F. MORIARTY (admitted *pro hac vice*)
MEREDITH B. WEATHERBY (admitted *pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

*Co-Class Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re TWITTER INC. SECURITIES LITIGATION | Case No. 4:16-cv-05314-JST (SK) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF TOR GRONBORG IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT |
| | JUDGE: Hon. Jon S. Tigar<br>DATE: March 10, 2022<br>TIME: 2:00 p.m. (via videoconference) |

4859-6215-0660.v2

I, TOR GRONBORG, hereby declare:

1. I am an attorney admitted to practice before this Court. I am a member of Robbins Geller Rudman & Dowd LLP, one of Class Counsel in this Litigation. I have personal knowledge of the facts set forth herein and, if called upon to testify, I could and would do so truthfully and accurately. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

2. Section 11 of the Northern District's Procedural Guidelines for Class Action Settlements requests that Class Counsel provide information concerning the estimated claims rate and other data concerning the estimated recovery per Class Member. Class Counsel respectfully submit that based on the claims alleged and the makeup of the Class (anonymous purchasers and acquirers of Twitter stock during the Class Period), a more relevant inquiry regarding the breadth of the distribution of the Net Settlement Fund is how many of the estimated allegedly damaged shares submit valid claims. Because virtually all shares are held by banks, brokerages and other nominees in "street name," the precise number of Class Members is not ascertainable. Moreover, to ensure the most complete notice, notices and claim forms which are sent to shareholders may include those who only held shares during a class period or who bought and sold stock before an alleged disclosure, neither of which groups would be members of the class. Therefore, the number of notices which are mailed likely exceeds the actual number of class members in any given case. Accordingly, the number of claims submitted is not necessarily reflective of the response of a class to a proposed settlement. It is Class Counsel's experience, however, that the vast majority of the estimated damaged shares are covered by submitted valid claim forms. Therefore, an evaluation of this metric is a better reflection of the percentage of a class that benefits from a securities settlement.

3. The following chart provides relevant information for three recent large securities settlements alleging violations of §10(b) of the Securities Exchange Act of 1934 in which my firm served as Lead Counsel. One of the cases was litigated in this District, one was litigated in the District of Arizona, and one in the Middle District of Tennessee.

DECLARATION OF TOR GRONBORG IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT - 4:16-cv-05314-JST (SK) - 1 -
4859-6215-0660.v2

|  | *In re LendingClub Sec. Litig.*, Case No. 3:16-cv-02627-WHA (N.D. Cal.) | *Smilovitz v. First Solar, Inc.*, Case No. cv-12-00555-PHX DGC (D. Ariz.) | *Schuh v. HCA Holdings, Inc.*, Case No. 3:11-cv-01033 (M.D. Tenn.) |
|---|---|---|---|
| Total Settlement Fund | $125,000,000.00 | $350,000,000.00 | $215,000,000.00 |
| Method of Notice | Mail and Publication | Mail and Publication | Mail and Publication |
| Total Number of Notices Sent | 119,471 | 780,314 | 75,440 |
| Estimated Number of Allegedly Damaged Shares | 280,000,000 | 135,600,000 | 132,000,000 |
| Damaged Shares Covered by Filed Claims | 240,000,000 | 105,580,000 | 126,700,000 |
| Participating Percentage | 86% | 78% | 96% |
| Total Amount of Settlement Fund Distributed to Class Members | 100% | 100% | 100% |
| *Cy Pres* Recipients | None | N/A[1] | N/A[2] |
| Amount of *Cy Pres* | N/A | N/A | N/A |
| Administrative Costs | $650,000.00[3] | $1,633,831.71[4] | $561,573.12 |
| Attorneys' Fees | $16,384,087.00 | $65,905,000.00 | $64,500,000.00 |
| Litigation Expenses | $456,684.63 | $5,263,516.69 | $2,016,508.52 |

As shown above, the vast majority of the classes participated in those settlements. Given the size of this proposed settlement, Class Counsel expect a similar response here.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 7th day of January, 2022, at San Diego, California.

s/ Tor Gronborg<br>TOR GRONBORG

---

[1] Because distribution efforts are still underway, it is too early to determine whether any *de minimus cy pres* donation will occur.

[2] Because residual distribution efforts are still underway, it is too early to determine whether any *de minimus cy pres* donation will occur.

[3] Notice and Administration costs and expenses were capped at $650,000.

[4] As of January 6, 2022. Additional expenses are expected as distribution outreach efforts continue.

DECLARATION OF TOR GRONBORG IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT - 4:16-cv-05314-JST (SK) - 2 -
4859-6215-0660.v2

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Daniel S. Drosman, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: January 7, 2022

s/ Daniel S. Drosman<br>DANIEL S. DROSMAN

4859-6215-0660.v2