# EXHIBIT 10

# EXHIBIT 10

*In re Twitter Inc. Securities Litigation*, No. 4:16-cv-05314-JST (SK)

## MOTLEY RICE LLC
## LITIGATION FUND BREAKDOWN

### Inception – September 20, 2021

| *DEPOSITS* | | *AMOUNT* |
|---|---|---|
| Motley Rice LLC | | $1,259,400.00 |
| Robbins Geller Rudman & Dowd LLP | | $1,195,000.00 |
| Bleichmar Fonti | | $10,000.00 |
| Interest | | $516.84 |
| *TOTAL DEPOSITS* | | *$2,464,916.84* |

| *EXPENSES* | | *AMOUNT* |
|---|---|---|
| **Deposition Reporting and Transcripts** | | **$70,773.99** |
| Aptus Court Reporting, LLC | $40,480.82 | |
| Centext Legal Services, LLC | $28,122.42 | |
| Veritext | $2,170.75 | |
| **Experts/Consultants/Professionals** | | **2,293,663.49** |
| Ankura Consulting Group, LLC | $513,127.67 | |
| Class Action Research & Litigation Support, Inc. | $1,972.00 | |
| Crowninshield Financial Research | $439,184.00 | |
| Epiq | $270,909.47 | |
| Focus Litigation Consulting, LLC | $115,661.14 | |
| Frank Partnoy | $199,100.00 | |
| Gryphon Strategies | $350.00 | |
| Jackdaw Research, LLC | $69,394.89 | |
| Law Offices of Joseph M. McMullen | $81,481.92 | |
| Matthew Todd Henderson | $79,500.00 | |
| Phillips ADR Enterprises | $80,326.25 | |
| Precision Trial Solutions, Inc | $20,186.15 | |
| Sam K. Hui | $422,470.00 | |
| **Hearing Transcripts** | | **$2,241.30** |
| Raynee H. Mercado, CSR | $2,241.30 | |
| **Outside Printing** | | **$97,823.46** |
| Inventus LLC | $1,444.55 | |
| Legility | $96,378.91 | |
| *TOTAL EXPENSES* | | *$2,464,502.24* |

| *BALANCE REMAINING* | *$414.60* |
|---|---|