ROBBINS GELLER RUDMAN & DOWD LLP
DANIEL S. DROSMAN (200643)
TOR GRONBORG (179109)
ELLEN GUSIKOFF STEWART (144892)
LUCAS F. OLTS (234843)
J. MARCO JANOSKI GRAY (306547)
CHRISTOPHER R. KINNON (316850)
HEATHER G. SCHLESIER (322937)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

MOTLEY RICE LLC
GREGG S. LEVIN (admitted *pro hac vice*)
LANCE V. OLIVER (admitted *pro hac vice*)
MEGHAN S.B. OLIVER (admitted *pro hac vice*)
MAX N. GRUETZMACHER (admitted *pro hac vice*)
CHRISTOPHER F. MORIARTY (admitted *pro hac vice*)
MEREDITH B. WEATHERBY (admitted *pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

*Co-Class Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re TWITTER INC. SECURITIES LITIGATION | Case No. 4:16-cv-05314-JST (SK) |
| _____ | CLASS ACTION |
| This Document Relates To: | [~~PROPOSED~~] ORDER APPROVING PLAN OF ALLOCATION |
| ALL ACTIONS. | |
| _____ | |

1    THIS MATTER having come before the Court on Class Representatives' motion for final

2 approval of the Settlement and approval of the Plan of Allocation (ECF 660) in the above-captioned

3 action; the Court having considered all papers filed and proceedings herein and otherwise being fully

4 informed of the matters hereto;

5    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

6    1.    For purposes of this Order, the terms used herein shall have the same meanings as set

7 forth in the Stipulation of Settlement dated January 5, 2022.  ECF 653-4.

8    2.    Pursuant to Federal Rule of Civil Procedure 23, this Court hereby finds and concludes

9 that due and adequate notice was directed to Persons who are Class Members advising them of the

10 Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to

11 such Persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

12    3.    The Court hereby finds and concludes that the formula for the calculation of the

13 claims of Authorized Claimants, which is set forth in the Notice of (1) Proposed Class Action

14 Settlement; (2) Settlement Hearing; and (3) Motion for an Award of Attorneys' Fees and Litigation

15 Expenses (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to

16 allocate the proceeds of the Net Settlement Fund provided by the Settlement among eligible Class

17 Members, with due consideration having been given to administrative convenience and necessity.

18    4.    The Court hereby finds and concludes that the Plan of Allocation, as set forth in the

19 Notice, is, in all respects, fair and reasonable, and the Court hereby approves the Plan of Allocation.

20    IT IS SO ORDERED.

21 DATED:  ___November 21, 2022___    _____

22    THE HONORABLE JON S. TIGAR

    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28